Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicant*
*Lee Ji-eun, a/k/a IU*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of Lee Ji-eun, a/k/a IU, <br><br>　　　　Applicant. | ) CASE NO. <br> ) <br> ) **DECLARATION OF KYONGTAE PAEK** <br> ) **SUPPORT OF APPLICANT'S *EX PARTE*** <br> ) **APPLICATION FOR AN ORDER** <br> ) **PURSUANT TO 28 U.S.C. § 1782** <br> ) **AUTHORIZING DISCOVERY FOR USE** <br> ) **IN A FOREIGN PROCEEDING** <br> ) <br> ) <br> ) |

I, Kyongtae Paek, declare that:

1.      I am an attorney licensed to practice law in the Republic of Korea ("**Korea**"). I am an attorney at Shinwon Law Firm, a law firm in Seoul, Korea. I have personal knowledge of the matters stated herein, unless expressly stated otherwise.

2.      I submit this declaration in support of the Applicant's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding ("**Application**").

3.      Lee Ji-eun, a/k/a IU ("**IU**" or "**Applicant**"), one of the most celebrated Korean artists and actresses who has also gained recognition overseas, retained Shinwon Law Firm, through her Korean entertainment company, EDAM Entertainment Co., Ltd., to represent her in

1

DECLARATION OF KYONGTAE PAEK

**STREAM|KIM**
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

this matter. I advised IU on filing a civil complaint in Korea against an anonymous person associated with the Threads username "@7hyejin" (the "**Threads User**").

4.    On the Threads platform, the Threads User published a number of posts containing false, defamatory and/or harassing statements about the Applicant. I have reviewed the posts at issue in their original Korean language. We are informed and believe that the Threads User is a native Korean speaker residing in Korea based on the content and language expression of his or her Threads posts.

5.    The defamatory and harassing statements made by the Threads User fall into six categories, set out below together with the documentary evidence rebutting them:

(a) In at least fourteen (14) posts published between March 20 and October 1, 2025 (Exhibits 1–14), the Threads User published and amplified false statements that IU plagiarized other artists' music, directing readers to an MBC news clip regarding the alleged "*The Red Shoes*" plagiarism controversy. A true and correct copy of these fourteen Threads posts are attached hereto as Exhibits 1-14.

(b) Exhibit 15-1 is IU's appearance on the YouTube program Salon Drip 2 (EP. 81), addressing the basis of her popularity.  A true and correct copy of that screenshot is attached hereto as Exhibit 15-1. Exhibit 15-2 is a capture of the segment in which IU responds to a baseless accusation that she's not Korean. A true and correct copy of this article is attached hereto as Exhibit 15-2.

(c) In at least four (4) Threads posts published between August 31 and October 9, 2025 (Exhibits 16–19), the Threads User falsely stated that IU is secretly an ethnic-Chinese national operating as an agent of Chinese capital to infiltrate Korean entertainment. A true and correct copy of these four Threads posts are attached hereto as Exhibits 16-19.

(d) Exhibit 20 shows IU's overseas streaming figures and global fan distribution. A true and correct copy of this news article is attached hereto as Exhibit 20. Exhibit 21 documents her first global fan meeting. A true and correct copy of

2

DECLARATION OF KYONGTAE PAEK

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

this news article is attached hereto as Exhibit 21.   Exhibit 22 shows that the drama *When Life Gives You Tangerines*, in which IU starred, reached Netflix's Global Top 10 (Non-English) ranking. A true and correct copy of this X post by Netflix Korea is attached hereto as Exhibit 22. These documents (Exhibits 20 – 21) show that the Thread User's statement that IU has no overseas popularity is false.

(e) In at least seven (7) Threads posts published on March 23–24, 2025 (Exhibits 23–29), the Threads User falsely stated that IU has virtually no overseas popularity, that *When Life Gives You Tangerines* was a Netflix flop ranking in the 200–270 range on the "Patrol" system, and that her audience is limited to "Southeast Asian" and "developing country" viewers. These statements are false and are contradicted by Exhibits 20–22. A true and correct copy of Exhibits 23-29 are attached hereto.

(f) Exhibit 30 is a news article clarifying and debunking the "deceased marketing" rumor against IU. A true and correct copy of this news article is attached hereto as Exhibit 30.

(g) In at least seven (7) Threads posts published between April and September 2025 (Exhibits 31–37), the Threads User falsely accused IU of "go-in marketing," exploiting deceased celebrities for publicity, specifically as to Sulli, Jonghyun, and Goo Ha-ra. A true and correct copy of Exhibits 31-37 are attached hereto.

(h) In at least nine (9) Threads posts published between March 24 and September 19, 2025 (Exhibits 38–46), the Threads User falsely stated that IU operates "Communist-style" media censorship, suppresses critical commentary, and manipulates public opinion through coordinated astroturfing. A true and correct copy of Exhibits 38-46 are attached hereto.

(i) Exhibit 47 is a news article reporting IU's donation of concert proceeds to victims of the Sewol ferry disaster. A true and correct copy of this newspaper article is attached hereto as Exhibit 47.

3

DECLARATION OF KYONGTAE PAEK

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

(j)  In at least one (1) post published on September 25, 2025 (Exhibit 48), the Threads User falsely stated that IU's song "*Strawberry Moon*" references the 2022 Itaewon crowd crush and that her song "*Ah Poo*" mocks the 2014 Sewol ferry disaster. The Poster prefaced these claims with "I don't know whether that's actually true," confirming they were made without factual basis. A true and correct copy of this Threads post is attached hereto as Exhibit 48.

(k)  Exhibits 49–52 are additional posts published between September 19 and October 18, 2025 directed against IU by the Threads User. A true and correct copy of these Threads posts are attached hereto as Exhibits 49-52.

(l)  Exhibit 53 is a news article reporting that the police issued a dismissal of the malicious plagiarism complaint against IU as reputationally damaging; A true and correct copy of the dismissal is attached as Exhibit 57; Exhibit 54 is a news article reporting a 30 million KRW damages judgment arising from the false accusation that IU plagiarized a song. A true and correct copy of these newspaper articles are attached hereto as Exhibits 53 and 54. A true and correct copy of the judgment is attached hereto as Exhibit 56.

6.  On June 25, 2026, the Applicant filed a civil lawsuit, case number 2026가단56171 (2026GaDan56171), against the Threads User in Korea for defamation pursuant to Articles 750 and 751 of the Civil Act of Korea ("**Civil Matter**"). A true and correct copy of the filed Complaint is attached hereto as Exhibit 55. The Applicant is claiming KRW 30,000,100 against the Threads User, with interest thereon at the rate of five percent (5%) per annum from October 18, 2025, until the date of service of the Complaint, and at the rate of twelve percent (12%) per annum from the following day until the judgment amount is paid in full. I am the attorney of record for the Applicant in the Civil Matter.

7.  Articles 750 and 751 of the Civil Act ("민법" in the original Korean language) states:[1]

---

[1]  English translation provided by Korea Legislation Research Institute available at https://elaw.klri.re.kr/eng_service/lawView.do?hseq=55222&lang=ENG.

DECLARATION OF KYONGTAE PAEK

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

*Article 750 (Definition of Torts)*

*Any person who causes losses to or inflicts injuries on another person by an unlawful act, intentionally or negligently, shall be bound to make compensation for damages arising therefrom.*

*Article 751 (Compensation for Non-Economic Damages)*

*(1) A person who has injured the person, liberty or fame of another or has inflicted any mental anguish to another person shall be liable to make compensation for damages arising therefrom.*

*(2) The court may order the guilty party to discharge the compensation mentioned in paragraph (1) by periodical payments, and may order such guilty parties to offer reasonable security in order to insure his/her performance of such obligations.*

8.    In Korea, the court conducts service of process based on the information provided by the plaintiff. Without the Threads User's personally identifiable information ("**PII**"), such as his or her name, date of birth, gender, phone number, and address, the Applicant will not be able to provide the Korean civil court with sufficient information to serve the civil complaint. Therefore, the Applicants request Section 1782 discovery in order to proceed with the Civil Matter.

9.    Meta Platforms, Inc. ("**Meta**") is an American multinational company with its principal place of business located at 1 Meta Way, Menlo Park, California 94025. Because Meta is not a party to the Civil Matter and the Applicant seeks information held by Meta in the United States ("**U.S.**"), it is beyond the reach of the Korean courts' jurisdiction.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

5

DECLARATION OF KYONGTAE PAEK

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

10. As an experienced attorney in Korea, I am aware that Korean courts are receptive to receiving the U.S. federal courts' assistance in discovery, including through Section 1782.

11. I am not aware of any restrictions under Korean law that would limit or prevent the U.S. federal courts from assisting the Applicant in obtaining evidence to identify the Threads User for use in a Korean court proceeding.

12. Additionally, I am not aware of any restrictions under Korean law that would limit or otherwise prevent the Applicant from gathering evidence under Section 1782 in the manner proposed and for the reasons stated in the Application.

13. The Applicant is not attempting to circumvent any foreign proof-gathering restrictions or policies of Korea or the U.S. Based on my experience and knowledge, the requested PII about the Threads User is admissible in the Civil Matter.

14. Based upon the foregoing, the Applicant seeks information that is critical to the Civil Matter in Korea, and the proposed subpoena is narrowly tailored and limited to seek information that is needed to identify the anonymous Threads User. I am informed and believe that Meta maintains the requested information in its regular course of business.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July *14*, 2026

_____
KYONGTAE PAEK

6

DECLARATION OF KYONGTAE PAEK

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

# EXHIBIT 1



←      **스레드**      **Threads**      ···

조회 1.4천회      **1,400 views**

 **7hyejin** 2025-03-20      ···

youtu.be/copST...

"Take a look at the comments on the video about the plagiarism scandal featured in the news. People are saying the viral media manipulation is extreme."

뉴스 나온 표절영상 댓글 보세요. 바이럴 언론조작이 너무 심하다던데요.



[Culture & Entertainment Plus] IU's 'The Red Shoes' Plagiarism Controversy Enters a New Phase (2023.06.22 / News Today / MBC)

youtube.com

[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면 (2023.06.22/뉴스투데이/MBC)

♡ 10    ⬭    ⟲    ⊽ 1

활동 보기 ›



**EXHIBIT 2**

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 10 of 355

(아이유 표절 뉴스 댓글. 바이럴 엄청 푼다고 합니다.https://youtu.be/copSTQCpBLg?si=QYSDFm4RVo2JdV29



스레드

Threads

조회 5.6천회

5.6K views

 **7hyejin** 2025-03-22

Check out the comments on the news about IU's plagiarism controversy. They say there's a massive viral campaign going on

아이유 표절 뉴스 댓글. 바이럴 엄청 푼다고 합니다. youtu.be/copST...



▶ youtube.com

[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면 (2023.06.22/뉴스투데이/MBC)

[Culture & Entertainment Plus] IU's 'The Red Shoes' Plagiarism Controversy Enters a New Phase (2023.06.22 / News

♡ 8          💬          ⟲ 1          ▷ 1

Today / MBC)

활동 보기 ›

# EXHIBIT 3



**bom_110011** › **폭삭속았수다** 2025-03-22      ⋯



확실히 아이유가 등장할 때마다
뭔가 어정뜨구나.
자꾸 스킵하게 되네.

영화관에서 알바를 해도 고학생 느낌이 아니라 체험 나온 애 같고

7년 사귄 약혼자와 헤어지는데도 그냥 1차원적인 연기 밖에 안 보여.

노래는 여신인데
그냥 작품을 위해서
진짜 배우에게 양보하면 안 되나?
작품이 아까워서 그래....작품이

←      스레드      Threads      ⋯
조회 505회      505 views



**7hyejin** 2025-03-23      The comments on the news about IU's plagiarism controversy are pretty entertaining

아이유 표절 뉴스 댓글 재밌네요. youtu.be/copST...



▶ youtube.com

[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면
(2023.06.22/뉴스투데이/MBC)

[Culture & Entertainment Plus] IU's 'The Red Shoes' Plagiarism Controversy Enters a New Phase (2023.06.22 / News Today / MBC)

             1

## bom_110011님에게 응답한 다른 답글



**youja_everyday** 2025-03-22      ⋯

뭔 말씀인지 알겠어요. 저는 아이유 연기 저 정도면 정말 잘하긴 한다고 생각하는데 나머지 조역 단역들이 지나치게 강해요. 저 역을 몇 가지 엄청난 주연급 연기자들이 했다면 심장을 후벼팠을 거 같다는 생각이 들긴 해요.

♡ 359             1

# EXHIBIT 4



 **7hyejin**  2025-06-02

아이유 표절 논란 뉴스 댓글들 보새요. 님과 같은 생각하는 사람들 아주 많아요.

youtu.be/copST...



▶ youtube.com

[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면 (2023.06.22/뉴스투데이/MBC)

스레드
조회 213회

Threads
213 views

Take a look at the comments on the news about IU's plagiarism controversy. There are a lot of people who think the same way you do

[Culture & Entertainment Plus] IU's 'The Red Shoes' Plagiarism Controversy Enters a New Phase (2023.06.22 / News Today / MBC)

 1          1

활동 보기 ›

# EXHIBIT 5

Case 5:26-mc-80211-SVK　　Document 1-1　　Filed 07/15/26　　Page 16 of 355

**7hyejin** 2025-06-02

youtu.be/copST...

Take a look at the comments on the news about IU's plagiarism controversy. It's pretty intense

아이유 표절논란 뉴스 댓글들 보세요. 장난 아닙니다.



▶ youtube.com

[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면 (2023.06.22/뉴스투데이/MBC)

[Culture & Entertainment Plus] IU's 'The Red Shoes' Plagiarism Controversy Enters a New Phase (2023.06.22 / News Today / MBC)

♡ 2　　🗨 1　　　　 1

인기순 ⌄　　　　　　　　　　　　활동 보기 ›

**moa._.rand** 2025-06-02
아니 이건 루머와 어그로야

♡　　🗨　　↻　　◁

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 17 of 355

(9+) https://youtu.be/copSTQCpSL8?si-pQf-9thbWZoFUNApH 아이유 표절논란 뮤직엣글을 보세요.0간 아닙니다.

**EXHIBIT 6**



**jihyun5042** 2025-08-30

요즘 스레드 보면 아이유랑 유재석 부정적인 피드 자주 보게 되는것 같음. 난 솔직히 좀 머랄까? 불과 몇년전만 해도 갓이유 유느님 그러면서 둘에 안티는 전국민 공공의 적 그런 느낌이었던거 같은데 이게 시대의 흐름인가? 아님 정치색인가? 소신발언 하자면 난 아이유 유재

← **스레드**
조회 272회 ⋯

♡ 667   💬 151   ⟲ 5   ▽ 6



**7hyejin** 2025-08-31 ⋯

youtu.be/copST...

[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면
(2023.06.22/뉴스투데이/MBC)

[Culture & Entertainment Plus] IU's 'The Red Shoes' Plagiarism Controversy Enters a New Phase (2023.06.22 / News Today / MBC)

♡ 3   💬   ⟲   ▽ 1

활동 보기 ›

**jihyun5042님에게 응답한 다른 답글**

**kira98765644** 2025-08-30 ⋯

정치색 아니고 아이유는 표절문제 취향문제로 싫어하는 사람들은 계속 안좋아했어

♡ 359   💬   ⟲   ▽

**9rooty** 2025-08-30 🤍 ⋯

계엄이후 좌파연예인이라고 저쪽에서 돌려까는거지. 원래 호감이던 사람들은 신경안써

♡ 269   💬   ⟲   ▽

https://www.threads.com/@7hyejin/post/DN-9hhrEiBw?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw     1/5

**EXHIBIT 7**





**ggomggom.box** 2025-07-26　⋯

정말 순수하게 궁금해서그런데 아이유 국내인기말고 해외에서도 블핑이나 비티에스급 인지도야? 인천공항 홍보대사할만큼이면 그정도 인지도는 있는거 아닌가 해서


**she_is_like_the_wind** 2025-07-25　✎

인천공항본부세관 홍보대사 위촉

아이유

 

← **스레드**
조회 124회　⋯







**7hyejin** 2025-10-01　⋯

youtu.be/copST...



▶ youtube.com

[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면 (2023.06.22/뉴스투데이/MBC)

[Culture & Entertainment Plus] IU's 'The Red Shoes' Plagiarism Controversy Enters a New Phase (2023.06.22 / News Today / MBC)

  　1

**ggomggom.box**님에게 응답한 다른 답글





# EXHIBIT 8

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 24 of 355



 **lylical_sjdaily** 2025-07-26 ···

나 진짜 백신때부터 거리에서 살고 막 진짜 힘들었는데
좌파 ㅈㄴ 싫어하는데 좌이유는 포기 못하겠음 노래 ㅠㅠ ㅅㅂ

으아아아ㅏ 가가가가가ㅏ 가각 왜 이쁜언니가 ㅠ 그럴까 ㅠ힝.. 아이유는 욕 못하겠음 ㅠ 그러고 보니 내방 시청자들 내가 우파인거 ㅈㄴ 싫어하고 제발 그만 하라는데 날 포기 하지않는거보면 같은 팬심일까 싶음 ㅠ

♡ 51    💬 125    ⟲ 1    ▽ 5

---

인기순 ⌄                                        활동 보기 ＞

 **lylical_sjdaily** 2025-07-26 · 작성자 ···

지금 하나하나 반박으로 욕할까하다가 참는다..그만들 해라 .. 시발 내가 어! 좌빨인걸 알고 좋아했니 ㅠ 우리방 시청자들도 어! 내가 우파라 싫다지만 계속 보고 후원도 해준다고 씨발 !!!!!!! 내가 어!!!! 재노래가 좋아서 우리방 시청자 마음이 시이발 이해가 되서 올린글에 정신차려라는 소리까지 들어야 되냐 니들 백신 패스때 시이방 길에서 20시간씩 시위 3개월 해봤어? 씨이발 한남동에서 윤통 불법 체포 되던 날까지 한겨울 내내 한남동에서 살아봤어? 주딩이만 존나 게들 나불 나불 거리네 ㅠ 씨발 그냥 맘이 그렇다 이거에요 아시겠어요? ㅠㅠ ㅅㅂ 나도 머리로는 안다구 ㅠ 근데 어케 ㅠ

♡ 10    💬 2    ⟲ 1    ▽

 **lylical_sjdaily** 2025-07-26 · 작성자 ···

에이 시발 나 폭싹 속았수다도 재밌게 봤는데 ㅠ

♡ 2    💬    ⟲    ▽

 **sanchess_28** 2025-07-26 ···

아이유 주변에 왜 사망자가 많을까?
를 찾아본 이후 유애나 탈퇴함.

♡ 87    💬 3    ⟲    ▽

 **wee.lor** 2025-07-26                     ···

데뷔 초때 스탭 옷 뺏으려는 영상, 은혁 사건, 우영 꽃등심 사건, 결정적으로 2019년(친구인 설리, 구하라가 사망한 해) 연말에 '바라던 게 모두 이루어진 해였다' ㅇㅈㄹ 하는 거 보고 소시오패스인 거 알게 됨.

♡ 47    💬 1    ⟲    ▽ 2



**lylical_sjdaily** 2025-07-26 · 작성자

? 그 피겨 연아? 개 좌에요? ??

♡ 4    💬 1    ↻    ▷

**sheeeeeeeis** 2025-07-26

장난아니지
박근혜 대통령님이 손잡았는데 질색팔색하면서 손 뿌리침 시아버지가 유명한 좌빨 간첩 위장목사임

♡ 10    💬 1    ↻    ▷

**lylical_sjdaily** 2025-07-26 · 작성자

개 우파한테 후원 받지않았나?

♡ 3    💬 2    ↻    ▷

**7hyejin** 2025-10-01

youtu.be/copST...

문화연예 플러스                    NEWS

아이유 '분홍신' 표절 논란
새 국면

▶ youtube.com

[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면
(2023.06.22/뉴스투데이/MBC)

[Culture & Entertainment Plus] IU's 'The Red Shoes' Plagiarism Controversy Enters a New Phase (2023.06.22 / News Today / MBC)

♡    💬    ↻    ▷

**7hyejin** 2025-10-01

**EXHIBIT 9**

25. 12. 18. 오후 3:27 (9+) 표절곡이 아이이유 작사 작곡인데 노래만 불러서 책임이 없다 이렇게 각하시킨 건 무책임한거지 아이유가 직접 작사 작곡 프로듀싱...

Case 5:26-mc-80211-SVK Document 1-1 Filed 07/15/26 Page 27 of 355



## 스레드
조회 362회



**yonhap_news** ✔ 2025-09-18

가수 겸 배우 아이유가 데뷔 17주년 기념일인 18일 자신의 이름과 팬덤명 '유애나'를 합친 '아이유애나' 이름으로 총 2억원을 기부했습니다.

yna.co.kr/view...

 

♡ 661   💬 68   ↺ 14   ➤

---

 **7hyejin** 2025-09-19

아이유의 논란 무대응 기부 고소협박 공산주의식 언론통제 대체 언제까지 먹힐꺼라 생각하냐? 아이유 표절 로리타 허혜선 설리 고인마케팅 이런 논란에 한번도 제대로 사과를 안하고 착한척을 하니까 대중들이 개빡치는 거임. 제제 소아성애 논란때도 앞에서는 아이유가 사과하는척 뒤에서는 자신이 가장 사랑하는 곡이라고 논란 한창일때 불러댐. 설리 장례식때 3일 내내 빈소 지켰다고 기사 언플 엄청 뿌렸는데 설리 오빠는 유족인데 아이유가 장례식에 인왔다고 함. 아이유는 한순간이라도 진실되게 살기바람. 표절논란을 가수가 한번도 해명 안하는 건 사기꾼임. 제시카혜전리 졸업작품을 아이유 앨범디자인에 표절하기도 하고. 이건 기부로 막을수 있는 논란이 아니야. 장애인까지 들먹이며 착한척 기사 뿌리지 마라. 위선이 역겹다.

♡ 60   💬 5   ↺   ➤ 1

---

**7hyejin** 2025-09-19

표절곡이 아이유 작사 작곡인데 노래만 불러서 책임이 없다 이렇게 각하시킨 건 무책임한거지. 아이유가 직접 작사 작곡 프로듀싱까지 했다고 언플하고 왜 이제와서 노래만 해서 책임없다고 빠져나감? 그리고 그건 표절아니다 라는 판결도 아닌데 왜 표절 아닌 판결처럼 언플기사를 뿌려대냐? 그 위선에 대중이 개빡치는 거야. 정보를 제대로 파악 못하는 사람들이나 아이유 언플에 속는거고.

The plagiarized song was written and composed by IU, yet dismissing [the case] on the grounds that she only sang it and therefore bears no responsibility—that's irresponsible. IU ran PR spin claiming she personally handled the lyrics, composition, and even production, so why is she now weaseling out, claiming she only sang it and bears no responsibility? And this wasn't even a ruling that the song is not plagiarism, so why are they flooding [the media] with PR articles as if it were a ruling of no plagiarism? It's that hypocrisy that pisses the public off. It's only people who can't properly grasp the facts who fall for IU's PR spin.

♡ 4   💬   ↺   ➤

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 28 of 355

(주)카카오 아이유는 작사 작곡인데 프로듀싱 왜 뭐가 책임이 없다 이 통제 구야 사모펀드 책임한 가수 어쩌구 가직접 구가 작곡 프로듀싱…



## 7hyejin님에게 응답한 다른 답글



**dbdidksneoaa** 2025-09-19    ···

난 정말 이런 개만도 못한 악플러 새끼들은 좀 알아서 죽어줘도 괜찮다고 봄



**pumpkin.castle** 2025-09-19    ···

보고 싶은 것만 보고 사니까 그렇지, 다 해결된 일 가지고 아직도 저러고 있네. 🙋‍♂️ 다 대응해주면 뭐해 안보고 그냥 이러는데 🤷‍♀️



**virtuist_00** 2025-09-19    ···

그동안 콘서트에서 휠체어 의식 안 하다가 갑자기 하게 된 게 작년에 이 미담이 떠서 아닌가? 좋은건 따라하는 것도 칭찬받아야지



▶ youtube.com

임영웅 서울 콘서트 휠체어석 미담 목격

♡ 4    💬 1    ⟳    ⊳



**7hyejin** 2025-09-19    ···

정국이 10억 한번에 기부하고 기사도 몇개 안냄. 장나라 하춘화 100억 넘게 기부하고 기사 몇개 안냄. 아이유는 몇천만원 양팡에 기부해도 기사 수십개 뿌려댐. 그 언플땜에 욕먹는거야. 초록어린이재단인가 아이유가 기부 많이 했는데 중국 단체 리며? 유난히 중국 관련 많네. 푸라닭 광고도 화교기업 에스띠로더 중국 기업. 아이유 광둥어는 왜케 잘함? 화교 맞음? 영어 일어는 못하던데.

♡ 16    💬 1    ⟳    ⊳ 2

Jungkook donated 1 billion won in a single donation, and there were only a few news articles about it. Jang Nara and Ha Chun-hwa have each donated over 10 billion won, yet only a handful of articles were written about them. But when IU donates just a few tens of millions of won, dozens of articles come out. That's why people criticize her for the media publicity. I think IU has donated a lot to the Green Umbrella Children's Foundation, but isn't it supposedly a Chinese-affiliated organization? She seems to have an unusual number of connections to China. Puradak, which she advertises for, is said to be an overseas Chinese-owned company, and Estée Lauder is a Chinese company. Why is IU so good at speaking Cantonese? Is she actually an overseas Chinese? She couldn't speak English or Japanese, though.

**EXHIBIT 10**



**EXHIBIT 11**



스레드
조회 354회

**yulha_song25** 2025-09-18

아이유 미국공연 언제하니?
진짜 기다려지네 ㅋㅋㅋㅋ

♡ 956    💬 49    ↻ 10    ⊲ 1

**7hyejin** 2025-09-19

youtu.be/3vPwY...

드디어 터지는건가?    🔺4923    CONFIDENTIAL

(자칭) 국민여가수의
역대급 표절의혹 6곡 비교

The Nation's Little Sister: Comparing Six Songs with Plagiarism Allegations

▶ youtube.com
인민여동생의 역대급 [표절의혹 6곡 비교]

♡ 5    💬    ↻ 2    ⊲ 1

활동 보기 ⟩

### yulha_song25님에게 응답한 다른 답글

**yr_cho_** 2025-09-18

반미노래 부르던 윤도현 미국입국시도중이라면서요 ㅋㅋ

♡ 246    💬 2    ↻    ⊲

**_rip_charliekirk_** 2025-09-18

이제 아이유 노래 안 들음.. 좌이유일줄은 몰랐다ㅠㅠ

♡ 241    💬 3    ↻    ⊲

**lumiel__atelier** 2025-09-18

당장 윤밴 10월에 미국 공연 비자 나왔음? 궁금하네

♡ 140    💬 1    ↻    ⊲



**finger__wizard** 2025-09-18 ···
아이유가 초록우산 기부한거 일반서민이 알정도면 미국정보기관이 모
를리 없지 평생 미국 못갈듯

♡ 168    💬    ↻    ▷

**suhyo25** 2025-09-18 ···
나도 아이유 미국투어 보고싶어 ㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎ
ㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎ

(잘됫다 못갈듯ㅉㅉㅉ)

♡ 111    💬    ↻    ▷

**im__koko25** 2025-09-18 ···
그러게 왜 조용한데?

♡ 73    💬    ↻    ▷

**yeyemom2224** 2025-09-18 ···
중국가서 콘서트하겠죠 ㅋㅋ

♡ 64    💬    ↻    ▷ 1

**9090abgre** 2025-09-18 ···
이 자는 뒷백이 어마어마한 자라 어떻게든 갈 듯도.. 그 후에 얼마나
조롱을 하련지... 절대!!! 못가야한다!

♡ 48    💬    ↻    ▷

**ye5nu** 2025-09-18 ···
반미하면서 달러를 벌 생각을 하냐
양심도 없지.

♡ 48    💬    ↻    ▷

**poofuuroo** 2025-09-18 ···
오ㅐ 간다는소리가없옹?

♡ 40    💬    ↻    ▷

**ya.ng.e** 2025-09-18 ···
미국 왜 이러나 연예인들 미국비자 줄줄히 취소 - 이런 기사 나올려나
ㅋㅋㅋㅋ

♡ 34    💬    ↻    ▷



**ooktlove2** 2025-09-18

내가 최초로 cia 신고한게 윤빤이다.넘 궁금

♡ 29          💬          ⟳          ▷

**ifbekd** 2025-09-18

작년에 이미 한바퀴 돌고왔는데?

♡ 8          💬 1          ⟳          ▷

**chosunamerican_el_jxfx47** 2025-09-18

못 가는 거 아님?

♡ 11          💬          ⟳          ▷

**katelee2021** 2025-09-18

알려줘

♡          💬          ⟳          ▷

**EXHIBIT 12**



**dannis_son** › **아이유**  2025-09-06

고해성사 하는 아이유

♡ 1.3천     💬 103     ⟳ 66     ▷ 84

← **스레드**     •••
조회 499회



**7hyejin** 2025-09-19

댓글 읽어보세요. 양파유는 아이유 오랜팬 유애니 하다가 실망하고 돌아섰습니다.
youtu.be/3vPwY...

Read the comments. Onion-IU [양파유] was a longtime IU fan—a UAENA—but grew disappointed and turned away.

드디어 터지는건가?  4923

(자칭) 국민여가수의 역대급 표절의혹 6곡 비교

youtube.com
인민여동생의 역대급 [표절의혹 6곡 비교]

The Nation's Little Sister: Comparing Six Songs with Plagiarism Allegations

♡ 4    ◯    ⟳    ⊿ 1

활동 보기 ›

### dannis_son님에게 응답한 다른 답글

**1004pinklove** 2025-09-07
설리 종현 구하라 그리고 같이연기했던 이선균배우
주로 기부하는 곳이 초록우산 광고는 우리은행 너무 소름끼침 가면쓴
얼굴 언젠가 너의 그 만행들이 만천하에 들어날거다

♡ 733    ◯ 4    ⟳    ⊿ 1

**annekim1203** 2025-09-07
표정 소름돋음 무섭다

♡ 154    ◯ 1    ⟳    ⊿

**timing_ss1227** 2025-09-07
그 포장지 이제 벗겨졌어 우파들한테

♡ 285    ◯    ⟳    ⊿ 2

**i_minnnnn0** 2025-09-07
보통 스스로 벌 받을생각을 하나....얼마나 악한짓을 했길래???

♡ 235    ◯    ⟳    ⊿ 1

**EXHIBIT 13**



스레드
조회 923회

Threads
923 views

**7hyejin** 2025-09-08

아이유 밤편지 가사에 좋은꿈이길 바라요 있길래 참 거슬리던데. 어짜피 그 노래가사도 무명시인꺼 표절이지만. 암튼 바라 별로임. 동지가 많아서 기쁘다.

♡ 3        1

The line 'I hope it will be a good dream' in the lyrics of IU's 'Through the Night' always bothered me. Though, the lyrics of that song are allegedly plagiarized from an unknown poet anyway. In any case, I really don't like her. I'm glad there are a lot of people who feel the same way.

활동 보기 >

**EXHIBIT 14**



**dannis_son** › 아이유 2025-09-06

고해성사 하는 아이유

스레드
조회 1.4만회

♡ 1.3천　💬 103　🔁 66　✈ 84

**7hyejin** 2025-09-08

아이유 밤편지가사 무명작가 시 표절한것임. 제시카혜전리 졸업작품을 아이유가 앨범 디자인에 표절하기도 했음. 빌리아일리시 옷 그대로 따라입음. 노래 표절은50곡 가까이되는데 노래 비교하는 영상은 아이유 소속사에서 전부 폭파 시켰음. 양심에 찔릴만도 하겠지.

♡ 80　💬　🔁　✈ 6

IU's 'Through the Night' lyrics were copied from a poem by an unknown writer. She also copied Jessica Hyejeong Lee's graduation project for one of her album designs. She even wore the exact same outfit as Billie Eilish. There are allegations involving nearly 50 songs, but videos comparing the songs were all taken down by IU's agency. I suppose they must have had a guilty conscience.

활동 보기 ›

**dannis_son님에게 응답한 다른 답글**

**1004pinklove** 2025-09-07

설리 종현 구하라 그리고 같이연기했던 이선균배우
주로 기부하는 곳이 초록우산 광고는 우리은행 너무 소름끼침 가면쓴
얼굴 언젠가 너의 그 만행들이 만천하에 들어날거다

♡ 733　💬 4　🔁　✈ 1

**timing_ss1227** 2025-09-07

그 포장지 이제 벗겨졌어 우파들한테

**EXHIBIT 15-1**



Play

[SUB] 아이유 아이유 아는 이유 | EP. 81 아이유 | 살롱드립2   [SUB] Why IU Is So Popular | Episode 81: IU | Salon Drip 2

+ΞΟ  TEO 테오
구독자 145만명    구독

👍 6.7만    👎    ➤ 공유    🔖 저장    ✂ 클립    ⋯

소외수 3,491,380외  최소 송개: 2025. 3. 11.  살롱느립 Salon Drip 🍵
장도연의 빨래터에 누가 완~?
봄날같이 따사롭고 가을같이 풍성한 국힙 원탑 아이유가 완!
아이유가 이렇게 아이유 하는데 내 안 넘어가고 되겠나~?
빨래터의 사람들 모두 아이유에 폭싹 빠졌수다!

[살롱드립2] 매주 화요일 오후 6시 테오 유튜브에서 공개
#아이유 #IU #장도연 #살롱드립2 #SalonDrip #TEO #테오

*본 영상과 무관한 내용의 댓글과 출연자에 대한 무분별한 욕설, 비난 및 조롱 등 악의적인 댓글은 무통보 삭제될 수 있습니다. (Hateful comments or indiscriminate swearing, criticism, and ridicule of the cast may be deleted without notice.)

*[살롱드립]은 삼성TV플러스에서도 만나보실 수 있습니다. :)

◾ TEO 공식 SNS
 / @teo_universe
 / teo.universe
 / teo_universe_

언급된 인물 ⓘ
1명


아이유

팟캐스트 살펴보기

3,491,380 views
Premiered on March 11, 2025

Salon Drip

Who's come to Jang Do-yeon's laundromat~?

It's none other than IU—the top star of Korean pop, as warm as spring and as rich in charm as autumn!

When IU is being this charming, how could anyone not fall for her~?

Everyone at the laundromat has completely fallen head over heels for IU!

Salon Drip 2 premieres every Tuesday at 6:00 PM on the TEO YouTube channel.

#IU #JangDoYeon #SalonDrip2 #SalonDrip #TEO

*Comments unrelated to this video, as well as hateful comments, indiscriminate profanity, criticism, or ridicule directed at the cast, may be deleted without prior notice.

*You can also watch Salon Drip on Samsung TV Plus. :)







**EXHIBIT 15-2**

| H1 | 일본인 : 한국겜 좋아하니까 독도 한국에 주자!! |
| H2 | 여성의 음핵 근황 |
| H3 | 직장 후빨 레전드 |

| 유머 게시판 | | 전체 ▼ | ⟳ | ★ | ✎ |

## [유머] 아이유가 가장 어이없어한 억까.jpg



**피파광**

👍 29 | 💬 15 | 👁 7386

25.04.24 (12:20:23)

IP : (IP보기클릭)

[Humor] The Most Ridiculous Baseless Attack Against IU (.jpg)



**활동내역 | 작성글 | 쪽지 | 마이피 | 타임라인**

출석 4540일 |  LV. **227**  | Exp. **81%** | 비추력 **101939**

 R.리노아 - 초롱이님 타로 합방하는 날





Were there any baseless attacks that even you found ridiculous?

아이유가 가장 에미없어한 사진.jpg





???: 아이유는 화교다!    **???: IU is ethnically Chinese!**

**EXHIBIT 16**

This isn't simply a matter of personal preference or popularity. It's about distinguishing right from wrong. In the drama When Life Gives You Tangerines, there was a line about going to Zhangjiajie in China, and people also commented that the child actors' costumes looked Chinese. Try searching for 'IU daesudaemyeong' (대수대명). Wang Ji-eun, Taeyeon, Jennie. In When Life Gives You Tangerines, the character Jennie overlaps with BLACKPINK's Jennie.



## 스레드
조회 610회



**jihyun5042**  2025-08-30

요즘 스레드 보면 아이유랑 유재석 부정적인 피드 자주 보게 되는것 같음. 난 솔직히 좀 머랄까? 불과 몇년전만 해도 갓이유 유느님 그러면서 둘에 안티는 전국민 공공의 적 그런 느낌이었던거 같은데 이게 시대의 흐름인가? 아님 정치색인가? 소신발언 하자면 난 아이유 유재석 팬임. 둘다 기부도 많이하고 자기 분야에서 오랜시간 탑을 유지한 건 그만한 치열한 노력이 있었기 때문이라 생각함.

♡ 667    💬 151    ⟲ 5    ▽ 6



**7hyejin**  2025-08-31

이건 단순한 호불호 인기 개념이 아니구요. 선악의 분별입니다. 폭삭속았수다 드라마에서 중국 장가계 가자 대사 있었고 거기 아역배우들 의상도 중국풍이라는 댓글 올라왔어요. 아이유 대수대명 검색해보시길. 왕지은 태연 제니. 폭삭에서 제니 캐릭터가 블랙핑크 제니랑 겹쳐요.

♡ 1    💬    ⟲    ▽ 1

활동 보기 ›

## jihyun5042님에게 응답한 다른 답글



**kira98765644**  2025-08-30

정치색 아니고 아이유는 표절문제 취향문제로 싫어하는 사람들은 계속 안좋아했어

♡ 359    💬    ⟲    ▽



**9rooty**  2025-08-30

계엄이후 좌파연예인이라고 저쪽에서 돌려까는거지. 원래 호감이던 사람들은 신경안써

♡ 269    💬    ⟲    ▽



**namingweon7486**  2025-08-30

사람들이 콩깍지가 씌웠는데 벗겨지고 있는 거임

요샌 공효진 류준열 같은 소위 '흔녀' '흔남' 스타들에 대한 시선도 부쩍 차가워짐

보이지 않는 매력이 있다느니 하는 소리 싹 들어감

주제 모르고 아직도 소녀인 척, 치명적인 척 한다고 조롱함.

평양냉면도 아무맛 없는데 가스라이팅이라고 성토하는 글 SNS에 자주 보이지?

**EXHIBIT 17**



How long do you think IU's strategy of staying silent about controversies, making donations, threatening lawsuits, and using communist-style media control is going to keep working? People are furious because, despite controversies over plagiarism, Lolita, Heo Hye-seon, Sulli, and exploiting the deceased for publicity, IU has never properly apologized and instead acts like she's a good person. During the 'Zezé' pedophilia controversy, she acted as if she was apologizing in public, but behind the scenes she kept saying it was one of the songs she loved most and even performed it while the controversy was still at its peak. When Sulli passed away, there was a flood of media articles saying IU stayed at the funeral hall for all three days, but Sulli's older brother—who is a member of the bereaved family—said IU didn't attend the funeral. I hope IU will live truthfully, even if only for a moment. As for the plagiarism controversy, a singer...

Jungkook donated 1 billion won all at once, and there were only a few news articles about it. Jang Nara and Ha Chun-hwa have donated over 10 billion won, and there were only a handful of articles about them too. But when IU donates just tens of millions of won, dozens of articles get published. That's why people criticize her—for all that media play.

Wasn't it the Green Umbrella Children's Foundation that IU donated a lot to? But isn't it supposedly a Chinese organization? There seem to be an unusually large number of China-related connections.

She also did an ad for Puradak, Estée Lauder is a Chinese company. Why is IU so good at Cantonese? Is she actually ethnically Chinese (Hwagyo)? She couldn't speak English or Japanese, though.

**yonhap_news** ✔ 2025-09-18

가수 겸 배우 아이유가 데뷔 17주년 기념일인 18일 자신의 이름과 팬덤명 '유애나'를 합친 '아이유애나' 이름으로 총 2억원을 기부했습니다.

yna.co.kr/view...





♡ 661    💬 68    🔁 14    ▷

**7hyejin** 2025-09-19

아이유의 논란 무대응 기부 고소협박 공산주의식 언론통제 대체 언제까지 먹힐꺼라 생각하냐? 아이유 표절 로리타 허혜선 설리 고인 마케팅 이런 논란에 한번도 제대로 사과를 안하고 착한척을 하니까 대중들이 개빡치는 거임. 제제 소아성애 논란때도 앞에서는 아이유가 사과하는척 뒤에서는 자신이 가장 사랑하는 곡이라고 논란 한창일때 불러댐. 설리 장례식때 3일 내내 빈소 지켰다고 기사 언플 엄청 뿌렸는데 설리 오빠는 유족인데 아이유가 장례식에 인왔다고 함. 아이유는 한순간이라도 진실되게 살기바람. 표절논란을 가수가 한

←    스레드    **Threads**
조회 576회    **576 views**    ⋯

♡ 60    💬 5    🔁    ▷ 1

**7hyejin** 2025-09-19    ⋯

정국이 10억 한번에 기부하고 기사도 몇개 안냄. 장나라 하춘화 100억 넘게 기부하고 기사 몇개 안냄. 아이유는 몇천만원 양팡에 기부해도 기사 수십개 뿌려댐. 그 언플땜에 욕먹는거야. 초록어린이재단인가 아이유가 기부 많이 했는데 중국 단체 리며? 유난히 중국 관련이 많네. 푸라닭 광고도 화교기업 에스띠로더 중국 기업. 아이유 광둥어는 왜케 잘함? 화교 맞음? 영어 일어는 못하던데.

♡ 16    💬 1    🔁    ▷ 2

인기순 ⌄      활동 보기 ⌄

+

(앞) 정두언이 10억 현금다발 가부하고 이야보 맞짝 안뱀.. 장나라 하균화 100억 급사 가부하고 가3며 맞뱀. 아이유는 몇천만원 양팡...



angelsugarplease 2025-09-19

버닝썬 있던 자리에 설리 ㄷㅅㄷㅁ드라마 호텔 델루나 전시회 염.. 중국 앞잡이

♡ 7   💬 1   ⟳   ▷

They say the Burning Sun scandal was connected to Goo Hara's death. The line about 'Let's go to Zhangjiajie' in When Life Gives You Tangerines also seems strange. She even looks Chinese. I'd never even heard bizarre terms like 'daesudaemyeong' until IU came up. What I really can't stand is the way she's constantly portrayed as a good person through media publicity.

7hyejin 2025-09-19

버닝썬과 구하라 죽음이 관련있다던데. 폭싹 속았수다 장가계 가자 대사도 이상함. 생긴것도 중국 스럽고. 대수대명 같은 끔찍한 말도 아이유 땜에 차음 들아봄. 근데 칙한척 언플하는 꼬라지 너무 싫어요.

♡ 5   💬 1   ⟳   ▷ 1



angelsugarplease 2025-09-19

이담엔터 텐센트 카카오 공산당간부라인이 뒷배.. 그래서 표절논란 다 묻히고 전 소속사 직원들 다 ㅈㅅ당함, 허혜선씨 실종되고 shh로 조롱. 스트로베리문은 서울 인신제사, 삐삐 뮤비, 어퓨 가사 세월호 조롱, 문빈 인스타 게시물이 민들레인데 홀씨 가사 쎄함.. 아근데 일루미나티에 너무 빠져서그런지 차은우도 좀 위험해보임. 미인 뮤비 마지막에 가면 벗고 아이유는 얼굴 밝아지고 은우는 어두워지면서 그대는 5월의 제비꽃을 닮은 me in. 하늘높이 나는것을 부끄럽지않게 여기리 이가사 존나 불쾌함

♡ 6   💬   ⟳   ▷

### 7hyejin님에게 응답한 다른 답글

dbdidksneoaa 2025-09-19

난 정말 이런 개만도 못한 악플러 새끼들은 좀 알아서 죽어줘도 괜찮다고 봄

♡   💬   ⟳   ▷

pumpkin.castle 2025-09-19

보고 싶은 것만 보고 사니까 그렇지, 다 해결된 일 가지고 아직도 저러고 있네. 🙇‍♀️ 다 대응해주면 뭐해 안보고 그냥 이러는데 🤷‍♀️

♡   💬   ⟳   ▷

virtuist_00 2025-09-19

그동안 콘서트에서 휠체어 의식 안 하다가 갑자기 하게 된 게 작년에 이 미담이 떠서 아닌가? 좋은건 따라하는 것도 칭찬받아야지

**EXHIBIT 18**



**In When Life Gives You Tangerines, there was a line about going to Zhangjiajie. There are also comments saying that the child actors' costumes in the drama look Chinese. In IU's earlier drama You're the Best, Lee Soon-shin, she supposedly belittled Admiral Yi Sun-sin by comparing him to the 100-won coin. IU and Kim Soo-hyun rose to fame with Chinese capital behind them. They say the script for the film Real, which Kim Soo-hyun produced, originally went to IU, but that she passed it on to Sulli, resulting in Sulli being cast in a strange role. Real was also financed by Alibaba in China. Estée Lauder and Puradak, which IU has advertised for, are said to be Chinese or overseas Chinese-owned companies, and Green Umbrella, the charity she donates to, is said to have ties to China. The public really needs to think more critically. Chinese capital is taking over the Korean entertainment industry.**

 **writer_marim** › **폭삭 속았수다** 2025-09-23 ⋯

'폭삭 속았수다'

동백이를 그렇게나 좋아했지만, 폭삭 속았수다를 보다가 멈춘 이유를 드디어 깨알았다. 감정이 지나치게 과하다. 1화부터 지나치게 슬프고, 억울하고, 구슬프다. 그 감정이 대사와 어우러져 보는 내내 힘이 든다.

명대사가 지나치게 많다. 작가님의 주옥같은 대사들은 쉴새없이 잽을 날린다. 지나치게 불쌍하고 억울한 상황들, 세상에서 가장 불쌍한 여자의 대를 잇는 일상, 세상에서 가장 착한 남편, 그 기구한 운명들이 담백하게 와닿지는 않는다.

도저히 숨을 쉴 구멍이 없어, 외면했었나 보다. 힘을 절반으로 뺐다면, 아마 이 드라마를 좋아하지 않았을까.



← **스레드**
조회 568회 Threads 568 views ⋯



 377    228   ⟲ 3   ▽ 5

 **7hyejin** 2025-09-24 ⋯

폭삭 속았수다 대사에 장가계 가자 나왔어요. 그리고 드라마 아역배우들 의상이 중국풍이라는 댓글이 있습니다. 아이유 예전 드라마 최고다 이순신에서 이순신 장군을 100원짜리 동전으로 비하했어요. 아이유 김수현은 중국자본으로 컸습니다. 김수현이 제작한 영화 리얼 대본이 원래 아이유한테 갔는데 아이유가 설리에게 넘겼다고 합니다. 설리를 이상한 배역으로 만들었죠. 그라고 리얼은 중국 알리바바에서 투자했습니다. 아이유 광고하는 에스띠로더 푸라닭은 중국 화교 기업이고 기부하는 초록우산은 중국 관련단체에요. 대중들이 제발 비판의식을 가져야 합니다. 중국 자본이 한국엔터 산업을 잠식하고 있습니다.

♡ 16   💬   ⟲   ▽ 1

활동 보기 ›

**writer_marim**님에게 응답한 다른 답글

 **valid_excuse_** 2025-09-23     ⋯



Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 57 of 355



맞아.매순간 감정 최대치로 표현하드라. 허스키한 아이유 목소리도 한 몫한듯. 당찰려면 꼭 그리 악을쓰고 울고 소리치고 그래야하나. 근데 어쩜 나이들고는 나긋나긋 소심하기까지 한 문소리가 같은 사람이란 건지

♡ 100    💬 2    ⟲    ◁

 **inconv21** 2025-09-23                     ⋯

감정과잉... 대부분 한국 인기 드라마들이 이렇더라 그래서 안봐. 좀 담백하게 만들면 더 세련되고 이입이 될텐데. 마치 너 울어야해 라고 붙잡고 패는 느낌이라 항마력 딸려서 못보겠음.

♡ 92    💬 1    ⟲    ◁ 1

 **yo_happy_hehheh_lovely_fam** 2025-09-23         ⋯

이 세상 모든 신파를 갈아 넣은 느낌이여서 그다지 큰 감동이 없었음...

♡ 35    💬 1    ⟲    ◁

**joeunmat** 2025-09-23                     ⋯

그런가.. 난 오히려 별거아닌일을 이렇게나 뽑아내는구나 했어.. 자식 잃은거 말곤 대부분 인생살면서 한번씩 겪는희노애락인데.. 가까이서 보면 드라마 같은일 멀리서보면 누구나 겪는일...

♡ 26    💬 2    ⟲    ◁

 **mmbbss5208** 2025-09-23                  ⋯

나랑 같은 느낌을 받았네.
뭔가... 편안하게 은은한 감동이 좋은데
뭔가 꽉쥔느낌의 과한감정이랄까...
나는 보다가 멈췄어.

♡ 20    💬 1    ⟲    ◁

 **imagination._e** 2025-09-23            ✎  ⋯

완전 공감 울어 울으라고 이래도 안 울어? 작정하고 강요하는 드라마 신파가 너무 심함 여주 연기도 심하고 모든 게 과해서 너무 별로였음

♡ 13    💬 1    ⟲    ◁

**jimin.stgt** 2025-09-24                     ⋯

나도 그랬어. 너무 우울한 감정 과잉주입. 게다가 아이유의 신경질. 그거 참느라 그만둘까 하다가 겨우 문소리로 교체되니 볼만했음.

♡ 9    💬 1    ⟲    ◁

 **eurock_10** 2025-09-24                   ⋯

아 동감!! 너무 투 머치 해요
연기는 이래야지 부터 감정의 모든 선을 훌쩍 넘어버려서 보는 동안

**EXHIBIT 19**

25. 12. 19. 오전 10:15   (9+) 아이유 광둥어 유튜브 검색해보세요. 광둥어 잘하는 화교라고 합니다. 중국 자본으로 활동해요. 김수현도 함께. 바이럴 엄청 씁…



Search YouTube for 'IU Cantonese.' They say she's an overseas Chinese who speaks Cantonese fluently. They claim she's active with Chinese capital backing her, along with Kim Soo-hyun. They also use a massive amount of viral marketing. Take a look at the comments on Nate news articles.

스레드
조회 3.8천회   Threads 3.8k views

**yulha_song25**  2025-10-08
아이유법 추진 원합니다.

아이유법이란?
아이유처럼 국가안보에 위협을
주면서 나대는 사람들을 중국으로 추방하는 법

♡ 4.9천    ◯ 79    ⟳ 177    ▽ 27

**7hyejin**  2025-10-09

아이유 광둥어 유튜브 검색해보세요. 광둥어 잘하는 화교라고 합니다. 중국 자본으로 활동해요. 김수현도 함께. 바이럴 엄청 씁니다. 네이트 기사 댓글 보시길.

♡ 54    ◯ 1    ⟳ 1    ▽ 2

인기순 ⌄                                활동 보기 ›

**l_younghun**  2025-10-09
아이유 화교 ㅋㅋㅋ 정말 맛탱이 갔네 ㅋㅋㅋ

♡ 3    ◯    ⟳    ▽

**yulha_song25님에게 응답한 다른 답글**

**fun.3615**  2025-10-08
존나좋다 ㅎ
남아나는 사람 없겠네

♡ 237    ◯ 1    ⟳    ▽

📌 고정됨

**dool4850**  2025-10-08
ㄹㅅㄱ~~ 🔥🔥🔥

https://www.threads.com/@7hyejin/post/DPjgCXTEgUW?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw      1/3

**EXHIBIT 20**

**The JoongAng**

---

경제 : 경제일반 | K엔터

# 아이유는 국내용? K팝은 아시아만? 천만에요, 이 통계 보세요 [알려드립니다]

중앙일보    업데이트 2022.04.05 11:09    'Is IU Only Popular in Korea? Is K-pop Only Big in Asia? Not Even Close— Take a Look at These Statistics' [Editor's Note]

전영선 기자    ( 구독 )

---

K엔터                                                                                    ( 구독 )



3일(현지시간) 미국 라스베이거스에서 열린 제 64회 그래미 어워즈에서 '버터'를 부르고 있는 방탄소년단(BTS). 라스베이거스 AP= 연합뉴스

"K팝은 아시아에서만 인기다" "아이유는 내수용 가수인가" "유튜브 조회 수 따위를 비교하는 기사 도대체 왜 쓰나"

---

**관련기사**

▸ 팬투표 90%가 해외…한국서 안 떠도 대박, K팝 글로벌 팬덤 [K팝 세계화 리포트]

---

지난달 30일부터 중앙일보가 선보인 [K팝 세계화 리포트] 첫 기사에 달린 댓글 중 일부입니다. 설명에 미흡함
합니다. 이를 위해 유튜브 음악 차트 통계는 2021년 4월 1일부터 2022년 3월 31일까지 업데이트 된 수치를
차이가 있습니다만, 흐름은 동일합니다.

### '기현상' K팝의 세계화

글로벌 동영상 공유 플랫폼 유튜브의 음악 차트 통계는 현재 아티스트의 인기를 가장 잘 측정할 수 있는 척도 중 하나다. 조회 수는 곧 대중의
관심이자, 인기이고 특히 수익과 직결된다.

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 62 of 355

**The JoongAng**



그런데 유튜브엔 우리에겐 잘 알려지지 않은 '조회수의 여제'가 있다. 바로 인도 플레이백 가수(발리우드 영화에서 배우 대신 노래하는 가수) 가수 알카 야그닉(56)이다. 알카 야그닉은 유튜브 음악 차트에 수록된 2만5000여 아티스트 중 부동의 1위다. 무려 289주째 차트를 지키고 있다. 지난 12개월 동안 그의 공식 뮤직비디오, 공식 음악 이용 사용자 제작 콘텐트(UCC), 가사 동영상 등은 총 151억회 조회됐다.



유튜브 조회수의 여제, 인도 플레이백 가수 알카 야그닉. [사진 게티이미지]

눈여겨봐야 할 점은 총 재생 수의 81.4%(123억회)가 인도에서 발생했다는 점이다. 인구 대국(14억명)에서 40년 넘게 활동한 최고 가수라 이런 수치가 가능하다. 인도 국민 1인당 10번 이상씩만 듣는다고 생각해보면 계산이 쉽다. 유튜브 주간 음악 차트 1~4위에 매번 인도 아티스트가 오르는 이유엔 인구 수가 크게 작용한다. 다만 인도 밖에서는 잘 알려지지 않는 한계가 존재한다.

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 63 of 355

### The JoongAng



단위: 회

| 아티스트 | 세계 합 | 국가별 |
|---|---|---|
| 알카 야그닉 (인도) | 151억 | 인도 123억/파키스탄 6.92억/방글라데시 6.67억/인도네시아 2.52억/네팔 1.73억/말레이시아 1.1억/미국 9630만/사우디 9270만/아랍에미리트 7030만/영국 6210만 |
| 배드 버니 (푸에르토리코) | 101억 | 멕시코 25.2억/미국 14.2억/콜롬비아 9.89억/아르헨티나 7.08억/칠레 5.98억/페루 5.83억/에콰도르 5.13억/스페인 4.66억/도미니카공화국 2.84억/과테말라 2.31억 |
| 저스틴 비버 (캐나다) | 58.7억 | 미국 7.59억/인도 6.05억/필리핀 3.94억/브라질 3.8억/인도네시아 3.48억/태국 2.37억/멕시코 2.04억/한국 1.88억/영국 1.42억/말레이시아 1.35억 |
| 더 위켄드 (캐나다) | 52.5억 | 미국 11억/멕시코 4.48억/브라질 3.53억/인도 2.1억/프랑스 1.6억/영국 1.52억/태국 1.49억/필리핀 1.32억/캐나다 1.26억/아르헨티나 1.15억 |
| 에드 시런 (영국) | 50.8억 | 미국 6.5억/영국 3.31억/브라질 2.76억/인도 2.7억/인도네시아 2.46억/필리핀 2.12억/멕시코 1.89억/독일 1.48억/프랑스 1.42억/폴란드 1.24억 |
| 에미넴 (미국) | 42.8억 | 미국 11.7억/영국 2.21억/브라질 2.19억/멕시코 2.16억/캐나다 1.48억/인도 1.4억/독일 1.12억/프랑스 1.03억/호주 9670만/터키 8580만 |
| 아리아나 그란데 (미국) | 40.9억 | 미국 7.12억/브라질 3.48억/멕시코 2.65억/필리핀 2.34억/인도네시아 1.71억/태국 1.46억/인도 1.45억/영국 1.18억/프랑스 9690만/한국 9390만 |
| 빌리 아일리시 (미국) | 36.9억 | 미국 6.31억/브라질 3.61억/멕시코 2.8억/인도 1.44억/인도네시아 1.12억/아르헨티나 1억/터키 9830만/영국 9640만/프랑스 9100만/필리핀 7800만 |
| 두아 리파 (영국) | 36.5억 | 미국 4.46억/멕시코 3.33억/브라질 2.11억/인도 1.7억/아르헨티나 1.34억/프랑스 1.21억/영국 1.18억/필리핀 9880만/칠레 9510만/콜롬비아 9470만 |
| 테일러 스위프트 (미국) | 36.3억 | 미국 7.4억/필리핀 4.79억/인도 2.23억/브라질 1.82억/멕시코 1.63억/인도네시아 1.48억/태국 1.22억/영국 1.15억/캐나다 9850만/아르헨티나 7390만 |
| 올리비아 로드리고 (미국) | 32.2억 | 미국 6.65억/브라질 3.04억/필리핀 2.65억/인도네시아 2.35억/멕시코 2.24억/영국 1.15억/아르헨티나 8160만/인도 6720만/캐나다 6480만/페루 6420만 |

※2021년 4월1일~2022년 3월 31일. 공식뮤직비디오,
사용자 제작 콘텐트(UCC), 가사동영상 조회 합계       The JoongAng

유튜브 조회수 상위 아티스트 팬덤 분포. 그래픽=신재민 기자
shin.jaemin@joongang.co.kr

지난 12개월간 101억회 재생된 푸에르토리코 출신 라틴 힙합 가수 배드 버니 인기는 거대 문화권으로 설명할 수 있다. 스페인어로 노래하는 그를 가장 많이 소비한 곳은 스페인어권의 인구 부국, 멕시코(인구 약 1억3000만)다. 배드 배니의 총 조회 수의 25%(25억2000만회)가 멕시코에서 발생했고, 3~19위 역시 모두 스페인어권 국가다. 라틴아메리카 음악 시장은 멕시코를 허브로 거의 단일 시장 양상을 보인다. 배드 버니를 가장 많이 소비한 국가 2위인 미국(14억2000만) 역시 라티노 커뮤니티가 강하다. 사족이지만, 이런 폭발적 인기는 물론 배드 버니의 실력이 뒷받침되기 때문이다.

**The JoongAng**



지난달 10일 미국 일리노이즈 로즈먼트 올스테이트 아레나에서 열린 콘서트에서 공연 중인 라틴 래퍼 배드 버니. 로즈먼트=AP
연합뉴스

세계에서 가장 큰 음악 시장인 미국이 배출하는 대형 가수들 역시 미국에서 가장 많이 소비된다. 에미넴, 아리아나 그란데, 테일러 스위프트, 빌리 아일리시, 제64회 그래미 어워즈의 샛별 올리비아 로드리고까지. 모두 자국인 미국 시장에서 가장 많이 듣고, 좋아하는 것으로 나타난다. 게다가 미국에서의 성공은 세계에서의 성공을 동반한다. 반면 K팝은 작은 내수 시장을 감내하면서 성장해 왔다. 한국 밖에선 영미권이나 스페인어권처럼 언어나 문화를 매개로 공감을 호소할 요소가 상대적으로 적다. 그런데도 K팝 팬덤은 다양한 문화권에서 폭발하고 있다.

## K팝 글로벌 침투 뚜렷

앞선 기사에 다루어졌듯이, BTS를 유튜브에서 가장 많이 듣고 보는 나라는 일본이다. 연간 총 148억회 중 일본에서 20억회가 재생됐다. BTS와 트와이스에 이어 현재 일본 유튜브 음악 차트 3위에 올라와 있는 일본 4인조 밴드 킹누는 이 기간 전 세계에서 조회 수 3억8500만회를 기록했다. 이 중 3억1100만은 일본 발생이다. 자국민이 가장 많이 들었다는 의미다. 이게 나쁘다는 말이 아니라, 그만큼 K팝 신드롬이 특이 현상이란 점을 짚기 위한 비교다.

**The JoongAng**

Artists with Over 100 Million Annual Streams



연간 1억회 이상 아티스트                                                           단위: 억회    Annual Streams: 100M

| 순위 | 아티스트 | 억회 |
|---|---|---|
| 1 | 방탄소년단(BTS) | 7.52 |
| 2 | 아이유(IU) | 6.57 |
| 3 | 임영웅(Lim Young-woong) | 6.16 |
| 4 | 에스파(Aespa) | 3.08 |
| 5 | 블랙핑크(BLACKPINK) | 2.61 |
| 6 | 트와이스(TWICE) | 2.60 |
| 7 | 세븐틴(SEVENTEEN) | 2.16 |
| 8 | 오마이걸(OH MY GIRL) | 1.90 |
| 9 | 저스틴 비버(Justin Bieber) | 1.88 |
| 10 | 태연(TAEYEON) | 1.84 |
| 11 | 레드벨벳(Red Velvet) | 1.71 |
| 12 | 스테이씨(STAYC) | 1.60 |
| 13 | 있지(ITZY) | 1.59 |
| 14 | 악뮤(AKMU) | 1.49 |
| 15 | 헤이즈(Heize) | 1.26 |
| 16 | 빅뱅(BIGBANG) | 1.14 |
| 17 | NCT드림(NCT DREAM) | 1.14 |
| 18 | 성시경(Sung Si-kyoung) | 1.12 |
| 19 | (여자)아이들(G) I-DLE | 1.12 |
| 20 | 이무진(Lee Mujin) | 1.07 |

※유튜브 공식 뮤직비디오, 공식 음악을 이용한 사용자 제작 콘텐트(UCC),
가사동영상 합계(2021년 4월 1일~2022년 3월 31일)    **The JoongAng**

한국 유튜브 조회수 연간 1억회 이상 아티스트. 그래픽=신재민 기자
shin.jaemin@joongang.co.kr

K팝이 아시아에서만 통한다는 통념도 사실과 차이가 있다. K팝 아티스트를 많이 소비하는 국가의 순위를 살펴보면, 아시아 국가가 상위권에 오르는 것은 맞다. 아시아에선 이미 '주류 장르'로 불리기도 한다. 하지만 대륙별로 살펴봐도 고루 좋은 성적이 나온다.

프랑스는 유럽에서 BTS를 가장 많이 조회한 나라다. 연간 조회 수 총 1억6200만회(17위)를 기록했다. 현재 프랑스 음악 차트 1위에 오른 프랑스 래퍼 줄은 같은 기간 프랑스에서 2억 회, 전 세계에서 10억 회 가량 조회됐다. 줄과 BTS의 프랑스 조회 수 차이는 3800만회 정도다. 프랑스에서 BTS도 줄만큼 인기를 누리고 있다고 봐도 무리가 없다.

## 솔로 가수 아이유, 성공적    Solo Singer IU: A Success.

아이유의 유튜브 재생수(전 세계 총 13억8000만회)가 가장 많은 곳은 한국(6억5700만회)이다. 기사에 이를 소개한 뒤 "한국에서만 인기가 있다는 말을 하고 싶은 것이냐"는 문의가 많았다. 결론부터 말하면, "절대 아니다".

Of IU's total 1.38 billion YouTube views worldwide, the largest share comes from South Korea (657 million views). After the article pointed this out, many readers asked, 'Are you trying to say she's only popular in Korea?' The answer, to state it up front, is: 'Absolutely not.'

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 66 of 355

## The JoongAng



지난 1월 8일 서울 고척 스카이돔에서 진행된 '36회 골든디스크 어워즈'에 참석해 화려한 공연을 선보이고 있는 가수 아이유. [사진 골든디스크 어워즈 사무국]

Singer IU performs during the 36th Golden Disc Awards, held at Gocheok Sky Dome in Seoul on January 8. [Photo: Golden Disc Awards Organizing Committee]

---

**K엔터**  다른 기사

---

**"흙수저에 남은건 아이돌뿐"…극한훈련 버티는 K팝 악바리**

---

**현재글 아이유는 국내용? K팝은 아시아만? 천만에요, 이 통계 보세요 [알려드립니다]**

---

**마약·버닝썬에 사실상 4년 자숙…YG '빅뱅 컴백' 복잡한 속내**

---

연간 조회 수 10억회 이상의 기록을 내는 K팝 아티스트 중 솔로는 아이유 하나다. 아이유를 가장 많이 재생한 2위 국가인 인도(1억회)를 시작으로 2~11위 국가에서 모두 3000만 회 이상의 조회 수를 보인다. 조회 수의 52%가 해외에서 발생하는데, 아이유를 '국내용 가수'로 분류하는 건 억지스럽다.

⌄

IU is the only solo artist among K-pop acts to surpass 1 billion annual YouTube views. After South Korea, India ranks second with 100 million views, and each of the countries ranked second through eleventh has generated more than 30 million views. With 52% of her total views coming from overseas, labeling IU as a 'Korea-only artist' is difficult to support.

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 67 of 355

## The JoongAng

### 글로벌 팬덤 분포 Global Fan Distribution 단위:회

| | 임영웅 | | 방탄소년단 | | 아이유 | |
|---|---|---|---|---|---|---|
| 세계합 | 6억4700만 | | 148억 | | 13억8000만 | |
| 1 | 한국 | 6억1600만 | 일본 | 20억 | 한국 | 6억5700만 |
| 2 | 미국 | 1200만 | 인도 | 16.6억 | 인도 | 1억500만 |
| 3 | 인도 | 656만 | 멕시코 | 10.2억 | 인도네시아 | 8300만 |
| 4 | 아르헨티나 | 254만 | 인도네시아 | 10억 | 태국 | 7200만 |
| 5 | 일본 | 184만 | 미국 | 8.84억 | 필리핀 | 5670만 |
| 6 | 캐나다 | 140만 | 한국 | 7.52억 | 일본 | 4870만 |
| 7 | 호주 | 54.4만 | 필리핀 | 7.34억 | 대만 | 4590만 |
| 8 | 인도네시아 | 23.9만 | 브라질 | 6.06억 | 미국 | 4540만 |
| 9 | 중국 | 21.9만 | 태국 | 5.16억 | 베트남 | 3730만 |
| 10 | 대만 | 19.4만 | 베트남 | 3.53억 | 말레이시아 | 3102만 |
| 11 | 베트남 | 15만 | 페루 | 3.16억 | 아르헨티나 | 3060만 |
| 12 | 독일 | 14.5만 | 말레이시아 | 2.81억 | 멕시코 | 1580만 |
| 13 | 브라질 | 11.3만 | 터키 | 2.45억 | 홍콩 | 1270만 |
| 14 | 태국 | 10.9만 | 아르헨티나 | 2.29억 | 브라질 | 994만 |
| 15 | 필리핀 | 10.0만 | 콜롬비아 | 2.14억 | 캐나다 | 977만 |
| 16 | 홍콩 | 9.72만 | 방글라데시 | 1.91억 | 싱가포르 | 820만 |
| 17 | 싱가포르 | 9.31만 | 프랑스 | 1.62억 | 호주 | 790만 |
| 18 | 말레이시아 | 7.54만 | 이라크 | 1.60억 | 페루 | 588만 |
| 19 | 뉴질랜드 | 5.78만 | 러시아 | 1.52억 | 터키 | 538만 |
| 20 | 러시아 | 5.43만 | 칠레 | 1.43억 | 영국 | 501만 |
| 21 | 멕시코 | 4.95만 | 에콰도르 | 1.39억 | 캄보디아 | 490만 |
| 22 | 프랑스 | 3.17만 | 사우디 | 1.36억 | 미얀마 | 457만 |
| 23 | 터키 | 3.13만 | 영국 | 1.29억 | 프랑스 | 420만 |
| 24 | 영국 | 3.04만 | 독일 | 1.26억 | 독일 | 361만 |
| 25 | 스페인 | 2.88만 | 파키스탄 | 1.21억 | 칠레 | 333만 |
| 26 | 미얀마 | 2.31만 | 대만 | 1.18억 | 콜롬비아 | 309만 |
| 27 | 방글라데시 | 1.63만 | 이집트 | 1.07억 | 러시아 | 301만 |
| 28 | 캄보디아 | 1.42만 | 캐나다 | 1.06억 | 사우디 | 286만 |
| 29 | 아랍에미리트 | 1.2만 | 이탈리아 | 9960만 | 네팔 | 228만 |
| 30 | 괌 | 1.0만 | 스페인 | 8410만 | 몽골 | 222만 |

**IU 1.38billion**

| | |
|---|---|
| South Korea | 657 million |
| India | 100 million |
| Indonesia | 83 million |
| Thailand | 72 million |
| Philippines | 56.7 million |
| Japan | 48.7 million |
| Taiwan | 45.9 million |
| United States | 45.4 million |
| Vietnam | 37.3 million |
| Malaysia | 31.2 million |
| Argentina | 30.6 million |
| Mexico | 15.8 million |
| Hong Kong | 12.7 million |
| Brazil | 9.94 million |
| Canada | 9.77 million |
| Singapore | 8.20 million |
| Australia | 7.90 million |
| Peru | 5.88 million |
| Turkey | 5.38 million |
| United Kingdom | 5.01 million |
| Cambodia | 4.90 million |
| Myanmar | 4.57 million |
| France | 4.20 million |
| Laos | 3.61 million |
| Chile | 3.33 million |
| Colombia | 3.09 million |
| Russia | 3.01 million |
| Saudi Arabia | 2.86 million |
| Nepal | 2.28 million |
| Mongolia | 2.22 million |

※2021년 4월1일~2022년 3월31일. 공식뮤직비디오, 사용자 제작 콘텐트(UCC), 가사동영상 조회 합계

The JoongAng

국내 조회수 톱3 아티스트 글로벌 팬덤 분포. 그래픽=신재민 기자
shin.jaemin@joongang.co.kr

BTS, 아이유와 함께 한국 유튜브 조회 수 '톱 3'에 드는 트로트 가수 임영웅과 대조해 보면 차이가 뚜렷하다. 임영웅은 같은 기간 전 세계에서 조회 수 6억4700만회를 기록했다. 그런데 이 중 6억1600만회(95.2%)가 한국에서 재생된 것으로 나타났다. (혹시나 해서 덧붙이는데, 임영웅의 성과는 이대로 눈부시다. 다만, 팬을 확대하는 방식이 아이돌 가수와 다르다는 의미다.)

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 68 of 355

## The JoongAng



가수 임영웅은 방탄소년단(BTS), 아이유와 함께 국내 유튜브 조회수 톱3에 든다. 사진은 지난해 12월 2일 서울 강서구 KBS 아레나에서 열린 '2021 아시아 아티스트 어워즈(AAA)' 레드카펫 행사에 참석해 포즈를 취하고 있는 임영웅. 뉴스1

더군다나 해외에서 K팝 솔로 가수로 활동하는 것은 불리하다. 서로 다른 매력을 지닌 멤버 여러 명이 다양한 '취향'을 동시에 공략하는 그룹에 비해 솔로는 혼자 모든 것을 보여주기 때문이다. 아이유는 주력 장르가 발라드인데다가, K팝 특징으로 박수받는 '칼군무'를 보여주지도 않는다. 그런데도 그가 상당한 해외 팬덤을 확보하고 있는 것은 K팝의 확장 가능성을 보여주기도 한다.

전영선 기자 azul@joongang.co.kr

ADVERTISEMENT



### 이태일의 인사이드 피치


동대문야구장은 흔적도 없다 뫗시장님, 잠실은 안녕할까요


'겨울 야구'는 반가웠다, 그러나… KBO 스타들의 찜찜한 이벤트

Case 5:26-mc-80211-SVK　　Document 1-1　　Filed 07/15/26　　Page 69 of 355



**The JoongAng**

1 / 10

**전영선**
**중앙일보 국장**

엔터기업 기사를 씁니다.

azul@joongang.co.kr

구독

#K엔터　#K팝　#유튜브 음악 차트　#BTS　#방탄소년단　#아이유　#임영웅　#알카 야그닉　#배드 버니　#IU　#K팝 세계화 리포트

AI로 중앙일보 주요 기사를 단 1분 만에!
**세상을 읽는 가장 빠른 방법**

**K엔터**　　구독

엔터테인먼트 엔터프라이즈의 모든 것

**이전**　　"흙수저에 남은건 아이돌뿐"…극한훈련 버티는 K팝 악바리

**다음**　　마약·버닝썬에 사실상 4년 자숙…YG '빅뱅 컴백' 복잡한 속내

27　　　　　　　　　7

---

**kora****　　　　　　　　　　2022.04.05 14:51

`주식에서 손 떼고 음반 준비 중인 줄리, 토착왜구 오빠들 환장 예정`^~^

2　　6

**sang****　　　　　　　　　　2022.04.05 10:10

음악시장 규모를 조회수로만 보면 안되요. 나라를 봐야 되요. 일본이나 미국에서 한번 클릭하는 건 인도에서 100번 클릭하는 정도라고 해야 할까? 유튜부에서 지불하는 돈이 틀려요. 인도에서 1억번 클릭해도 미국에서 천만번 클릭한 것에도 비교가 안된다는 것. 경제수준에 따른 것이기 때문에 어쩔 수 없어요.

11　　2

**ylim****　　　　　　　　　　2022.04.05 09:15

아이유 정말 이쁘고 노래도 잘하죠 ~ 단점 이라면 !....., 다리가 숏~ 오징어가 아닌 ~ 한치 라는것 이죠 ?

9　　37

댓글 작성하기

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 70 of 355

## The JoongAng

₩280,000

₩280,000  ₩210,000  ₩290,000  ₩215,000

● ● ●

---

**함께 본 기사**

**쿠팡, 3370만건 정보 유출에도 "미국법 위반 아냐"…국내 영업정지 가능성은**

2025.12.18 12:53

**"비트코인, 내년 4만달러까지 하락할 수도"…전문가 "승자는 금과 달러"**

2025.12.17 14:04

**비트코인 86.5조 가진 이 회사…주가 600% 치솟더니 지금은?**

2025.12.17 15:29

---

**당신을 위한 추천기사**

## The JoongAng



**홍콩紙 "9년 '한한령' 완화 유망"…1월 K팝 콘서트 주목**

---

**Innovation Lab**

**2025년 홀리데이 에디션**

Posted by 더 하이엔드

---

**The JoongAng Plus**

오피니언

정치

**The JoongAng**

국제

문화

스포츠

라이프

피플

스페셜

로그인    전체 서비스

고객센터   이용약관   개인정보 처리방침   청소년 보호정책

주소 : 서울특별시 마포구 상암산로 48-6 (우) 03909     전화 : 02-751-5114     등록번호 : 서울 아 01013     등록일자 : 2009.11.2     발행인 : 박장희     편집인 : 고현곤

사업자명 : 중앙일보㈜     사업자등록번호 : 110-81-00999     대표자명 : 박장희
통신판매업신고번호 : 2020-서울마포-3802

Copyright by JoongAng Ilbo Co., Ltd. All Rights Reserved

**EXHIBIT 21**

아이유, 글로벌 팬덤과 첫 만남 - 스포츠경향

# 아이유, 글로벌 팬덤과 첫 만남  IU Holds Her First Meeting With Her Global Fandom

입력 : 2025.05.13 14:31

이선명 기자



아이유, 글로벌 팬덤과 첫 만남...스포츠경향

홈    **최강볼펜**    연예    야구    축구    스포츠종합    라이프    만화    K-Culture

화보    음악    영화

**Singer IU is connecting with her global fandom.**

**On the 13th, Kakao Entertainment (co-CEOs Kwon Ki-su and Jang Yoon-jung) announced the launch of singer IU's first official global fan community on Berriz, its global K-culture fan platform.**

**Following her large-scale world tour last year and the Netflix series When Life Gives You Tangerines, which expanded her fanbase around the world, IU plans to strengthen direct communication with her global fandom, UAENA, through the new community.**

**Berriz is a platform that combines artist-exclusive intellectual property (IP) content with membership features. Since launching its beta service in November 2024, it has surpassed 500,000 registered users. To celebrate the opening of IU's community, all records—including posts, photos, and videos—from her official Daum fan café, From. IU, will be transferred to the new platform in stages.**

**After verifying their membership in the 8th-generation UAENA global fan club, fans will receive a digital membership card granting access to UAENA ZONE, where they can enjoy exclusive content such as behind-the-scenes videos, photobooks, and interactive challenges.**

가수 아이유가 글로벌 팬덤과 만난다.

카카오엔터테인먼트(대표 권기수 장윤중)는 13일 글로벌 K컬처 팬 플랫폼 '베리즈(Berriz)'에 가수 아이유의 첫 공식 글로벌 팬 커뮤니티를 오픈했다고 이날 밝혔다. 지난해 대규모 월드투어와 넷플릭스 시리즈 '폭싹 속았수다'를 통해 전 세계 팬층을 확대한 아이유는 이번 커뮤니티 개설로 글로벌 '유애나(UAENA)'와 직접적인 소통을 강화할 방침이다.

베리즈는 아티스트별 독점 IP 콘텐츠와 멤버십 기능을 결합한 플랫폼으로 2024년 11월 베타 서비스를 시작한 이후 누적 가입자 50만 명을 넘어섰다. 아이유 커뮤니티 개설을 기념해 기존 다음 공식 팬카페 'From. IU'의 게시물 사진 영상 등 모든 기록을 순차 이관한다. 팬들은 글로벌 팬클럽 '유애나 8기' 인증을 마친 뒤 디지털 멤버십 카드를 발급받아 'UAENA ZONE'의 비하인드 영상 포토북 인터랙티브 챌린지 등 독점 콘텐츠를 이용할 수 있다.



홈    **최강볼펜**    **연예**    야구    축구    스포츠종합    라이프    만화    K-Culture

방송    화보    음악    영화



아이유 글로벌 팬덤 커뮤니티. 카카오엔터테인먼트 제공

커뮤니티 오픈 이벤트로 5월 14일 오후 10시 30분 베리즈에서 '보이스 라이브'를 열어 실시간 채팅으로 근황을 공유한다. 이어 5월 15~18일 서울 성수 연남 용산 3개 지역에서 순차 운영하는 'IU HBD CAFE'에서는 공식 회원에게 기념 음료와 한정 굿즈를 증정한다. 현장에서는 멤버십 카드 스탬프 이벤트를 통해 추가 선물을 제공할 예정이다.

To celebrate the opening of the community, IU will host a Voice Live on Berriz at 10:30 p.m. on May 14, where she will chat with fans in real time and share updates about what she's been up to.

From May 15 to 18, IU HBD CAFE pop-up events will be held in Seongsu, Yeonnam, and Yongsan in Seoul. Official members will receive a commemorative drink and limited-edition merchandise.

At each venue, fans will also be able to participate in a membership card stamp event, with additional gifts available for participants.

A Kakao Entertainment representative said, "Through Berriz, IU will be able to communicate even more closely with fans around the world. Going forward, we will continue to strengthen the platform so that global fans can enjoy a wider variety of artist IP content."

Since her debut in 2008, IU has steadily expanded her fanbase both in South Korea and internationally over the past 16 years. In particular, during her 2024 'LILAC WORLD TOUR,' she attracted a cumulative audience of 500,000 people across 20 cities in Europe, North and South America, and Asia. She also further broadened her global reach through her appearance in a Netflix series, where the show reached the No. 1 streaming position in multiple regions.

**점점 커지는 흑자 '이렇게' 해결했어요**

오래된 흑자 간단하게 해결

피부임상연구원 | Sponsored

더 알아보기

카카오엔터테인먼트 관계자는 "아이유가 베리즈를 통해 전 세계 팬과 더욱 밀착 소통할 것"이라며 "앞으로 다양한 아티스트 IP 콘텐츠를 글로벌 팬과 함께 즐길 수 있도록 플랫폼을 지속 강화하겠다"고 밝혔다.

아이유는 2008년 데뷔 이후 16년간 꾸준히 국내외 팬덤을 확장해 왔다. 특히 2024년 월드투어 'LILAC WORLD TOUR'에서는 유럽 북남미 아시아 등 20개 도시에서 연인원 50만 명을 동원했으며 넷플릭스 드라마 출연으로 스트리밍 1위 지역이 확인

방송　화보　음악　영화

발급·활용을 통해 팬 활동 참여도를 높이는 한편 차세대 메타버스 콘텐츠도 순차 공개할 계획이다.

## 주요 기사

유재석, '조폭연루설' 조세호에 일침..."스스로를 다시 돌아보길" (유퀴즈)

'9년 열애' 라도♥윤보미, 내년 5월 결혼...연예계 능력자 부부 한 쌍 추가요

"치명적 뒤태!" 심형탁 아들 하루, 기저귀 모델 꿰찼다

장영란, 결혼 후 전남친 만났었다..."♥한창 알면 난리 날 것" (A급)

'응팔 진주' 김설, 폭풍 성장 근황 "영재교육원 수료, 비결은..." (유퀴즈)

0

기사 댓글 보기

 이선명 기자

이경실 아들, 군법 위반 감찰…위법 시 '영창'

조세호 '조폭 연루' 폭로자 "법적대응? 연락해라"

## 오늘의 인기 뉴스

 스포츠경향

아이유, 글로벌 팬덤파워 만남 - 스포츠경향

홈    **최강볼펜**    **연예**    야구    축구    스포츠종합    라이프    만화    K-Culture

방송    화보    음악    영화



"치명적 뒤태!" 심형탁 아들 하루, 기저귀 모델 꿰찼다



'9년 열애' 라도♥윤보미, 내년 5월 결혼…연예계 능력자 부부 한 쌍 추가요

## 실시간 뉴스

"무조건 하라! 거절하지마라! 뻔뻔해져라!" 은퇴 선수의 롤 모델, '직업부자' 김원일의 레슨 셋



블라, 신곡 'Falling for You' MV티저 공개



'혹시나' 하는 불안감, 하루 만에 털어낸 안세영… 2연승으로 '왕중왕전' 4강 확정



연예

야구

축구

**스포츠경향**

홈    **최강볼펜**    **연예**    야구    축구    스포츠종합    라이프    만화    K-Culture

방송    화보    음악    영화

**최신기사**        **지금 많이 본 기사**

**만화**        **기획·연재**

**갤러리**        **K-Culture**

**기사제보**        **지면 구독신청**

**디지털 지면 보기**        **디지털 초판 보기**

**옛날 신문 보기**        **RSS**

회사소개    구독신청    온라인광고    사업제휴    채용    기사제보    회원약관    개인정보처리방침    사이트맵

문화·교육        family site

서울시 중구 정동길3 경향신문사    고객센터 : 02-3701-1114    등록번호 : 서울 아02037    등록일자 : 2012.03.22
발행인 : 김석종    편집인 : 이기수    청소년보호책임자 : 남지원

ⓒ **스포츠경향 All Rights Reserved. 무단 전재 및 재배포 금지**

**EXHIBIT 22**

**No. 1 in Netflix's Global Top 10 Non-English Rankings— both the TV Series *When Life Gives You Tangerines* and the Film *Revelations*!**

**These two productions have captivated audiences around the world. Watch them now, exclusively on Netflix.**

𝕏

← 　게시물

Netflix Korea ｜ 넷플릭스 코리아 ✅ ☐                      •••
@NetflixKR

글로벌 TOP10 비영어 부문,
시리즈 1위 <폭싹 속았수다> & 영화 1위 <계시록> 동시 석권! 🎉

전 세계가 빠져든 두 작품, 지금 오직 넷플릭스에서 만나보세요.



오후 12:00 · 2025년 3월 26일 · **19.5만** 조회수

💬 26　　　🔁 934　　　♡ 2.2천　　　🔖 73　　　⬆️

💬 답글 26개 읽기

X는 처음

지금 가입해서

G

가입하시려면 ㅋ
방침에 동의해C

**무슨 일이**

대한민국에서
**폭발물 설치**

대한민국에서
**연예대상 동!**

대한민국에서
**토탈패키지**
게시물 1,080;

테크놀로지 · 싈
**저속노화**
게시물 21,730

**더 보기**

이용약관 ｜ 개9
광고 정보 ｜ 더

**최신 소식을 놓치지 마세요**
X 사용자들은 가장 먼저 새 소식을 듣습니다.

로그인



**X는 처음**

지금 가입해서

로그인

가입하시려면 ㅋ
방침에 동의해(

**무슨 일이**

대한민국에서
**폭발물 설치**

대한민국에서
**연예대상 동**

대한민국에서
**토탈패키지**
게시물 1,080:

테크놀로지 · 실
**저속노화**
게시물 21,730

더 보기

이용약관 | 개
광고 정보 | 더

**최신 소식을 놓치지 마세요**

X 사용자들은 가장 먼저 새 소식을 듣습니다.

로그인

**EXHIBIT 23**

25. 12. 18. 오후 1:36 (3+) 아이유는 딱 동남아 수준. 미국 유럽 일본 선진국에서는 인기가 전혀 없죠. 아이유 제제 소아성애 컨셉 논란도 엄청난건데...묻혀...

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 84 of 355



**스레드**
조회 135회

**7hyejin** 2025-03-23

아이유는 딱 동남아 수준. 미국 유럽 일본 선진국에서는 인기가 전혀 없죠. 아이유 제제 소아성애 컨셉 논란도 엄청난건데...묻혀서는 안되요.

♡  💬  ⟳  ▷ 1

IU is only popular in Southeast Asia. She has virtually no popularity in advanced countries such as the U.S., Europe, or Japan. The controversy over the child-sexualization concept surrounding IU's 'Zezé' was also enormous... It shouldn't be swept under the rug

**EXHIBIT 24**

25. 12. 18. 오후 1:48　(이+) 제주도 소년에서 나오기 전부터 서울에서 아이유 연애 결혼 얘기된다고? 그래도 넷플릭스 시청률8은 3위이던 걸까 장했다는 반응이...

Case 5:26-mc-80211-SVK　　Document 1-1　　Filed 07/15/26　　Page 86 of 355



**bom_110011** › 폭삭속았수다 2025-03-22

확실히 아이유가 등장할 때마다
뭔가 어정뜨구나.
자꾸 스킵하게 되네.

영화관에서 알바를 해도 고학생 느낌이 아니라 체험 나온 애 같고

7년 사귄 약혼자와 헤어지는데도 그냥 1차원적인 연기 밖에 안 보여.

노래는 여신인데
그냥 작품을 위해서
진짜 배우에게 양보하면 안 되나?
작품이 아까워서 그래....작품이

폭삭속았수다

♡ 1천　💬 155　🔁 2　✈ 28

**7hyejin** 2025-03-23

아이유 해외팬들 없어요. 해외 콘서트에는 주로 중국애들입니다. 미국 교포가 아이유 티켓 마트에 공짜표 뿌렸다는 글 올렸습니다. 폭싹 속았수다 드리마 미국 유럽 일본 순위에 못들고 남미도 낮아요. 동남아만 약간 반응있고 시청율 낮아요. 600억 들인 드라마 치고는 망한 드라마가 현실입니다. 아이유 연기 못한다는 네이트판 댓글 추천수 1000 넘었는데 삭제되더군요. 아이유 불리한 글은 모두 삭제하고 찬양글만 남겨둡니다. 바이럴 엄청 풀어요. 모두 사실입니다.



♡ 4　💬 1　🔁　✈ 1

**shxsp** 2025-03-24

님 진지하게 정신병원 가보세요... 왜요 아이유가 사실 간첩이라고도 하시지 ㅋㅋㅋ

♡　💬 1　🔁　✈

**7hyejin** 2025-03-24

사실 팩트 기반을 인정을 안하고 우기는게 아이유 팬들 특징이라고 다들 그러더군요. 님이 아이유 팬 수준 딱 증명하시네요. 잘 알았습니다. 팩트 기반 반박을 하던가. 폭삭 속았수다 넷플릭스 퍼트롤 200대. 600억 쓰고 역대급으로 망한 한국 드라마입니다.

♡ 1　💬 1　🔁　✈ 1

**shxsp** 2025-03-24

아이유 월드투어할때 표를 뿌린다고 하시는데 그건 타 아이돌이나 타 가수들도 월투돌면 표 많이 뿌립니다... 심지어 국내콘도 많이 뿌려요;; 그리고 콘서트 잘 안가보셔서 모르시나본데 해외콘이던 국내콘이던 중국인은 어떤 콘을 가던지 진짜 상상 이상으로 많아요... 좀 알아보고 말하세요... 아휴 팬수준 운운하시는데 본인이 아는게 전부인것마냥 구



IU doesn't really have overseas fans. Most of the people at her overseas concerts are Chinese. A Korean American posted that free IU tickets were being given away on a marketplace. When Life Gives You Tangerines didn't rank in the U.S., Europe, or Japan, and its rankings in Latin America were also low. It only received some response in Southeast Asia, and its viewership was low. For a drama that cost 60 billion won to produce, the reality is that it was a flop. A post on Nate Pann criticizing IU's acting received over 1,000 upvotes, but it was later deleted. Any posts that are unfavorable to IU get deleted, while only praising posts are left up. They use an enormous amount of viral marketing. Everything I've said is true

People often say that IU fans refuse to acknowledge facts and just keep insisting they're right. You're proving exactly what IU fans are like. Now I understand. Then rebut my points with facts. When Life Gives You Tangerines had a Netflix Patrol ranking in the 200s. After spending 60 billion won, it became one of the biggest flops in the history of Korean dramas.

## 스레드
조회 78회

겠어요?

♡ 1    💬 2    ⟲    ▷

**7hyejin** 2025-03-24

제주도 초반에 나오고 주로 서울에서 아이유 연애 결혼 얘기던데요? 그래도 넷플릭스 시청률 낮으니 이건 진짜 망했다는 반응이에요. 저처럼 생각하는 사람들이 많다는게 사실입니다. 작품이 좋으면 제주도 충분히 어필되죠. 오히려 유채밭 배경은 충분히 매력적인데 그건 핑계입니다. 우리가 외국 드라마 시골 배경도 재미있게 보잖아요. 그리고 아이유 진짜 해외팬이 많다면 재미없어도 드라마 보겠죠. 해외에 아이유 찐팬이 없다는 반증입니다. 아이유는 중국 바이럴이 너무 많아요. 다들 알고 있는 사실이죠. 블랙핑크 제니 로제 방탄 같으면 스스로 외국토크쇼도 가잖아요? 아이유는 해외팬이 없으니 혼자 절대 못하죠. 그리고 아이유 못생긴 얼굴이 드라마 진입장벽이라고 많은 한국 사람들도 폭싹 보기를 포기하더군요.

♡    💬 1    ⟲    ▷ 1

인기순 ⌄                                              활동 보기 ›

**shxsp** 2025-03-24
네네네…

♡    💬    ⟲    ▷

### shxsp님에게 응답한 다른 답글

**7hyejin** 2025-03-24

아 그런가요? 아이유 콘서트에는 유난히 중국인들이 많다고 해서. 아이유가 바이럴 풀어대는게 유명해서 콘서트에도 바이럴 많다던데요. 아이유 진짜 해외팬이 많다면 왜 폭삭 속았수다 미국 유럽 일본 선진국에서는 순위안에 못들까요? 남미 순위도 떨어지고. 아이유 해외인기는 없다는 증거인거죠. 폭삭속았수다 퍼트롤 200대에요. 해외인기는 전혀 없다는걸 보여줍니다. 이건 조작이 안되니까. 동남아애들만 아이유 좀 좋아하던데 딱 아이유는 후진국에나 통하는거죠. 국내 커뮤는 아이유 댓글 부대 엄청 많은거 직접 봤어요. 아이유 못생기고 연기 못한다 하면 삭제 시키더군요. 모두 사실 기반입니다.

♡    💬 1    ⟲    ▷ 1

It starts off in Jeju, but it's mainly set in Seoul, all about IU's dating and marriage story, isn't it? Still, the Netflix viewership is low, so people are reacting that this one really flopped. It's a fact that there are lots of people who think the way I do. If a work is good, Jeju could be plenty appealing. If anything, the canola-field backdrop is appealing enough, so that's just an excuse. We enjoy watching the rural backdrops of foreign dramas too, right? And if IU really had a lot of overseas fans, they'd watch the drama even if it were boring. It's proof [by contradiction] that there are no genuine IU fans overseas. IU has way too much of a Chinese viral [presence]. It's a fact everyone knows. Groups like BLACKPINK's Jennie and Rosé, or BTS, go on foreign talk shows by themselves, right? IU has no overseas fans, so she could never do that alone. And many Koreans, too, gave up on watching 'Pokssak' [When Life Gives You Tangerines]—citing IU's ugly face as a barrier to entry into the drama.

Oh, is that so? I'd heard there are unusually many Chinese people at IU's concerts. Since IU is famous for spreading viral [buzz/bots], I heard there's a lot of viral [manipulation] at her concerts too. If IU really had a lot of overseas fans, why can't 'When Life Gives You Tangerines' [폭삭 속았수다] rank in developed countries like the US, Europe, and Japan? Its Latin American ranking is dropping too. That's evidence IU has no overseas popularity. 'When Life Gives You Tangerines' is in the 200s on the [Netflix viewership] patrol [퍼트롤]. It shows she has zero overseas popularity. Because this [metric] can't be manipulated. Only Southeast Asian kids seem to like IU a bit—so IU only works in underdeveloped countries. I saw for myself that on domestic online communities there's a huge comment-army [댓글부대] for IU. If you say IU is ugly and can't act, they get it deleted. This is all fact-based

**EXHIBIT 25**

(아) 뷰로드에도 아이유 못생겼다 쓰면 댓글 지워집니다 아이유판과 바이럴이하도 설쳐대서 아이유 안급금지된 커뮤게시판도 많아…



**bom_110011** › **폭삭속았수다** 2025-03-22

확실히 아이유가 등장할 때마다
뭔가 어정뜨구나.
자꾸 스킵하게 되네.

영화관에서 알바를 해도 고학생 느낌이 아니라 체험 나온 애 같고

7년 사귄 약혼자와 헤어지는데도 그냥 1차원적인 연기 밖에 안 보여.

노래는 여신인데
그냥 작품을 위해서
진짜 배우에게 양보하면 안 되나?
작품이 아까워서 그래....작품이

폭삭속았수다

♡ 1천    💬 155    ⟲ 2    ➤ 28

**zxcvbyt674** 2025-03-24

이렇게 공론화된곳에 본인 생각이 정답인듯 불만을 쓰실거라면 본인이 배우하시던지 아니면 감독이 되셔서 작품을 찍으세요. 저는 진짜 잘봐서 이글이 아쉬워서 하는 말이에요

♡ 7    💬 1    ⟲    ➤

**7hyejin** 2025-03-24

그건 님의 생각이고 아이유 연기 뭇하고 미스캐스팅이라는 네이트판 게시물에 추천수 1000명이 넘었는데 삭제되었어요. 아이유는 늘 이런 식으로 언론통제를 하는게 문제입니다. 비판글은 삭제하고 찬양글만 남겨둬요. 그럼 연예인 하지 말아야줘. 여기가 공산주의입니까? 아무리 카카오가 중국자본이라도 이건 잘못된겁니다. 그런 비판의식도 없는 사람은 문제가 있는 사람입니다.

That's just your opinion—there was a Nate Pann [네이트판] post saying IU's acting is bad and she was miscast that got over 1,000 upvotes, and it was deleted. The problem is that IU always controls the press this way. They delete critical posts and leave only the praising ones. If so, she shouldn't be a celebrity. Is this communism? No matter how much Kakao is Chinese capital, this is wrong. A person who lacks even that kind of critical awareness is a person with a problem.

♡    💬 2    ⟲    ➤ 1

**dong_10__** 2025-03-24

스레드
조회 29회

♡    💬 1    ⟲    ➤



**7hyejin** 2025-03-24

On YouTube too, if you write that IU is ugly, the comments get deleted. IU's fans and viral [operators] run rampant so much that there are many community message boards where IU is banned from being mentioned. It's a notoriously infamous fandom. For 'When Life Gives You Tangerines', there are lots of reactions that IU is ugly and can't act, and many people saying, 'Did they spend the entire 60-billion-won production budget on viral [marketing]?' 'When Life Gives You Tangerines' is in the 200-point range on Netflix [Flix]Patrol—a total flop—and IU's film 'Dream' and 'Broker' flopped too, and IU's brand-reputation index plunged to nearly 100th place, so no matter how much they run viral [campaigns] and manipulate the media, the public—

유튜브에도 아이유 못생겼다 쓰면 댓글 삭제됩니다. 아이유 팬과 바이럴이 하도 설쳐대서 아이유 안급금지된 커뮤게시판도 많아요. 악명이 높은 팬덤이더군요. 폭싹 속았수다 아이유 못생기고 연기못한다는 반응이 많은데 600억 제작비 다 바이럴에 썼냐는 말도 많더군요. 폭싹속았수다 넷플릭스 퍼트롤 200점대던데 폭망하고 아이유 영화 드림 브로커도 망했고 아이유 브랜드평판 지수도 100위가까이 추락했는데 아무리 바이럴 플고 언론조작해도 대중



**EXHIBIT 26**



**bom_110011** > **폭삭속았수다** 2025-03-22

확실히 아이유가 등장할 때마다
뭔가 어정뜨구나.
자꾸 스킵하게 되네.

영화관에서 알바를 해도 고학생 느낌이 아니라 체험 나온 애 같고

7년 사귄 약혼자와 헤어지는데도 그냥 1차원적인 연기 밖에 안 보여.

노래는 여신인데
그냥 작품을 위해서
진짜 배우에게 양보하면 안 되나?
작품이 아까워서 그래....작품이

폭삭속았수다

♡ 1천    💬 155    ⟲ 2    ⊿ 28

**zxcvbyt674** 2025-03-24

이렇게 공론화된곳에 본인 생각이 정답인듯 불만을 쓰실거라면 본인이 배우하시던지 아니면 감독이 되셔서 작품을 찍으세요. 저는 진짜 잘봐서 이글이 아쉬워서 하는 말이에요

♡ 7    💬 1    ⟲    ⊿

**7hyejin** 2025-03-24

그건 님의 생각이고 아이유 연기 뭣하고 미스캐스팅이라는 네이트판 게시물에 추천수 1000명이 넘었는데 삭제되었어요. 아이유는 늘 이런식으로 언론통제를 하는게 문제입니다. 비판글은 삭제하고 찬양글만 남겨둬요. 그럼 연예인 하지 말아야줘. 여기가 공산주의입니까? 아무리 카카오가 중국자본이라도 이건 잘못된겁니다. 그런 비판의식도 없는 사람은 문제가 있는 사람입니다.

That's just your opinion—there was a Nate Pann [네이트판] post saying IU's acting is bad and she was miscast that got over 1,000 upvotes, and it was deleted. The problem is that IU always controls the press this way. They delete critical posts and leave only the praising ones. If so, she shouldn't be a celebrity. Is this communism? No matter how much Kakao is Chinese capital, this is wrong. A person who lacks even that kind of critical awareness is a person with a problem.

♡    💬 2    ⟲    ⊿ 1

**zxcvbyt674** 2025-03-24

님은 우리나라 말 맞춤법이나 제대로 쓰고 중국이 어떻고, 공산주의가 어떻고 말 하세요..ㅋㅋ 그리고 다시 한 번 말하지만 전 잘 봤어요..ㅋㅋ

**스레드**
조회 38회

오타난걸 맞춤법 지적하는 모자람은...아이유 바이럴들하고 똑같네요. 아이유나 그 팬이나 바이럴이나 후진국 수준인거죠. 보는눈 있는 사람은 절대 안봅니다.

♡    💬 1    ⟲    ⊿ 1






**zxcvbyt674** 2025-03-24 · · ·

본인은 그 흔한 오타도 안고치고 글을 쓰면서 나라가 바뀌길 기대하십니까..저도 더이상 할 말이 없네요

♡   ◯ 1   ↻   ⊳

**7hyejin** 2025-03-24 · · ·

오타랑 나라와 무슨 상관임? 아이유 드라마 보는 사람이라 역시 수준 떨어지는군. 폭싹 600억 쓰고 망한건 아시죠? 퍼트롤 200대...퍼트롤 모르나?

♡   ◯ 1   ↻   ⊳ 1

인기순 ⌄                          활동 보기 ›

**zxcvbyt674** 2025-03-24 · · ·

님은 그 흔한 오타도 안고치면서 나라가 문제라고 얘기하냐고요ㅋㅋ진짜 알아듣지도 못하고 그냥 평생 남 미워하면서 사세요 팬이면 얻는거라도있지 님은 그냥 그렇게 사세요 다 제 잘못입니다 ㅇㅇ

♡   ◯   ↻   ⊳



**What does a typo have to do with the country? As expected, someone who watches IU's dramas has pretty low standards. You do know When Life Gives You Tangerines spent 60 billion won and flopped, right? FlixPatrol rankings were in the 200s... Don't you even know what FlixPatrol is?**

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 93 of 355

(쥐)보타링이 라온 무슨 맛인임? 아이유 브리야 보는 사람이라 책이 수온 떨어지는건. 폭싹 600가 스타3 당한건이지죠? 퍼트롤 200…

**EXHIBIT 27**

25. 12. 18. 오후 2:30 (6+) 님 수준이 낮으니까 아이유 드라마를 보는거죠. 실제로 폭싹 드라마...와 응답이 인들만 좀 보고...유럽 일본은 관심도 없더군요. 아...

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 95 of 355



**bom_110011** › **폭삭속았수다** 2025-03-22

확실히 아이유가 등장할 때마다
뭔가 어정뜨구나.
자꾸 스킵하게 되네.

영화관에서 알바를 해도 고학생 느낌이 아니라 체험 나온 애 같고

7년 사권 약혼자와 헤어지는데도 그냥 1차원적인 연기 밖에 안 보여.

노래는 여신인데
그냥 작품을 위해서
진짜 배우에게 양보하면 안 되나?
작품이 아까워서 그래....작품이

폭삭속았수다

♡ 1천   💬 155   ⟲ 2   ➤ 28

**스레드**
조회 24회

이 배우야신지 아니면 감독이 되셔서 작품을 찍으세요. 저는 신짜 잘봐서 이글이 아쉬워서 하는 말이에요

♡ 7   💬 1   ⟲   ➤

**7hyejin** 2025-03-24

그건 님의 생각이고 아이유 연기 뭣하고 미스캐스팅이라는 네이트판 게시물에 추천수 1000명이 넘었는데 삭제되었어요. 아이유는 늘 이런 식으로 언론통제를 하는게 문제입니다. 비판글은 삭제하고 찬양글만 남겨둬요. 그럼 연예인 하지 말아야줘. 여기가 공산주의입니까? 아무리 카카오가 중국자본이라도 이건 잘못된겁니다. 그런 비판의식도 없는 사람은 문제가 있는 사람입니다.

♡   💬 2   ⟲   ➤ 1

"That's just your opinion—there was a Nate Pann [네이트판] post saying IU's acting is bad and she was miscast that got over 1,000 upvotes, and it was deleted. The problem is that IU always controls the press this way. They delete critical posts and leave only the praising ones. If so, she shouldn't be a celebrity. Is this communism? No matter how much Kakao is Chinese capital, this is wrong. A person who lacks even that kind of critical awareness is a person with a problem.

**zxcvbyt674** 2025-03-24

님은 우리나라 말 맞춤법이나 제대로 쓰고 중국이 어떻고, 공산주의가 어떻고 말 하세요..ㅋㅋ 그리고 다시 한 번 말하지만 전 잘 봤어요..ㅋㅋ

♡ 1   💬 2   ⟲   ➤

**7hyejin** 2025-03-24

님 수준이 낮으니까 아이유 드라마를 보는거죠. 실제로 폭싹 드라마 동남아인들만 좀 보고 미국 유럽 일본은 관심도 없더군요. 아이유가 연기 너무 못하고 못생겨서. 웨딩드레스 입은 신부가 아이유처럼 못생긴거 처음 봤어요. 님이 딱 동남아 후진국 수준인증하는군요.

It's because your level is low that you watch IU dramas. In reality, only Southeast Asians watch the 'Pokssak' [When Life Gives You Tangerines] drama a bit, while the US, Europe, and Japan had no interest at all. Because IU acts so badly and is ugly. I've never seen a bride in a wedding dress as ugly as IU. You're proving you're exactly at the level of an underdeveloped Southeast Asian country



25. 12. 18. 오후 2:30    (3+) 탑 수준의 댓글이 가 있...   아이유 드라마를 보러 왔죠. 실제로 폭싹 코리아 응답이 인물이 좀 보고 아... 유럽 일본은 관심도 없더군요. 아...

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 96 of 355



**EXHIBIT 28**

Case 5:26-mc-80211-SVK Document 1-1 Filed 07/15/26 Page 98 of 355



## 스레드
조회 32회



**7hyejin** 2025-03-24

아이유 연가못해요. 사람 보는눈 있으면 아이유 드라마 안봅니다. 팩트로 말 해줘도 못알아 들으니 님은 그냥 아이유 수준처럼후진국형 마인드이네요. 저 는 이유없이 까지 않아요. 아이유는 그동안 수많은 잘못을 하고 은폐하고 있 고 알만한 사람 다 알아요. 님 수준은 그거밖에 안되니까 계속 보세요. 넷플릭 스에서 망한 수준낮은 드라마. 폭싹 퍼트롤 270대.

   1

IU can't act. Anyone with good judgment wouldn't watch her dramas. Even when I explain things with facts, you still don't understand, so you just have the same backward, developing-country mindset as IU. I don't criticize people for no reason. IU has done countless wrong things over the years and covered them up, and everyone who's informed already knows it. But your level is only that much, so go ahead and keep watching her low-quality drama that flopped on Netflix. When Life Gives You Tangerines was around No. 270 on FlixPatrol







Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 99 of 355













# EXHIBIT 29

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 101 of 355



**스레드**
조회 77회



**7hyejin** 2025-03-24

아이유 좋다는 사람들은 동남아 수준이라구요. 실제로 폭싹 속았수다 아이유는 선진국에서 인기 전혀 없어요. 님도 아이유도 후진국 동남아 수준인증이네요. 사람 보는 눈이 그것밖에 안되는걸 보니 딱하네요. 아이유 표절 소아성애 바이럴 역바이랄 악플이 아니라 다 사실인데. 님 수준대로 사셔요. 아이유 연기 못하고 못생겼다는 사람도 많아요. 사람 보는 눈이 있는거죠. 폭싹 퍼트롤 200대면 망한 드라마에요. 퍼트롤이 뭔지도 모르나? 객관적인 자료를 줘도 악플 타령이네. 검색해보시던가. 동남아 사람들만 좀 보는 드라마이더군요. 미국 유럽 일본 선진국은 아이유 관심없어요. 600억 쳐들이고 넷플릭스는 왜 가서 망하는지 원.

♡　　○　　⟲　　◁ 1

"People who say they like IU are only at the level of Southeast Asia. The reality is that IU has virtually no popularity in developed countries. You're proving that both you and IU are at the level of a backward Southeast Asian country. It's honestly pitiful that your judgment of people is only that good. The plagiarism, child-sexualization controversy, viral marketing, and reverse viral marketing involving IU aren't malicious rumors—they're all true. Live however you want. Plenty of people also say IU can't act and isn't attractive. That's what it means to have good judgment. If When Life Gives You Tangerines was ranked in the 200s on FlixPatrol, then it's a flop. Don't you even know what FlixPatrol is? Even when I give you objective data, you just dismiss it as 'hate comments.' Go look it up yourself. It seems only people in Southeast Asia watched the drama to any extent. People in developed countries like the U.S., Europe, and Japan have no interest in IU. They spent 60 billion won, only for it to flop on Netflix."













# EXHIBIT 30

네이트 메인가기

로그인  메일  뉴스  판  TV  톡톡  만화  게임  쇼핑  더보기

전체

홈      **톡톡**      팬톡

내가 쓴 글 보기

### 9/15[월] 첫방송 신사장프로젝트
협상과 협박은 한 끗 차이 고객 맞춤형 해결 서비스
tvN Drama

*Wavering: The late Sulli's older brother — sniped at IU → 'Kim Soo-hyun's side [says] NO nude-scene coercion,' he knew [it] [Issue Watch]*

톡톡   엔터톡   채널보기

목록   이전글   다음글

# 오락가락 故 설리 친오빠, 아이유 저격→김수현 측 나체 강요 NO 알고 있었다[이슈와치]

쓰니   2025.04.03 07:33

조회 203

다양한 톡톡 채널들을 즐겨찾기에서 이용해 보세요!

🏅 명예의 전당

| | |
|---|---|
| 사는얘기 | 남편 VS 아내 |
| 10대 이야기 | 남자들끼리만 |
| 20대 이야기 | 여자들끼리만 |
| 30대 이야기 | 결혼/시집/친정 |
| 40대 이야기 | 맞벌이 부부 이야기 |
| 50대 이야기 | 임신/출산/육아 |
| 싱글톡 | 남자들의 속깊은이야기 |

See
Translation
On
Page 4



| | |
|---|---|
| 훈훈한 이야기 | 사랑과 이별 |
| 세상에 이런일이 | 해석 남/여 |
| 나 억울해요 | 사랑,고백해도 될까요? |
| 묻고 답하기 | 지금은 연애중 |
| 대한민국 이슈 | 헤어진 다음날 |
| 개념 상실한 사람들 | 군화와 고무신 |
| 믿음과 신앙 | 군대일기 |

| | |
|---|---|
| TV톡 | 회사생활 |
| **엔터톡** | 취업과 면접 |
| 스타/스포츠 | 알바 경험담 |
| 배꼽조심 유머 | 백수&백조이야기 |
| 웃기는 사진/동영상 | |
| 엽기&호러 | 동물 사랑방 |
| 웹툰&카툰 | 요리&레시피 |
| | 뷰티&스타일 |
| 야구야구 | 건강/다이어트 |
| 판춘문예 | 여행을 떠나요 |
| | 포토스토리 |
| | 생활/노하우 |

김수현(뉴스엔DB), 영화 '리얼' 속 고(故) 설리

[뉴스엔 이슬기 기자] 故 설리 친오빠가 또 다른 의혹을 제기하고 나섰다. 앞서 제기했던 故 설리의 '리얼' 노출신 강요 주장에 대해서는 입장을 바꿨다. 생전 고인이 겪었을 억울한 일들을 풀고 싶은 유족의 마음을 이해하지만, 무차별적인 실명 폭로와 근거 없는 주장은 역풍도 각오해야 하는 상황이다.

설리 친오빠는 4월 3일 소셜미디어에 "골든 메달리스트 편에서 올린 입장문 잘 봤습니다. 대역 배우가 아닌 스탠딩 배우였다고요"라고 입을 열었다.

이어 그는 "강요 의혹 제시 했었지만 여럿 증언에 따라 강요는 없었다라는거 입장문 올리시기 몇일전에.. 인지 했습니다. 콘티대로 진행도 하셨을거라 생각합니다"라고 달라진 입장을 전해 시선을 끌었다.

앞서 고인의 친오빠 A씨는 3월 28일 영화 '리얼' 촬영과 관련 김수현, 영화감독 이사랑(이로베) 형제에 대한 폭로를 해 파장을 불렀다. 고인은 과거 김수현이 주연을 맡고 이사랑 감독이 연출한 영화 '리얼'에 출연했다.

A씨는 고 설리와 김수현의 베드신이 당초 대본에 구체화되지 않았으며 당시 현장에 대역 배우가 있었지만 고 설리를 설득해 베드신과 나체신을 강요했다고 주장했다. 또 해당 신을 촬영할 당시 대역 배우가 건강상 이유로 현장에 오지 못했다고 했는데, 고 설리의 빈소를 찾은 이들이 대역 배우가 현장에 있었다고 증언했다며 두 사람의 입장을 요구했다.



coupang  12시 전 주문, 내일도착!

nate 게임  확률형아이템 포함  조선이별ω
K-좀비 사냥 MMORPG
이제, 조선의 밤은 피로 물든다.
사전예약 진행중

**어마마마가 해주신 명란 파스타** (6)
[방탈죄송] 지역감정 및 종교 .. (76)
24살인데 지금 3400만 원 모았으면.. (21)
누가 독촉하는 것도 아닌데 나이에.. (8)
지금이라도 간호학과 진학을 포기.. (10)
**주말에도 회사 여직원과 연락을 주..** (255)

뿐만 아니라 "설리가 피오와 1년 정도 사귀었다" "김수현 이사랑 이진호 곽태영. 이정섭. 아이유 김선아 설리 구하라 김새론 한지은 수지 안소희. 골든메달리스트. 리얼" 등의 무차별 폭로를 이어갔다.

그는 "아이유-김수현과 친분. '리얼' 최초 여주연 제의 거절 후 설리에게 시나리오 던짐"이라고 부연하면서 故설리와 故구하라, 故김새론이 같은 정신과에서 치료를 받았다며, 해당 병원은 당초 故설리가 아이유로부터 소개 받은 곳이라는 주장도 덧붙였다.

그는 "'리얼' 촬영 현장에 대역 있었다. 콘티대로 진행했으나 개봉 이후 '이 정도로 편집할 거 같았으면 대역 써도 괜찮지 않았나'라고 당시 의문점 전달. 당시 설리는 육체적으로나 정신적으로나 힘든 상황이었다"고도 적었다. A씨는 "아이유가 '리얼'의 원래 여주인공이었다"고 주장하지만, 아이유는 '리얼'에 카메오로 출연했다. A씨가 이름을 언급한 수지, 안소희 역시 '리얼'에 카메오로 짧게 출연했다.

다만 해당 폭로는 관계 없는 스타들의 이름을 소환하고 고인의 과거 사생활까지 들춘다는 싸늘한 여론의 역풍을 맞이해야 했다. 아이유 측은 이와 같은 주장에 대해 "입장은 따로 없다"고 밝혔다. A씨는 결국 해당 글을 삭제했다.

이후 김수현 소속사 골드메달리스트 측은 4월 2일 공식 보도자료를 통해 "고 최진리 배우가 연기했던 여자 주인공 송유화 역할은 시나리오에서부터 베드신이 있었기 때문에 캐스팅할 때 '노출 연기가 가능한 배우'를 명시했다. 일반적인 구인 공고에서도 직무에 필수 조건이 붙는 것처럼 송유화 역할은 노출 연기가 필요한 설정이었으므로 사전에 고지돼야 하는 사항"이라고 밝혔다.

골드메달리스트 측은 "고 최진리 배우와 당시 소속사에게 전해진 시나리오에도 베드신이 있었으며 송유화 캐릭터를 설명하는 자료에는 노출 수위의 시안이 있었다. 또한 출연계약서를 작성할 때에도 노출 범위에 대한 조항을 별도로 기재했다. 고 최진리 배우와 당시 소속사는 모든 내용을 충분히 검토하고 출연을 결정한 것"이라며 "그럼에도 베드신은 배우들에게 큰 용기가 필요하다는 것을 알기에 제작진은 충분한 사전 준비 과정을 가졌고, 고 최진리 배우는 베드신에 대해 사전에 숙지하고 촬영에 임했다"고 해명했다. 이와 함께 골드메달리스트 측은 베드신 포함 모든 장면의 촬영을 진행했던 영화 '리얼' 김중옥 조감독, 이준현 스크립터의 사실확인서를 첨부했다.

김수현 측의 입장을 받아들였지만, A씨는 의혹 제기를 멈추지 않았다. 설리의 베드씬에 이어 문제를 제기한 건 이정섭 감독의 하차. 그는 "허면 촬영 당시에 영화에 관련되어 아무런 문제가 없었다면 이정섭 감독의 도중 하차 관련 되어서도 투명하게 공개를 요청합니다"라는 목소리를 냈다. 그는 "제가 들은 내용으로써는 이정섭 감독님 께서 리얼 감독직에 있을때 이미 80프로 녹화가 진행이 되었었다라는것. 그만한 분량을 찍고서도 하차 하는것이 제 상식선에선 이해가 되지 않습니다. 이말에도 오류가 있다면 오류가 있는점도 알려주셨으면 감사하겠습니다"라고 전했다.

이슬기 reeskk@newsen.com

1        0

목록 | 인쇄 | 신고    이전글 다음글

아무리 이해해 보려 해도 이런 직.. (5)
시어머니 되실 분 때문에 파혼 고.. (26)
돈 안 갚는 대학 동기 진짜 어떻게.. (8)
자영업 3년 차, 인간의 욕심은 끝.. (8)

**1**/2

---

**이 남돌 마린룩 변천사 넘 좋아..** (2)
이제서야 말하는 갓 더 비트 비.. (1)
필모에 넣어야 한다는 여배우의 .. (10)
여든이 되기 전에 꼭 이루겠다는.. (2)
먹깨비들에게 가장 무서운 재앙.. (2)
**VIVIZ 엄지가 간직하고 있는 팬..** (2)
임신 막달까지 아내 밥해줬다는 .. (6)
프듀가 끝난 지 거의 10년이 다 .. (21)
시간 되시면 저 결혼하니까 밥 .. (28)
박나래가 서장훈에게 감동한 이.. (12)

**2**/2

| 랭킹옵션

**남편이랑 다툼 막말하는 남편** (315)
시모하고 연 끊습니다. (95)
부산대 국민대 어디가더좋음? (189)
판 승퀴가 먹은거 맞음 (137)
요즘 10대가 정상인이유 (69)
진짜 간지러움이랑 건선 때문에.. (79)
정국이 ㄹㅇ 사기캐다 (57)
에스파는 어케 미국가서 립싱크.. (51)
렉카들 에스파 안올림? 슴 돈먹.. (35)
피부에 돈 때려부어도 안되는 .. (59)
**에스파 GMA 댓글반응 최종본** (35)
톡선 에스파 글 보고 느낀건데 (30)
에스파 팬들 장난하나ㅋㅋㅋ (28)
아빠 vs 자식 죽음의 이지선다 (13)
각자 통장관리하며 사시는 부부.. (87)
모르는 번호로 전화왔는데 상대.. (4)
혼자 자취하는사람들 무조건 꼭.. (3)
시부모님이 1박 하고 가실 때 .. (239)
독립한게 후회되네요.. (136)
에스파 gma 영상 좌표찍힘? (41)

**1**/2




**가난할수록 목숨 걸고...** (162)


**근데 에스파 gma 왜 ...** (143)
가뜩이나 소인조그룹인데ㅠ 실력...

**1**/5

---

**누가 봐도 불쾌한 행동** (61)
남동생 아빠한테 개후두러맞.. (59)
부정선거를 방치한 결과 (367)
요즘 판 들어오기 싫음 (208)
근데 왜 남자들은 (187)
**장원영 ㄹㅇ 한국인 피 안 ...** (219)
남편이랑 다툼 막말하는 남편 (315)
소봄이 기자 실존인물이였음 (90)
에스파 립싱크 (98)



**nate 운세**
**[무료] 9월 열두띠별 무료운세**

김수현   최진리   설리   이정섭   수지

**0**개의 댓글

### 댓글쓰기                                               댓글운영정책

글꾸미기   이미지 첨부

타인을 배려 하는 마음을 담아 댓글을 달아주세요.
내용에 따라 이용약관 및 관련 법률에 의해 임의 조치를 수행 할 수 있습니다.

---

| 최신순 | 추천순 | 반대순 | 예비베플 **0** | 찬반대결 **0** | 사진댓글 **0** | 작성자 찾기 |

해당 게시물에 댓글이 없습니다.

---

1

톡톡 홈으로 | 전체목록 | 맨위로

---

**달콤한 순정**


궁에는 개꽃이 ...
신지상


날것 : 공작가의 ...
로하


부부를 연기 중...
iQIYI Comics

**인기 드라마**


논논비요리 [단행]
앗토


은수저 [단행]
아라카와 히로무


먹짱! [단행]
Tsuchiyama Sigeru

---

**오늘의 판**                         4/5


**10대 이야기**  ○○
삼양대 불닭학과 26학번 나


**엔터톡**  ○○
옛날 드라마 착장들, 진짜 패션은 돌고 도네

---

판 승퀴가 먹은거 맞음 (135)

+ 더보기

전정국 진짜 사기캐지 그룹으로..
정국이 ㄹㅇ 사기캐다 (57)

실력은 물론 스타성까지 겸비한 ..
정국이 ㄹㅇ 사기캐다 (57)

20대에 이미 글로벌 대슈스됨 그..
정국이 ㄹㅇ 사기캐다 (57)

예쁘고 몸매도 좋고 걍 완벽함
카리나 몸매 미쳤다 (60)

안유진?? 목걸이...?? ㄴㅁ 예뻐
여자는 목길이가 진짜 중요한듯 (f.. (107)

애초어 백댄서랑 무대아우라 얘..
에스파 GMA 댓글반응 최종본 (35)

1/4

**coupang**
거품없는 가격
쿠팡 **Only** 상품
바로가기 >
**coupang** 주문하기

**1**/3

| 시사 | 스포츠 | 연예 |

**'패스트트랙 충돌' 나경원 징역 2.**
[단독]수감 생활 중 '성경 시편' ..            1
"사과하고 물러나야" vs "있을 수..          1
[단독]한살아들 폭행해 사망...부인..         1
[속보] 검찰 '패스트트랙 충돌' ..            1
"영웅 만들어야" 서장, 함구 지시..
빠루 등장한 '패스트트랙 충돌' ..
"헤어지자" 말에 분노, 여친 차로..
중국산 시멘트와 국산 비교 충격..
이재석 경사 당직 동료들 폭로..."..

최근 10분간의 데이터를 기준으로 합니다.

[Newsen, reporter Lee Seul-gi] The late Sulli's biological older brother has come forward raising yet another allegation. As for the previously raised claim that Sulli was coerced into the exposure/nude scene in 'Real,' he has reversed his position. While one can understand the bereaved family's wish to resolve the injustices the deceased may have suffered during her lifetime, the situation is one where indiscriminate real-name exposés and baseless claims must brace for backlash as well.

Sulli's older brother opened up on social media on April 3: 'I read the statement posted on Golden Medalist's [Kim Soo-hyun's agency] behalf well. [You're saying] it was a standing actor, not a body double.'

He then drew attention by conveying his changed position: 'I had raised the coercion allegation, but according to multiple testimonies, [I] became aware—a few days before you posted the statement…—that there was no coercion. I think you [likely] proceeded according to the storyboard [conti] as well.'

Earlier, the deceased's older brother, Mr. A, had caused a stir on March 28 by making revelations about Kim Soo-hyun and the film director Lee Sa-rang (Irobe) brothers in connection with the filming of the movie 'Real.' The deceased had previously appeared in 'Real,' which starred Kim Soo-hyun and was directed by Lee Sa-rang. Mr. A claimed that the bed scene between the late Sulli and Kim Soo-hyun was not originally detailed in the script,

네이트 쇼핑추천

쿠팡 뉴트리원 오늘의집
쿨리안 헬렌 플로럴
미나그램 옷단지 로즈몽

2/7




+유니크해+ 세련된가을 데님숄더백
+착한가격+ +best~1위+ 지금특가로



꾸민듯만듯 +극찬예뻐+ 위빙숄더백
상의SET 셔츠60%↓ 지금 특가




핏캇찬템 뭐~입을까? 만원대니까
레이스예뻐 세트룩sale 부담없어요




짱~1위+ 올리브오일 플로럴치마
일입어요 레몬즙1+1 하늘하늘~

and that although there was a body double on set at the time, they persuaded the late Sulli and coerced her into the bed scene and nude scene. He also said that at the time that scene was filmed, the body double could not come to the set for health reasons—but stated that people who visited the late Sulli's funeral wake testified that the body double had been on set, and he demanded the two [Kim Soo-hyun and the director] respond.

On top of that, he continued making indiscriminate revelations such as 'Sulli dated P.O for about a year' and a string of names—'Kim Soo-hyun, Lee Sa-rang, Lee Jin-ho, Kwak Tae-yeong, Lee Jeong-seop, IU, Kim Sun-a, Sulli, Goo Hara, Kim Sae-ron, Han Ji-eun, Suzy, Ahn So-hee, Golden Medalist, Real.'

He added, elaborating: 'Connections with IU and Kim Soo-hyun. After [she] declined the initial lead-actress offer for "Real," [she] tossed the script to Sulli'—and further claimed that the late Sulli, the late Goo Hara, and the late Kim Sae-ron received treatment at the same psychiatric clinic, and that the clinic was originally a place the late Sulli had been referred to by IU.

He also wrote: 'There was a body double on the "Real" set. Filming proceeded according to the storyboard [conti], but after release [I] conveyed the doubt at the time—"if it was going to be edited down to this extent, wouldn't it have been fine to use a body double?" At the time, Sulli was in a difficult situation both physically and mentally.' Mr. A claims that 'IU was the original female lead of "Real,"' but IU appeared in 'Real' as a cameo. Suzy and Ahn So-hee, whose names Mr. A mentioned, also appeared only briefly in 'Real' as cameos.

However, that exposé had to face the icy backlash of public opinion for summoning the names of unrelated stars and digging up even the deceased's past private life. IU's side stated regarding these claims that they had 'no separate position [to give].' Mr. A eventually deleted the post.

Afterward, Kim Soo-hyun's agency, Gold Medalist, stated through an official press release on April 2: 'The female lead role of Song Yoo-hwa, played by the late actor Choi Jin-ri [Sulli], had a bed scene from the screenplay stage, so when casting, "an actor capable of exposure acting" was specified. Just as essential conditions are attached to a job in an ordinary hiring notice, the role of Song Yoo-hwa was a setup requiring exposure acting, so it was a matter that had to be disclosed in advance.'

Gold Medalist's side stated: 'The screenplay delivered to the late actor Choi Jin-ri and her agency at the time also had a bed scene, and the materials describing the Song Yoo-hwa character included a draft of the level of exposure. Furthermore, when the appearance contract was drawn up, a clause about the scope of exposure was separately written in. The late actor Choi Jin-ri and her agency at the time fully reviewed all the content and decided on [her] appearance.' They explained: 'Nonetheless, because [we] know that bed scenes require great courage from actors, the production team had a sufficient advance preparation process, and the late actor Choi Jin-ri was informed about the bed scene in advance and undertook the filming.' Together with this, Gold Medalist attached written confirmations of fact from 'Real' assistant director Kim Jung-ok and scripter Lee Joon-hyeon, who had carried out the filming of all scenes including the bed scene.

Although he accepted Kim Soo-hyun's side's position, Mr. A did not stop raising allegations. Following Sulli's bed scene, the next issue he raised was director Lee Jeong-seop's departure [from the film]. He voiced: 'Then, if there was no problem related to the film at the time of filming, I request transparent disclosure regarding director Lee Jeong-seop's mid-way departure as well.' He conveyed: 'From what I heard, 80 percent of the filming had already been done while director Lee Jeong-seop was in the "Real" director's post. That he would step down after shooting that much footage does not make sense to my common sense. If there is any error in this statement as well, I would be grateful if you would let me know the errors

게시물 게재규칙 | 판 이용약관 | **개인정보처리방침** | 청소년보호정책 | 광고문의 | 고객센터

정보통신망을 통하여 불법촬영물등, 음란, 저작권 침해 명예훼손, 청소년 유해물, 기타 위법 자료 등을 게시 또는 배포하면
해당 게시물은 경고 없이 삭제되며,
게시자는 법률에 따라 징역형 또는 벌금형에 처해질 수 있습니다.

© NATE Communications

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 108 of 355

# EXHIBIT 31



스레드
조회 1.2천회

**na_brunch** 2025-08-11
난 사람들이 아무리 재미있다고 해도 별로 안 좋아하는 배우가 나오면 끝까지 안 봐 ㅋ 나처럼 이런 스치니 있어? 참고로 난 선재 업고 튀어랑 폭삭 속았수다 안 봤어🙄

♡ 695    💬 348    ⟳ 18    ◁ 1

**7hyejin** 2025-08-12

youtu.be/s1lZs...

여가수 A의 고인마케팅의 심각성을 알립니다. [한국연예인들이 사라지고 있다] 1부 '고인마케팅' 설리, 종현...

youtube.com

Exposing the Seriousness of Female Singer A's Exploitation of the Deceased for Publicity: Korean Celebrities Are Disappearing – Part 1: 'Exploiting the Deceased' — Sulli, Jonghyun

♡ 4    💬 1    ⟳    ◁ 2

인기순 ⌄                          활동 보기 ›

**kimbomkr** 2025-08-12
이런 걸 믿는 사람들은 심각한 거고

♡ 2    💬    ⟳    ◁

**na_brunch**님에게 응답한 다른 답글

**imagination._e** 2025-08-11
나는 다른 배우들 연기가 좋아서 보다가도 아이유 나오면 돌리게 됨 그 특유의 잘 봐 나 연기하고 있잖아를 연기하는데 항마력 딸려서 볼 수가 없음

♡ 396    💬 12    ⟳    ◁ 1

**tizanek30** 2025-08-12
나도 ㅋㅋㅋ 아이유 나온것들 다 안봄 연기가 좀... 진짜 못보겠음

**EXHIBIT 32**



스레드
조회 3.9천회

Threads 3.9k views

**7hyejin** 2025-08-30

youtu.be/s1lZs...

송현/설리/구하라/문빈/이선균

# 여가수 A의 고.인.마.케.팅

한국연예인이 사라지고있다 1부

▶ youtube.com

여가수 A의 고인마케팅의 심각성을 알립니다. [한국연예인들이 사라지고 있다] 1부 '고인마케팅' 설리, 종현...

Exposing the Seriousness of Female Singer A's Exploitation of the Deceased for Publicity: Korean Celebrities Are Disappearing – Part 1: 'Exploiting the Deceased' — Sulli, Jonghyun

♡ 3    ○ 1    ⟲    ▷ 1

인기순 ⌄                                활동 보기 ›

**alsha0630** 2025-08-30

참 정말 웃긴다. 이거 이담에 신고를 넣겠습니다. 그러라고 이렇게 올리신 듯 한데.

♡ 1    ○    ⟲    ▷

**EXHIBIT 33**



**dannis_son** > 아이유 2025-09-06

고해성사 하는 아이유

스레드

조회 5.9천회

Threads
5.9k views

**7hyejin** 2025-09-07

youtu.be/s1lZs...

종현/설리/구하라/문빈/이선균

# 여가수 A의
# 고.인.마.케.팅

한국연예인이 사라지고있다 1부

▶ youtube.com

여가수 A의 고인마케팅의 심각성을 알립니다. [한국연예인들이 사라지고 있다] 1부 '고인마케팅' 설리, 종현...

Exposing the Seriousness of Female Singer A's Exploitation of the Deceased for Publicity: Korean Celebrities Are Disappearing – Part 1: 'Exploiting the Deceased' — Sulli, Jonghyun

♡ 20     💬     ⟳     ⬦ 1

활동 보기 >

**EXHIBIT 34**



**스레드**
조회 69회

← ...

**7hyejin** 2025-09-12                    ...

youtu.be/s1lZs...

송현/설리/구하라/문빈/이선균

# 여가수 A의
# 고.인.마.케.팅

한국연예인이 사라지고있다 1부

▶ youtube.com
여가수 A의 고인마케팅의 심각성을 알립니다. [한국연예인들이 사라지고 있다] 1부 '고인마케팅' 설리, 종현...

♡  ○  ⟲  ◁ 1

Exposing the Seriousness of Female Singer A's Exploitation of the Deceased for Publicity: Korean Celebrities Are Disappearing – Part 1: 'Exploiting the Deceased' — Sulli, Jonghyun

**EXHIBIT 35**

![Threads logo]

←        **스레드**
조회 72회

---

**inside_summer** 2025-09-24 ···
아이유 정치성향이나 성격을 떠나서 옛날엔 아이유노래 좋아했는데
언젠가부터 질림.. 목소리도 질리고.. 그래서 요즘은 랜덤플레이 재생
하다가 아이유노래나오면 넘김
참고로 콘서트도 가본적잇음
예전에 모던타임즈앨범 그시기엔 전곡다들었었는데
요즘은 걍 다 질림

♡ 1.8천    ○ 204    ⟳ 2    ▽ 27

---

**7hyejin** 2025-09-24 ···

youtu.be/s1lZs...

[송현/설리/구하라/분빈/이선균
**여가수 A의
고.인.마.케.팅**
한국연예인이 사라지고있다 1부]

▶ youtube.com
여가수 A의 고인마케팅의 심각성을 알립니다. [한국연
예인들이 사라지고 있다] 1부 '고인마케팅' 설리, 종현...

==Exposing the Seriousness of Female Singer A's Exploitation of the Deceased for Publicity: Korean Celebrities Are Disappearing – Part 1: 'Exploiting the Deceased' — Sulli, Jonghyun==

♡   ○ 1   ⟳   ▽ 1

---

인기순 ⌄           활동 보기 ›

---

**inside_summer** 2025-09-24 · 작성자 ···
이거 댓글지우지마 글고 나도 아이유 성격 가치관 다싫어함 난 더군
다나 최애가 설리였거든
근데 걍 아까그글은 노래관해서만 쓴거

♡   ○   ⟳   ▽

---

**inside_summer님에게 응답한 다른 답글**

**nazzang_0525** 2025-09-24  ❤️ ···
나는 연기하는거 오글거려서 못보겠음 엄마가 폭삭 보고 계셔서 잠깐
씩 봤는데 왜 찬양하는지.........

**EXHIBIT 36**

Case 5:26-mo-89211-SVK   Document 1-1   Filed 07/15/26   Page 119 of 355



## 스레드
조회 9.9천회

Threads
9.9k views

**7hyejin** 2025-04-04

아이유 절친 종현이라면서 유서에 저 병원을 아이유가 몰랐다구요? 왜 하필 저 병원을 아이유가 설리한테 소개했나요? 리얼 대본도 원래 아이유한테 갔는데 거절하고 설리한테 던졌다라고 살리오빠가 말하던데. 그 동영상 ytn 뉴스나왔는데 삭제했어요. 왜 아이유는 동영상 댓글 삭제를 많이 하나요? 민주주의에서.

♡ 8    💬 1    ↻    ▷ 2

인기순 ⌄                                    활동 보기 >

**7hyejin** 2025-04-04
상식적으로 절친 종현이가 그 병원을 탓하는 유서까지 쓰고 죽었다면 우리는 친구를 그 병원에 절대 소개안하죠. 종현이가 공인이라 유서도 다 공개되었는데 아이유는 내용을 알았겠죠. 우리는 일부러 다른 병원을 찾아보는게 상식아닌가요? 내 친구 또 죽는거 원하는 사람 없잖아요. 한명도 큰 상처인데 아이유 주변은 너무 많이 죽었네요. 김수현 아이유 14년 소울메이트 기사도 작년에 났었는데 김수현 소속사 새론이도 같은 정신과 간거 보니 소개해준건지...왜 하필 또 같은병원을 가서...

♡ 3    💬    ↻    ▷ 2



IU and Jonghyun were supposedly close friends, so are you saying IU didn't know about that hospital mentioned in his suicide note? Why, of all places, did IU recommend that hospital to Sulli? Sulli's older brother also said that the script for Real was originally offered to IU, but she turned it down and passed it on to Sulli. There was even a YTN News video about it, but it was deleted. Why does IU have so many video comments deleted? In a democracy?

Common sense tells us that if your close friend Jonghyun had written a suicide note blaming that hospital before he died, you wouldn't recommend that hospital to another friend. Jonghyun was a public figure, and his suicide note was made public, so IU would have known what it said, wouldn't she? Isn't it only common sense that we'd deliberately look for a different hospital? Nobody wants another friend to die. Losing even one friend is devastating, yet so many people around IU have died. There was also an article last year calling Kim Soo-hyun and IU '14-year soulmates.' Since Kim Soo-hyun's agency said Kim Sae-ron also went to the same psychiatric clinic, I wonder if someone recommended it to her as well... Why did she end up going to that same hospital?



**EXHIBIT 37**

Case 5:26-mo-80211-SVK   Document 1-1   Filed 07/15/26   Page 121 of 355



 **7hyejin** 2025-04-04 ⋯

님이 쓴거는 근거가 없고 제가 쓴거는 설리 오빠가 한말을 ytn에서 보도 했는데 동영상 삭제되었습니다. 아이유는 하도 동영상 삭제를 해서 더 이상합니다. 몇일전에 아이유 소속사가 뒷광고 해서 3억 9천만원 벌금형 받은기사 났어요. 직원 고용해서 노래좋아요 허위댓글 쓰게 한 혐의입니다. 아이유 바이럴 댓글부대 있다는 공식적인 기사입니다. 저는 사실 기반으로만 말합니다. 카카오산하 아이돌연구소에서 아이유만 칭찬하고 설리는 엄청 비난하는 댓글올렸다는 기사도 났었죠. 아이유 소속사에사 대체 왜 설리를 괴롭히는 댓글을 쓴걸까요? 전부 기사화된 내용입니다.

♡ 2         1

활동 보기 ›

What you wrote has no basis, while what I wrote is based on actual news reports. YTN reported on what Sulli's older brother said, but the video was deleted. IU has deleted so many videos that it is getting ridiculous. Just a few days ago, an article came out saying IU's agency was fined 390 million won for paid promotion and fake "likes" comments. They were accused of hiring staff to post fake positive comments on the songs. That's an official article about IU's viral comment team. I only speak based on facts. There was also an article saying that within a Kakao-affiliated idol research outlet, they posted comments praising only IU while severely criticizing Sulli. Why did IU's agency write comments attacking Sulli? All of this has already been reported in the news.



(9+) 맘이 온거든 근거가 없고 제가 온거는 실타 표빠라 말말을 yffi에서 모도 봤은내 동영상 삭째했었습니다. 이 아뮤든 하도 동영상 삭…









**EXHIBIT 38**

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 124 of 355



**bom_110011** › **폭삭속았수다** 2025-03-22

확실히 아이유가 등장할 때마다
뭔가 어정뜨구나.
자꾸 스킵하게 되네.

영화관에서 알바를 해도 고학생 느낌이 아니라 체험 나온 애 같고

7년 사귄 약혼자와 헤어지는데도 그냥 1차원적인 연기 밖에 안 보여.

노래는 여신인데
그냥 작품을 위해서
진짜 배우에게 양보하면 안 되나?
작품이 아까워서 그래....작품이

폭삭속았수다

♡ 1천   💬 155   🔁 2   ✈ 28

**zxcvbyt674** 2025-03-24

이렇게 공론화된곳에 본인 생각이 정답인듯 불만을 쓰실거라면 본인이 배우하시던지 아니면 감독이 되셔서 작품을 찍으세요. 저는 진짜 잘봐서 이글이 아쉬워서 하는 말이에요

♡ 7   💬 1   🔁   ✈

**7hyejin** 2025-03-24

그건 님의 생각이고 아이유 연기 뭣하고 미스캐스팅이라는 네이트 판 게시물에 추천수 1000명이 넘었는데 삭제되었어요. 아이유는 늘 이런식으로 언론통제를 하는게 문제입니다. 비판글은 삭제하고 찬양글만 남겨둬요. 그럼 연예인 하지 말아야줘. 여기가 공산주의입니까? 아무리 카카오가 중국자본이라도 이건 잘못된겁니다. 그런 비판의식도 없는 사람은 문제가 있는 사람입니다.

That's just your opinion. There was a post on Nate Pann saying IU's acting was poor and that she was miscast, and it received over 1,000 upvotes before it was deleted. The problem is that IU always tries to control the media like this. Critical posts get deleted, while only praising posts are left up. If that's the way it's going to be, then she shouldn't be a celebrity. Is this a communist country? No matter how much Kakao has Chinese investment, this is still wrong. Anyone who can't even recognize that has a problem.

♡   💬 2   🔁   ✈ 1

**스레드**
조회 46회

요..ㅋㅋ

♡ 1   💬 2   🔁   ✈

Pointing out a typo when that's not the issue... You're just like IU's viral accounts. IU, her fans, and the viral marketers are all at the level of a developing country. People with good judgment would never watch her.

**7hyejin** 2025-03-24

오타난걸 맞춤법 지적하는 모자람은...아이유 바이럴들하고 똑같네요. 아이유나 그 팬이나 바이럴이나 후진국 수준인거죠. 보는눈 있는 사람은 절대 안봅니다.

https://www.threads.com/@7hyejin/post/DHjoFEBzOQT?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA

# EXHIBIT 39





스레드
조회 1.5천회

Threads
1.5k views



**7hyejin** 2025-05-03

님이 사람 보는눈 있는거에요. 이건 단순한 호불호 문제가 아니고 선과 악의 대결입니다. 로리타 표절 대중 고소 협박 언론통제 언론조작 이외에도 수많은 논란들을 덮는 방식. 바이럴 역바이럴. 이미 많은 대중들이 알고 있어요. 아이유 미담 언플에 제발 어리석게 속지 마세요. 아이유 좋아하는 사람은 보이는 대로 믿고 언플에 속는 단순 무지한 사람들이에요.

 21            ▷ 1

활동 보기 ›

You think you're a good judge of character. This isn't simply a matter of personal preference—it's a battle between right and wrong. There are numerous controversies involving Lolita, plagiarism, lawsuits and legal threats against members of the public, media control, media manipulation, and many others that have been covered up. There's viral marketing and reverse viral marketing too. Many people are already aware of it. Please don't be foolish enough to fall for the positive publicity portraying IU as a good person. People who like IU are simply naïve and uninformed—they believe whatever they're shown and fall for the media spin.















**EXHIBIT 40**



# EXHIBIT 41



**dannis_son** › **아이유** 2025-09-06

고해성사 하는 아이유

---

## 스레드
조회 535회

**7hyejin** 2025-09-17

네이트 아이유 기사나 네이트판 게시물 댓글 잘 보세요. 아이유 노래 못한다 연기 못한다 못생겼다 댓글 엄청 많았는데 전부 삭제하고 임시조치합니다. 그리고 아이유 인성마케팅 기사 올라와요. 패턴을 잘 보시길. 이렇게 언론조작하는 연예인을 처음 봤어요.

Take a close look at the comments on Nate news articles about IU and posts on Nate Pann. There used to be countless comments saying IU can't sing, can't act, or isn't attractive, but they were all deleted or placed under temporary restriction. Then articles promoting IU's good character appear. Look at the pattern. I've never seen a celebrity manipulate the media like this.

♡ 3      💬      ⟳      ▽ 1

활동 보기 ›

### dannis_son님에게 응답한 다른 답글

**1004pinklove** 2025-09-07

설리 종현 구하라 그리고 같이연기했던 이선균배우
주로 기부하는 곳이 초록우산 광고는 우리은행 너무 소름끼침 가면쓴
얼굴 언젠가 너의 그 만행들이 만천하에 들어날거다

♡ 733      💬 4      ⟳      ▽ 1

**timing_ss1227** 2025-09-07

그 포장지 이제 벗겨졌어 우파들한테

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 132 of 355



♡ 285    💬    ⟳    ▷ 2

**annekim1203** 2025-09-07

표정 소름돋음 무섭다

♡ 154    💬 1    ⟳    ▷

**i_minnnnn0** 2025-09-07

보통 스스로 벌 받을생각을 하나....얼마나 악한짓을 했길래???

♡ 235    💬    ⟳    ▷ 1

**kor_liberwin** 2025-09-07

벌 많이 받아라

🖼No photo description available.

♡ 87    💬    ⟳    ▷

**sktk672** 2025-09-07

여기 정상인들 넘무 많다❤️❤️❤️❤️
멸공
❤️KR❤️

♡ 125    💬    ⟳    ▷

**lilyili** 2025-09-07

떳떳하면 저런말이 나오지 않아.

It's not just good PR—the media play is completely over the top. Even now, they've blocked people from being able to upvote negative comments about IU. I've never seen a celebrity engage in this kind of media manipulation

♡ 98    💬    ⟳    ▷

**7hyejin** 2025-09-07

좋게 포장이 아니라 언론플레이가 너무 심하다. 지금도 아이유 나쁜 댓글에는 추천도 못하게 막아둔다. 나 이렇게 언론 조작 하는 연예인을 처음 봤음.

♡ 91    💬    ⟳    ▷ 3

**EXHIBIT 42**





yonhap_news ✔  2025-09-18

가수 겸 배우 아이유가 데뷔 17주년 기념일인 18일 자신의 이름과 팬덤명 '유애나'를 합친 '아이유애나' 이름으로 총 2억원을 기부했습니다.

yna.co.kr/view...



♡ 661　💬 68　🔁 14　▽

**7hyejin** 2025-09-19

아이유는 기부를 언플로 하니까 욕을 먹지. 네이트 기사에 아이유 연

---

← **스레드**
조회 86회

♡ 53　💬 5　🔁　▽ 1

 **dbdidksneoaa** 2025-09-19

차라리 아이유가 대통령이라고 해라 악플러새끼야 댓글 삭제같은 소리하네 네이트판, 뉴스 들어가서 댓글좀 봐라 악플이 얼마나 쌓여있는지나 아세요? 기부하는거 알리면 팬들도 따라 릴레이 기부도 하고 선순환이 얼마나 많은데 방구석에서 언플웅앵 ㅇㅈㄹ떨고있네

♡　💬 1　🔁　▽

**7hyejin** 2025-09-19　✎

댓글 삭제하는거 직잡 여러번 목격함. 아이유 비판글 죄다 임시조치됨. 지켜보고 말해라. 아이유 찬양게시글만 남겨둔다. 이건 언론조작이다. 그래서 아이유는 기부를 해도 욕먹는거다. 비판글 삭제하지 마라. 한국은 민주주의 국가야. 아이유는 중국식 언론통제 그만해라.

♡　💬 1　🔁　▽ 1

 **dbdidksneoaa** 2025-09-19　✎

지랄 노 언론통제같은 소리하네 그거 다 팬들이 니같은 것들이 쓰는 말도 안되는 악플들 신고넣는거야 병신아

♡　💬 1　🔁　▽

I've personally seen comments being deleted multiple times. Nearly every post criticizing IU gets placed under temporary restriction. Watch it for yourself before you talk. They only leave up posts praising IU. This is media manipulation. That's why IU gets criticized even when she donates. Stop deleting critical posts. South Korea is a democracy. IU should stop this Chinese-style media control.



 **7hyejin** 2025-09-19 ···

아이유 연기 못한다 리메이크 하지 마라 글도
삭제됨. 그게 왜 악플이야? 다양한 의견이지. 수용 못하면 중국으로 가라.

♡   1  ⟳  ▽ 1

인기순 ⌄ 　　　　　　　　　　　　　　　　활동 보기 ›

 **dbdidksneoaa** 2025-09-19 ···

그건 지들이 삭제한거겠지 그런 글 하나 싸지르면 댓글로 악플이 얼
마나 쌓이는지는 아셈? 아이유가 언론통제가 가능하면 니댓글은 왜
삭제안됨? 정신병자가 따로없노

♡  ▽  ⟳  ▽

Posts saying 'IU can't act' or 'Stop doing remakes' were deleted too. How is that hate? Those are just different opinions. If you can't accept criticism, then go live in China.

**EXHIBIT 43**



yonhap_news ✔  2025-09-18

가수 겸 배우 아이유가 데뷔 17주년 기념일인 18일 자신의 이름과 팬덤명 '유애나'를 합친 '아이유애나' 이름으로 총 2억원을 기부했습니다.

yna.co.kr/view...



## 스레드
조회 2.1천회

♡ 661      💬 68      🔁 14      ✈

 7hyejin 2025-09-19

아이유는 기부를 언플로 하니까 욕을 먹지. 네이트 기사에 아이유 연기 못한다 댓글 싹 삭제시킴. 네이트 판에 아이유 리메이크 별로다 하는 게시물 임시조치 삭제 시킴. 아이유 찬양 바이럴만 남겨둠. 언론조작하는 아이유라 욕먹는거임. 아이유는 언플 그만해라.

♡ 53      💬 5      🔁      ✈ 1

인기순 ⌄                          활동 보기 ›

 7hyejin 2025-09-19

아이유 연기 못한다 리메이크 히지마라 이건 의견이다. 악플이 아니고. 그거 임시조치하고 삭제 할꺼면 중국으로 가라. 민주주의 한국에서 연예인할 자격이 없다.

♡      💬      🔁      ✈ 1

 dmd._.dksla 2025-09-19

악플은 당연히 삭제하는게 맞지않냐? 병신이냐?

♡      💬      🔁      ✈

 ree.ream 2025-09-19

악플은 삭제시키는게 정상아님? 그리고 기부한거 알리면안됨? 너니 잘사시길 ㅎ

IU gets criticized because she turns her donations into media publicity. On Nate News, comments saying IU can't act were all deleted. On Nate Pann, posts saying IU's remakes weren't very good were placed under temporary restriction and removed. They leave only the viral posts praising IU. That's why people criticize IU for manipulating the media. IU should stop the media play

'IU can't act' and 'Stop doing remakes' are opinions. They're not hate comments. If you're going to place those under temporary restriction and delete them, then go to China. If you can't tolerate criticism, you don't deserve to be a celebrity in a democratic country like South Korea.

**EXHIBIT 44**

25. 12. 18. 오후 3:30

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 139 of 355

(주)아이유언플이너무 심하다. 네이트아이유기사나 네이트판 게시물아이유연기 못한다 노래 못한다 비판하면 죄다 삭제되고 추...



**inside_summer** 2025-09-24
아이유 정치성향이나 성격을 떠나서 옛날엔 아이유노래 좋아했는데 언젠가부터 질림.. 목소리도 질리고.. 그래서 요즘은 랜덤플레이 재생 하다가 아이유노래나오면 넘김
참고로 콘서트도 가본적잇음
예전에 모던타임즈앨범 그시기엔 전곡다들었었는데
요즘은 걍 다 질림

♡ 1.8천    💬 204    ⟲ 2    ◁ 27

**7hyejin** 2025-09-25

아이유 언플이 너무 심하다. 네이트 아이유 기사나 네이트판 게시물 아이유 연기 못한다 노래 못한다 비판하면 죄다 삭제되고 추천 못하게 막아두고 임 시조치해서 못보게 막아둔다. 그리고 기부 선행 미담 기사 쏟아냄. 고소협박 하는 바이럴 엄청 풀고 잘 지켜보길. 이런식의 중국 공산당식 언론통제 언론 조작 너무 싫다.

♡ 51    💬    ⟲    ◁ 1

IU's media play has gotten completely out of hand. On Nate News articles about IU and posts on Nate Pann, if people criticize her by saying she can't act or can't sing, those comments get deleted, people are prevented from upvoting them, and they're placed under temporary restriction so no one can see them. Then a flood of articles comes out about her donations, good deeds, and heartwarming stories. They also unleash a huge number of viral accounts that threaten people with lawsuits. Watch closely. I really hate this kind of Chinese Communist Party-style media control and media manipulation.

활동 보기 ›

## inside_summer님에게 응답한 다른 답글

**nazzang_0525** 2025-09-24

### 스레드
조회 2.5천회

♡ 468    💬 1    ⟲    ◁ 3

**pinkygirl_ej** 2025-09-24
나도 그래 꽃갈피인가 그때까지는 종종 들었어 근데 어느순간부터 아 이유의 모든 노래를 못 듣겠더라 최근에 네버엔딩스토리 우연히 들었 는데 너무 실망했어 아 명곡을 이렇게 기계적으로 공허하게 부를 수 있구나 이 느낌 들었어.

♡ 177    💬 1    ⟲    ◁ 1

**suuupachat** 2025-09-24
3단고음 이후로 찾아 들은적없음....
굴고 연기도 존나못하고 솔직히 안이쁨....

♡ 188    💬 1    ⟲    ◁ 1

# EXHIBIT 45



 **inside_summer** 2025-09-24

아이유 정치성향이나 성격을 떠나서 옛날엔 아이유노래 좋아했는데
언젠가부터 질림.. 목소리도 질리고.. 그래서 요즘은 랜덤플레이 재생
하다가 아이유노래나오면 넘김
참고로 콘서트도 가본적잇음
예전에 모던타임즈앨범 그시기엔 전곡다들었었는데
요즘은 걍 다 질림

♡ 1.8천    💬 204    🔁 2    ▽ 27

 **miuuuuuuulee** 2025-09-25

아이유말고도 다른 가수들한테도 해당되지않나?ㅋㅋ 듣다안듣다 노
래가 계속들으면 질리고 오랜만에 들으면 좋고한거지 악플도 참 정성
스럽게 쓴다

♡ 2    💬 1    🔁    ▽

 **inside_summer** 2025-09-25 · 작성자

이게 왜 악플임?? ㅋㅋ 여기가 아이유sns임 유애나 팬카페임 아이유
기사임??
그리고 다른가수얘기는 왜나오는데 ㅋㅋ 다른가수도 듣다가 질리면

---

**스레드**
조회 127회

로썼음로썼음 ㅜㅜ
검열하는거보소 공산국가가 따로없네
악플같으면 신고해 그러면 ㅋㅋㅋㅋㅋ

♡ 4    💬 2    🔁    ▽

 **7hyejin** 2025-09-25

아이유 팬들하고 싸우자 마새요. 걔들은 말을 못알아 들어요. 공산주의식 통
제 심각합니다. 다씨인사이드에서 아이유 언급금지된적도 있어요. 폭싹 드라
마 하도 바이럴 많이 풀어서. 이제 대중들이 아이유 실체를 많이 알아서 다행
이에요. 싸우지 말고 님 글 절대 삭제하지 마세요. 님에게 찬성하는 상식적인
사람들이 훨씬 많아요.

♡ 2    💬 1    🔁    ▽ 1

인기순 ﹀    Don't argue with IU's fans. They won't listen to reason. The level of authoritarian-style control is really serious. There was even a time when mentioning IU was banned on DC Inside because there was so much viral promotion for the drama When Life Gives You Tangerines. Fortunately, more and more people are now seeing what IU is really like. Don't argue with them, and whatever you do, don't delete your post. There are far more reasonable people who agree with you    활동 보기 ›

**EXHIBIT 46**

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 143 of 355



lylical_sjdaily 2025-07-26     ...

## 스레드
조회 64회

으아아아ㅏ 가가가가가ㅏ 가각 왜 이쁜언니가 ㅠ 그럴까 ㅠ힝.. 아이유 는 욕 못하겠음 ㅠ 그러고 보니 내방 시청자들 내가 우파인거 ㅈㄴ 싫 어하고 제발 그만 하라는데 날 포기 하지않는거보면 같은 팬심일까 싶음 ㅠ

♡ 51    ◯ 125    ⟲ 1    ▽ 5

**7hyejin** 2025-10-01     ...

네이트 또는 네이트판에 아이유 기사 댓글 꼭 지켜보세요. 아이유 미담 기부 언플 엄창나요. 아이유 비판 게시물은 전부 임시조치 시키고 나쁜댓글은 삭 제시킵니다. 아이유 찬양글만 올리면서 하는 언론조작은 심각한 범죄입니다. 아이유 소비하면 안되요.

Be sure to keep an eye on the comments under IU-related articles on Nate News and posts on Nate Pann. The media publicity around IU's good deeds and charitable donations is enormous. Posts criticizing IU are all placed under temporary restriction, and negative comments get deleted. Leaving up only posts praising IU while suppressing criticism is a serious form of media manipulation. People shouldn't support IU

♡    ◯    ⟲    ▽ 1

## lylical_sjdaily님에게 응답한 다른 답글

**sanchess_28** 2025-07-26     ...
아이유 주변에 왜 사망자가 많을까?
를 찾아본 이후 유애나 탈퇴함.

♡ 87    ◯ 3    ⟲    ▽

**wee.lor** 2025-07-26     ♥ ...
데뷔 초때 스탭 옷 뺏으려는 영상, 은혁 사건, 우영 꽃등심 사건, 결정 적으로 2019년(친구인 설리, 구하라가 사망한 해) 연말에 '바라던 게 모두 이루어진 해였다' ㅇㅈㄹ 하는 거 보고 소시오패스인 거 알게 됨.

♡ 47    ◯ 1    ⟲    ▽ 2

**achernar0926** 2025-07-26     ♥ ...
난 좌이유 소비안하는데 ㅋㅋㅋ노래안듣기 너무 쉬움

♡ 32    ◯    ⟲    ▽

**_chamiin_** 2025-07-27     ♥ ...
근데 중요한건 님이 좋다는 그 노래 대부분이 훔쳐만든거란거. 찾아서 직접 들어보세요. 표절 중독입니다

♡ 12    ◯    ⟲    ▽

# EXHIBIT 47

  



아카이브　시대산책　인터뷰　기자룸　기획　비주얼뉴스　현장ON　뉴스　오피니언

2025-12-19 10:46 (금)　검색어를 입력해주세요.　상세검색

아카이브 | 옛날신문보기 | 대통령이 본 정치史 | 정치역사 현장

HOME ＞ 뉴스 ＞ 사회

**IU Mourns the Sewol Ferry Disaster, Donates All Concert Proceeds**

# 아이유, 세월호 참사 애도… 콘서트 수익금 '전액' 기부

정주영 기자　|　승인 2014.05.02 16:40　|　댓글 0

  

(시사오늘, 시사ON, 시사온=정주영 기자)



▲ ⓒ 뉴시스

가수 아이유가 세월호 참사를 애도하며 희생자들에게 콘서트 수익금을 전액 기부한다.

2일 아이유 소속사는 "아이유가 콘서트 수익금 전액을 세월호 실종자 가족들에게 전액 기부할 것"이라고 전했다.

세월호 참사로 국가 분위기가 침체된 터라 콘서트 개최를 두고 망설이던 아이유 측은 관객들과의 교감에 중점을 둔 감성적인 공연을 펼치는 동시에 이같은 결정을 한 것으로 알려졌다.

한편 아이유는 22일부터 다음달 1일까지 8회에 걸쳐 단독 콘서트 <딱 한발짝… 그만큼만 더>를 개최한다.

저작권자 © 시사오늘(시사ON) 무단전재 및 재배포 금지

**관련기사**

└ 천안함 유족협의회 회장, "순수 자원봉사가 목적"　　└ 朴·與 지지율 '동반 하락'…세월호 참사 여파
└ 발라드 여왕 백지영, 1년 4개월 만에 '컴백'

댓글 0

댓글입력

✓ **최신순**　추천순

**Singer IU has announced that she will donate all proceeds from her concert to the victims of the Sewol ferry disaster.**

**On the 2nd, IU's agency stated, "IU will donate the entire proceeds from her concert to the families of those still missing in the Sewol ferry disaster."**

**With the nation still grieving in the aftermath of the tragedy, IU and her team reportedly hesitated over whether to hold the concert. They ultimately decided to go ahead with a performance focused on emotional connection with the audience while also donating all of the concert's proceeds.**

**Meanwhile, IU will hold her solo concert, Just One Step... Just a Little More, over eight performances from the 22nd through the 1st of the following month.**

## 인기기사

1. 두산에너빌리티, 수주 급증 배경은?…박지원 회
2. 운전자보험, 변호사 선임 보장 축소…KB손해
3. 5세대 실손보험 개편 재점화…삼성화재, DB손
4. 발렌타인 한정판에서 '겨울 대표 케이크'로…특
5. 분당 이매 삼성·삼환 통합재건축, '2차 선도지
6. 미래에셋증권, '대한민국 100대 브랜드' 17위…
7. 신한투자증권, 선제적 내부통제 직원 교육…힌
8. 서울 알짜 입지 '로또 분양' 내년에도 이어진다
9. 케이뱅크, 업비트에 울고 웃고…네이버 합병·
10. '로보택시 앱'에 다급해진 현대차 [주간필담]

## 최신기사

• 지씨셀, HER2 CAR-NK 기반 임상연구 활성화 원사업 선정



• 르노코리아, 12월 연중 최대 할인 '개별소비세 블 혜택' 실시



• 롯데웰푸드, 하이브 아티스트 팝업 운영…국순 '테누타 산타 마리아' 와인 론칭 [식품오늘]



• 대우건설, 동래 푸르지오 에듀포레 19일 견본주 개관



Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 146 of 355

아이투자, 매물화 참자 매도… 콘서트 수익급 건설7715 시사오늘(시사ON)



GS건설 '수지자이 에디시온' 19일 견본주택 오



메리츠화재, 보험사기 적발 공로 인정…금감원
상 등 3관왕



보험사 GA 수수료 개편, 규제개혁위원회서 멈춰
다… 쟁점은?



---

신문사소개  |  회사위치  |  기사제보  |  광고문의  |  불편신고  |  개인정보취급방침  |  청소년보호정책  |  이메일무단수집거부  |  **RSS**

시사오늘 : 서울특별시 마포구 성암로 189 중소기업 DMC 타워 902호  |  전화 02)335-7114  |  팩스 02)335-7116
발행·편집인 정하균  |  정기간행물 서울 다 07947  |  등록일자 2008년3월17일

시사ON : 발행·편집인 정하균  |  정기간행물 서울 아 01018  |  등록일자 2009년 11월 6일  |  청소년보호책임자 정하균
시사오늘(시사ON) 모든 콘텐츠(영상,기사, 사진)는 저작권법의 보호를 받은바, 무단 전재와 복사, 배포 등을 금합니다.
Copyright © 2025 시사오늘(시사ON). All rights reserved. mail to webmaster@sisaon.co.kr

POWERED BY

**EXHIBIT 48**



**inside_summer** 2025-09-24

아이유 정치성향이나 성격을 떠나서 옛날엔 아이유노래 좋아했는데 언젠가부터 질림.. 목소리도 질리고.. 그래서 요즘은 랜덤플레이 재생하다가 아이유노래나오면 넘김
참고로 콘서트도 가본적잇음
예전에 모던타임즈앨범 그시기엔 전곡다들었었는데

← **스레드**
조회 1.4만회

Threads
14,000 views

···

**7hyejin** 2025-09-25



아이유 스트로베리문 노래가사가 이태원 참사 내용이라네요. 아이유 노래 아 푸는 세월호 조롱한거고. 사실관계는 모르겠지만 노래가사 진짜 이상해요. 그리고 호텔델루나는 설리 대수대명 드라마랍니다. 대사에 아이유가 아쁘고 행복해보이는 사람은 너무 질투난다하고 김수현이 그럼 함께 작업하러 가자는 말 나와요. 쇼츠 있었는데. 아이유 김수현 14년 절친이란 기사도 났어요. 둘다 중국자본으로 컸어요. 대수대명 이런 이상한 말도 진짜 처음 들어봄. 음모론은 모르겠는데 정황상 너무 이상하고.

♡ 58    💬 4    ⟲ 1    ➤ 3

인기순 ⌄                                              활동 보기 ›



**lovedewhan** 2025-10-18

이게 극우평균이겠지 참담하다

♡    💬    ⟲    ➤



**ivi._.yc** 2025-09-25

???? 뭐라는거에요 논란은 님이 만드는 거네요 생전 처음 듣는 내용들임.
사실 관계는 모르겠지만 << 당연하죠 님이 지어낸거니^^

♡ 16    💬    ⟲    ➤



**rhrltkfkd123** 2025-09-25

본인들이나 잘하세요 여기서 이런 이야기 하는것도 졸라 웃김 질리면 안듣고 안보면 될거 본인들은 아이유 만큼 성공하고 모든걸 잘해서 이런식으로 평가 하나 ? 괜히 반성들좀 하게

♡ 2    💬    ⟲    ➤

They say the lyrics of IU's 'Strawberry Moon' are about the Itaewon crowd crush. They also say her song 'Ah Puh' mocks the Sewol ferry disaster. I don't know whether that's actually true, but the lyrics really do seem strange. They also say Hotel del Luna is a drama with hidden references to Sulli. In one scene, IU's character says she's extremely jealous of people who look beautiful and happy, and Kim Soo-hyun's character says, 'Then let's go work together.' There was a Shorts video about it. There was also an article saying IU and Kim Soo-hyun had been close friends for 14 years. They both rose to fame with Chinese capital behind them. I'd never even heard strange terms like 'daesudaemyeong' before. I don't know about the conspiracy theories, but taken together, the circumstances seem very strange.

**EXHIBIT 49**



## 스레드
조회 2.2천회

 

**yonhap_news** ✓ 2025-09-18

가수 겸 배우 아이유가 데뷔 17주년 기념일인 18일 자신의 이름과 팬덤명 '유애나'를 합친 '아이유애나' 이름으로 총 2억원을 기부했습니다.

yna.co.kr/view...

♡ 661    ○ 68    ⟳ 14    ⊲

**7hyejin** 2025-09-19

아이유의 논란 무대응 기부 고소협박 공산주의식 언론통제 대체 언제까지 먹힐꺼라 생각하냐? 아이유 표절 로리타 허혜선 설리 고인마케팅 이런 논란에 한번도 제대로 사과를 안하고 착한척을 하니까 대중들이 개빡치는 거임. 제 제 소아성애 논란때도 앞에서는 아이유가 사과하는척 뒤에서는 자신이 가장 사랑하는 곡이라고 논란 한창일때 불러댐. 설리 장례식때 3일 내내 빈소 지켰다고 기사 언플 엄청 뿌렸는데 설리 오빠는 유족인데 아이유가 장례식에 안왔다고 함. 아이유는 한순간이라도 진실되게 살기바람. 표절논란을 가수가 한번도 해명 안하는건 사기꾼임. 제시카혜전리 졸업작품을 아이유 앨범디자인에 표절하기도 하고. 이건 기부로 막을수 있는 논란이 아니야. 장애인까지 들먹이며 착한척 기사 뿌리지 마라. 위선이 역겁다.

♡ 60    ○ 5    ⟳    ⊲ 1

인기순 ⌄                                    활동 보기 ›

**7hyejin** 2025-09-19

표절곡이 아이유 작사 작곡인데 노래만 불러서 책임이 없다 이렇게 각하시킨건 무책임한거지. 아이유가 직접 작사 작곡 프로듀싱까지 했다고 언플하고 왜 이제와서 노래만 해서 책임없다고 빠져나감? 그리고 그건 표절아니다 라는 판결도 아닌데 왜 표절 아닌 판결처럼 언플 기사를 뿌려대냐? 그 위선에 대중이 개빡치는 거야. 정보를 제대로 파악 못하는 사람들이나 아이유 언플에 속는거고.

♡ 4    ○    ⟳    ⊲ 1

**"It's irresponsible to dismiss the case by saying IU had no responsibility because she 'only sang the song,' even though the allegedly plagiarized song was credited as being written and composed by her. They promoted her as someone who personally wrote, composed, and even produced her music, so why are they now trying to avoid responsibility by claiming she was just the singer? And the ruling wasn't even that the song was not plagiarism, so why are they flooding the media with PR articles making it sound as though the court cleared her of plagiarism? That's the hypocrisy that has people so angry. The only people who don't understand this are those who haven't looked into the facts properly or who have been taken in by IU's media publicity.**

How long do you think IU's strategy of staying silent about controversies, making donations, threatening lawsuits, and using communist-style media control will keep working? People are furious because, despite controversies over plagiarism, Lolita, Heo Hye-seon, Sulli, and exploiting the deceased for publicity, she's never properly apologized and instead keeps acting like she's a good person. During the 'Zezé' child-sexualization controversy, she acted as if she was apologizing in public, but at the same time she was calling it one of her favorite songs and continued performing it while the controversy was still raging. When Sulli passed away, there was a flood of publicity articles claiming IU stayed at the funeral hall for all three days, but Sulli's older brother, as a member of the bereaved family, said IU didn't attend the funeral. I hope IU will live truthfully, even if only for a moment. A singer who never once addresses plagiarism allegations is a fraud. She also allegedly copied Jessica Hyejeong Lee's graduation project for one of her album designs. These aren't controversies that can be erased through charitable donations. Don't use people with disabilities in publicity articles just to make yourself look like a good person. The hypocrisy is disgusting.



**dbdidksneoaa** 2025-09-19

난 정말 이런 개만도 못한 악플러 새끼들은 좀 알아서 죽어줘도 괜찮다고 봄

♡   ◯   ↻   ▷

**pumpkin.castle** 2025-09-19

보고 싶은 것만 보고 사니까 그렇지, 다 해결된 일 가지고 아직도 저러고 있네. 🙍 다 대응해주면 뭐해 안보고 그냥 이러는데 🤷‍♀️

♡   ◯   ↻   ▷

 **virtuist_00** 2025-09-19

그동안 콘서트에서 휠체어 의식 안 하다가 갑자기 하게 된 게 작년에 이 미담이 떠서 아닌가? 좋은건 따라하는 것도 칭찬받아야지





▶ youtube.com
임영웅 서울 콘서트 휠체어석 미담 목격

♡ 4   ◯ 1   ↻   ▷

**jjae8282** 2025-09-19

주민들선물돌리는것부터 장애인대우부터 팬덤이름기부까지 다 따라함 좋은건 따라해도 뭐 칭찬받을일이지만 그래도 너무 모방함

♡ 2   ◯   ↻   ▷

**7hyejin** 2025-09-19

정국이 10억 한번에 기부하고 기사도 몇개 안냄. 장나라 하춘화 100억 넘게 기부하고 기사 몇개 안냄. 아이유는 몇천만원 양퍙에 기부해도 기사 수십개 뿌려댐. 그 언플땜에 욕먹는거야. 초록어린이재단인가 아이유가 기부 많이 했는데 중국 단체 리며? 유난히 중국 관련이 많네. 푸라닭 광고도 화교기업 에스띠로더 중국 기업. 아이유 광둥어는 왜케 잘함? 화교 맞음? 영어 일어는 못하던데.

♡ 16   ◯ 1   ↻   ▷ 2

Jungkook donated 1 billion won in a single donation, and there were only a few news articles about it. Jang Nara and Ha Chun-hwa have each donated over 10 billion won in total, yet only a handful of articles were written about them. But when IU donates just a few tens of millions of won to a cat shelter, dozens of articles come out. That's why people criticize her for the media publicity. I think it was the Green Umbrella Children's Foundation that IU donated to a lot, but isn't it supposedly connected to a Chinese organization? She seems to have an unusual number of ties to China. Puradak, which she advertises for, is said to be an overseas Chinese-owned company, and Estée Lauder is a Chinese company. Why is IU so fluent in Cantonese? Is she actually an overseas Chinese? She couldn't speak English or Japanese, though.



**angelsugarplease** 2025-09-19
버닝썬 있던 자리에 설리 ㄷㅅㄷㅁ드라마 호텔 델루나 전시회 염.. 중국 앞잡이

♡ 7    💬 1    ↺    ▷

**7hyejin** 2025-09-19
버닝썬과 구하라 죽음이 관련있다던데. 폭싹 속았수다 장가계 가자 대사도 이상함. 생긴것도 중국 스럽고. 대수대명 같은 끔찍한 말도 아이유 땜에 차음 들아봄. 근데 칙한척 언플하는 꼬라지 너무 싫어요.

♡ 5    💬 1    ↺    ▷ 1

**angelsugarplease** 2025-09-19
이담엔터 텐센트 카카오 공산당간부라인이 뒷배.. 그래서 표절논란 다 묻히고 전 소속사 직원들 다 ㅈㅅ당함, 허혜선씨 실종되고 shh로 조롱. 스트로베리문은 서울 인신제사, 삐삐 뮤비, 어퓨 가사 세월호 조롱, 문빈 인스타 게시물이 민들레인데 홀씨 가사 쎄함.. 아근데 일루미나티에 너무 빠져서그런지 차은우도 좀 위험해보임. 미인 뮤비 마지막에 가면 벗고 아이유는 얼굴 밝아지고 은우는 어두워지면서 그대는 5월의 제비꽃을 닮은 me in. 하늘높이 나는것을 부끄럽지않게 여기리 이 가사 존나 불쾌함

♡ 6    💬    ↺    ▷

### yonhap_news님에게 응답한 다른 답글

**chxxnyel** 2025-09-18
좋은 일해도 지랄인 댓글들 걍 개패고 싶음

♡ 81    💬 1    ↺    ▷

**y.jaz.z** 2025-09-18
또 더불어냐

♡ 70    💬 1    ↺    ▷

**angelsugarplease** 2025-09-18
좌이유

♡ 82    💬    ↺    ▷

**jiroot5678** 2025-09-18
그냥 꼬라지 보기 싫다 조용히 살아라

♡ 57    💬    ↺    ▷

**fufufuckcip** 2025-09-18
기부를 한건지 따로 뒷돈을 준건지 요즘은 알수가 없어

They say the Burning Sun scandal was connected to Goo Hara's death. The line about 'Let's go to Zhangjiajie' in When Life Gives You Tangerines also seems strange. She even looks Chinese. I'd never even heard bizarre terms like 'daesudaemyeong' until IU came up. I don't know about the conspiracy theories, but the whole situation seems very suspicious. What I really can't stand is the way she's constantly portrayed as a good person through media publicity.

# EXHIBIT 50



**lylical_sjdaily** 2025-07-26
나 진짜 백신때부터 거리에서 살고 ㄱㅣ ㅅㅣㄴ짜 힘들었는데
좌파 ㅈㄴ 싫어하는데 좌이유는 포기 못하겠음 노래 ㅠㅠ ㅅㅂ

으아아아ㅏ 가가가가가ㅏ 가각 왜 이쁜언니가 ㅠ 그럴까 ㅠ힝.. 아이유는 욕 못하
겠음 ㅠ 그러고 보니 내방 시청자들 내가 우파인거 ㅈㄴ 싫어하고 제발 그만 하

**스레드**
조회 67회

**7hyejin** 2025-10-01

네이트 또는 네이트판에 아이유 기사 댓글 꼭 지켜보세요. 아이유 미담 기부 언플 엄창
나요. 아이유 비판 게시물은 전부 임시조치 시키고 나쁜댓글은 삭제시킵니다. 아이유 찬
양글만 올리면서 하는 언론조작은 심각한 범죄입니다. 아이유 소비하면 안되요.

♡   💬   ⟳   ▷ 1

**lylical_sjdaily님에게 응답한 다른 답글**

**wee.lor** 2025-07-26
데뷔 초때 스탭 옷 뺏으려는 영상, 은혁 사건, 우영 꽃등심 사건, 결정적으로 2019
년(친구인 설리, 구하라가 사망한 해) 연말에 '바라던 게 모두 이루어진 해였다'
ㅇㅈㄹ 하는 거 보고 소시오패스인 거 알게 됨.

♡ 47   💬 1   ⟳   ▷ 2

**sanchess_28** 2025-07-26
아이유 주변에 왜 사망자가 많을까?
를 찾아본 이후 유애나 탈퇴함.

♡ 87   💬 3   ⟳   ▷

**ssung_juni** 2025-07-26
빨공들이 예체능은 잘해요

저쪽은 예체능 잘 하고

이쪽은 논리와 이성으로 국가운영 기업경영 잘 하고

각자 잘하는거 하고 살자 좀

♡ 4   💬 1   ⟳   ▷

**ssoyeon22_** 2025-07-26
좌이유 단순히 정치성향만보고 실망할게 아니라 실체를 알아야해요.. 아는 순간
좋아할 수가 없음.. 개악랄한 년임....

♡ 79   💬   ⟳   ▷

**zuices** 2025-07-27
허혜선

♡ 11   💬 1   ⟳   ▷

**bbadaring** 2025-07-26
저도 2000년대부터 이효리가 진짜 우상같은.존재였지만 ㅋㅋㅋㅋ 나라팔아먹는
1찢 좋아할순없겠든디요 가족이여도 안됨..

Keep an eye on the comments under IU-related articles on Nate News and posts on Nate Pann. There are an enormous number of publicity articles about IU's good deeds and charitable donations. Posts criticizing IU are all placed under temporary restriction, and negative comments get deleted. Leaving up only posts praising IU while suppressing criticism is a serious form of media manipulation. People shouldn't support IU.

✕ 계속하면 **Threads 이용 약관**, Meta **개인정보처리방침** 및 **Threads 추가 개인정보처리방침**에 동의하게 됩니다.

25. 12. 19. 오후 3:04 스레드에서 이 콘텐츠를 보려면 로그인하세요. 아이유 팬들이 근황 같은거 이런 비난게시물은 전부 임시조치 시키...

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 155 of 355







× 계속하면 Threads 이용 약관, Meta 개인정보처리방침 및 Threads 추가 개인정보처리방침에 동의하게 됩니다.

**EXHIBIT 51**

25. 12. 18. 오후 3:38    (9+) 폭싹속았수다 대사에 중국 장가계 가자 나옵니다. 폭싹 드라마 아역배우들 옷이 중국풍이라는 글 있었어요. 아이유 출연한 최고...



**11hanna9** › **폭삭 속앗수다** 2025-10-14 …

스레드
조회 6.8천회

옛날이든 지금이든 한국 정서상 서로 엉키고 울고짜고 .. 미워하고 .. 그리워하고 이런게 너무 식상함..

♡ 1.6천    ◯ 251    ⟲ 14    ▷ 10

**7hyejin** 2025-10-14 …

폭싹속았수다 대사에 중국 장가계 가자 나옵니다. 폭싹 드라마 아역배우들 옷이 중국풍이라는 글 있었어요. 아이유 출연한 최고다 이순신 드라마에서 이순신 장군을 100원짜리 동전으로 비하했어요. 아이유 기부한 초록우산 중국 관련단체이고 광고한 푸라닭은 중국 화교기업이에요. 의도적으로 중화사상 심는다고 봅니다. 표절 소아성애 허혜샨 설리 죽음 고인마케팅 등등 논란을 기부 미담으로 덮는 아이유에 속지 마세요. 네이트 아이유 기사에 비판댓글이나 네이트판 비판 게시물은 전부 삭제하고 임시조치 됩니다. 아이유 언론 조작 통제를 꼭 지켜보고 비판하시길. 기부 이미지에 멍청하게 속지 마세요. 언론 바이럴 써서 만든 거품입니다. 태연 설리 제니 장원영등 잘나가는 연예인 욕하는 역바이럴도 아이유가 엄청납니다. 실제로 아이유 소속사에서 아이돌연구소 통해서 설리 욕하고 아이유 노래 나올때마다 직원들 허위댓글쓴 거는 뉴스 기사까지 나온 사실입니다. 더이상 대중들이 멍청하게 아이유 소비하지 마세요.

♡ 149    ◯ 3    ⟲ 2    ▷ 3

인기순 ⌄                                    활동 보기 ›

**dbdidksneoaa** 2025-10-15 …

이런식으로 뇌피셜음모론싸지르는거 감당가능하세요? 선동 한줄로 사람을 범죄자를 만드시네 악의적인 음모론으로 회사에 메일보냈습니다. 감당해보세요

♡ 3    ◯    ⟲    ▷

**eddy19990217** 2025-10-14 …

근데 그게 사실이면 증거 좀 제출하고 떠드시는게 님한테도 좋아요

In When Life Gives You Tangerines, there's a line about going to Zhangjiajie in China. There were also posts saying that the child actors' costumes in the drama looked Chinese. In the drama You're the Best, Lee Soon-shin, which starred IU, Admiral Yi Sun-sin was supposedly belittled by comparing him to the 100-won coin. Green Umbrella, the charity IU has donated to, is said to have ties to China, and Puradak, a brand she has advertised for, is said to be an overseas Chinese-owned company. I believe this is an intentional effort to promote Chinese influence. Don't be fooled by IU covering up controversies involving plagiarism, child sexualization, Heo Hye-seon, Sulli's death, and exploiting the deceased for publicity with stories about her charitable donations and good deeds. On Nate News and Nate Pann, critical comments and posts about IU are all deleted or placed under temporary restriction. Watch carefully how IU manipulates and controls the media, and criticize it. Don't be naïve enough to fall for her charitable image. It's an inflated reputation created through media publicity and viral marketing. IU also allegedly engages heavily in reverse viral campaigns targeting successful celebrities such as Taeyeon, Sulli, Jennie, and Jang Won-young. In fact, news articles reported that staff connected to IU's agency posted negative comments about Sulli through the 'Idol Research Institute' and wrote fake positive comments whenever IU's songs were released. The public should stop blindly supporting IU

https://www.threads.com/@7hyejin/post/DPxsdZ5Espq?xmt=AQF0lLK_aPWqvfyIvnOQO54E4attioS-jFzdP7TwLDS7pw                1/4

**EXHIBIT 52**



**cozyhuman777** 2025-10-18

노래 한때는 참 좋아했지.
이젠 바퀴벌레 구린내도 구분할 정도라,
가게로 오는 포스터는 전부 쓰레기통 직행이다.

 

**스레드**
조회 5.2만회

Threads
52,000 views

**7hyejin** 2025-10-18

아이유는 언론통제 심각해요. 네이트 아이유 기사나 네이트판에 비판 게시글은 전부 삭제하고 임시조치합니다. 아이유 기부 미담 게시글로 매일 도배를 해요. 네이트판 가보시길. 비판글에는 바이럴이 고소 고발 협박 엄청해요. 이렇게 중국 공산당 처럼 미디어 통제하는 연예인 처음 봅니다. 정치인도 이렇게 못해요. 네이트 꼭 지켜보시길. 유투브에 아이유 고인마케팅 검색해보세요.

♡ 440    💬 7    ⟳     ▽ 7

인기순 ⌄                                          활동 보기 ›

**eunoia0613heart** 2025-10-18

제가 그래서 아이유 싫어하게 됐어요

♡ 18    💬    ⟳    ▽

**ppogi_sani** 2025-10-18

네이버 뿜도 장난아니에요ㅋㅋㅋ
아닌 곳이 없음

♡ 7    💬    ⟳    ▽

IU's media control is extremely severe. On Nate News articles about IU and on Nate Pann, posts criticizing her are all deleted or placed under temporary restriction. Every day, the site is flooded with posts about IU's charitable donations and good deeds. Go check Nate Pann for yourself. Anyone posting criticism is met with viral accounts threatening lawsuits and criminal complaints. I've never seen a celebrity control the media like the Chinese Communist Party does. Even politicians don't have that much control. Keep an eye on Nate. Also, search YouTube for 'IU exploiting the deceased for publicity.'

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 162 of 355

**yourkitten_kelly** 2025-10-18
님 여초커뮤는 더해요 ㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋ

♡ 6

**kimbap_lober** 2025-10-18
네이트를 안하면 됨

♡ 5

**feathers_mcg1** 2025-10-19
음악 표절건도

♡ 1

**qudtlsrkxdmsrmfrdnzz** 2025-10-19
ㅋㅋㅋㅋ 이색기도 고발당하게 생겼네 ㅋㅋㅋ. 망상병 수준이 박사
급ㅋㅋㅋ

♡ 3

**tntnrlfl664** 2025-10-18
너가 거기서 아이유 악풍 쓰고 다니는구나

♡ 2

## cozyhuman777님에게 응답한 다른 답글

**cozyhuman777** 2025-10-18 · 작성자
아이유는 토종 한국인 입니다.
(치파오를 입으며)



25. 12. 19. 오후 12:41 (0+)아이유는 언론통제 심각해요 :네이트 아이유 기사나 네이트판이 비판 게시물은 전부 삭제되고 얼마 지나지않..아이유 기부 미...

Case 5:26-mc-80211-SVK Document 1-1 Filed 07/15/26 Page 163 of 355



♡ 917    💬 9    ⟳ 14    ◁ 30

**jangjs10** 2025-10-18    ···
아이유 실체 알고 나서 걍 보기 싫음 유재석도

♡ 996    💬    ⟳    ◁ 1

**wowdadan** 2025-10-18    ···
화교라는 말 있던데.

아이유
김고은
장원영

♡ 649    💬 9    ⟳    ◁ 5

**mioklphmvffd** 2025-10-18    ···
폭삭 속았수다도 안봄

♡ 606    💬 3    ⟳    ◁ 3

**katsdogo86** 2025-10-18    ···
난 예전부터 가창력은 괜찮다 생각해도 얘 얼굴 이쁘다는건 절대 동의 못 했음.
콧대 낮고 개평범한데다 신봉선 관상인데

♡ 355    💬 4    ⟳    ◁

**bibibon14** 2025-10-18    💕 ···
아 구긴후 얼굴 개 웃기넼ㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋ ㅋㅋㅋㅋㅋ어케 저리 잘 구겼담

♡ 284    💬 1    ⟳    ◁

**gahn7x3** 2025-10-18    ···
항상 인생드라마 상위권에 달의연인 나의아저씨 있던데 친구가 옛날부터 제발 보라고 보라고 해도 안보고 했던말이 "이상하게 나한테 잘못한것도 없는데 아이유는 그냥 안보고싶다 이상해" 였는데 이유가 이거였구나아

♡ 256    💬    ⟳    ◁ 2

**sky_jhaneul** 2025-10-18    ···





♡ 193     💬 8     ⟳ 1     ▽ 2

 lsoqhsudhqnxolx  2025-10-18                          •••

정치색 떠나서
브리트니 무단쌤플링 표절논란 이모 작곡가랑 쭉 작업. 십여년 로리타논쟁,제제논쟁때 살아남는 거 보고 소속사 대단하다 싶었어
빼박 컨셉에 앨범표지 표절에"제가 부족해서"한마디 인터뷰.그러곤 리메이크하고 뭐하면서 뜬근 싱어송 라이터 분갈이
표절논란때'이제 부를 오빠가 적어질 나이라 콘서트서 좋은날? 안부르겠다든가?그 소리가 더 웃겨
그즈음 유튭에 표절논란 영상 다 후드득 실시간 사라지드라는(레퍼런스라는 표절비교영상 올리는 채널도 살아있구만.쟤 것 올림 다 나가리)인스타에 표절해명요구 절정일때 바로 열애설터트림.검색창에'아이유 ㅍ'치면 뜬금'아이유 표정'떴음ㅋ
탄핵지지 선금 지불 논란때 아이유 치면 피부병만 기사도배ㅋ그때 찐으로 무섭드만.좌우떠나 오래전부터 불호.영악해보여.게다 음침(그래서 지안역은 잘 어울렸던듯)
중국화교 어쩌구 좀 억지다 했는데,지금처럼 뜨기 한참 전 영상서 중국어 하는 거 보고 의아하긴 했어

♡ 170     💬 1     ⟳ 1     ▽ 6

 shinhyemin86  2025-10-18                          •••

나도 폭싹 속았수다 재밌다고 사람들이 보라고 했는데 아이유 꼴보기싫다고 안봄ㅋㅋ

♡ 177     💬 2     ⟳     ▽

 swe.elm  2025-10-18                          •••

아이유 너무 싫어. 계엄이후로 플리 다 삭제



♡ 151

---

**peitriot** 2025-10-18 ・・・

"유재석 좌이유 화교
화짱조 OUT

♡ 154

---

**ogi887** 2025-10-18 ・・・

멸공!! 나도 좌이유 노래 안들은지오래

♡ 122 ⤢ 1

---

**ilhpec2** 2025-10-18 ・・・

나도 아이유 나오는 드라마도 하나도 안 보고 음악플레이리스트에
다 뺌ㅋㅋㅋ+유재석 나오는거 다 채널 돌림

♡ 90 ⤢ 3

**EXHIBIT 53**

# 아이유 표절 고발, 경찰서 '각하' 결정…"악의적 고발로 명예 실추"

오귀환 기자

**Updated: September 4, 2023, 5:30 p.m.**

**On the 4th, Shinwon Law Firm, which represents IU, stated in a press release, "On the 24th of last month, the investigative authorities decided to dismiss the complaint on the grounds that the reported allegations did not constitute a criminal offense."**

업데이트 2023.09.04. 17:30 ⌄

아이유의 법률 대리를 맡은 법무법인 신원은 4일 보도자료를 통해 "수사기관에서 지난달 24일 해당 고발 사실이 범죄를 구성하지 않음을 이유로 각하 결정을 내렸다"고 밝혔다.



가수 아이유가 지난 4월 24일 서울 강남구 메가박스 코엑스에서 열린 영화 '드림'(감독 이병헌) VIP 시사회에서 인사를 하고 있다. /뉴스1

신원은 "아이유는 고발 대상이 된 6개의 곡 중 단 1곡에만 작곡에 참여했고, 해당 곡도 고발인이 저작권 침해를 문제 삼았던 부분은 아이유가 참여한 파트가 아니었다"며 "이러한 사실에 대한 증빙자료와 변호인 의견서를 수사기관에 제출했고 각하 결정이 내려졌다"고 설명했다.

이어 "이번 고발은 최소한의 법률적 요건과 근거도 갖추지 못하고 아티스트의 명예를 실추하고 정신적 고통을 주고자 한 악의적인 고발 행태"라며 "수사기관은 고발인의 무고죄 성립 여부에 대해 적극적으로 인지수사를 진행해달라"고 촉구했다.

신원은 아이유의 표절 의혹과 각종 루머를 유포해 온 세력에 대한 강한 법적 조치도 예고했다. 법무법인 측은 "수년 전부터 특정 무리가 아티스트를 조롱하고 인격적 모독을 가하기 위한 목적으로 여

러 이슈를 유포해 온 것으로 확인됐다"며 "이번 고발 행위 역시 일련의 사태들과 무관하지 않으며 이에 대해 수집한 자료를 수사기관에 전달했다"고 밝혔다.

지난 5월 서울 강남경찰서에는 아이유가 '분홍신', '좋은날', '삐삐', '가여워', '부'(Boo), '셀러브리티'(Celebrity) 등 6곡에서 다른 가수의 음원을 표절했다는 내용의 고발장이 접수됐다. 아이유의 소속사 이담엔터테인먼트는 표절 의혹에 대해 "허위 사실을 기반으로 한 무분별한 고발과 가해 등 범죄 행위에 강력한 법적 대응을 할 것"이라고 반박했다.

---

Shinwon Law Firm stated, "Of the six songs named in the complaint, IU participated in composing only one, and the portion that the complainant alleged infringed copyright was not the part in which IU participated." The firm added, "We submitted evidence supporting these facts, along with a legal opinion from counsel, to the investigative authorities, and the complaint was subsequently dismissed."

This complaint failed to meet even the minimum legal requirements or provide an adequate factual basis. It was a malicious complaint that damaged the artist's reputation and caused her emotional distress." The firm also urged the authorities to "actively investigate whether the complainant's conduct itself constitutes a criminal offense.

Shinwon Law Firm also announced that it would pursue strong legal action against those spreading plagiarism allegations and other rumors about IU. The firm stated, "It has been confirmed that, for several years, a particular group has been spreading these issues with the purpose of mocking the artist and subjecting her to personal insults." It added, "This criminal complaint is likewise not unrelated to that series of incidents, and we have submitted the materials we have collected to the investigative authorities."

Last May, the Gangnam Police Station in Seoul received a criminal complaint alleging that IU had plagiarized songs by other artists in six of her songs: "The Red Shoes," "Good Day," "BBIBBI," "Hold My Hand," "Boo," and "Celebrity." IU's agency, EDAM Entertainment, denied the plagiarism allegations, stating that it would "take strong legal action against indiscriminate criminal complaints and other unlawful acts based on false information."

**EXHIBIT 54**



# '아이유가 곡 표절' 가짜 고발에…3천만원 배상판결 '철퇴'

Appeal Rejected in False IU Plagiarism Complaint Case; ₩30 Million Damages Award Upheld

송고 2024-12-18 10:47

아이유, 명예훼손 손해배상 소송 승소…고발은 경찰이 각하

IU Prevails in Defamation Damages Suit… Police Dismissed the Complaint

손 흔드는 아이유

(서울=연합뉴스) 이재희 기자 = 30일 오전 서울 성동구 메가박스 성수점에서 열린 영화 '드림' 제작발표회에 배우 아이유가 참석하고 있다. 2023.3.30 scape@yna.co.kr

(서울=연합뉴스) 이미령 기자 = 가수 아이유(IU)가 다른 가수의 곡을 표절했다며 허위로 고발한 인물이 아이유에게 명예훼손 등을 이유로 손해를 배상하라는 법원 판결이 나왔다.

서울중앙지법 민사29단독 이건희 판사는 18일 아이유가 A씨를 상대로 낸 손해배상 청구 소송에서 "A씨가 아이유에게 3천만원을 배상하라"며 원고 승소로 판결했다.

A씨는 지난해 5월 아이유가 '분홍신', '좋은날', '삐삐', '가여워', '부'(Boo), '셀러브리티'(Celebrity) 등 6곡에서 다른 가수의 곡을 표절해 저작권법을 위반했다며 경찰에 고발장을 냈다.

그러나 경찰은 같은 해 8월 고발 사실이 범죄를 구성하지 않는다고 보고 고발을 각하했다.

이에 아이유 측은 A씨를 상대로 명예훼손·인격권 침해·무고 등 행위에 대한 손해배상 소송을 제기했다.

A씨 측은 재판에서 무대응으로 일관해 법원은 공시송달 절차를 거쳐 재판을 진행한 것으로 전해졌다.

아이유 측은 A씨 외에도 온라인상에서 근거 없이 표절 의혹을 제기하는 등 악성 게시글을 작성한 이들에 대한 법적 절차를 밟았고, 일부는 벌금형 등의 형사 처분을 받았다.

already@yna.co.kr

**제보는 카카오톡 okjebo**

<저작권자(c) 연합뉴스, 무단 전재-재배포, AI 학습 및 활용 금지> 2024/12/18 10:47 송고

---

본 기사는 연합뉴스와의 계약없이 전문 또는 일부의 전재를 금합니다

Copyright (C) Yonhapnews. All rights reserved.

(Seoul = Yonhap News) Reporter Lee Mi-ryeong — A court has ruled that an individual who falsely filed a criminal complaint accusing singer IU of plagiarizing another artist's songs must pay damages to IU for defamation and related harms.

On the 18th, Judge Lee Geon-hee of Civil Division 29 of the Seoul Central District Court ruled in favor of IU in her damages lawsuit against Mr./Ms. A, ordering A to pay IU 30 million won (₩30,000,000).

In May of the previous year, A filed a criminal complaint with the police alleging that IU had violated copyright by plagiarizing other artists' songs in six of her own songs: "The Red Shoes," "Good Day," "BBIBBI," "Poor Thing (Gayeoweo)," "Boo," and "Celebrity."

However, in August of that year, the police dismissed the complaint, concluding that the allegations described in the complaint did not constitute a criminal offense.

IU then filed a civil lawsuit against A, seeking damages for defamation, infringement of personality rights, and false accusation, among other claims.

A did not respond throughout the litigation, and the court proceeded with the case after completing service by public notice (a legal procedure used when a party cannot be served directly).

In addition to its lawsuit against A, IU's side has also taken legal action against people who posted malicious online content raising plagiarism allegations without evidence. Some of those individuals have received criminal penalties, including fines.

**EXHIBIT 55**

# 소      장

원      고        이지은
서울 서초구 남부순환로297나길 14, 1층(방배동)
[송달주소]서울 서초구 서초대로48길 33, 401호(서초동, 허브 원)
원고 소송대리인
법무법인(유한)신원
서울 서초구 서초대로48길 33 401호(서초동, 허브원빌딩)
담당변호사: 김진욱,백경태,정광윤

피      고        성명불상자
주소불명

손해배상(기) 청구의 소

# 청구취지

1. 피고는 원고에게 30,000,100원 및 위 각 돈에 대하여 2025. 10. 18.부터 이 사건 소장부본 송달일까지는 연 5%, 그 다음날부터 다 갚는 날까지는 연 12%의 각 비율로 계산한 돈을 각 지급하라.
2. 소송비용은 피고가 부담한다
3. 제1항은 가집행할 수 있다.
라는 판결을 구합니다.

청 구 원 인

## 1. 당사자의 지위 및 기초사실

### 가. 당사자의 지위

원고는 2008. 9. 18. '**아이유(IU)**'라는 예명의 가수로 데뷔한 이래 지금까지 국내외에서 '아이유', 'IU' 또는 '이지은'이라는 이름으로 가수, 배우, 각종 방송프로그램, 모델로 활발하게 활동해오고 있는 아티스트입니다. 특히 2010 년 발매된 '좋은 날'은 빌보드 기자단이 선정한 '2010 년대 최고의 노래' 1 위로 뽑혔을 정도로, '가수 아이유'는 2010 년대 '국민 여동생'으로 국내 가요계에서 폭발적인 인기를 얻었고, 이외에도 '잔소리', '너랑 나', '분홍신', '금요일에 만나요', '스물셋', '밤편지', '팔레트', '삐삐', 'love poem', 'Blueming', '에잇', 'Celebrity', '라일락', 'Love wins all', 'Shopper', '홀씨' 등의 곡을 작사 및 가창하여 히트시킨 국내 최정상 싱어-송라이터입니다. 나아가 고소인은 멜론 뮤직어워드, 엠넷 아시안뮤직 어워드, 골든디스크어워즈, 가온차트 뮤직 어워드, 한국대중음악상, 서울가요대상 등을 각종 상을 수상한데 이어, 2012 년 이래 매년 단독콘서트를 하는 등 국내 여자 솔로 가수로서는 독보적인 입지를 구축하고 있습니다. 2022 년 콘서트 <The Golden Hour : 오렌지 태양 아래> 실황 영상은 영화관에서 IMAX 로 개봉되기도 하였으며, 2024. 3.경부터 지금까지 월드 투어 콘서트 <HEREH>를 전 세계에서 진행 중입니다. 뿐만 아니라, 고소인은 '드림하이', '최고다 이순신', '프로듀사', '달의 연인 - 보보경심려', '나의 아저씨', '호텔 델루나', '폭싹 속았수다' 등 인기 드라마와, 영화 <브로커>, <드림>에서 주연을 맡아 배우로서도 최고의 인기를 구가하고 있는 만능엔터테이너입니다. 고소인은 최근 현직 광고인 마케터가 추천하는 여성 광고모델 부문 1 위에 선정되기도 하였습니다.

피고는 2025. 3. 경부터 인터넷에서 지속적으로 원고가 '**표절가수다**', '**중국인이라서 중화사상을 심으려고 한다**', '**언론을 조작하고 통제한다**', '**화제성을 위하여 주변인들의 죽음을 이용한다**' 등 터무니 없는 허위 루머를 마치 사실과 같이 단정하면서 퍼뜨려 온 자입니다.


**법무법인(유한) 신 원**    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

피고의 특정 방법은 아래 3.항에서 다시 한번 자세히 말씀드리겠습니다.

## 나. 이 사건의 경위 – 원고에 대한 피고의 적개심

원고는 다방면의 대중문화예술업에서 활발히 활동하여 온 자로, 음악·방송 출연 시점을 전후하여 사회적 관심과 주목이 급격히 집중될 수밖에 없는 위치에 있습니다. 실제로 2025. 3. 7. 경부터 원고가 출연한 드라마 「폭싹 속았수다」가 큰 화제를 모으면서, 원고에 대한 대중적 관심 역시 크게 증폭된 바 있습니다.

그런데 이러한 상황을 전후하여, SNS 및 온라인 커뮤니티를 중심으로 원고에 대한 사실과 무관한 비방, 확인되지 않은 루머 등이 다시 반복적으로 유포되기 시작하였습니다.

그 중 피고가 사용하는 스레드 계정은 위와 같이 원고를 특정하여 공격하는 게시물을 지속적·반복적으로 게시해 온 대표적인 계정에 해당합니다. 피고는 객관적 사실에 대한 아무런 확인 없이 원고의 배경, 행위 및 평판 등에 관하여 사실과 다른 내용을 반복적으로 적시하고 유포함으로써 원고의 명예를 훼손할 수 있는 표현을 상시적으로 게시하여 왔습니다.

특히 피고는 2025. 3. 20.경부터 2025. 10. 18.경까지 약 6개월간 53건의 명예훼손적 표현으로 구성된 게시물(이하 '이 사건 게시물들'이라 합니다)을 작성하였고, 그 내용은 이미 원고가 공개적으로 해명한 바 있는 악의적 허위사실을 다시 끌어와 재확산시키거나, 이를 변형하고 과장하여 원고에게 부정적인 이미지를 덧씌우는 내용이었습니다.

이처럼 피고는 익명성에 기대어 무고한 개인의 명예와 인격권을 심각하게 훼손하는 글들을 아무런 죄책감 없이 공연히 게시하여 왔고, 그로 인한 원고의 정신적 고통과 사회적 평가의 저해의 정도가 수인 한도를 넘어, 원고는 피고의 게시물들 중 수위가 높은 것만을 추려 이 사건 소의 제기에 이르게 되었습니다.

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

**2. 피고의 불법행위**

**가. 명예훼손 등에 대한 불법행위책임 인정 법리**

**(1) 명예훼손**

대법원은 "민법상 불법행위가 되는 명예훼손이란 사람의 품성, 덕행, 명성, 신용 등 인격적 가치에 대한 사회의 객관적인 평가를 저하시키는 행위를 말한다. 이러한 명예훼손은 '사실의 적시'가 있음을 전제로 한다. 객관적으로 피해자의 사회적 평가를 저하시키는 사실에 관한 보도가 소문이나 제3자의 말 등을 인용하여 기사화한 것이고 그 보도내용에 단정적 표현이 사용되지 아니하였다고 하더라도, 그 표현 전체의 취지가 그 사실의 존재를 암시한다면 '사실의 적시'가 있다고 볼 수 있다"는 입장입니다(대법원 2000. 7. 28. 선고 99다6203 판결, 대법원 2008. 11. 27. 선고 2007도5312 판결 등).

나아가, "뿐만 아니라 의견 또는 논평을 표명하는 표현행위에 의하여도 성립할 수 있을 것인 바, 어떤 사실을 기초로 하여 의견 또는 논평을 표명함으로써 타인의 명예를 훼손하는 경우에는 그 행위가 공공의 이해에 관한 사항에 관계되고, 그 목적이 공익을 도모하기 위한 것일 때에는 그와 같은 의견 또는 논평의 전제가 되는 사실이 중요한 부분에 있어서 진실이라는 증명이 있거나 그 전제가 되는 사실이 중요한 부분에 있어서 진실이라는 증명이 없더라도 표현행위를 한 사람이 그 전제가 되는 사실이 중요한 부분에 있어서 진실이라고 믿을 만한 상당한 이유가 있는 경우에는 위법성이 없다. 의견 또는 논평을 표명하는 표현행위로 인한 명예훼손에 있어서는 그 의견 또는 논평 자체가 진실인가 혹은 객관적으로 정당한 것인가 하는 것은 위법성 판단의 기준이 될 수 없고, 그 의견 또는 논평의 전제가 되는 사실이 중요한 부분에 있어서 진실이라는 증명이 있는가, 혹은 그러한 증명이 없다면 표현행위를 한 사람이 그 전제가 되는 사실이 중요한 부분에 있어서 진실이라고 믿을 만한 상당한 이유가 있는가 하는 것이 위법성 판단의 기준이 되는 것이므로, 어떠한 표현행위가 명예훼손과 관련하여 문제가 되는 경우 그 표현이 사실을 적시하는 것인가 아니면 의견 또는 논평을 표명하는 것인가, 또 의

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

견 또는 논평을 표명하는 것이라면 그와 동시에 묵시적으로라도 그 전제가 되는 사실을 적시하고 있는 것인가 그렇지 아니한가를 구별할 필요가 있고, 신문 등 언론매체가 특정인에 대한 기사를 게재한 경우 그 기사가 특정인의 명예를 훼손하는 내용인지 여부는 당해 기사의 객관적인 내용과 아울러 일반의 독자가 보통의 주의로 기사를 접하는 방법을 전제로 기사에 사용된 어휘의 통상적인 의미, 기사의 전체적인 흐름, 문구의 연결 방법 등을 기준으로 하여 판단하여야 할 것인데, 이는 사실 적시와 의견 또는 논평 표명의 구별, 의견 또는 논평 표명의 경우에 전제되는 사실을 적시하고 있는 것인지 여부의 판별에 있어서도 타당한 기준이 될 것이고, 아울러 사실 적시와 의견 또는 논평 표명의 구별, 의견 또는 논평 표명의 경우에 전제되는 사실을 적시하고 있는 것인지 여부의 판별에 있어서는 당해 기사가 게재된 보다 넓은 문맥이나 배경이 되는 사회적 흐름 등도 함께 고려하여야 할 것이므로, 신문기사 가운데 그로 인한 명예훼손의 불법행위책임 인정 여부가 문제로 된 부분에 대하여 거기서 사용된 어휘만을 통상의 의미에 좇아 이해하는 경우에는 그것이 증거에 의하여 그 진위를 결정하는 것이 가능한 타인에 관한 특정의 사항을 주장하고 있는 것이라고 바로 해석되지 아니하는 경우라도 당해 부분 전후의 문맥과 기사가 게재될 당시에 일반의 독자가 가지고 있는 지식 내지 경험 등을 고려하여 볼 때에 그 부분이 간접적으로 증거에 의하여 그 진위를 결정하는 것이 가능한 타인에 관한 특정의 사항을 주장하는 것이라고 이해된다면 그 부분은 사실을 적시하는 것으로 보아야 할 것이고, 이를 묵시적으로 주장하는 것이라고 이해된다면 의견 또는 논평의 표명과 함께 그 전제되는 사실을 적시하는 것으로 보아야 한다."고 판시하였습니다(대법원 1999. 2. 9. 선고 98 다 31356 판결).

또한, 사실을 적시함으로써 타인의 명예를 훼손하는 경우, ① 원고가 청구원인으로 그 적시된 사실이 허위사실이거나 허위평가라고 주장하며 손해배상을 구하는 때에는 그 허위성에 대한 증명책임은 원고에게 있고, 다만 **피고가 그 적시된 사실이 진실한 사실로서 오로지 공공의 이익에 관한 것이므로 위법성이 없다고 항변할 경우 그 위법성을 조각시키는 사유에 대한 증명책임은 피고에게 있고**(대법원 2014. 6. 12. 선고 2012 다 4138 판결 등 참조), ② 사실적 주장이 진실한지 아닌지를 판

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

단함에 있어서 그것이 특정되지 아니한 기간과 공간에서의 구체화되지 아니한 사실의 경우에, **그 부존재를 증명하는 것은 사회통념상 불가능**에 가까운 반면 그 사실이 존재한다고 주장·증명하는 것이 보다 용이한 것이어서 이러한 사정은 증명책임을 다하였는지를 판단할 때 고려되어야 하는 것이므로, **의혹을 받을 일을 한 사실이 없다고 주장하는 자에 대하여 의혹을 받을 사실이 존재한다고 적극적으로 주장하는 자는 그러한 사실의 존재를 수긍할 만한 소명자료를 제시할 부담**을 지고 피해자는 제시된 자료의 신빙성을 탄핵하는 방법으로 허위성의 증명을 할 수 있다는 확립된 입장입니다(대법원 2011. 9. 2. 선고 2009 다 52649 전원합의체 판결).

**(2) 인격권 침해**

한편 대법원은, "표현행위자가 타인에 대하여 비판적인 의견을 표명하였다는 사유만으로 이를 위법하다고 볼 수는 없지만, 만일 표현행위의 형식 및 내용 등이 모욕적이고 경멸적인 인신공격에 해당하거나 혹은 타인의 신상에 관하여 다소간의 과장을 넘어서서 사실을 왜곡하는 공표행위를 함으로써 **그 인격권을 침해한다면, 이는 명예훼손과는 별개 유형의 불법행위를 구성**할 수 있다"고 판시합니다(대법원 2009. 4. 9. 선고 2005 다 65494 판결, 대법원 2015. 9. 10. 선고 2013 다 26432 판결 등 참조).

소송당사자가 참고서면 및 탄원서를 소송이 계속 중인 재판부에 제출하는 방법으로 상대방 소송대리인 변호사를 모욕하고, 담당 사건 판사에게 뇌물을 제공하였다는 등의 허위사실을 적시함으로써 명예를 훼손하였으며, 모욕적이고 경멸적인 인신공격을 하는 방법으로 그 인격권을 침해하고, 상대방 대리인을 수사기관에 부당하게 진정함으로써 수사를 받도록 무고하는 방법으로 상대방 소송대리인 법률사무소 업무 경영이 저해하는 행위를 한 것이 불법행위를 구성하는지 여부가 문제된 사안에서 법원은, '**인격권 침해**'와 상대방 소송대리인 변호사가 정신적 고통을 받았음을 경험칙상 충분히 인정할 수 있다고 판시하였습니다(수원지방법원 2020. 4. 21. 선고 2019 나 5632 판결).

**법무법인(유한) 신 원**　　06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232　F 02 525 0224

## 나. 피고의 명예훼손 및 인격권 침해 불법행위

피고는 자신의 게시 행위로 인하여 전파될 경우, 원고의 연예인으로서의 사회적 신뢰와 대중적 평판이 심각하게 훼손될 수 있다는 점을 충분히 인식하고 있었음에도, 원고를 비방할 목적으로 다수의 게시글들을 게재하여 왔습니다.

아울러 피고는 해외에 서버를 둔 정보통신망인 '스레드(Thread)' 플랫폼을 중심으로 활동하면서, 익명성과 높은 전파성을 이용하여 원고에 대한 허위사실을 반복적으로 유포하는 등 사이버 명예훼손 행위를 계속하여 왔습니다.

특히 피고는 단순히 새로운 게시글을 작성하는 방식에 그치지 않고, 조회 수와 확산력이 높은 기존 게시글을 인용하거나 이에 댓글을 다는 형식을 취함으로써, 자신의 표현이 다수의 이용자에게 노출될 수 있도록 하였습니다. 이러한 방식으로 수십 개의 글을 반복적으로 게시하는 행태는 피고가 원고에 대한 부정적 인식을 바탕으로 그러한 허위 사실을 광범위하게 확산시키기 위하여 고의적으로 계산하여 행동하였다는 점을 드러냅니다.

즉, 이러한 피고의 일련의 행위는 모두 원고에게 해악을 가하려는 목적으로 이루어진 것들이므로, 다음과 같은 불법행위를 구성합니다.

### (1) 피고의 명예훼손

피고는 원고의 품성, 덕행, 명성, 신용 등 인격적 가치에 대한 사회의 객관적인 평가를 현저히 저하시킬 수 있는 내용의 허위사실을 공연히 적시 유포함으로써, 원고의 명예를 훼손하였고, 이는 민법 제750조 소정의 불법행위에 해당합니다.

#### (가) 이 사건 게시물들의 요지

피고가 게시한 이 사건 게시물들의 내용을 간략히 정리하면, ① 원고의 노래 「분홍신」이 표절된 곡이라는 점, ② 원고가 사실상 중국에서 온 화교라는 점,

법무법인(유한) 신원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

③ 원고의 해외 팬덤 규모가 극히 미미하고 출연한 드라마들 또한 흥행에 실패하였다는 점, ④ 원고가 지인들의 사망에 이르기까지 이를 방조하였을 뿐만 아니라 이를 자신의 마케팅에 이용하고 있다는 점, ⑤ 원고가 지속적으로 언론을 조작하거나 바이럴을 통해 자신에게 유리한 기사만 남기고 있다는 점, ⑥ 나아가 이태원 참사 및 세월호 참사를 조롱하는 가사를 작성하였다는 점 등으로 요약될 수 있습니다.

그러나 이러한 주장들은 <u>듣는 사람으로 하여금 당황스러울 정도로 터무니없는 내용들로</u>, 상식적인 일반인이라면 사실과 전혀 다르다는 것을 쉽게 알 수 있는 명백한 허위에 불과합니다. 즉, 객관적 근거 또는 신뢰할 만한 자료에 기초한 것이 아니라, 확인되지 않은 소문이나 왜곡된 정보를 사실인 양 단정적으로 나열한 것으로서, 사회통념상 허용될 수 있는 의견표명이나 비판의 범위를 명백히 벗어난 것입니다.

원고로서는 이를 일일이 반박해야 한다는 점 자체가 매우 침통할 따름이나, 이 사건 게시물들의 내용이 모두 사실에 반한다는 점을 다음과 같이 말씀드리겠습니다.

## ① 원고의 노래 「분홍신」이 표절된 곡이라는 점에 관하여

원고는 이미 약 2년 전부터 해당 의혹이 사실이 아님을 여러 차례에 걸쳐 공개적으로 해명하여 왔습니다. 원고는 타인의 저작물을 허락 없이 사용하거나 저작권을 침해한 사실이 전혀 없고, 저작권자로부터 저작권 침해를 이유로 고소를 당한 사실 또한 없습니다.

2023. 5. 8.경 원고가 저작권법 위반 혐의로 서울강남경찰서에 고발된 사건이 있었으나, 이는 2023. 8. 24.경 '범죄를 구성하지 아니한다'는 이유로 각하되어 종결되었습니다(강남경찰서 2023-7636호). 이후 원고는 위 허위 고발자를 상대로 명예훼손, 인격권 침해, 무고 등을 이유로 손해배상 청구 소송을 제기하였고, 법원은 원고의 손해를 인정하여 손해배상금 3,000만 원을 인용하는 판결을 선고한 바 있습

니다(서울중앙지방법원 2024. 12. 18. 선고 2023 가단 5342952 판결). 그리고 해당 수사 결과와 판결 내용은 주요 언론을 통해 대대적으로 보도되었으며, 이로써 원고를 향한 표절 논란이 악의적인 허위 음해였다는 점은 일반 대중들 사이에서도 널리 알려진 사실입니다(참고자료 1 내지 2 뉴스기사 참조).

**[참고자료 1 내지 2 뉴스기사 중 발췌]**

**아이유 표절 고발, 경찰서 '각하' 결정…"악의적 고발로 명예 실추"**

오귀환 기자

업데이트 2023.09.04. 17:30

아이유의 법률 대리를 맡은 법무법인 신원은 4일 보도자료를 통해 "수사기관에서 지난달 24일 해당 고발 사실이 범죄를 구성하지 않음을 이유로 각하 결정을 내렸다"고 밝혔다.

**연합뉴스**

**'아이유가 곡 표절' 가짜 고발에…3천만원 배상판결 '철퇴'**

송고 2024-12-18 10:47

아이유, 명예훼손 손해배상 소송 승소…고발은 경찰이 각하

피고는 위와 같은 경과를 충분히 인식할 수 있었음에도 불구하고, 표절 논란에 대한 해명이 포함된 과거의 영상(2023. 6. 22. 게시) 링크와 함께 "표절영상", "바이럴 언론조작이 너무 심하다"등의 표현을 사용한 게시물들을 최소 7 회 게시하였습니다(갑 제 1 호증 내지 제 10 호증). 이로써 피고는 마치 원고가 표절한 것은 사실이고, 언론 조작을 통해 해당 의혹을 은폐한 것이라는 취지의 사실을 게시한 것입니다.

**법무법인(유한) 신 원**    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

**[갑 제 1 호증 표절 관련 게시물 중 발췌]**



즉, 위 곡이 표절이 아니라고 판단된 것은 분명, 법적으로 저작권법 위반의 소지가 없기 때문이고, 이후 진행된 민사사건에서도 손해가 증명되었음에도, 피고는 특별한 근거 없이 "표절이 맞는데도 언론조작으로 덮은 것이다"는 취지의 내용을 계속 게시하고 있는 것입니다.

나아가 피고는 원고의 노래 「밤편지」 가사 중 "좋은 꿈이길 바라요"라는 문구를 문제 삼기 시작하더니, 앨범 컨셉이 졸업작품을 표절한 것이며, 급기야 원고의 노래들 중 표절곡이 50 곡에 달한다고 주장하기까지 하며 주장의 범위와 수위를 점차 확대하여 왔습니다(갑 제 11 호증 내지 제 14 호증). 이는 초기의 막연한 의혹 제기를 넘어, 원고가 상습적으로 표절을 일삼는 음악인인 것처럼 인식을 형성하고 고착시키려는 시도로 밖에 보이지 않습니다.

그러나 위와 같은 주장들 역시 어떠한 구체적이고 객관적인 증거에 기초한 것이 아니며, 음악적 유사성에 대한 전문적 분석이나 공신력 있는 판단을 전제로 한 것도 아닙니다. 결국 이는 피고가 자의적인 판단과 검증되지 않은 내용을 사실인 것처럼 단정하여 반복적으로 유포하고 있는 것에 불과합니다.

어떤 작곡가가 자신이 창작곡인 것처럼 가수에게 곡을 전달하여, 가수가 표절시비로 활동을 중단하고, 음반판매까지 급감하여 업무를 방해하였다는 공소사실로

 법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

기소된 사안에서 법원은 '**가수는 표절가수로 낙인되어 상당한 정신적 고통을 받았을 것**'이라는 양형이유를 밝힌 바 있습니다(서울서부지방법원 2010. 10. 21. 선고 2010 고단 1846 판결). 즉, 어떤 가수가 표절시비에 휘말리면 가수의 업무가 방해될 뿐 아니라 상당한 정신적 고통에 시달리게 된다는 점은 법원도 경험칙상 인정하고 있다는 점이 명백합니다.

원고는 '싱어-송라이터'로 유명해진 가수로, 유명 가수에 대한 표절시비는 파급력이 매우 큽니다. 따라서 **피고의 구체적인 주장사실과 관계없이 그 루머가 양산되는 것만으로도 원고가 입는 고통(실추되는 명예)의 정도는 매우 크다고 인정할 수 있습니다**.

따라서 피고가 사실에 반하는 내용을 전제로 원고를 '표절가수'로 낙인찍는 허위사실를 적시하여, 원고의 명예를 중대하게 훼손하였다는 점이 넉넉히 인정될 수 있습니다.

② 원고가 사실상 중국에서 온 화교라는 점에 관하여

위 사실 역시 허위사실에 불과합니다. 대한민국 국민으로서 국내에서 태어나 성장해 온 원고로서는, 해당 주장이 제기되었다는 점 자체가 의문스러운 루머라 할 것입니다.

심지어 원고는 2025. 3. 11. 직접 유튜브 방송 「아이유 아이유 하는 이유 | EP. 81 아이유 | 살롱드립 2 」에 출연하여, "자신이 한국인이 아니라는 루머가 제일 황당하다"는 내용의 답변을 하였고, 위 방송은 약 350 만 조회수를 기록하기도 하였습니다(갑 15 호증의 1 내지 2).

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

**[갑 제 15 호증의 2 출연 유튜브 프로그램 관련 부분 캡처 중 발췌]**



즉, 원고는 이른바 '중국 화교 의혹'이 제기된 직후, 해당 내용이 사실이 아님을 명확히 해명하였고, 그러한 해명 내용 역시 정보통신망을 통하여 이미 광범위하게 유포된 바 있습니다. 따라서 피고로서는 위와 같은 의혹이 사실에 반한다는 점을 충분히 인식하거나, 적어도 그 허위성에 대하여 합리적으로 검토할 여지가 충분히 있었습니다.

그럼에도 불구하고 피고는 "원고가 출연한 드라마 대사 중 중국 장가계에 가자는 내용이 있었다", "해당 드라마의 아역 배우 의상이 중국풍이었다", "원고가 기부하는 재단이 중국에 대한 후원을 한다", "원고가 광고모델로 활동하는 브랜드들이 모두 중국 기업이다"라는 등, 그 출처나 객관적 근거를 확인할 수 없는 주장들을 나열하며, 원고가 중국인 또는 중국 화교라는 취지의 허위사실을 반복적으로 게시 유포하였습니다(갑 제 16 호증 내지 제 19 호증).

물론, 특정인이 어느 국가의 국적을 가지고 있는지 여부 자체는 경우에 따라 객관적 사실에 해당할 수 있습니다. 그러나 이 사건에서 피고의 표현은 단순한 사실 언급의 차원을 넘어, 한국 사회에 존재하는 '중국인'에 대한 편견과 부정적 인식을 전제로, 원고를 중국인으로 단정함으로써 원고의 사회적 평가를 저하시킬 의도로 사용된 것입니다. 특히 피고가 제시한 이른바 '근거'들은 원고의 출연 작

법무법인(유한) 신 원   06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

품의 설정이나 제 3 자의 의상, 일반적인 기부나 광고 활동 등을 자의적으로 연결한 것에 불과하여, 그 논리적 비약이 상당합니다.

그렇다면 이와 같은 피고의 게시 행위는 국적이나 출신 배경에 관한 단순한 의견 표명이라 볼 수 없고, 사실과 다른 내용을 전제로 특정한 사회적 편견을 강화·확산시키는 방식으로 원고를 매도한 것으로서, 사회적 평가를 저하시킬 수 있는 허위사실의 적시에 해당함이 명백합니다.

③ 원고의 해외 팬덤 규모가 극히 미미하고 출연한 드라마들 또한 흥행에 실패하였다는 점에 관하여

원고의 성과를 평가절하하는 주장 역시 객관적 자료에 의해 쉽게 반박됩니다.

2022 년을 기준으로 하더라도 원고의 음악 콘텐츠는 유튜브 누적 재생수 약 13 억 8 천만 회를 기록하였고, 이 중 약 7 억 2,300 만 회가 해외에서 재생된 것으로 확인됩니다(갑 제 20 호증). 이는 국내 활동을 기반으로 하는 솔로 가수로서는 이례적인 수치로서, 원고의 음악이 국내를 넘어 해외에서도 폭넓게 소비되고 있음을 명확히 보여주는 지표입니다.

**[갑 제 20 호증 원고 해외 재생 수 중 발췌]**

**솔로 가수 아이유, 성공적**

아이유의 유튜브 재생수(전 세계 총 13억8000만회)가 가장 많은 곳은 한국(6억5700만회)이다. 기사에 이를 소개한 뒤 "한국에서만 인기가 있다는 말을 하고 싶은 것이냐"는 문의가 많았다. 결론부터 말하면, "절대 아니다".

연간 조회 수 10억회 이상의 기록을 내는 K팝 아티스트 중 솔로는 아이유 하나다. 아이유를 가장 많이 재생한 2위 국가인 인도(1억회)를 시작으로 2~11위 국가에서 모두 3000만 회 이상의 조회 수를 보인다. 조회 수의 52%가 해외에서 발생하는데, 아이유를 '국내용 가수'로 분류하는 건 억지스럽다.

또한 원고는 2024 년 월드투어 「LILAC WORLD TOUR」를 진행하여 유럽, 북·남미, 아시아 등 전 세계 20 개 도시에서 공연을 개최하였고, 총 연인원 약 50 만 명을 동원하는 성과를 거두었습니다(갑 제 21 호증). 이러한 투어 규모와 관객 동원

**법무법인(유한) 신 원**    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

실적은 원고가 안정적이고 지속적인 해외 팬덤을 보유하고 있음을 객관적으로 입증하는 자료라 할 것입니다.

나아가 원고가 출연한 드라마 「폭싹 속았수다」 역시 '흥행 실패'와는 전혀 거리가 먼 성과를 기록하였습니다. 위 작품은 첫 공개일로부터 한 달이 채 지나지 않아 넷플릭스 글로벌 TOP10 비영어 부문 시리즈 1위를 기록하였고(갑 제 22 호증), 이후에도 다수 국가에서 상위권에 랭크되었습니다. 또한 백상예술대상, 청룡시리즈어워즈, 글로벌 OTT 어워즈 등 주요 시상식에서 작품상 및 연기상을 다수 수상하며, 흥행성과 작품성 모두에 대하여 공신력 있는 평가를 받았습니다.

**[갑 제 22 호증 폭싹 속았수다 흥행 결과 중 발췌]**

> **Netflix Korea** | 넷플릭스 코리아 ✅ ☐
> @NetflixKR
>
> 글로벌 TOP10 비영어 부문,
> 시리즈 1위 <폭싹 속았수다> & 영화 1위 <계시록> 동시 석권! 🎉

이와 같이 원고의 해외 팬덤 규모가 적다거나, 드라마 「폭싹 속았수다」가 흥행에 실패하였다는 점을 뒷받침할 만한 객관적 근거를 전혀 확인할 수 없음에도 불구하고, 피고는 "해외 콘서트에는 주로 중국애들만 있다", "해외 인기가 없다", "후진국에나 통한다"는 등의 표현을 사용하여, 그 내용 자체로 특정 국가나 집단에 대한 편견과 차별적 인식을 전제로 한 허위사실을 게시 및 유포하였습니다.

나아가 피고는 "사람 보는 눈이 있으면 아이유 드라마는 안 본다, "600 억을 쏟아부었는데 망했다", "넷플릭스에서 망한 수준 낮은 드라마" 라는 등 사실과 다른 평가를 단정적으로 적시함으로써, 원고가 출연한 작품의 성과와 가치를 의도적으로 왜곡하였습니다. 그러나 앞서 본 바와 같이, 위 드라마는 넷플릭스 글로벌 TOP10 비영어 부문 1위를 기록하는 등 국내외에서 흥행성과 작품성을 모두 인정받은 바 있어, 피고의 위와 같은 표현은 객관적 사실에 반함이 명백합니다(갑 제 23 호증 내지 제 29 호증).

🅢 법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

이와 같은 사정을 종합하면, 원고의 해외 팬덤 규모가 작다거나 해외에서 인기가 없다는 피고의 주장은 아무런 객관적 근거가 없는 허위사실에 해당하며, 사회적 평가와 대중적 신뢰를 기반으로 활동하는 원고의 명예를 중대하게 훼손하는 행위라 할 것입니다.

**④ 원고가 지인들의 사망에 이르기까지 이를 방조하였을 뿐만 아니라 이를 자신의 마케팅에 이용하고 있다는 점에 관하여**

원고가 지인들의 사망에 이르기까지 이를 방조하였고, 나아가 이를 자신의 마케팅에 이용하고 있다는 주장은, 고(故) 최진리의 친오빠라는 자의 인스타그램 게시글을 근거로 확산된 허위 루머에 불과합니다. 그러나 해당 게시글의 내용은 사실이 아닌 것으로 밝혀졌고, 김수현의 소속사 측 해명을 통해 허위임이 확인된 이후 해당 게시글은 삭제되기까지 하였습니다(갑 제30호증).

[갑 제30호증 고인 마케팅 루머 해명 기사 중 발췌]

> 그는 "아이유-김수현과 친분. '리얼' 최초 여주연 제의 거절 후 설리에게 시나리오 던짐"이라고 부연하면서 故설리와 故구하라, 故김새론이 같은 정신과에서 치료를 받았다며, 해당 병원은 당초 故설리가 아이유로부터 소개 받은 곳이라는 주장도 덧붙였다.
>
> 그는 "'리얼' 촬영 현장에 대역 있었다. 콘티대로 진행했으나 개봉 이후 '이 정도로 편집할 거 같았으면 대역 써도 괜찮지 않았나'라고 당시 의문점 전달. 당시 설리는 육체적으로나 정신적으로나 힘든 상황이었다"고도 적었다. A씨는 "아이유가 '리얼'의 원래 여주인공이었다"고 주장하지만, 아이유는 '리얼'에 카메오로 출연했다. A씨가 이름을 언급한 수지, 안소희 역시 '리얼'에 카메오로 짧게 출연했다.

또한 피고는, 원고에게도 개인적으로 매우 힘들었던 사건들을, 단지 과거에 원고와 일정한 친분이 있었다는 이유만으로 자의적으로 연결지어, 원고가 그 사망에 책임이 있는 것처럼 주장하는 글을 게시하였습니다. 이는 사실관계에 대한 합리적인 검토나 객관적 근거에 기초한 것도 아니고, 오히려 원고에게 슬픔으로 인한 상처를 다시 가하는 2차 가해에 해당하는 행위라 할 것입니다. 널리 알려진 연예



인이라는 이유만으로 이와 같이 근거 없는 루머에 대해서까지 일일이 입장을 표명해야 하는 상황 자체가 비정상적이라 하지 않을 수 없습니다.

다시 말해, 사회통념상 자신의 유명세를 위하여 주변인이 사망에 이르도록 방조하고, 이를 애도하는 것을 마케팅 수단으로 활용한다는 취지의 주장은 그 자체로 극히 비상식적이며, 명확한 인과관계나 구체적 사실에 대한 주장과 입증이 없는 전형적 음모론에 불과합니다.

그럼에도 피고는 이러한 음모론을 이른바 '고인 마케팅'이라는 자극적인 용어로 포장한 영상 링크를 반복적으로 게재하면서, "아이유 주변은 너무 많이 죽었다", "아이유 소속사에서 설리를 괴롭히는 댓글을 썼다"는 등의 표현을 사용하여, 원고를 비윤리적이고 비인도적인 인물로 인식하게 만들 수 있는 허위사실을 지속적으로 게시하였습니다(갑 제31호증 내지 제37호증).

이로 인하여 원고의 명예는 심각하게 훼손되었습니다.

## ⑤ 원고가 지속적으로 언론을 조작하거나 바이럴을 통해 자신에게 유리한 기사만 남기고 있다는 점에 관하여

피고는 원고가 이룬 객관적인 성과나 긍정적인 지표, 이에 대한 호의적인 반응들마저 모두 '언론 조작', '바이럴 마케팅'의 결과인 것처럼 몰아가며, 원고에 대하여 자연스럽게 형성될 수 있는 긍정적인 평가 자체가 존재할 수 없다는 전제를 깔고 게시글을 작성 유포하고 있습니다.

현대의 정보사회에서 '언론 조작'이라는 표현은 단순한 비유나 평가를 넘어, 매우 구체적이고 중대한 부정행위를 지칭하는 용어로 통용됩니다. 일반적인 수용자는 '언론 조작'이라는 표현을 접할 경우, 허위 정보를 사실인 것처럼 조작 유포하는 이른바 가짜뉴스의 생산, 특정 세력이 조직적으로 개입하는 댓글 여론 공작, 금품을 대가로 한 기사 거래나 언론 매수, 포털 사이트의 여론 지표를 인위적으로 조

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

작하는 행위 등, 민주적 여론 형성의 근간을 훼손하는 불법적·비윤리적 행위를 즉각적으로 연상하게 됩니다.

'바이럴'이라는 표현 역시, 본래의 의미와 달리 실제 성과나 평가에 비하여 과도하게 인위적으로 인기를 부풀린 경우를 지칭하는 부정적 의미로 사용되는 경우가 많습니다. 이러한 맥락에서 사용된 '언론 조작', '바이럴'이라는 표현은, **원고가 정당한 활동이나 실력에 의하여 평가를 받는 아티스트가 아니라, 부정한 수단을 동원하여 여론을 조작하고 이미지를 관리하는 인물이라는 인식을 형성·강화할 위험성이 매우 큽니다.**

따라서 일반적인 인터넷 이용자가 "원고가 부정적인 여론을 차단하기 위하여 언론을 조작하고 바이럴을 진행한다"는 취지의 게시글을 접할 경우, 이를 합법적이고 통상적인 홍보 활동에 대한 평가로 받아들이기보다는, 원고가 불법적이거나 비윤리적인 방법을 통하여 대중을 기만하고 있다는 의미로 인식할 가능성이 큽니다. 이는 원고의 사회적 신뢰와 직업적 명성을 중대하게 훼손할 수 있는 사실의 적시에 해당합니다.

그러나 원고는 정당한 범위 내의 홍보 활동을 제외하고, 언론을 조작하거나 고의적으로 부정적인 여론을 삭제·통제하는 등의 행위를 한 사실이 전혀 없습니다. 원고는 개인 아티스트로서 음악, 연기 등 본연의 활동에 성실히 임해 왔을 뿐이며, 그 결과가 대중의 호응과 긍정적인 평가로 이어지게 된 것입니다. 피고가 주장하는 바와 같이 원고가 조직적이고 계획적으로 언론·여론을 조작할 수 있는 지위나 수단을 보유하고 있다고 볼 만한 객관적 근거 역시 존재하지 않습니다.

설령 원고가 댓글 관리나 게시물에 대한 임시조치에 관여한 사실이 있다 하더라도, 이는 정보통신망 서비스 제공자의 운영 정책 및 관계 법령에 따라 이루어지는 합법적이고 통상적인 조치에 불과합니다. 이러한 제도는 무분별한 악성 댓글로 인하여 발생하는 심각한 사회적 폐해를 완화하기 위하여 도입된 최소한의 보호 장치로서, 특정 개인이 여론이나 언론을 자의적으로 통제하기 위한 수단과는 본질적으로 구별됩니다.



그럼에도 불구하고 피고는 "원고가 자신에게 불리한 댓글들을 모두 삭제하고 임시조치한다", "인성 마케팅을 하고 있다", "언론플레이를 한다", "중국 공산당식 언론 통제·언론 조작을 하고 있다"는 등의 표현을 사용하여, 마치 원고가 비판적 여론을 조직적으로 차단하고 불법적이고 비윤리적인 방식으로 여론을 통제하고 있는 것처럼 오인하게 하는 허위사실을 반복적으로 게시하였습니다(갑 제 38 호증 내지 제 46 호증).

이와 같은 피고의 표현은 원고가 불법적 방법으로 여론을 조작하고 있다는 구체적인 허위사실 적시에 해당하고, 원고의 사회적 신뢰와 직업적 명성을 중대하게 훼손하였다고 할 것입니다.

**⑥ 이태원 참사 및 세월호 참사를 조롱하는 가사를 작성하였다는 점**

피고는 원고의 가사 일부를 자의적으로 특정 사회적 참사와 결부시켜, 실제로는 아무런 관련성이 없음에도 불구하고, 마치 원고가 이태원 참사나 세월호 참사를 조롱하거나 희화화하는 가사를 작성한 것처럼 주장하고 있습니다. 이는 가사의 문맥과 창작 의도를 전혀 고려하지 않은 채, 특정 사건을 사후적으로 끼워 맞추어 해석한 것에 불과합니다.

그러나 원고는 세월호 참사 당시, 희생자들을 애도하고 피해 회복에 힘을 보태기 위하여 콘서트 수익금 전액을 기부하는 등, 공적인 방식으로 애도의 뜻을 명확히 표한 바 있습니다(갑 제 47 호증). 또한 이태원 참사와 관련하여서도, 원고는 어떠한 방식으로도 해당 참사를 조롱하거나 폄훼한 사실이 전혀 없습니다.

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

**[갑 제 47 호증 원고의 기부 기사 중 발췌]**



아이유, 세월호 참사 애도… 콘서트 수익금 '전액' 기부

정주영 기자 | 승인 2014.05.02 16:40 | 댓글 0

(시사오늘, 시사ON, 시사온=정주영 기자)

가수 아이유가 세월호 참사를 애도하며 희생자들에게 콘서트 수익금을 전액 기부한다.

2일 아이유 소속사는 "아이유가 콘서트 수익금 전액을 세월호 실종자 가족들에게 전액 기부할 것"이라고 전했다.

이와 같은 객관적 사실에도 불구하고, 피고는 가사의 일부 표현을 특정 참사와 무리하게 연결시켜 원고가 사회적 비극을 조롱하는 비윤리적인 인물인 것처럼 묘사하고 있습니다(갑 제 48 호증). 이는 원고의 인격 등 명예에 중대한 훼손 가하는 허위사실의 적시에 해당합니다.

 **7hyejin** 2025-09-25   ...

아이유 스트로베리문 노래가사가 이태원 참사 내용이라네요. 아이유 노래 어 푸는 세월호 조롱한거고. 사실관계는 모르겠지만 노래가사 진짜 이상해요. 그리고 호텔델루나는 설리 대수대명 드라마랍니다. 대사에 아이유가 아쁘고 행복해보이는 사람은 너무 질투난다하고 김수현이 그럼 함께 작업하러 가자는 말 나와요. 쇼츠 있었는데. 아이유 김수현 14년 절친이란 기사도 났어요. 둘다 중국자본으로 컸어요. 대수대명 이런 이상한 말도 진짜 처음 들어봄. 음모론은 모르겠는데 정황상 너무 이상하고.

♡ 58    💬 4    ⟲ 1    ✉ 3

**결국 이상 살펴본 바와 같이 피고가 게시한 이 사건 게시물들은 모두 객관적 사실이나 공신력 있는 자료에 대한 최소한의 확인조차 거치지 않은 채, 악의적인 의도를 가지고 유포된 허위사실에 불과합니다. 이로 인하여 원고의 명예는 중대한 피해를 입었으므로, 피고는 민법 제 750 조에 따라 그 손해를 배상하여야 할 것입니다.**

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

**(나) 구체적인 내용 및 유형 분류**

원고는 피고의 개별 행위가 허위사실 적시에 의한 명예훼손에 해당함을 입증하기 위하여, 그 명예훼손의 내용과 유형을 아래와 같이 정리하오니 참고 부탁드립니다.

관련 유형은 2. 가. (1) (가) 항에서 사용하였던 유형과 동일하게, ① 원고의 노래 「분홍신」이 표절된 곡이라는 점, ② 원고가 사실상 중국에서 온 화교라는 점, ③ 원고의 해외 팬덤 규모가 극히 미미하고 출연한 드라마들 또한 흥행에 실패하였다는 점, ④ 원고가 지인들의 사망에 이르기까지 이를 방조하였을 뿐만 아니라 이를 자신의 마케팅에 이용하고 있다는 점, ⑤ 원고가 지속적으로 언론을 조작하거나 바이럴을 통해 자신에게 유리한 기사만 남기고 있다는 점, ⑥ 이태원 참사 및 세월호 참사를 조롱하는 가사를 작성하였다는 점으로 분류하였습니다.

| 순번 | 게시일자 | 내용 | URL | 유형 | 서증 |
|---|---|---|---|---|---|
| 1 | 2025.03.20 | youtu.be/copST…뉴스 나온 표절영상 댓글 보세요. 바이럴 언론조작이 너무 심하다던데요. | https://www.threads.com/@7hyejin/post/DHY-u9uSBQz?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ① | 1 |
| 2 | 2025.03.22 | 아이유 표절 뉴스 댓글. 바이럴 엄청 푼다고 합니다. youtu.be/copST… | https://www.threads.com/@7hyejin/post/DHfaqzWSt-M?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ① | 2 |
| 3 | 2025.03.23 | 아이유는 딱 동남아 수준. 미국 유럽 일본 선진국에서는 인기가 전혀 없죠. 아이유 제제 소아성애 컨셉 논란도 엄청난건데…묻혀서는 안되요. | https://www.threads.com/@7hyejin/post/DHhttOYytKM?xmt=AQF0zBKOYlCkoH | ③ | 23 |

**법무법인(유한) 신 원**     06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| | | | | | |
|---|---|---|---|---|---|
| | | | _deBEjlAssi1rX7Iqr MHhbO5YcGp94TA | | |
| 4 | 2025.03.23 | 아이유 해외팬들 없어요. 해외 콘서트에는 주로 중국애들입니다. 미국 교포가 아이유 티켓 마트에 공짜표 뿌렸다는 글 올렸습니다. 폭싹 속았수다 드리마 미국 유럽 일본 순위에 못들고 남미도 낮아요. 동남아만 약간 반응있고 시청율 낮아요. 600 억 들인 드라마 치고는 망한 드라마가 현실입니다. 아이유 연기 못한다는 네이트판 댓글 추천수 1000 넘었는데 삭제되더군요. 아이유 불리한 글은 모두 삭제하고 찬양글만 남겨둡니다. 바이럴 엄청 풀어요. 모두 사실입니다. | https://www.threads.com/@7hyejin/post/DHhsq2kyqsk?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ③⑤ | 24 |
| 5 | 2025.03.23 | 아이유 표절 뉴스 댓글 재밌네요. youtu.be/copST… | https://www.threads.com/@7hyejin/post/DHhsx3syc6d?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ① | 3 |
| 6 | 2025.03.24 | 사실 팩트 기반을 인정을 안하고 우기는 게 아이유 팬들 특징이라고 다들 그러더군요. 님이 아이유 팬 수준 딱 증명하시네요. 잘 알았습니다. 팩트 기반 반박을 하던가. 폭삭 속았수다 넷플릭스 퍼트롤 200 대. 600 억 쓰고 역대급으로 망한 한국 드라마입니다. | https://www.threads.com/@7hyejin/post/DHkwISoyuyK?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ③ | 24 |
| 7 | 2025.03.24 | 제주도 초반에 나오고 주로 서울에서 아이유 연애 결혼 얘기던데요? 그래도 넷플릭스 시청률 낮으니 이건 진짜 망했다는 반응이에요. 저처럼 생각하는 사람들이 많다는게 사실입니다. 작품이 좋으면 제주도 충분히 어필되죠. 오히려 유채밭 배경은 충분히 매력적인데 그건 핑계입니다. 우리가 외국 드라마 시골 배 | https://www.threads.com/@7hyejin/post/DHk13Wyyn9M?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ②③⑤ | 24 |

**법무법인(유한) 신 원**    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| | | | | | |
|---|---|---|---|---|---|
| | | 경도 재미있게 보잖아요. 그리고 아이유 진짜 해외팬이 많다면 재미없어도 드라마 보겠죠. 해외에 아이유 찐팬이 없다는 반증입니다. 아이유는 중국 바이럴이 너무 많아요. 다들 알고 있는 사실이죠. 블랙핑크 제니 로제 방탄 같으면 스스로 외국토크쇼도 가잖아요? 아이유는 해외팬이 없으니 혼자 절대 못하죠. 그리고 아이유 못생긴 얼굴이 드라마 진입장벽이라고 많은 한국 사람들도 폭싹 보기를 포기하더군요. | | | |
| 8 | 2025.03.24 | 아 그런가요? 아이유 콘서트에는 유난히 중국인들이 많다고 해서. 아이유가 바이럴 풀어대는게 유명해서 콘서트에도 바이럴 많다던데요. 아이유 진짜 해외팬이 많다면 왜 폭삭 속았수다 미국 유럽 일본 선진국에서는 순위안에 못들까요? 남미 순위도 떨어지고. 아이유 해외인기는 없다는 증거인거죠. 폭삭속았수다 퍼트롤 200 대에요. 해외인기는 전혀 없다는걸 보여줍니다. 이건 조작이 안되니까. 동남아애들만 아이유 좀 좋아하던데 땩 아이유는 후진국에나 통하는거죠. 국내 커뮤는 아이유 댓글 부대 엄청 많은거 직접 봤어요. 아이유 못생기고 연기 못한다 하면 삭제 시키더군요. 모두 사실 기반입니다. | https://www.threads.com/@7hyejin/post/DHk0hT2SMK9?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ② ③ ⑤ | 24 |
| 9 | 2025.03.24 | 유튜브에도 아이유 못생겼다 쓰면 댓글 삭제됩니다. 아이유 팬과 바이럴이 하도 설쳐대서 아이유 안급금지된 커뮤게시판도 많아요. 악명이 높은 팬덤이더군요. 폭싹 속았수다 아이유 못생기고 연기못한다는 반응이 많은데 600 억 제작비 다 바이럴에 썼냐는 말도 많더군요. 폭싹속 | https://www.threads.com/@7hyejin/post/DHkgba7SOTU?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ③ ⑤ | 25 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| | | | | |
|---|---|---|---|---|
| | | 았수다 넷플릭스 퍼트롤 200 점대던데 폭망하고 아이유 영화 드림 브로커도 망했고 아이유 브랜드평판 지수도 100 위가이 추락했는데 아무리 바이럴 풀고 언론 조작해도 대중들 빈응은 아이유 비판이 많은게 현실입니다. 객관작인 사실을 알려줘도 아이유 바이럴과 팬은 인정안한다고 욕 많이 먹더라구요. | | |
| 10 | 2025.03.24 | 오타랑 나라와 무슨 상관임? 아이유 드라마 보는 사람이라 역시 수준 떨어지는군. 폭싹 600 억 쓰고 망한건 아시죠? 퍼트롤 200 대...퍼트롤 모르나? | https://www.threads.com/@7hyejin/post/DHjq5R5TaEX?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ③ | 26 |
| 11 | 2025.03.24 | 님 수준이 낮으니까 아이유 드라마를 보는거죠. 실제로 폭싹 드라마 동남아 인들만 좀 보고 미국 유럽 일본은 관심도 없더군요. 아이유가 연기 너무 못하고 못생겨서. 웨딩드레스 입은 신부가 아이유처럼 못생긴거 처음 봤어요. 님이 딱 동남아 후진국 수준인증하는군요. | https://www.threads.com/@7hyejin/post/DHjn-hXTYE7?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ③ | 27 |
| 12 | 2025.03.24 | 아이유 연가못해요. 사람 보는눈 있으면 아이유 드라마 안봅니다. 팩트로 말해줘도 못알아 들으니 님은 그냥 아이유 수준처럼후진국형 마인드이네요. 저는 이유 없이 까지 않아요. 아이유는 그동안 수많은 잘못을 하고 은폐하고 있고 알만한 사람 다 알아요. 님 수준은 그거밖에 안되니까 계속 보세요. 넷플릭스에서 망한 수준낮은 드라마. 폭싹 퍼트롤 270 대. | https://www.threads.com/@7hyejin/post/DHjNEt3SSs7?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ③ | 28 |
| 13 | 2025.03.24 | 아이유 좋다는 사람들은 동남아 수준이라구요. 실제로 폭싹 속았수다 아이유는 선진국에서 인기 전혀 없어요. 님도 아이유도 후진국 동남아 수준인증이네요. 사람 보는 눈이 그것밖에 안되는걸 보니 | https://www.threads.com/@7hyejin/post/DHjIclWypKC?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ③ | 29 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| | | | | | |
|---|---|---|---|---|---|
| | | 딱하네요. 아이유 표절 소아성애 바이럴 역바이랄 악플이 아니라 다 사실인데. 님 수준대로 사셔요. 아이유 연기 못하고 못 생겼다는 사람도 많아요. 사람 보는 눈이 있는거죠. 폭싹 퍼트롤 200 대면 망한 드라마에요. 퍼트롤이 뭔지도 모르나? 객관적인 자료를 줘도 악플 타령이네. 검색해 보시던가. 동남아 사람들만 좀 보는 드라마이더군요. 미국 유럽 일본 선진국은 아이유 관심없어요. 600 억 처들이고 넷플릭스는 왜 가서 망하는지 원. | | | |
| 14 | 2025.03.24 | 오타난걸 맞춤법 지적하는 모자람은...아이유 바이럴들하고 똑같네요. 아이유나 그 팬이나 바이럴이나 후진국 수준인거죠. 보는눈 있는 사람은 절대 안봅니다. | https://www.threads.com/@7hyejin/post/DHjoFEBzOQT?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ⑤ | 38 |
| 15 | 2025.03.24 | 그건 님의 생각이고 아이유 연기 뭇하고 미스캐스팅이라는 네이트판 게시물에 추천수 1000 명이 넘었는데 삭제되었어요. 아이유는 늘 이런식으로 언론통제를 하는게 문제입니다. 비판글은 삭제하고 찬양글만 남겨둬요. 그럼 연예인 하지 말아야쥬. 여기가 공산주의입니까? 아무리 카카오가 중국자본이라도 이건 잘못된겁니다. 그런 비판의식도 없는 사람은 문제가 있는 사람입니다. | https://www.threads.com/@7hyejin/post/DHjmHmLTtHH?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ②⑤ | 38 |
| 16 | 2025.04.04 | 아이유 절친 종현이라면서 유서에 저 병원을 아이유가 몰랐다구요? 왜 하필 저 병원을 아이유가 설리한테 소개했나요? 리얼 대본도 원래 아이유한테 갔는데 거절하고 설리한테 던졌다라고 살리오빠가 말하던데. 그 동영상 ytn 뉴스나왔는데 삭제했어요. 왜 아이유는 동영상 댓글 삭제를 많이 하나요? 민주주의에서. | https://www.threads.com/@7hyejin/post/DIBb8Y2S3W_?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA | ④⑤ | 36 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| | | | | | |
|---|---|---|---|---|---|
| 17 | 2025.04.04 | 상식적으로 절친 종현이가 그 병원을 탓하는 유서까지 쓰고 죽었다면 우리는 친구를 그 병원에 절대 소개안하죠. 종현이가 공인이라 유서도 다 공개되었는데 아이유는 내용을 알았겠죠. 우리는 일부러 다른 병원을 찾아보는게 상식아닌가요? 내 친구 또 죽는거 원하는 사람 없잖아요. 한명도 큰 상처인데 아이유 주변은 너무 많이 죽었네요. 김수현 아이유 14년 소울메이트 기사도 작년에 났었는데 김수현 소속사 새론이도 같은 정신과 간거 보니 소개해준건지...왜 하필 또 같은 병원을 가서... | https://www.threads.com/@7hyejin/post/DIBn-3Eyeeq?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ④ | 36 |
| 18 | 2025.04.04 | 님이 쓴거는 근거가 없고 제가 쓴거는 설리 오빠가 한말을 ytn에서 보도 했는데 동영상 삭제되었습니다. 아이유는 하도 동영상 삭제를 해서 더 이상합니다. 몇일전에 아이유 소속사가 뒷광고 해서 3억 9천만원 벌금형 받은기사 났어요. 직원 고용해서 노래좋아요 허위댓글 쓰게 한 혐의입니다. 아이유 바이럴 댓글부대 있다는 공식적인 기사입니다. 저는 사실 기반으로만 말합니다. 카카오산하 아이돌연구소에서 아이유만 칭찬하고 설리는 엄청 비난하는 댓글올렸다는 기사도 났었죠. 아이유 소속사에사 대체 왜 설리를 괴롭히는 댓글을 쓴걸까요? 전부 기사화된 내용입니다. | https://www.threads.com/@7hyejin/post/DIBk_HcykmZ?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ④⑤ | 37 |
| 19 | 2025.05.03 | 님이 사람 보는눈 있는거에요. 이건 단순한 호불호 문제가 아니고 선과 악의 대결입니다. 로리타 표절 대중 고소 협박 언론통제 언론조작 이외에도 수많은 논란들을 덮는 방식. 바이럴 역바이럴. 이미 많은 대중들이 알고 있어요. 아이유 | https://www.threads.com/@7hyejin/post/DJMIaBAy4c9?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ⑤ | 39 |

법무법인(유한) 신 원　　06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232　F 02 525 0224

| | | 미담 언플에 제발 어리석게 속지 마세요. 아이유 좋아하는 사람은 보이는 대로 믿고 언플에 속는 단순 무지한 사람들이에요. | | | |
|---|---|---|---|---|---|
| 20 | 2025.06.02 | 아이유 표절 논란 뉴스 댓글들 보세요. 님과 같은 생각하는 사람들 아주 많아요. youtu.be/copST… | https://www.threads.com/@7hyejin/post/DKYMhhNSA6y?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ① | 4 |
| 21 | 2025.06.02 | youtu.be/copST… 아이유 표절논란 뉴스 댓글들 보세요. 장난 아닙니다. | https://www.threads.com/@7hyejin/post/DKXWuaXym8u?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ① | 5 |
| 22 | 2025.08.12 | 링크 업로드_여가수 A의 고인마케팅의 심각성을 알립니다 | https://www.threads.com/@7hyejin/post/DNOLPZayVVM?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ④ | 31 |
| 23 | 2025.08.30 | 링크 업로드_여가수 A의 고인마케팅의 심각성을 알립니다 | https://www.threads.com/@7hyejin/post/DN-2Sk2koNi?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ④ | 32 |
| 24 | 2025.08.31 | 이건 단순한 호불호 인기 개념이 아니구요. 선악의 분별입니다. 폭삭속았수다 드라마에서 중국 장가계 가자 대사 있었고 거기 아역배우들 의상도 중국풍이라는 댓글 올라왔어요. 아이유 대수대명 검색해보시길. 왕지은 태연 제니. 폭삭에서 제니 캐릭터가 블랙핑크 제니랑 겹쳐요. | https://www.threads.com/@7hyejin/post/DN--a53EnHb?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ② | 16 |
| 25 | 2025.08.31 | 링크 업로드_아이유 '분홍신' 표절 논란 | https://www.threads.com/@7hyejin/post/D | ① | 6 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| | | 새 국면 | N-9hhrEiBw?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | | |
|---|---|---|---|---|---|
| 26 | 2025.09.07 | 링크 업로드_여가수 A 의 고인마케팅의 심각성을 알립니다 | https://www.threads.com/@7hyejin/post/DOSiinpkkhF?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ④ | 33 |
| 27 | 2025.09.07 | 좋게 포장이 아니라 언론플레이가 너무 심하다. 지금도 아이유 나쁜 댓글에는 추천도 못하게 막아둔다. 나 이렇게 언론 조작 하는 연예인을 처음 봤음. | https://www.threads.com/@7hyejin/post/DOSjY5FknKj?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ⑤ | 40 |
| 28 | 2025.09.08 | 아이유 밤편지 가사에 좋은꿈이길 바라요 있길래 참 거슬리던데. 어짜피 그 노래가사도 무명시인꺼 표절이지만. 암튼 바라 별로임. 동지가 많아서 기쁘다. | https://www.threads.com/@7hyejin/post/DOVeTQvkrzs?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ① | 13 |
| 29 | 2025.09.08 | 아이유 밤편지가사 무명작가 시 표절한 것임. 제시카혜전리 졸업작품을 아이유가 앨범 디자인에 표절하기도 했음. 빌리아일리시 옷 그대로 따라입음. 노래 표절은 50 곡 가까이되는데 노래 비교하는 영상은 아이유 소속사에서 전부 폭파 시켰음. 양심에 찔릴만도 하겠지. | https://www.threads.com/@7hyejin/post/DOTxh-mkoog?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ①<br>⑤ | 14 |
| 30 | 2025.09.12 | 링크 업로드_여가서 A 의 고인마케팅의 심각성을 알립니다 | https://www.threads.com/@7hyejin/post/DOeMMmCkqgQ?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ④ | 34 |
| 31 | 2025.09.17 | 네이트 아이유 기사나 네이트판 게시물 댓글 잘 보세요. 아이유 노래 못한다 연 | https://www.threads.com/@7hyejin/post/D | ⑤ | 41 |



법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

| | | | | | |
|---|---|---|---|---|---|
| | | 기 못한다 못생겼다 댓글 엄청 많았는데 전부 삭제하고 임시조치합니다. 그리고 아이유 인성마케팅 기사 올라와요. 패턴을 잘 보시길. 이렇게 언론조작하는 연예인을 처음 봤어요. | OsYNd3EjAb?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | | |
| 32 | 2025.09.19 | 링크 업로드_인민여동생의 역대급 [표절 의혹 6곡 비교] | https://www.threads.com/@7hyejin/post/DOwHIYtkmzU?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ① | 11 |
| 33 | 2025.09.19 | 댓글 읽어보세요. 양파유는 아이유 오랜 팬 유애니 하다가 실망하고 돌아섰습니다.youtu.be/3vPwY… | https://www.threads.com/@7hyejin/post/DOwGgsAkvt-?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ① | 12 |
| 34 | 2025.09.19 | 아이유 연기 못한다 리메이크 히지마라 이건 의견이다. 악플이 아니고. 그거 임시조치하고 삭제 할꺼면 중국으로 가라. 민주주의 한국에서 연예인할 자격이 없다. | https://www.threads.com/@7hyejin/post/DOx2jMZEvu0?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ⑤ | 41 |
| 35 | 2025.09.19 | 댓글 삭제하는거 직잡 여러번 목격함. 아이유 비판글 죄다 임시조치됨. 지켜보고 말해라. 아이유 찬양게시글만 남겨둔다. 이건 언론조작이다. 그래서 아이유는 기부를 해도 욕먹는거다. 비판글 삭제하지마라. 한국은 민주주의 국가야. 아이유는 중국식 언론통제 그만해라 | https://www.threads.com/@7hyejin/post/DOxxt3akndj?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ⑤ | 42 |
| 36 | 2025.09.19 | 아이유 연기 못한다 리메이크 하지 마라 글도 삭제됨. 그게 왜 악플이야? 다양한 의견이지. 수용 못하면 중국으로 가라. | https://www.threads.com/@7hyejin/post/DOxyIoKksp1?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ⑤ | 42 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

| 37 | 2025.09.19 | 아이유의 논란 무대응 기부 고소협박 공산주의식 언론통제 대체 언제까지 먹힐 꺼라 생각하냐? 아이유 표절 로리타 허혜선 설리 고인마케팅 이런 논란에 한번도 제대로 사과를 안하고 착한척을 하니까 대중들이 개빡치는 거임. 제제 소아성애 논란때도 앞에서는 아이유가 사과하는척 뒤에서는 자신이 가장 사랑하는 곡이라고 논란 한창일때 불러댐. 설리 장례식때 3일 내내 빈소 지켰다고 기사 언플 엄청 뿌렸는데 설리 오빠는 유족인데 아이유가 장례식에 안왔다고 함. 아이유는 한순간이라도 진실되게 살기바람. 표절논란을 가수가 한번도 해명 안하는건 사기꾼임. 제시카혜전리 졸업작품을 아이유 앨범디자인에 표절하기도 하고. 이건 기부로 막을수 있는 논란이 아니야. 장애인까지 들먹이며 착한척 기사 뿌리지 마라. 위선이 역겹다. | https://www.threads.com/@7hyejin/post/DOwS7Bdkk08?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ① ④ ⑤ | 49 |
| 38 | 2025.09.19 | 버닝썬과 구하라 죽음이 관련있다던데. 폭싹 속았수다 장가계 가자 대사도 이상함. 생긴것도 중국 스럽고. 대수대명 같은 끔찍한 말도 아이유 땜에 차음 들아봄. 근데 칙한척 언플하는 꼬라지 너무 싫어요. | https://www.threads.com/@7hyejin/post/DOwZ8PjEjnR?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ② ④ ⑤ | 49 |
| 39 | 2025.09.19 | 정국이 10억 한번에 기부하고 기사도 몇개 안냄. 장나라 하춘화 100억 넘게 기부하고 기사 몇개 안냄. 아이유는 몇천만원 양짱에 기부해도 기사 수십개 뿌려댐. 그 언플땜에 욕먹는거야. 초록어린이재단인가 아이유가 기부 많이 했는데 중국단체 리며? 유난히 중국 관련이 많네. 푸라닭 광고도 화교기업 에스띠로더 중국기업. 아이유 광둥어는 왜케 잘함? 화교 | https://www.threads.com/@7hyejin/post/DOwUwXcEt6X?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ② ⑤ | 17 |

법무법인(유한) 신원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| | | | | | |
|---|---|---|---|---|---|
| | | 맞음? 영어 일어는 못하던데. | | | |
| 40 | 2025.09.19 | 표절곡이 아이유 작사 작곡인데 노래만 불러서 책임이 없다 이렇게 각하시킨건 무책임한거지. 아이유가 직잡 작사 작곡 프로듀싱까지 했다고 언플하고 왜 이제 와서 노래만 해서 책임없다고 빠져나감? 그리고 그건 표절아니다 라는 판결도 아닌데 왜 표절 아닌 판결처럼 언플기사를 뿌려대냐? 그 위선에 대중이 개빡치는 거야. 정보를 제대로 파악 못하는 사람들이나 아이유 언플에 속는거고. | https://www.threads.com/@7hyejin/post/DOwTwd0kh6K?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ①⑤ | 9 |
| 41 | 2025.09.19 | 아이유는 기부를 언플로 하니까 욕을 먹지. 네이트 기사에 아이유 연기 못한다 댓글 싹 삭제시킴. 네이트 판에 아이유 리메이크 별로다 하는 게시물 임시조치 삭제 시킴. 아이유 찬양 바이럴만 남겨둠. 언론조작하는 아이유라 욕먹는거임. 아이유는 언플 그만해라. | https://www.threads.com/@7hyejin/post/DOwD5IqkpUI?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ⑤ | 43 |
| 42 | 2025.09.24 | 링크 업로드_여가수 A 의 고인마케팅의 심각성을 알립니다 | https://www.threads.com/@7hyejin/post/DO-xNXyEkQI?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ④ | 35 |
| 43 | 2025.09.24 | 폭삭 속았수다 대사에 장가계 가자 나왔어요. 그리고 드라마 아역배우들 의상이 중국풍이라는 댓글이 있습니다. 아이유 예전 드라마 최고다 이순신에서 이순신 장군을 100 원짜리 동전으로 비하했어요. 아이유 김수현은 중국자본으로 컸습니다. 김수현이 제작한 영화 리얼 대본이 원래 아이유한테 갔는데 아이유가 설리에게 넘겼다고 합니다. 설리를 이상한 배역으로 만들었죠. 그라고 리얼은 중국 알리바 | https://www.threads.com/@7hyejin/post/DO9MFp3Erqy?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ②④ | 18 |



| | | | | | |
|---|---|---|---|---|---|
| | | 바에서 투자했습니다. 아이유 광고하는 에스띠로더 푸라닭은 중국 화교 기업이고 기부하는 초록우산은 중국 관련단체에요. 대중들이 제발 비판의식을 가져야 합니댜. 중국 자본이 한국엔터 산업을 잠식하고 있습니다. | | | |
| 44 | 2025.09.25 | 아이유 스트로베리문 노래가사가 이태원 참사 내용이라네요. 아이유 노래 어푸는 세월호 조롱한거고. 사실관계는 모르겠지만 노래가사 진짜 이상해요. 그리고 호텔 델루나는 설리 대수대명 드라마랍니다. 대사에 아이유가 아쁘고 행복해보이는 사람은 너무 질투난다하고 김수현이 그럼 함께 작업하러 가자는 말 나와요. 쇼츠 있었는데. 아이유 김수현 14년 절친이란 기사도 났어요. 둘다 중국자본으로 컸어요. 대수대명 이런 이상한 말도 진짜 처음 들어봄. 음모론은 모르겠는데 정황상 너무 이상하고. | https://www.threads.com/@7hyejin/post/DO_s0CWEtD_?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ②④⑥ | 48 |
| 45 | 2025.09.25 | 아이유 언플이 너무 심하다. 네이트 아이유 기사나 네이트판 게시물 아이유 연기 못한다 노래 못한다 비판하면 죄다 삭제되고 추천 못하게 막아두고 임시조치해서 못보게 막아둔다. 그리고 기부 선행 미담 기사 쏟아냄. 고소협박하는 바이럴 엄청 풀고 잘 지켜보길. 이런식의 중국 공산당식 언론통제 언론조작 너무 싫다. | https://www.threads.com/@7hyejin/post/DO_aiSJEkfX?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ⑤ | 44 |
| 46 | 2025.09.25 | 아이유 팬들하고 싸우자 마새요. 걔들은 말을 못알아 들어요. 공산주의식 통제 심각합니다. 다씨인사이드에서 아이유 언급 금지된적도 있어요. 폭싹 드라마 하고 바이럴 많이 풀어서. 이제 대중들이 아이유 실체를 많이 알아서 다행이에요. 싸우지 말고 님 글 절대 삭제하지 마세요. 님에 | https://www.threads.com/@7hyejin/post/DPBHUSOkrrP?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ⑤ | 45 |

 법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

| | | | | | |
|---|---|---|---|---|---|
| | | 게 찬성하는 상식적인 사람들이 훨씬 많아요. | | | |
| 47 | 2025.09.25 | 아이유 표절의혹 유투브 영상 먼든 양파유가 오래된 유애나 하다가 아이유 표절 해명 안하는거 보고 완전히 안티로 돌아섰음. 양파유가 찐 유애나 인증하는 영상도 올렸는데 아이유가 표절의혹 영상 몇백만 조회수 나온것도 죄다 폭파함. 찐 유애나도 안티로 돌아서게 만든 아이유가 팬사랑 언플하는거 보면 진짜 역겹다. 상식적인 사람은 아이유 안티기 될수 밖에 없음. | https://www.threads.com/@7hyejin/post/DPBY9whkjZV?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ① | 10 |
| 48 | 2025.10.01 | 링크 업로드_아이유 '분홍신' 표절 논란 새 국면 | https://www.threads.com/@lylical_sjdaily/post/DMkYTIDPNcs?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ① | 8 |
| 49 | 2025.10.01 | 링크 업로드_아이유 '분홍신' 표절 논란 새 국면 | https://www.threads.com/@7hyejin/post/DPQo8vBEqmU?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ① | 7 |
| 50 | 2025.10.09 | 아이유 광둥어 유투브 검색해보세요. 광둥어 잘하는 화교라고 합니다. 중국 자본으로 활동해요. 김수현도 함께. 바이럴 엄청 씁니다. 네이트 기사 댓글 보시길. | https://www.threads.com/@7hyejin/post/DPjgCXTEgUW?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ② | 19 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| 51 | 2025.10.14 | 폭싹속았수다 대사에 중국 장가계 가자 나옵니다. 폭싹 드라마 아역배우들 옷이 중국풍이라는 글 있었어요. 아이유 출연한 최고다 이순신 드라마에서 이순신 장군을 100 원짜리 동전으로 비하했어요. 아이유 기부한 초록우산 중국 관련단체이고 광고한 푸라닭은 중국 화교기업이에요. 의도적으로 중화사상 심는다고 봅니다. 표절 소아성애 허혜샨 설리 죽음 고인마케팅 등등 논란을 기부 미담으로 덮는 아이유에 속지 마세요. 네이트 아이유 기사에 비판댓글이나 네이트판 비판 게시물은 전부 삭제하고 임시조치 됩니다. 아이유 언론 조작 통제를 꼭 지켜보고 비판하시길. 기부 이미지에 멍청하게 속지 마세요. 언론 바이럴 써서 만든 거품입니다. 태연 설리 제니 장원영등 잘나가는 연예인 욕하는 역바이럴도 아이유가 엄청합니다. 실제로 아이유 소속사에서 아이돌연구소 통해서 설리 욕하고 아이유 노래 나올때마다 직원들 허위댓글 쓴거는 뉴스 기사까지 나온 사실입니다. 더이상 대중들이 멍청하게 아이유 소비하지 마세요. | https://www.threads.com/@7hyejin/post/DPxsdZ5Espq?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ①<br>②<br>④<br>⑤ | 51 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| 52 | 2025.10.01 | 네이트 또는 네이트판에 아이유 기사 댓글 꼭 지켜보세요. 아이유 미담 기부 언플 엄창나요. 아이유 비판 게시물은 전부 임시조치 시키고 나쁜댓글은 삭제시킵니다. 아이유 찬양글만 올리면서 하는 언론조작은 심각한 범죄입니다. 아이유 소비하면 안되요. | https://www.threads.com/@7hyejin/post/DPQoOIREjAT?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ⑤ | 50 |
| 53 | 2025.10.18 | 아이유는 언론통제 심각해요. 네이트 아이유 기사나 네이트판에 비판 게시글은 전부 삭제하고 임시조치합니다. 아이유 기부 미담 게시글로 매일 도배를 해요. 네이트판 가보시길. 비판글에는 바이럴이 고소 고발 협박 엄청해요. 이렇게 중국 공산당 처럼 미디어 통제하는 연예인 처음 봅니다. 정치인도 이렇게 못해요. 네이트 꼭 지켜보시길. 유투브에 아이유 고인마케팅 검색해보세요. | https://www.threads.com/@7hyejin/post/DP8IsCdkkbw?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw | ④ ⑤ | 52 |

### (2) 피고의 인격권 침해

이와 같이 피고가 원고와 관련하여 존재한다는 각종 루머들을 끊임없이 단정적인 표현으로 게시한 행위는, 원고를 표절 가수, 중국인, 성과가 미미한 아티스트, 지인의 비보를 이용하는 비윤리적인 인물, 나아가 언론을 조작하는 사람으로 낙인찍는 효과를 가져오는 것으로서, 원고의 사회적 가치와 평판을 현저히 저하시킬 우려가 충분합니다. 이러한 표현 방식과 반복성에 비추어 볼 때, 피고에게는 원고를 비방하려는 목적과 명예를 훼손하려는 고의가 충분히 인정될 수 있습니다.

더욱이 피고가 게시한 위와 같은 내용들은 이미 원고가 공개적으로 해명한 바 있거나, 통상적인 상식을 가진 일반인이라면 사실로 믿기 어려운 것들에 불과함에도, 피고는 이를 사실인 것처럼 단정하여 반복적으로 유포하였습니다. 이는 사실 여부에 대한 최소한의 검증조차 거치지 않은 채, 원고에게 정신적 고통과 사회적 불이익을 가하려는 의도로 이루어진 행위라 할 것입니다.

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232    F 02 525 0224

따라서 **피고의 이 사건 각 사이버 명예훼손 행위는 그 자체로 원고의 인격권을 침해하는 행위**에 해당합니다.

**(3) 소결**

피고는 이상의 내용과 같이 원고에 대한 명예훼손, 인격권 침해, 불법행위 책임을 부담합니다. 원고는 추후 입증자료를 확보하여 구체적인 손해발생 사실에 대해서 보완할 계획입니다.

**다. 손해액의 산정**

**(1) 위자료 산정 근거**

대법원은, "불법행위로 인한 위자료를 산정할 경우, 피해자의 연령, 직업, 사회적 지위, 재산 및 생활상태, 피해로 입은 고통의 정도, 피해자의 과실 정도 등 피해자 측의 사정과 아울러 가해자의 고의 과실의 정도, 가해행위의 동기와 원인, 불법행위 후의 가해자의 태도 등 가해자 측의 사정까지 함께 참작하는 것이 손해의 공평부담이라는 손해배상의 원칙에 부합하고, 법원은 이러한 여러 사정을 참작하여 그 직권에 속하는 재량에 의하여 위자료 액수를 확정할 수 있다"고 판시합니다(대법원 2013. 12. 12. 선고 2013 다 201844 판결 참조).

한편, 법원은 2016. 10. 20. "불법행위 유형별 적정한 위자료 산정방안"을 공표하였으며, 2017. 2. 17.경 법원 홈페이지 대국민서비스-사법부간행물[1] 페이지에서 그 주요 내용을 게시하였습니다(참고자료 1). 이를 발췌하면 다음과 같습니다.

> 명예훼손과 신용훼손의 경우 피해자는 인격권 침해로 정상적인 개인생활 사회생활 경제활동을 할 수 없고 회복이 불가능할 정도로 심각한 피해를 입게 되나, 이를 산술적 경제적 재산적 수치로 계량화하여 배상하기는 어려워 충분한 재산상

---

[1] https://www.scourt.go.kr/portal/news/NewsViewAction.work?seqnum=25&gubun=713

**법무법인(유한) 신 원**    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

손해의 전보가 사실상 곤란한 점을 위자료 산정에 적극적으로 반영하여야 한다. 즉, 명예·신용훼손으로 피해자의 기존 생활과 경제적 사회적 활동이 회복 불가능한 상태에 이른 중대한 피해가 발생한 경우 피해자는 일반 과실에 의한 불법행위로 사망한 것 이상으로 정신적으로 크나큰 고통을 겪을 수 있는 만큼, 이를 전제로 한 위자료 기준금액의 설정이 필요하다. 다만, 피해가 경미한 정도를 넘어 상당한 정도에 이르렀지만 위와 같은 중대한 피해에 이르지 아니한 경우에는 위자료의 기준금액을 구분하여 설정하는 것을 고려할 필요가 있다.

명예훼손 및 신용훼손 행위 가운데 ① 허위사실에 기한 행위, ② 특정인을 모함하여 그 직업이나 사회적 지위를 유지하지 못하도록 하는 행위 또는 경쟁자에게 영업상 타격 등을 입히거나 그의 이익을 가로채기 위한 행위 등 악의적·모해적·영리적 행위, ③ 전파성·인지도·신뢰도 등을 고려할 때 영향력이 상당한 정도에 이르는 사람이나 단체의 행위 또는 이를 수단으로 하는 행위를 행위불법이 중하다고 보아 이를 특별가중사유로 구성한다.

또한, 명예훼손행위는 가해행위의 태양과 이에 따른 피해의 정도가 매우 다양하고, 이에 따라 훼손된 명예·신용의 가치가 매우 커서 1단계의 기준금액과 2단계의 가중금액만으로 손해를 전보하기 어려운 경우가 생길 수 있다. 이에 명예훼손의 경우 다른 불법행위 유형과 마찬가지로 가중금액을 기준금액의 2배로 하되, 그 훼손된 가치에 상응하는 실질적인 배상을 위하여 필요한 경우 기준금액의 2배를 초과하는 가중금액을 인정할 수 있도록 하고, 아울러 이와 같은 경우 그 가중의 한도를 설정하여 배상액 범위를 미리 한정하는 것은 적절하지 아니하므로, 법관이 구체적인 사건에 존재하는 개별 특수성을 참작하여 정하는 것을 전제로 산정방안에 가중금액의 초과가중이 가능함을 명시하되, 그 가중의 한도는 설정하지 아니하였다.

이상에서 살핀 바를 종합한 불법행위 유형별 가중금액 설정 결과를 정리하면, 아래와 같다.

| 불법행위유형 | 기준금액 | 가중금액 |
|---|---|---|

 법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| 명예훼손 | 일반 피해 | 2억 원 | 1억 원 | 피해가 매우 중대한 경우 훼손된 가치에 상응하도록 초과 가능 |
|---|---|---|---|---|
| | 중대 피해 | 1억 원 | 2억 원 | |

산정방안이 제시하는 일반증액·감액사유는 앞서 본 바와 같이 예시적인 것이므로, 개별 사건의 구체적 특수성을 반영하여 적정한 위자료 액수를 정하는 데에 필요한 경우 위자료의 액수를 증액 또는 감액하는 것도 가능하다. 이에 따라 1단계 기준금액과 2단계 특별가중을 거쳐 산정된 위자료 액수를 ±1/2 범위 내에서 증액하거나 감액하여 해당 사건의 구체적인 위자료 액수를 정한다. 이러한 최종적인 위자료 결정 단계에서는 피해의 정도, 특별가중사유, 일반증액·감액사유 등을 비롯하여 개별 사건에 존재하는 위자료 산정에 참작할 구체적이고 개별적인 사유를 종합적으로 고려한다.

**(2) 이 사건의 경우**

원고는 공직자 등 공인은 아니지만, 국내에서 널리 알려져 있고 인기가 높은 연예인으로 공인에 준하는 명예·신용을 가지고 있습니다. 게다가 피고가 SNS에 유포한 내용은 원고의 사생활에 관한 단순한 가십을 넘어, 원고가 그동안 싱어-송라이터로서 15년 간 쌓아 온 명예의 근간이 되는 '저작권' 문제를 겨냥하고 있었습니다. 피고는 원고가 이미 과거의 수사 결과와 민사 판결을 통해 표절 의혹을 명백히 해소하였음에도 불구하고, 이러한 객관적 사실을 무시하거나 오히려 '언론 조작'이라는 자극적인 프레임을 씌워 허위사실을 재생산하였습니다. 피고는 단순히 자신의 의견을 피력하는 수준을 넘어, 조회수가 높은 게시글을 인용하거나 수십 개의 글을 반복적으로 게시하는 등 원고에게 실질적인 해악을 가하기 위해 치밀하고 계산적인 방식으로 행동하였습니다. 이는 표현의 자유라는 명목으로 보호받을 수 있는 범위를 명백히 일탈한 것이며, 정보통신망의 익명성과 전파성을 악용한 전형적인 사이버 명예훼손에 해당합니다.

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

피고의 행위로 인하여 원고는 17년간 쌓아온 음악적 성취와 도덕적 평판에 회복하기 어려운 타격을 입었습니다. 특히 '고인 마케팅'이나 '참사 조롱'과 같은 패륜적인 루머는 원고에게 씻을 수 없는 정신적 고통과 낙인을 남겼습니다. 앞서 살펴본 대법원의 위자료 산정 기준 및 사법부의 '명예훼손 위자료 산정방안'에 따르면, 이 사건은 '허위사실에 기한 행위'이자 '악의적 모해적 행위'이며, 피고가 이용한 플랫폼의 '전파성'이 매우 커 특별가중사유에 해당함이 명백합니다.

원고가 느낀 극심한 정신적 고통과 실추된 사회적 가치는 금전적으로 온전히 환산할 수 없으나, 우선 피고의 불법행위에 상응하는 최소한의 책임 추궁으로서 위자료를 청구하고자 합니다. 이에 원고는 피고의 명예훼손 및 인격권 침해 행위에 대한 **위자료**로 금 30,000,100원을 **일부청구**합니다. 아울러 원고는 추후 피고의 행위에 따른 법률비용, 광고 모델로써의 이미지 손해, 연예인으로서 이미지 훼손 등 비용을 산정하여, 적극손해와 일실이익을 추가적 청구원인으로 구성하고, 위자료에 대해서도 청구취지를 확장할 계획입니다.

한편, 지연손해금 발생의 기산점은 피고가 이 사건 소에서 특정한 게시물의 마지막 게시 시점으로 특정 하였는 바, 피고는 원고에 대하여 2025. 10. 18. 부터 기산한 지연손해금을 지급할 의무가 있습니다.

따라서 피고는 원고에게 명예훼손 등 불법행위에 기한 손해배상금으로 위자료 30,000,100원(명시적 일부청구) 및 이에 대하여 2025. 10. 18.부터 이 사건 소장부본 송달일까지는 민법 소정의 연 5%로 계산한 지연손해금 및 그 다음날부터 다 갚는 날까지는 소송촉진 등에 관한 특례법 소정의 연 12%로 계산한 지연손해금을 지급할 의무가 있습니다.

## 3. 피고 특정방법

피고가 이 사건 계정을 익명으로 운영하고 있기 때문에, 원고는 피고를 특정할 수 있는 인적 사항을 모릅니다. 피고의 성명이나 송달 가능한 주소는 스레드를

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

운영하는 미국 본사(Meta Platforms Inc.)에서 보관하고 있을 것으로 보이는바, 스레드 본사를 상대로 강제력을 발휘할 수 있는 증거 제공 명령을 받기 위하여 현지 로펌을 통해 Section 1782 discovery application 을 제출할 예정입니다. 원고는 위 절차를 통하여 피고의 인적사항을 확인하고, 성명과 주소가 파악되는 즉시 당사자 표시정정 신청서를 제출할 계획입니다.

**4. 결론**

이상에서 살펴본 바와 같이, 피고가 원고를 지속적·반복적으로 모욕하여 불법행위를 행해 온 것이 명백하므로, 원고의 청구를 전부 인용해 주시기 바랍니다.



법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

# 입증방법

갑 제1호증:　표절 관련 게시물(2025. 3. 20.)

갑 제2호증:　표절 관련 게시물(2025. 3. 22.)

갑 제3호증:　표절 관련 게시물(2025. 3. 23.)

갑 제4호증:　표절 관련 게시물(2025. 6. 2.)

갑 제5호증:　표절 관련 게시물(2025. 6. 2. )

갑 제6호증:　표절 관련 게시물(2025. 8. 31.)

갑 제7호증:　표절 관련 게시물(2025. 10. 1.)

갑 제8호증:　표절 관련 게시물(2025. 10. 1.)

갑 제9호증:　표절 관련 게시물(2025. 9. 19.)

갑 제10호증:　 표절 관련 게시물(2025. 9. 25.)

갑 제11호증:　 표절 관련 게시물(2025. 9. 19.)

갑 제12호증:　 표절 관련 게시물(2025. 9. 19.)

갑 제13호증:　 표절 관련 게시물(2025. 9. 8.)

갑 제14호증:　 표절 관련 게시물(2025. 9. 8.)

갑 제15호증의 1:　 출연 유튜브 프로그램

갑 제15호증의 2:　 출연 유튜브 프로그램 관련 부분 캡처

갑 제16호증:　 중국화교 관련 게시물(2025. 8. 31.)

갑 제17호증:　 중국화교 관련 게시물(2025. 9. 19.)

갑 제18호증:　 중국화교 관련 게시물(2025. 9. 24.)

갑 제19호증:　 중국화교 관련 게시물(2025. 10. 9.)

갑 제20호증:　 원고 해외 재생 수

갑 제21호증:　 원고 해외 투어

갑 제22호증:　 폭싹 속았수다 흥행 결과

갑 제23호증:　 해외 성과 관련 게시물(2025. 3. 23.)

갑 제24호증:　 해외 성과 관련 게시물(2025. 3. 23.-24.)

갑 제25호증:　 해외 성과 관련 게시물(2025. 3. 24.)

갑 제26호증:　 해외 성과 관련 게시물(2025. 3. 24.)

갑 제27호증:　 해외 성과 관련 게시물(2025. 3. 24.)

갑 제28호증:　 해외 성과 관련 게시물(2025. 3. 24.)

갑 제29호증:　 해외 성과 관련 게시물(2025. 3. 24.)

갑 제30호증:    고인 마케팅 루머 해명 기사

갑 제31호증:    고인마케팅 관련 게시물(2025. 8. 12.)

갑 제32호증:    고인마케팅 관련 게시물(2025. 8. 30.)

갑 제33호증:    고인마케팅 관련 게시물(2025. 9. 7.)

갑 제34호증:    고인마케팅 관련 게시물(2025. 9. 12.)

갑 제35호증:    고인마케팅 관련 게시물(2025. 9. 24.)

갑 제36호증:    고인마케팅 관련 게시물(2025. 4. 4.)

갑 제37호증:    고인마케팅 관련 게시물(2025. 4. 4.)

갑 제38호증:    언론조작, 바이럴 관련 게시물(2025. 3. 24.)

갑 제39호증:    언론조작, 바이럴 관련 게시물(2025. 5. 3.)

갑 제40호증:    언론조작, 바이럴 관련 게시물(2025. 9. 7.)

갑 제41호증:    언론조작, 바이럴 관련 게시물(2025. 9.17-19.)

갑 제42호증:    언론조작, 바이럴 관련 게시물(2025. 9.19.)

갑 제43호증:    언론조작, 바이럴 관련 게시물(2025. 9.19.)

갑 제44호증:    언론조작, 바이럴 관련 게시물(2025. 9.19.)

갑 제45호증:    언론조작, 바이럴 관련 게시물(2025. 9.19.)

갑 제46호증:    언론조작, 바이럴 관련 게시물(2025. 9.19.)

갑 제47호증:    원고의 기부 기사

갑 제48호증:    조롱 가사 관련 게시물(2025. 9.25.)

갑 제49호증:    기타 게시물(2025. 9. 19.)

갑 제50호증:    기타 게시물(2025. 10. 1.)

갑 제51호증:    기타 게시물(2025. 10.14.)

갑 제52호증:    기타 게시물(2025. 10.18.)

# 첨부서류

1. 뉴스기사(아이유 표절 고발, 경찰서 '각하' 결정…악의적 고발로 명예 실추)

2. 뉴스기사('아이유가 곡 표절' 가짜 고발에…3천만원 배상판결 '철퇴')

3. 소송위임장

2026.  6.  25.

원고 소송대리인

법무법인(유한)신원

담당변호사 김진욱

백경태

정광윤



# 아이유 표절 고발, 경찰서 '각하' 결정…"악의적 고발로 명예 실추"

오귀환 기자

업데이트 2023.09.04. 17:30 ⌄

아이유의 법률 대리를 맡은 법무법인 신원은 4일 보도자료를 통해 "수사기관에서 지난달 24일 해당 고발 사실이 범죄를 구성하지 않음을 이유로 각하 결정을 내렸다"고 밝혔다.



가수 아이유가 지난 4월 24일 서울 강남구 메가박스 코엑스에서 열린 영화 '드림'(감독 이병헌) VIP 시사회에서 인사를 하고 있다. /뉴스1

신원은 "아이유는 고발 대상이 된 6개의 곡 중 단 1곡에만 작곡에 참여했고, 해당 곡도 고발인이 저작권 침해를 문제 삼았던 부분은 아이유가 참여한 파트가 아니었다"며 "이러한 사실에 대한 증빙자료와 변호인 의견서를 수사기관에 제출했고 각하 결정이 내려졌다"고 설명했다.

이어 "이번 고발은 최소한의 법률적 요건과 근거도 갖추지 못하고 아티스트의 명예를 실추하고 정신적 고통을 주고자 한 악의적인 고발 행태"라며 "수사기관은 고발인의 무고죄 성립 여부에 대해 적극적으로 인지수사를 진행해달라"고 촉구했다.

신원은 아이유의 표절 의혹과 각종 루머를 유포해 온 세력에 대한 강한 법적 조치도 예고했다. 법무법인 측은 "수년 전부터 특정 무리가 아티스트를 조롱하고 인격적 모독을 가하기 위한 목적으로 여

러 이슈를 유포해 온 것으로 확인됐다"며 "이번 고발 행위 역시 일련의 사태들과 무관하지 않으며 이에 대해 수집한 자료를 수사기관에 전달했다"고 밝혔다.

지난 5월 서울 강남경찰서에는 아이유가 '분홍신', '좋은날', '삐삐', '가여워', '부'(Boo), '셀러브리티'(Celebrity) 등 6곡에서 다른 가수의 음원을 표절했다는 내용의 고발장이 접수됐다. 아이유의 소속사 이담엔터테인먼트는 표절 의혹에 대해 "허위 사실을 기반으로 한 무분별한 고발과 가해 등 범죄 행위에 강력한 법적 대응을 할 것"이라고 반박했다.





:2026.06.25.17:42 　　　　：　　（　）　　　　:2026.06.25.17:39

---

# '아이유가 곡 표절' 가짜 고발에…3천만원 배상판결 '철퇴'

송고 2024-12-18 10:47

---

**아이유, 명예훼손 손해배상 소송 승소…고발은 경찰이 각하**

손 흔드는 아이유

(서울=연합뉴스) 이재희 기자 = 30일 오전 서울 성동구 메가박스 성수점에서 열린 영화 '드림' 제작발표회에 배우 아이유가 참석하고 있다. 2023.3.30 scape@yna.co.kr

(서울=연합뉴스) 이미령 기자 = 가수 아이유(IU)가 다른 가수의 곡을 표절했다며 허위로 고발한 인물이 아이유에게 명예훼손 등을 이유로 손해를 배상하라는 법원 판결이 나왔다.

서울중앙지법 민사29단독 이건희 판사는 18일 아이유가 A씨를 상대로 낸 손해배상 청구 소송에서 "A씨가 아이유에게 3천만원을 배상하라"며 원고 승소로 판결했다.

A씨는 지난해 5월 아이유가 '분홍신', '좋은날', '삐삐', '가여워', '부'(Boo), '셀러브리티'(Celebrity) 등 6곡에서 다른 가수의 곡을 표절해 저작권법을 위반했다며 경찰에 고발장을 냈다.

그러나 경찰은 같은 해 8월 고발 사실이 범죄를 구성하지 않는다고 보고 고발을 각하했다.

이에 아이유 측은 A씨를 상대로 명예훼손·인격권 침해·무고 등 행위에 대한 손해배상 소송을 제기했다.

A씨 측은 재판에서 무대응으로 일관해 법원은 공시송달 절차를 거쳐 재판을 진행한 것으로 전해졌다.

아이유 측은 A씨 외에도 온라인상에서 근거 없이 표절 의혹을 제기하는 등 악성 게시글을 작성한 이들에 대한 법적 절차를 밟았고, 일부는 벌금형 등의 형사 처분을 받았다.

already@yna.co.kr

**제보는 카카오톡 okjebo**

<저작권자(c) 연합뉴스, 무단 전재-재배포, AI 학습 및 활용 금지> 2024/12/18 10:47 송고

본 기사는 연합뉴스와의 계약없이 전문 또는 일부의 전재를 금합니다

Copyright (C) Yonhapnews. All rights reserved.

# 소 송 위 임 장

| 사　　건 | 손해배상(기) |
|---|---|
| 원　　고 | 이지은 |
| 피　　고 | 성명불상자 |

위 사건에 관하여 아래 수임인을 소송대리인으로 선임하고, 아래에서 정한 권한을 수여합니다.

| 수<br>임<br>인 | **법무법인(유한)신원**<br><br>주 소 : 서울 서초구 서초대로 48 길 33, 허브원빌딩 401 호(서초동)<br><br>전 화 :　(02) 523 - 0232　　　팩스 : (02) 525 - 0224 |
|---|---|

| 수<br>권<br>사<br>항 | **(1)** 일체의 소송행위 **(2)** 변제의 수령　**(3)** 상소의 제기　**(4)** 반소의 제기 및 응소　**(5)** 재판상 또는 재판외의 화해 **(6)** 복대리인의 선임 **(7)**공탁, 공탁물 및 그 이자의 반환청구와 수령 **(8)**담보권 행사 최고 신청, 담보취소신청, 동 신청에 대한 동의 **(9)** 제증명 발급에 대한 권한 **(10)** 기타특별수권사항 [권한을 부여하면 ○표시, 보류하면 ×표시] |
|---|---|

| | 기타 특별수권사항 | 수권여부 |
|---|---|---|
| **소의 취하** | 제기된 소송의 전부 또는 일부를 철회하여 소송을 종료할 수 있는 권한 | O |
| **상소의 취하** | 원심을 유지·확정하면서 상소의 신청을 철회할 수 있는 권한 | O |
| **청구의 포기** | 위임인의 청구가 이유 없다고 인정하여 소송을 종료할 수 있는 권한 | O |
| **청구의 인낙** | 상대방의 청구가 이유 있다고 인정하여 소송을 종료할 수 있는 권한 | O |
| **소송탈퇴** | 제 3 자가 소송에 참가한 경우 그 소송에서 탈퇴할 수 있는 권한(민사소송법 제 80 조에 따른 탈퇴) | O |

2026 년　　6 월　　일

위임인　　이지은

발급번호 : 2026본안-267026호          (제출용)          발급일시 : 2026.06.25. 17:16

# 경 유 확 인 서



증표종류 :    본안(일반)

증표번호 :    26001-217087

회 원 명 :    법무법인(유한) 신원

  본회는 변호사법 제29조(변호인선임서 등의 지방변호사회 경유)에 따라 위 회원이
아래 사건에 대한 소송위임장(변호인 선임서 포함)을 본회에 경유하였음을 확인합니다.

- 아 래 -

  관할기관 :   서울중앙지방법원

  사건유형 :   민사 1심

  사건번호 :   미정

  사 건 명 :   손해배상(기)

  위 임 인 :   원고 이지은

  상 대 방 :   성명불상자

## 2026. 06. 25.



서 울 지 방 변 호 사

위 확인서를 법원, 수사기관, 기타 공공기관에 제출한 후에 재출력, 복사, 수정하여 재사용한 경우에는
형법 제 231조(사문서등의 위조·변조),제 234조(위조사문서등의 행사)에 따라 처벌받을 수 있습니다.
또한 위 확인서는 서울지방변호사회 수임사건 경유업무 시스템(https://via.seoulbar.or.kr)에서 진위
여부를 조회할 수 있으니 참고하시기 바랍니다.

# 담 당 변 호 사 지 정 서

| 사　건 | 손해배상(기) |
|---|---|
| 당 사 자 | 원　고　　　　　이지은<br>피　고　　　　　성명불상자 |

위 사건에 관하여 당 법무법인(유한)은 변호사법 제50조 제1항에 의하여,

위 **원고의 소송대리인**으로서 위 업무를 담당할 변호사를 다음과 같이 지정합니다.

| 담당변호사 | 변호사 김진욱, 변호사 이소희, 변호사 백경태,<br>변호사 정광윤, 변호사 김혜은, 변호사 유민주,<br>변호사 우홍균, 변호사 안지윤, 변호사 김채영<br>TEL(02) 523-0232　　　　FAX(02) 525-0224 |
|---|---|

2026.　　6.　　25.

**법무법인(유한)신원**

서울 서초구 서초대로 48길 33 허브원빌딩 401호(서초동)

대표변호사　김 진 욱



**서울중앙지방법원　　　귀중**

# 접수증명 신청서

사        건        손해배상(기) 청구의 소

원        고        이지은

피        고        성명불상자


위 사건에 대한 소장 이(가) 접수되었음을 증명하여 주시기 바랍니다.



2026.   6.   25.


원고 소송대리인

법무법인(유한)신원

담당변호사 김진욱

백경태

정광윤

25. 12. 18. 오후 1:39 (9+) https://youtu.be/copSTQCpBL0?si=9W7SGINhyMQLnC_q 뉴스 나온 표절영상 댓글 보세요. 바이럴 언론조작이 너무 심하다…



## 스레드
조회 1.4천회

**7hyejin** 2025-03-20 ···

youtu.be/copST...

뉴스 나온 표절영상 댓글 보세요. 바이럴 언론조작이 너무 심하다던데요.



▶ youtube.com

[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면 (2023.06.22/뉴스투데이/MBC)

♡ 10    💬    ↻    ⊳ 1

활동 보기 〉

갑 제1호증





 **bom_110011** › **폭삭속았수다** 2025-03-22

확실히 아이유가 등장할 때마다
뭔가 어정뜨구나.
자꾸 스킵하게 되네.

영화관에서 알바를 해도 고학생 느낌이 아니라 체험 나온 애 같고

7년 사귄 약혼자와 헤어지는데도 그냥 1차원적인 연기 밖에 안 보여.

노래는 여신인데
그냥 작품을 위해서
진짜 배우에게 양보하면 안 되나?
작품이 아까워서 그래....작품이

 **스레드**
조회 505회













**7hyejin** 2025-03-23

아이유 표절 뉴스 댓글 재밌네요. youtu.be/copST...



▶ youtube.com

[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면
(2023.06.22/뉴스투데이/MBC)

     1

## bom_110011님에게 응답한 다른 답글

 **youja_everyday** 2025-03-22

뭔 말씀인지 알겠어요. 저는 아이유 연기 저 정도면 정말 잘하긴 한다
고 생각하는데 나머지 조역 단역들이 지나치게 강해요. 저 역을 몇 가
지 엄청난 주연급 연기자들이 했다면 심장을 후벼팠을 거 같다는 생
각이 들긴 해요.

♡ 359       1

**갑 제3호증**



**스레드**
조회 213회

👤 **7hyejin** 2025-06-02                                    ···

아이유 표절 논란 뉴스 댓글들 보새요. 님과 같은 생각하는 사람들 아주 많아요.
youtu.be/copST...

▶ youtube.com
[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면 (2023.06.22/뉴스투데이/MBC)

🤍 1      💬      🔁      ➤ 1

활동 보기 >

갑 제4호증



https://www.threads.com/@7hyejin/post/DKXWuaXym8u?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw    1/2

25. 12. 18. 오후 2:47    : 2026.06.25.17:42    :  (   )    : 2026.06.25.17:39    (9+) https://youtu.be/copSTQCpBL8?si=pqF9tnbWZoFONAp4 이 규표절논란 규9.댓글틀보세요. 창단 아닙니다.

열람용

갑 제5호증



**jihyun5042** 2025-08-30

요즘 스레드 보면 아이유랑 유재석 부정적인 피드 자주 보게 되는것 같음. 난 솔직히 좀 머랄까? 불과 몇년전만 해도 갓이유 유느님 그러면서 둘에 안티는 전국민 공공의 적 그런 느낌이었던거 같은데 이게 시대의 흐름인가? 아님 정치색인가? 소신발언 하자면 난 아이유 유재

## 스레드
조회 272회

♡ 667    💬 151    ↻ 5    ▷ 6

**7hyejin** 2025-08-31

youtu.be/copST...



[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면
(2023.06.22/뉴스투데이/MBC)

♡ 3    💬    ↻    ▷ 1

활동 보기 ›

### jihyun5042님에게 응답한 다른 답글

**kira98765644** 2025-08-30

정치색 아니고 아이유는 표절문제 취향문제로 싫어하는 사람들은 계속 안좋아했어

♡ 359    💬    ↻    ▷

**9rooty** 2025-08-30

계엄이후 좌파연예인이라고 저쪽에서 돌려까는거지. 원래 호감이던 사람들은 신경안써

♡ 269    💬    ↻    ▷

갑 제6호증



: 2026. 06. 25. 17:42    : ( )    : 2026. 06. 25. 17:39
25. 12. 19. 오전 9:50    (09) https://youtu.be/copSTdCp3L3?si=7kl2y0vL39hfdt9t.jpg

**ggomggom.box** 2025-07-26  ⋯

정말 순수하게 궁금해서그런데 아이유 국내인기말고 해외에서도 블핑이나 비티에스급 인지도야? 인천공항 홍보대사할만큼이면 그정도 인지도는 있는거 아닌가 해서

> **she_is_like_the_wind** 2025-07-25  ✎
>
> 인천공항본부세관 홍보대사 위촉
>
> 아이유
>
>

---

**스레드**
조회 124회

← ⋯

**7hyejin** 2025-10-01  ⋯

 youtu.be/copST…



[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면
(2023.06.22/뉴스투데이/MBC)

♡  💬  ⟳  ➤ 1

**ggomggom.box**님에게 응답한 다른 답글

 갑 제7호증



**eileen_sue_e_1027** 2025-07-26
이거 일부러 이러는 듯.
재능에 비해 너무 떴음.
찐 연예인의 깊이나 아우라는 전혀 없는 B급인데.

♡ 152

**chaeyun__kk** 2025-07-26
근데 얘도 이재멍 처럼 표정이 왜케 씹창난거임? ㅋㅋㅋㅋ

♡ 98

**nunobella** 2025-07-26
아후 시발

존녠쉬름
(Sonnenschirm)

독일장미 존녠쉬름의 꽃말은

"

거절

♡ 114   ⬦ 1

**all_zyoumon** 2025-07-26
청룡어워즈 신뢰성 추락시킴

♡ 121   ⬦ 1

**li.il.liil** 2025-07-26
중국한정 인민여동생 아님?

♡ 77

**pour_cassecasse** 2025-07-26
중국에선 먹어줄듯

♡ 72   ⬦ 1



**lylical_sjdaily** 2025-07-26 ···

나 진짜 백신때부터 거리에서 살고 막 진짜 힘들었는데
좌파 ㅈㄴ 싫어하는데 좌이유는 포기 못하겠음 노래 ㅠㅠ ㅅㅂ

으아아아ㅏ 가가가가가ㅏ 가각 왜 이쁜언니가 ㅠ 그럴까 ㅠ힝.. 아이유는 욕 못하겠음 ㅠ 그러고 보니 내방 시청자들 내가 우파인거 ㅈㄴ 싫어하고 제발 그만 하라는데 날 포기 하지않는거보면 같은 팬심일까 싶음 ㅠ

♡ 51    💬 125    ⟲ 1    ▽ 5

인기순 ⌄                                          활동 보기 ›

**lylical_sjdaily** 2025-07-26 · 작성자 ···

지금 하나하나 반박으로 욕할까하다가 참는다..그만들 해라 .. 시발 내가 어! 좌빨인걸 알고 좋아했니 ㅠ 우리방 시청자들도 어! 내가 우파라 싫다지만 계속 보고 후원도 해준다고 씨발 !!!!!!! 내가 어!!!! 재 노래가 좋아서 우리방 시청자 마음이 시이발 이해가 되서 올린글에 정신차려라는 소리까지 들어야 되냐 니들 백신 패스때 시이방 길에서 20시간씩 시위 3개월 해봤어? 씨이발 한남동에서 윤통 불법 체포 되던 날까지 한겨울 내내 한남동에서 살아봤어? 주딩이만 존나 게들 나불 나불 거리네 ㅠ 씨발 그냥 맘이 그렇다 이거에요 아시겠어요? ㅠㅠ ㅅㅂ 나도 머리로는 안다구 ㅠ 근데 어케 ㅠ

♡ 10    💬 2    ⟲ 1    ▽

**lylical_sjdaily** 2025-07-26 · 작성자 ···

에이 시발 나 폭싹 속았수다도 재밌게 봤는데 ㅠ

♡ 2    💬    ⟲    ▽

**sanchess_28** 2025-07-26 ···

아이유 주변에 왜 사망자가 많을까?
를 찾아본 이후 유애나 탈퇴함.

♡ 87    💬 3    ⟲    ▽

**wee.lor** 2025-07-26 💕 ···

데뷔 초때 스탭 옷 뺏으려는 영상, 은혁 사건, 우영 꽃등심 사건, 결정적으로 2019년(친구인 설리, 구하라가 사망한 해) 연말에 '바라던 게 모두 이루어진 해였다' ㅇㅈㄹ 하는 거 보고 소시오패스인 거 알게 됨.

♡ 47    💬 1    ⟲    ▽ 2

갑 제8호증



**lylical_sjdaily** 2025-07-26 · 작성자

? 그 피겨 연아? 개 좌에요? ??

♡ 4    💬 1    ↻    ◁

**sheeeeeeeis** 2025-07-26

장난아니지
박근혜 대통령님이 손잡았는데 질색팔색하면서 손 뿌리침 시아버지
가 유명한 좌빨 간첩 위장목사임

♡ 10    💬 1    ↻    ◁

**lylical_sjdaily** 2025-07-26 · 작성자

개 우파한테 후원 받지않았나?

♡ 3    💬 2    ↻    ◁

**7hyejin** 2025-10-01

youtu.be/copST...

▶ youtube.com

[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면
(2023.06.22/뉴스투데이/MBC)

♡    💬    ↻    ◁

**7hyejin** 2025-10-01

갑 제8호증

: : ( ) :2026. 06. 25. 17:39
:2026. 06. 25. 17:42



## 스레드
조회 362회



**yonhap_news** ✔ 2025-09-18

가수 겸 배우 아이유가 데뷔 17주년 기념일인 18일 자신의 이름과 팬덤명 '유애나'를 합친 '아이유애나' 이름으로 총 2억원을 기부했습니다.

yna.co.kr/view...




♡ 661   💬 68   ↻ 14   ▷

**7hyejin** 2025-09-19

아이유의 논란 무대응 기부 고소협박 공산주의식 언론통제 대체 언제까지 먹힐꺼라 생각하냐? 아이유 표절 로리타 허혜선 설리 고인마케팅 이런 논란에 한번도 제대로 사과를 안하고 착한척을 하니까 대중들이 개빡치는 거임. 제제 소아성애 논란때도 앞에서는 아이유가 사과하는척 뒤에서는 자신이 가장 사랑하는 곡이라고 논란 한창일때 불러댐. 설리 장례식때 3일 내내 빈소 지켰다고 기사 언플 엄청 뿌렸는데 설리 오빠는 유족인데 아이유가 장례식에 인왔다고 함. 아이유는 한순간이라도 진실되게 살기바람. 표절논란을 가수가 한번도 해명 안하는건 사기꾼임. 제시카혜전리 졸업작품을 아이유 앨범디자인에 표절하기도 하고. 이건 기부로 막을수 있는 논란이 아니야. 장애인까지 들먹이며 착한척 기사 뿌리지 마라. 위선이 역겹다.

♡ 60   💬 5   ↻   ▷ 1



**7hyejin** 2025-09-19

표절곡이 아이유 작사 작곡인데 노래만 불러서 책임이 없다 이렇게 각하시킨건 무책임한거지. 아이유가 직접 작사 작곡 프로듀싱까지 했다고 언플하고 왜 이제와서 노래만 해서 책임없다고 빠져나감? 그리고 그건 표절아니다 라는 판결도 아닌데 왜 표절 아닌 판결처럼 언플기사를 뿌려대냐? 그 위선에 대중이 개빡치는 거야. 정보를 제대로 파악 못하는 사람들이나 아이유 언플에 속는거고.

♡ 4   💬   ↻   ▷ 1

활동 보기

갑 제9호증

https://www.threads.com/@7hyejin/post/DOwTwd0kh6K?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw

1/3



## 7hyejin님에게 응답한 다른 답글

  



**dbdidksneoaa** 2025-09-19

난 정말 이런 개만도 못한 악플러 새끼들은 좀 알아서 죽어줘도 괜찮다고 봄

   

**pumpkin.castle** 2025-09-19

보고 싶은 것만 보고 사니까 그렇지, 다 해결된 일 가지고 아직도 저러고 있네. 🙍 다 대응해주면 뭐해 안보고 그냥 이러는데 🤷‍♀️



**virtuist_00** 2025-09-19

그동안 콘서트에서 휠체어 의식 안 하다가 갑자기 하게 된 게 작년에 이 미담이 떠서 아닌가? 좋은건 따라하는 것도 칭찬받아야지



▶ youtube.com

임영웅 서울 콘서트 휠체어석 미담 목격

  1
♡ 4   💬 1

**7hyejin** 2025-09-19

정국이 10억 한번에 기부하고 기사도 몇개 안냄. 장나라 하춘화 100억 넘게 기부하고 기사 몇개 안냄. 아이유는 몇천만원 양팡에 기부해도 기사 수십개 뿌려댐. 그 언플땜에 욕먹는거야. 초록어린이재단인가 아이유가 기부 많이 했는데 중국 단체 리며? 유난히 중국 관련이 많네. 푸라닭 광고도 화교기업 에스띠로더 중국 기업. 아이유 광둥어는 왜케 잘함? 화교 맞음? 영어 일어는 못하던데.

  
♡ 16   💬 1        2

갑 제9호증



## 스레드
조회 1.3천회



**inside_summer** 2025-09-24
아이유 정치성향이나 성격을 떠나서 옛날엔 아이유노래 좋아했는데 언젠가부터 질림.. 목소리도 질리고.. 그래서 요즘은 랜덤플레이 재생하다가 아이유노래나오면 넘김
참고로 콘서트도 가본적잇음
예전에 모던타임즈앨범 그시기엔 전곡다들었었는데
요즘은 걍 다 질림

♡ 1.8천   💬 204   ⟲ 2   ▽ 27



**7hyejin** 2025-09-25

아이유 표절의혹 유투브 영상 먼든 양파유가 오래된 유애나 하다가 아이유 표절해명 안하는거 보고 완전히 안티로 돌아섰음. 양파유가 찐 유애나 인증하는 영상도 올렸는데 아이유가 표절의혹 영상 몇백만 조회수 나온것도 죄다 폭파함. 찐 유애나도 안티로 돌아서게 만든 아이유가 팬사랑 언플하는거 보면 진짜 역겹다. 상식적인 사람은 아이유 안티기 될수 밖에 없음.

♡ 9   💬   ⟲   ▽ 1

활동 보기 ›

## inside_summer님에게 응답한 다른 답글



**nazzang_0525** 2025-09-24
나는 연기하는거 오글거려서 못보겠음 엄마가 폭삭 보고 계셔서 잠깐씩 봤는데 왜 찬양하는지..........

♡ 468   💬 1   ⟲   ▽ 3



**pinkygirl_ej** 2025-09-24
나도 그래 꽃갈피인가 그때까지는 종종 들었어 근데 어느순간부터 아이유의 모든 노래를 못 듣겠더라 최근에 네버엔딩스토리 우연히 들었는데 너무 실망했어 아 명곡을 이렇게 기계적으로 공허하게 부를 수 있구나 이 느낌 들었어.

♡ 177   💬 1   ⟲   ▽ 1



**suuupachat** 2025-09-24
3단고음 이후로 찾아 들은적없음....
굴고 연기도 존나못하고 솔직히 안이쁨....

♡ 188   💬 1   ⟲   ▽ 1



갑 제10호증



**finger__wizard** 2025-09-18

아이유가 초록우산 기부한거 일반서민이 알정도면 미국정보기관이 모를리 없지 평생 미국 못갈듯

♡ 168

**suhyo25** 2025-09-18

나도 아이유 미국투어 보고싶어 ㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎㅎ

(잘됫다 못갈듯ㅉㅉㅉ)

♡ 111

**im__koko25** 2025-09-18

그러게 왜 조용한데?

♡ 73

**yeyemom2224** 2025-09-18

중국가서 콘서트하겠죠 ㅋㅋ

♡ 64    ▽ 1

**9090abgre** 2025-09-18

이 자는 뒷백이 어마어마한 자라 어떻게든 갈 듯도.. 그 후에 얼마나 조롱을 하련지... 절대!!! 못가야한다!

♡ 48

**ye5nu** 2025-09-18

반미하면서 달러를 벌 생각을 하냐
양심도 없지.

♡ 48

**poofuuroo** 2025-09-18

오ㅐ 간다는소리가없옹?

♡ 40

**ya.ng.e** 2025-09-18

미국 왜 이러나 연예인들 미국비자 줄줄히 취소 - 이런 기사 나올려나 ㅋㅋㅋㅋ

♡ 34

갑 제11호증



ooktlove2 2025-09-18

내가 최초로 cia 신고한게 윤뺀이다.넘 궁금

♡ 29

ifbekd 2025-09-18

작년에 이미 한바퀴 돌고왔는데?

♡ 8    1

chosunamerican_el_jxfx47 2025-09-18

못 가는 거 아님?

♡ 11

katelee2021 2025-09-18

알려줘

갑 제11호증

25. 12. 18. 오후 3:28
: 2026. 06. 25. 17:42
: ( )
: 2026. 06. 25. 17:39
(9~) 댓글 읽어보세요. 장파뷰는 아이유 오빠만 위매니 하다가 칠망하고 물이 셨습니다. https://youtu.be/3vFWYIGAthg?si=oeyPgq…



**dannis_son** › **아이유** 2025-09-06

고해성사 하는 아이유



♡ 1.3천    💬 103    ⟳ 66    ◁ 84

---

**스레드**
조회 499회

갑 제12호증

 

**7hyejin** 2025-09-19

댓글 읽어보세요. 양파유는 아이유 오랜팬 유애니 하다가 실망하고 돌아섰습니다.
youtu.be/3vPwY...



▶ youtube.com
인민여동생의 역대급 [표절의혹 6곡 비교]

♡ 4　💬　⟲　✈ 1

활동 보기 >

**dannis_son님에게 응답한 다른 답글**

**1004pinklove** 2025-09-07
설리 종현 구하라 그리고 같이연기했던 이선균배우
주로 기부하는 곳이 초록우산 광고는 우리은행 너무 소름끼침 가면쓴
얼굴 언젠가 너의 그 만행들이 만천하에 들어날거다

♡ 733　💬 4　⟲　✈ 1

**annekim1203** 2025-09-07
표정 소름돋음 무섭다

♡ 154　💬 1　⟲　✈

**timing_ss1227** 2025-09-07
그 포장지 이제 벗겨졌어 우파들한테

♡ 285　💬　⟲　✈ 2

**i_minnnnn0** 2025-09-07
보통 스스로 벌 받을생각을 하나....얼마나 악한짓을 했길래???

♡ 235　💬　⟲　✈ 1

갑 제12호증

:2026.06.25.17:42 :( ) :2026.06.25.17:39
Case 5:26-mc-80211-SVK Document 1-1 Filed 07/15/26 Page 242 of 355



**스레드**

조회 923회

**7hyejin** 2025-09-08

아이유 밤편지 가사에 좋은꿈이길 바라요 있길래 참 거슬리던데. 어짜피 그 노래가사도 무명시인꺼 표절이지만. 암튼 바라 별로임. 동지가 많아서 기쁘다.

♡ 3    💬    ⟲    ◁ 1

활동 보기 ›

열람용

갑 제13호증



**dannis_son** 〉 아이유 2025-09-06

고해성사 하는 아이유

**스레드**
조회 1.4만회

♡ 1.3천　💬 103　⟳ 66　◁ 84

**7hyejin** 2025-09-08

아이유 밤편지가사 무명작가 시 표절한것임. 제시카혜전리 졸업작품을 아이유가 앨범 디자인에 표절하기도 했음. 빌리아일리시 옷 그대로 따라입음. 노래 표절은50곡 가까이되는데 노래 비교하는 영상은 아이유 소속사에서 전부 폭파 시켰음. 양심에 찔릴만도 하겠지.

♡ 80　💬　⟳　◁ 6

활동 보기 ›

**dannis_son님에게 응답한 다른 답글**

**1004pinklove** 2025-09-07

설리 종현 구하라 그리고 같이연기했던 이선균배우
주로 기부하는 곳이 초록우산 광고는 우리은행 너무 소름끼침 가면쓴
얼굴 언젠가 너의 그 만행들이 만천하에 들어날거다

♡ 733　💬 4　⟳　◁ 1

**timing_ss1227** 2025-09-07

그 포장지 이제 벗겨졌어 우파들한테

갑 제14호증

25. 12. 18. 오후 5:09    :2026.06.25.17:43    :    (    )    :2026.06.25.17:39    [SUB] 아이유 아이유 하는 이유 | EP. 81 아이유 | 살롱드립2 - YouTube



# [SUB] 아이유 아이유 하는 이유 | EP. 81 아이유 | 살롱드립2

 **TEO 테오**
구독자 145만명     구독

👍 6.7만   👎     ↗ 공유   🔖 저장   ✂ 클립   •••

조회수 3,491,380회  최초 공개: 2025. 3. 11.  **살롱드립 Salon Drip** 🌐
장도연의 빨래터에 누가 완~?
봄날같이 따사롭고 가을같이 풍성한 국힙 원탑 아이유가 완!
아이유가 이렇게 아이유 하는데 내 안 넘어가고 되겠나~?
빨래터의 사람들 모두 아이유에 폭싹 빠졌수다!

[살롱드립2] 매주 화요일 오후 6시 테오 유튜브에서 공개
#아이유 #IU #장도연 #살롱드립2 #SalonDrip #TEO #테오

*본 영상과 무관한 내용의 댓글과 출연자에 대한 무분별한 욕설, 비난 및 조롱 등 악의적인 댓글은 무통보 삭제될 수 있습니다. (Hateful comments or indiscriminate swearing, criticism, and ridicule of the cast may be deleted without notice.)

*[살롱드립]은 삼성TV플러스에서도 만나보실 수 있습니다. :)

▪ TEO 공식 SNS
➡ ▶ / @teo_universe
➡ 📷 / teo.universe
➡ ✖ / teo_universe_

## 언급된 인물 ⓘ
1명


아이유

## 팟캐스트 살펴보기

갑 제15-1호증

: 2026. 06. 25. 17:43 : ( ) : 2026. 06. 25. 17:39
Case 5:26-mc-80211-SVK Document 1-1 Filed 07/15/26 Page 245 of 355



: 2026.06.25.17:42    : ( )    : 2026.06.25.17:39

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 246 of 355

☰ ▶ Premium ᴷᴿ

🔍 🎙 ＋ 🔔

⚡ **Shorts**

**2024 서울여대 기초디자...**
조회수 33만회

**끝까지 눈물 꾹 참는 아이...**
조회수 518만회

**'실기로 합격한' 여배우들...**
조회수 562만회

**[아이유] 중국어 성조가 어...**
조회수 10만회

**아이유가 보고 나서 너무 어...**
조회수 1051만회

**#입시미술 화이트 제대로 ...**
조회수 3.6만회

11:40
**음대가려면 선생님이 세명이상은 있어야해**
요룰레히
조회수 14만회 · 5개월 전

39:33
**[SUB] 침착맨은 진짜 유명한 침은영 박사님임 | EP. 78 침착맨 | 살롱드립2**
TEO 테오
조회수 179만회 · 9개월 전

17:20
**[제5인격] 솔랭모음**
[X_O]
조회수 171회 · 11시간 전
새 동영상

4:28:15
**[문명6] 이순신 거북선 출격! 군도맵 세계 제일 해군대전 🐢 (Sid Meier's Civilization® VI: Gathering ...**
옥냥이 RoofTopCAT ✓
조회수 81만회 · 3년 전

59:22
**(Eng) 아이유의 말엔 연기와 팬에 대한 오랜 사유가 스며 있다**
B tv 이동진의 파이아키아
조회수 67만회 · 8개월 전

35:55
**[SUB] 재미가 이븐하게 익었네요. 합격입니다 | EP.60 김태리 신예은 | 살롱드립2**
TEO 테오
조회수 239만회 · 1년 전

1:00:33
**[무한도전] 폭싹 본 사람 특 : 아이유 얼굴만 봐도 눈물이 차올라서 고갤 들어... 무도 아이유 모음.zip | 무...**
오분순삭
조회수 53만회 · 8개월 전

54:01
**[ENG/만날사람인나] EP.4-1 우리 말 좀 그만하자! | 아이유 1부**
유인라디오
조회수 112만회 · 11개월 전

26:00
**선수도 아닌데, 하루에 공을 이만큼(?) 던집니다⚾ | 조부겸·이주영 인터뷰 1부**
야구는 풀스윙
조회수 4.6천회 · 1일 전
새 동영상

갑 제15-1호증

YouTube Premium <sup>KR</sup>

**29:51**

[SUB] 맛찌개 상의 SEXY FOOD | EP. 82 마츠시게 유타카 | 살롱드립2
TEO 테오
조회수 88만회 · 8개월 전

**36:18**

조정석한테 거미가 좀비 되면 어떻게 할 거냐고 물어봄
에픽하이 ✓
조회수 226만회 · 5개월 전

**17:21**

[LG vs 한화] 10/31 한국시리즈 5차전 | 2025 신한 SOL뱅크 KBO 한국시리즈 | 하이라이트 | TVING
TVING SPORTS
조회수 81만회 · 1개월 전

**28:07**

사이비 종교에 따라가면 생기는 일
우주하마
조회수 29만회 · 5개월 전

**40:21**

【무서운이야기 실화】"장례식장에서 반지가 위험한 이유" 사람 둘이 죽은 충격 실화 | 아코님 사연 | 돌비...
돌비공포라디오 ✓
조회수 33만회 · 2일 전
새 동영상

더보기

## 댓글 4,532개    정렬 기준

A  댓글 추가...

**@SVTmcarat0526** 9개월 전
"제가 어떻게 누구를 때려요 전 동생밖에 때려본 사람이 없어요"ㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋ
👍 8.2천  👎  답글

답글 33개 ⌄

**@mangooo6457** 9개월 전(수정됨)
저는 정말 남동생밖에 때려본 사람이 없어욬ㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋ ㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋ
👍 3천  👎  답글

답글 3개 ⌄

**@삭-e5o** 9개월 전
아이유는 얼굴도 얼굴인데 얼굴도 얼굴임
👍 1.3만  👎  답글

답글 114개 ⌄

**@AD-to1tn** 9개월 전
아이유 이정도 텐션인거 진짜 오랜만에 봄
👍 1.3천  👎  답글

**@HAPPYJG** 9개월 전
ㅁㅊ 장도연 아이유 개잘맞아 ㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋ
👍 4천  👎  답글

답글 11개 ⌄

**@오리알-d2g** 9개월 전
근데 아이유가 장도연 진짜 좋아하나보다.. 아이유 나오는 거의 모든 프로 다봤는데 이렇게까지 아이유가 대놓고 호감 표시한 연예인 처음봄..
👍 1.6천  👎  답글

갑 제15-1호증

25. 12. 18. 오후 4:51                              아이유가 가장 어이없어한 억까.jpg

| H1 | 일본인 : 한국겜 좋아하니까 독도 한국에 주자!! |
|----|-------------------------------------------|
| H2 | 여성의 음핵 근황 |
| H3 | 직장 후빨 레전드 |

| 유머 게시판 | | 전체 ▼ | ⟳ | ★ | ✎ |
|-----------|--|--------|---|---|---|

## [유머] 아이유가 가장 어이없어한 억까.jpg



**피파광**

👍 29 | 💬 15 | 👁 7386

25.04.24 (12:20:23)

IP : (IP보기클릭)

활동내역 | 작성글 | 쪽지 | 마이피 | 타임라인
출석 4540일 | LV. **227** | Exp. **81%** | 비추력 **101939**



 R.리노아 - 초롱이님 타로 합방하는 날









???: 아이유는 화교다!



갑 제15-2호증







# 스레드
조회 610회



**jihyun5042** 2025-08-30

요즘 스레드 보면 아이유랑 유재석 부정적인 피드 자주 보게 되는것 같음. 난 솔직히 좀 머랄까? 불과 몇년전만 해도 갓이유 유느님 그러면서 둘에 안티는 전국민 공공의 적 그런 느낌이었던거 같은데 이게 시대의 흐름인가? 아님 정치색인가? 소신발언 하자면 난 아이유 유재석 팬임. 둘다 기부도 많이하고 자기 분야에서 오랜시간 탑을 유지한건 그만한 치열한 노력이 있었기 때문이라 생각함.

♡ 667    💬 151    ⟳ 5    ▽ 6



**7hyejin** 2025-08-31

이건 단순한 호불호 인기 개념이 아니구요. 선악의 분별입니다. 폭삭속았수다 드라마에서 중국 장가계 가자 대사 있었고 거기 아역배우들 의상도 중국풍이라는 댓글 올라왔어요. 아이유 대수대명 검색해보시길. 왕지은 태연 제니. 폭삭에서 제니 캐릭터가 블랙핑크 제니랑 겹쳐요.

♡ 1    💬    ⟳    ▽ 1

활동 보기 〉

## jihyun5042님에게 응답한 다른 답글



**kira98765644** 2025-08-30

정치색 아니고 아이유는 표절문제 취향문제로 싫어하는 사람들은 계속 안좋아했어

♡ 359    💬    ⟳    ▽



**9rooty** 2025-08-30

계엄이후 좌파연예인이라고 저쪽에서 돌려까는거지. 원래 호감이던 사람들은 신경안써

♡ 269    💬    ⟳    ▽



**namingweon7486** 2025-08-30

사람들이 콩깍지가 씌웠는데 벗겨지고 있는 거임

요샌 공효진 류준열 같은 소위 '흔녀' '흔남' 스타들에 대한 시선도 부쩍 차가워짐

보이지 않는 매력이 있다느니 하는 소리 싹 들어감

주제 모르고 아직도 소녀인 척, 치명적인 척 한다고 조롱함.

평양냉면도 아무맛 없는데 가스라이팅이라고 성토하는 글 SNS에 자주 보이지?

갑 제16호증





**yonhap_news** ✔ 2025-09-18 ···

가수 겸 배우 아이유가 데뷔 17주년 기념일인 18일 자신의 이름과 팬덤명 '유애나'를 합친 '아이유애나' 이름으로 총 2억원을 기부했습니다.

yna.co.kr/view…




아이유, 데뷔 17주년 맞아
2억원 기부
난치병 아동 등 지원

♡ 661    💬 68    ↻ 14

**7hyejin** 2025-09-19 ···



아이유의 논란 무대응 기부 고소협박 공산주의식 언론통제 대체 언제까지 먹힐꺼라 생각하냐? 아이유 표절 로리타 허혜선 설리 고인마케팅 이런 논란에 한번도 제대로 사과를 안하고 착한척을 하니까 대중들이 개빡치는 거임. 제제 소아성애 논란때도 앞에서는 아이유가 사과하는척 뒤에서는 자신이 가장 사랑하는 곡이라고 논란 한창일때 불러댐. 설리 장례식때 3일 내내 빈소 지켰다고 기사 언플 엄청 뿌렸는데 설리 오빠는 유족인데 아이유가 장례식에 인왔다고 함. 아이유는 한순간이라도 진실되게 살기바람. 표절논란을 가수가 한

---

← **스레드** ···
조회 576회



♡ 60    💬 5    ↻    ▽ 1

**7hyejin** 2025-09-19 ···

정국이 10억 한번에 기부하고 기사도 몇개 안냄. 장나라 하춘화 100억 넘게 기부하고 기사 몇개 안냄. 아이유는 몇천만원 양팡에 기부해도 기사 수십개 뿌려댐. 그 언플땜에 욕먹는거야. 초록어린이재단인가 아이유가 기부 많이 했는데 중국 단체 리며? 유난히 중국 관련이 많네. 푸라닭 광고도 화교기업 에스띠로더 중국 기업. 아이유 광둥어는 왜케 잘함? 화교 맞음? 영어 일어는 못하던데.

♡ 16    💬 1    ↻    ▽ 2

인기순 ∨                          활동 보기 ×



갑 제17호증

**angelsugarplease** 2025-09-19
버닝썬 있던 자리에 설리 ㄷㅅㄷㅁ드라마 호텔 델루나 전시회 염.. 중국 앞잡이

♡ 7    ◯ 1    ⟲    ▽

**7hyejin** 2025-09-19
버닝썬과 구하라 죽음이 관련있다던데. 폭싹 속았수다 장가계 가자 대사도 이상함. 생긴것도 중국 스럽고. 대수대명 같은 끔찍한 말도 아이유 땜에 차음 들아봄. 근데 칙한척 언플하는 꼬라지 너무 싫어요.

♡ 5    ◯ 1    ⟲    ▽ 1

**angelsugarplease** 2025-09-19
이담엔터 텐센트 카카오 공산당간부라인이 뒷배.. 그래서 표절논란 다 묻히고 전 소속사 직원들 다 ㅈㅅ당함, 허혜선씨 실종되고 shh로 조롱. 스트로베리문은 서울 인신제사, 삐삐 뮤비, 어퓨 가사 세월호 조롱, 문빈 인스타 게시물이 민들레인데 홀씨 가사 쎄함.. 아근데 일루미나티에 너무 빠져서그런지 차은우도 좀 위험해보임. 미인 뮤비 마지막에 가면 벗고 아이유는 얼굴 밝아지고 은우는 어두워지면서 그대는 5월의 제비꽃을 닮은 me in. 하늘높이 나는것을 부끄럽지않게 여기리 이가사 존나 불쾌함

♡ 6    ◯    ⟲    ▽

## 7hyejin님에게 응답한 다른 답글

**dbdidksneoaa** 2025-09-19
난 정말 이런 개만도 못한 악플러 새끼들은 좀 알아서 죽어줘도 괜찮다고 봄

♡    ◯    ⟲    ▽

**pumpkin.castle** 2025-09-19
보고 싶은 것만 보고 사니까 그렇지, 다 해결된 일 가지고 아직도 저러고 있네. 🙍 다 대응해주면 뭐해 안보고 그냥 이러는데 💁

♡    ◯    ⟲    ▽

**virtuist_00** 2025-09-19
그동안 콘서트에서 휠체어 의식 안 하다가 갑자기 하게 된 게 작년에 이 미담이 떠서 아닌가? 좋은건 따라하는 것도 칭찬받아야지

갑 제17호증



 **writer_marim** 〉 폭삭 속았수다 2025-09-23 ⋯

'폭삭 속았수다'

동백이를 그렇게나 좋아했지만, 폭삭 속았수다를 보다가 멈춘 이유를 드디어 깨달았다. 감정이 지나치게 과하다. 1화부터 지나치게 슬프고, 억울하고, 구슬프다. 그 감정이 대사와 어우러져 보는 내내 힘이 든다.

명대사가 지나치게 많다. 작가님의 주옥같은 대사들은 쉴새없이 잽을 날린다. 지나치게 불쌍하고 억울한 상황들, 세상에서 가장 불쌍한 여자의 대를 잇는 일상, 세상에서 가장 착한 남편, 그 기구한 운명들이 담백하게 와닿지는 않는다.

도저히 숨을 쉴 구멍이 없어, 외면했었나 보다. 힘을 절반으로 뺐다면, 아마 이 드라마를 좋아하지 않았을까.





**스레드**
조회 568회



♡ 377    💬 228    ↻ 3    ⍊ 5

 **7hyejin** 2025-09-24 ⋯

폭삭 속았수다 대사에 장가계 가자 나왔어요. 그리고 드라마 아역배우들 의상이 중국풍이라는 댓글이 있습니다. 아이유 예전 드라마 최고다 이순신에서 이순신 장군을 100원짜리 동전으로 비하했어요. 아이유 김수현은 중국자본으로 컸습니다. 김수현이 제작한 영화 리얼 대본이 원래 아이유한테 갔는데 아이유가 설리에게 넘겼다고 합니다. 설리를 이상한 배역으로 만들었죠. 그라고 리얼은 중국 알리바바에서 투자했습니다. 아이유 광고하는 에스띠로더 푸라닭은 중국 화교 기업이고 기부하는 초록우산은 중국 관련단체에요. 대중들이 제발 비판의식을 가져야 합니다. 중국 자본이 한국엔터 산업을 잠식하고 있습니다.

♡ 16    💬    ↻    ⍊ 1

활동 보기 〉

**writer_marim님에게 응답한 다른 답글**

 **valid_excuse_** 2025-09-23      ⋯

갑 제18호증



맞아.매순간 감정 최대치로 표현하드라. 허스키한 아이유 목소리도 한 몫한듯. 당찰려면 꼭 그리 악을쓰고 울고 소리치고 그래야하나. 근데 어쩜 나이들고는 나긋나긋 소심하기까지 한 문소리가 같은 사람이란 건지

♡ 100    💬 2    🔁    ✈

 **inconv21** 2025-09-23     •••

감정과잉... 대부분 한국 인기 드라마들이 이렇더라 그래서 안봐. 좀 담 백하게 만들면 더 세련되고 이입이 될텐데. 마치 너 울어야해 라고 붙 잡고 패는 느낌이라 항마력 딸려서 못보겠음.

♡ 92    💬 1    🔁    ✈ 1

 **yo_happy_hehheh_lovely_fam** 2025-09-23     •••

이 세상 모든 신파를 갈아 넣은 느낌이여서 그다지 큰 감동이 없 었음...

♡ 35    💬 1    🔁    ✈

**joeunmat** 2025-09-23     •••

그런가.. 난 오히려 별거아닌일을 이렇게나 뽑아내는구나 했어.. 자식 잃은거 말곤 대부분 인생살면서 한번씩 겪는희노애락인데.. 가까이서 보면 드라마 같은일 멀리서보면 누구나 겪는일...

♡ 26    💬 2    🔁    ✈

 **mmbbss5208** 2025-09-23     •••

나랑 같은 느낌을 받았네.
뭔가... 편안하게 은은한 감동이 좋은데
뭔가 꽉쥔느낌의 과한감정이랄까...
나는 보다가 멈췄어.

♡ 20    💬 1    🔁    ✈

 **imagination._e** 2025-09-23    ✎  •••

완전 공감 울어 울으라고 이래도 안 울어? 작정하고 강요하는 드라마 신파가 너무 심함 여주 연기도 심하고 모든 게 과해서 너무 별로였음

♡ 13    💬 1    🔁    ✈

**jimin.stgt** 2025-09-24     •••

나도 그랬어. 너무 우울한 감정 과잉주입. 게다가 아이유의 신경질. 그 거 참느라 그만둘까 하다가 겨우 문소리로 교체되니 볼만했음.

♡ 9    💬 1    🔁    ✈

 **eurock_10** 2025-09-24     •••

아 동감!! 너무 투 머치 해요
연기는 이래야지 부터 감정의 모든 선을 훌쩍 넘어버려서 보는 동안

https://www.threads.com/@7hyejin/post/DO9MFp3Erqy?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw



: 2026. 06. 25. 17:42 : ( ) : 2026. 06. 25. 17:39
Case 5:26-mc-80211-SVK Document 1-1 Filed 07/15/26 Page 256 of 355

# The JoongAng

경제 : 경제일반 ｜ K엔터

# 아이유는 국내용? K팝은 아시아만? 천만에요, 이 통계 보세요 [알려드립니다]

중앙일보　업데이트 2022.04.05 11:09

전영선 기자　( 구독 )

K엔터　( 구독 )



3일(현지시간) 미국 라스베이거스에서 열린 제 64회 그래미 어워즈에서 '버터'를 부르고 있는 방탄소년단(BTS). 라스베이거스 AP=
연합뉴스

"K팝은 아시아에서만 인기다" "아이유는 내수용 가수인가" "유튜브 조회 수 따위를 비교하는 기사 도대체 왜 쓰나"

## 관련기사

▸ 팬투표 90%가 해외…한국서 안 떠도 대박, K팝 글로벌 팬덤 [K팝 세계화 리포트]

지난달 30일부터 중앙일보가 선보인 [K팝 세계화 리포트] 첫 기사에 달린 댓글 중 일부입니다. 설명에 미흡함
합니다. 이를 위해 유튜브 음악 차트 통계는 2021년 4월 1일부터 2022년 3월 31일까지 업데이트 된 수치를
차이가 있습니다만, 흐름은 동일합니다.

## '기현상' K팝의 세계화

글로벌 동영상 공유 플랫폼 유튜브의 음악 차트 통계는 현재 아티스트의 인기를 가장 잘 측정할 수 있는 척도 중 하나다. 조회 수는 곧 대중의
관심이자, 인기이고 특히 수익과 직결된다.

갑 제20호증

**The JoongAng**



그런데 유튜브엔 우리에겐 잘 알려지지 않은 '조회수의 여제'가 있다. 바로 인도 플레이백 가수(발리우드 영화에서 배우 대신 노래하는 가수) 가수 알카 야그닉(56)이다. 알카 야그닉은 유튜브 음악 차트에 수록된 2만5000여 아티스트 중 부동의 1위다. 무려 289주째 차트를 지키고 있다. 지난 12개월 동안 그의 공식 뮤직비디오, 공식 음악 이용 사용자 제작 콘텐트(UCC), 가사 동영상 등은 총 151억회 조회됐다.



유튜브 조회수의 여제, 인도 플레이백 가수 알카 야그닉. [사진 게티이미지]

눈여겨봐야 할 점은 총 재생 수의 81.4%(123억회)가 인도에서 발생했다는 점이다. 인구 대국(14억명)에서 40년 넘게 활동한 최고 가수라 이런 수치가 가능하다. 인도 국민 1인당 10번 이상씩만 듣는다고 생각해보면 계산이 쉽다. 유튜브 주간 음악 차트 1~4위에 매번 인도 아티스트가 오르는 이유엔 인구 수가 크게 작용한다. 다만 인도 밖에서는 잘 알려지지 않는 한계가 존재한다.

갑 제20호증

**The JoongAng**

단위: 회

| 아티스트 | 세계 합 | 국가별 분포 |
|---|---|---|
| 알카 야그닉 (인도) | 151억 | 인도 123억/파키스탄 6.92억/방글라데시 6.67억/인도네시아 2.52억/네팔 1.73억/말레이시아 1.1억/미국 9630만/사우디 9270만/아랍에미리트 7030만/영국 6210만 |
| 배드 버니 (푸에르 토리코) | 101억 | 멕시코 25.2억/미국 14.2억/콜럼비아 9.89억/아르헨티나 7.08억/칠레 5.98억/페루 5.83억/에콰도르 5.13억/스페인 4.66억/도미니카공화국 2.84억/과테말라 2.31억 |
| 저스틴 비버 (캐나다) | 58.7억 | 미국 7.59억/인도 6.05억/필리핀 3.94억/브라질 3.8억/인도네시아 3.48억/태국 2.37억/멕시코 2.04억/한국 1.88억/영국 1.42억/말레이시아 1.35억 |
| 더위켄드 (캐나다) | 52.5억 | 미국 11억/멕시코 4.48억/브라질 3.53억/인도 2.1억/프랑스 1.6억/영국 1.52억/태국 1.49억/필리핀 1.32억/캐나다 1.26억/아르헨티나 1.15억 |
| 에드 시런 (영국) | 50.8억 | 미국 6.5억/영국 3.31억/브라질 2.76억/인도 2.7억/인도네시아 2.46억/필리핀 2.12억/멕시코 1.89억/독일 1.48억/프랑스 1.42억/폴란드 1.24억 |
| 에미넴 (미국) | 42.8억 | 미국 11.7억/영국 2.21억/브라질 2.19억/멕시코 2.16억/캐나다 1.48억/인도 1.4억/독일 1.12억/프랑스 1.03억/호주 9670만/터키 8580만 |
| 아리아나 그란데 (미국) | 40.9억 | 미국 7.12억/브라질 3.48억/멕시코 2.65억/필리핀 2.34억/인도네시아 1.71억/태국 1.46억/인도 1.45억/영국 1.18억/프랑스 9690만/한국 9390만 |
| 빌리 아일리시 (미국) | 36.9억 | 미국 6.31억/브라질 3.61억/멕시코 2.8억/인도 1.44억/인도네시아 1.12억/아르헨티나 1억/터키 9830만/영국 9640만/프랑스 9100만/필리핀 7800만 |
| 두아 리파 (영국) | 36.5억 | 미국 4.46억/멕시코 3.33억/브라질 2.11억/인도 1.7억/아르헨티나 1.34억/프랑스 1.21억/영국 1.18억/필리핀 9880만/칠레 9510만/콜롬비아 9470만 |
| 테일러 스위프트 (미국) | 36.3억 | 미국 7.4억/필리핀 4.79억/인도 2.23억/브라질 1.82억/멕시코 1.63억/인도네시아 1.48억/태국 1.22억/영국 1.15억/캐나다 9850만/아르헨티나 7390만 |
| 올리비아 로드리고 (미국) | 32.2억 | 미국 6.65억/브라질 3.04억/필리핀 2.65억/인도네시아 2.35억/멕시코 2.24억/영국 1.15억/아르헨티나 8160만/인도 6720만/캐나다 6480만/페루 6420만 |

※2021년 4월1일~2022년 3월 31일. 공식뮤직비디오, 사용자 제작 콘텐트(UCC), 가사동영상 조회 합계    **The JoongAng**

유튜브 조회수 상위 아티스트 팬덤 분포. 그래픽=신재민 기자
shin.jaemin@joongang.co.kr

지난 12개월간 101억회 재생된 푸에르토리코 출신 라틴 힙합 가수 배드 버니 인기는 거대 문화권으로 설명할 수 있다. 스페인어로 노래하는 그를 가장 많이 소비한 곳은 스페인어권의 인구 부국, 멕시코(인구 약 1억3000만)다. 배드 배니의 총 조회 수의 25%(25억2000만회)가 멕시코에서 발생했고, 3~19위 역시 모두 스페인어권 국가다. 라틴아메리카 음악 시장은 멕시코를 허브로 거의 단일 시장 양상을 보인다. 배드 버니를 가장 많이 소비한 국가 2위인 미국(14억2000만) 역시 라티노 커뮤니티가 강하다. 사족이지만, 이런 폭발적 인기는 물론 배드 버니의 실력이 뒷받침되기 때문이다.

갑 제20호증

## The JoongAng



지난달 10일 미국 일리노이즈 로즈먼트 올스테이트 아레나에서 열린 콘서트에서 공연 중인 라틴 래퍼 배드 버니. 로즈먼트=AP 연합뉴스

세계에서 가장 큰 음악 시장인 미국이 배출하는 대형 가수들 역시 미국에서 가장 많이 소비된다. 에미넴, 아리아나 그란데, 테일러 스위프트, 빌리 아일리시, 제64회 그래미 어워즈의 샛별 올리비아 로드리고까지. 모두 자국인 미국 시장에서 가장 많이 듣고, 좋아하는 것으로 나타난다. 게다가 미국에서의 성공은 세계에서의 성공을 동반한다. 반면 K팝은 작은 내수 시장을 감내하면서 성장해 왔다. 한국 밖에선 영미권이나 스페인어권처럼 언어나 문화를 매개로 공감을 호소할 요소가 상대적으로 적다. 그런데도 K팝 팬덤은 다양한 문화권에서 폭발하고 있다.

## K팝 글로벌 침투 뚜렷

앞선 기사에 다루어졌듯이, BTS를 유튜브에서 가장 많이 듣고 보는 나라는 일본이다. 연간 총 148억회 중 일본에서 20억회가 재생됐다. BTS와 트와이스에 이어 현재 일본 유튜브 음악 차트 3위에 올라와 있는 일본 4인조 밴드 킹누는 이 기간 전 세계에서 조회 수 3억8500만회를 기록했다. 이 중 3억1100만은 일본 발생이다. 자국민이 가장 많이 들었다는 의미다. 이게 나쁘다는 말이 아니라, 그만큼 K팝 신드롬이 특이 현상이란 점을 짚기 위한 비교다.

갑 제20호증

: 2026. 06. 25. 17:42 : ( ) : 2026. 06. 25. 17:39
Case 5:26-mc-80211-SVK Document 1-1 Filed 07/15/26 Page 260 of 355

## The JoongAng



**연간 1억 회 이상 아티스트** 단위: 억회

| | 아티스트 | |
|---|---|---|
| 1 | 방탄소년단(BTS) | 7.52 |
| 2 | 아이유(IU) | 6.57 |
| 3 | 임영웅(Lim Young-woong) | 6.16 |
| 4 | 에스파(Aespa) | 3.08 |
| 5 | 블랙핑크(BLACKPINK) | 2.61 |
| 6 | 트와이스(TWICE) | 2.60 |
| 7 | 세븐틴(SEVENTEEN) | 2.16 |
| 8 | 오마이걸(OH MY GIRL) | 1.90 |
| 9 | 저스틴 비버(Justin Bieber) | 1.88 |
| 10 | 태연(TAEYEON) | 1.84 |
| 11 | 레드벨벳(Red Velvet) | 1.71 |
| 12 | 스테이씨(STAYC) | 1.60 |
| 13 | 있지(ITZY) | 1.59 |
| 14 | 악뮤(AKMU) | 1.49 |
| 15 | 헤이즈(Heize) | 1.26 |
| 16 | 빅뱅(BIGBANG) | 1.14 |
| 17 | NCT드림(NCT DREAM) | 1.14 |
| 18 | 성시경(Sung Si-kyoung) | 1.12 |
| 19 | (여자)아이들(G) I-DLE | 1.12 |
| 20 | 이무진(Lee Mujin) | 1.07 |

※유튜브 공식 뮤직비디오, 공식 음악을 이용한 사용자 제작 콘텐트(UCC), 가사동영상 합계(2021년 4월1일~2022년 3월 31일) The JoongAng

한국 유튜브 조회수 연간 1억회 이상 아티스트. 그래픽=신재민 기자
shin.jaemin@joongang.co.kr

K팝이 아시아에서만 통한다는 통념도 사실과 차이가 있다. K팝 아티스트를 많이 소비하는 국가의 순위를 살펴보면, 아시아 국가가 상위권에 오르는 것은 맞다. 아시아에선 이미 '주류 장르'로 불리기도 한다. 하지만 대륙별로 살펴봐도 고루 좋은 성적이 나온다.

프랑스는 유럽에서 BTS를 가장 많이 조회한 나라다. 연간 조회 수 총 1억6200만회(17위)를 기록했다. 현재 프랑스 음악 차트 1위에 오른 프랑스 래퍼 줄은 같은 기간 프랑스에서 2억 회, 전 세계에서 10억 회 가량 조회됐다. 줄과 BTS의 프랑스 조회 수 차이는 3800만회 정도다. 프랑스에서 BTS도 줄만큼 인기를 누리고 있다고 봐도 무리가 없다.

## 솔로 가수 아이유, 성공적

아이유의 유튜브 재생수(전 세계 총 13억8000만회)가 가장 많은 곳은 한국(6억5700만회)이다. 기사에 이를 소개한 뒤 "한국에서만 인기가 있다는 말을 하고 싶은 것이냐"는 문의가 많았다. 결론부터 말하면, "절대 아니다".

갑 제20호증

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 261 of 355
:2026. 06. 25. 17:43        (     )        :2026. 06. 25. 17:39

**The JoongAng**



지난 1월 8일 서울 고척 스카이돔에서 진행된 '36회 골든디스크 어워즈'에 참석해 화려한 공연을 선보이고 있는 가수 아이유. [사진 골든디스크 어워즈 사무국 ]

**K엔터** 다른 기사

"흙수저에 남은건 아이돌뿐"…극한훈련 버티는 K팝 악바리

**현재글** 아이유는 국내용? K팝은 아시아만? 천만에요, 이 통계 보세요 [알려드립니다]

마약·버닝썬에 사실상 4년 자숙…YG '빅뱅 컴백' 복잡한 속내

연간 조회 수 10억회 이상의 기록을 내는 K팝 아티스트 중 솔로는 아이유 하나다. 아이유를 가장 많이 재생한 2위 국가인 인도(1억회)를 시작으로 2~11위 국가에서 모두 3000만 회 이상의 조회 수를 보인다. 조회 수의 52%가 해외에서 발생하는데, 아이유를 '국내용 가수'로 분류하는 건 억지스럽다.

갑 제20호증

**The JoongAng**

## 글로벌 팬덤 분포

단위: 회

| | 임영웅 | | 방탄소년단 | | 아이유 | |
|---|---|---|---|---|---|---|
| 세계합 | **6억4700만** | | **148억** | | **13억8000만** | |
| 1 | 한국 | 6억1600만 | 일본 | 20억 | 한국 | 6억5700만 |
| 2 | 미국 | 1200만 | 인도 | 16.6억 | 인도 | 1억500만 |
| 3 | 인도 | 656만 | 멕시코 | 10.2억 | 인도네시아 | 8300만 |
| 4 | 아르헨티나 | 254만 | 인도네시아 | 10억 | 태국 | 7200만 |
| 5 | 일본 | 184만 | 미국 | 8.84억 | 필리핀 | 5670만 |
| 6 | 캐나다 | 140만 | 한국 | 7.52억 | 일본 | 4870만 |
| 7 | 호주 | 54.4만 | 필리핀 | 7.34억 | 대만 | 4590만 |
| 8 | 인도네시아 | 23.9만 | 브라질 | 6.06억 | 미국 | 4540만 |
| 9 | 중국 | 21.9만 | 태국 | 5.16억 | 베트남 | 3730만 |
| 10 | 대만 | 19.4만 | 베트남 | 3.53억 | 말레이시아 | 3102만 |
| 11 | 베트남 | 15만 | 페루 | 3.16억 | 아르헨티나 | 3060만 |
| 12 | 독일 | 14.5만 | 말레이시아 | 2.81억 | 멕시코 | 1580만 |
| 13 | 브라질 | 11.3만 | 터키 | 2.45억 | 홍콩 | 1270만 |
| 14 | 태국 | 10.9만 | 아르헨티나 | 2.29억 | 브라질 | 994만 |
| 15 | 필리핀 | 10.0만 | 콜롬비아 | 2.14억 | 캐나다 | 977만 |
| 16 | 홍콩 | 9.72만 | 방글라데시 | 1.91억 | 싱가포르 | 820만 |
| 17 | 싱가포르 | 9.31만 | 프랑스 | 1.62억 | 호주 | 790만 |
| 18 | 말레이시아 | 7.54만 | 이라크 | 1.60억 | 페루 | 588만 |
| 19 | 뉴질랜드 | 5.78만 | 러시아 | 1.52억 | 터키 | 538만 |
| 20 | 러시아 | 5.43만 | 칠레 | 1.43억 | 영국 | 501만 |
| 21 | 멕시코 | 4.95만 | 에콰도르 | 1.39억 | 캄보디아 | 490만 |
| 22 | 프랑스 | 3.17만 | 사우디 | 1.36억 | 미얀마 | 457만 |
| 23 | 터키 | 3.13만 | 영국 | 1.29억 | 프랑스 | 420만 |
| 24 | 영국 | 3.04만 | 독일 | 1.26억 | 독일 | 361만 |
| 25 | 스페인 | 2.88만 | 파키스탄 | 1.21억 | 칠레 | 333만 |
| 26 | 미얀마 | 2.31만 | 대만 | 1.18억 | 콜롬비아 | 309만 |
| 27 | 방글라데시 | 1.63만 | 이집트 | 1.07억 | 러시아 | 301만 |
| 28 | 캄보디아 | 1.42만 | 캐나다 | 1.06억 | 사우디 | 286만 |
| 29 | 아랍에미리트 | 1.2만 | 이탈리아 | 9960만 | 네팔 | 228만 |
| 30 | 괌 | 1.0만 | 스페인 | 8410만 | 몽골 | 222만 |

※2021년 4월1일~2022년 3월 31일. 공식뮤직비디오,
사용자 제작 콘텐트(UCC), 가사동영상 조회 합계

**The JoongAng**

국내 조회수 톱3 아티스트 글로벌 팬덤 분포. 그래픽=신재민 기자
shin.jaemin@joongang.co.kr

BTS, 아이유와 함께 한국 유튜브 조회 수 '톱 3'에 드는 트로트 가수 임영웅과 대조해 보면 차이가 뚜렷하다. 임영웅은 같은 기간 전 세계에서 조회 수 6억4700만회를 기록했다. 그런데 이 중 6억1600만회(95.2%)가 한국에서 재생된 것으로 나타났다. (혹시나 해서 덧붙이는데, 임영웅의 성과는 이대로 눈부시다. 다만, 팬을 확대하는 방식이 아이돌 가수와 다르다는 의미다.)

갑 제20호증

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 263 of 355

## The JoongAng



가수 임영웅은 방탄소년단(BTS), 아이유와 함께 국내 유튜브 조회수 톱3에 든다. 사진은 지난해 12월 2일 서울 강서구 KBS 아레나에서 열린 '2021 아시아 아티스트 어워즈(AAA)' 레드카펫 행사에 참석해 포즈를 취하고 있는 임영웅. 뉴스1

더군다나 해외에서 K팝 솔로 가수로 활동하는 것은 불리하다. 서로 다른 매력을 지닌 멤버 여러 명이 다양한 '취향'을 동시에 공략하는 그룹에 비해 솔로는 혼자 모든 것을 보여주기 때문이다. 아이유는 주력 장르가 발라드인데다가, K팝 특징으로 박수받는 '칼군무'를 보여주지도 않는다. 그런데도 그가 상당한 해외 팬덤을 확보하고 있는 것은 K팝의 확장 가능성을 보여주기도 한다.

전영선 기자 azul@joongang.co.kr

ADVERTISEMENT



## 이태일의 인사이드 피치

 동대문야구장은 흔적도 없다 뭇 시장님, 잠실은 안녕할까요

 '겨울 야구'는 반가웠다, 그러나… KBO 스타들의 찜찜한 이벤트

⌄

갑 제20호증

# The JoongAng



**1/10**

**전영선**
**중앙일보 국장**

엔터기업 기사를 씁니다.

azul@joongang.co.kr

구독

`# K엔터`   `# K팝`   `# 유튜브 음악 차트`   `# BTS`   `# 방탄소년단`   `# 아이유`   `# 임영웅`   `# 알카야그닉`   `# 배드 버니`   `# IU`   `# K팝 세계화 리포트`

AI로 중앙일보 주요 기사를 단 1분 만에!
**세상을 읽는 가장 빠른 방법**

**K엔터**

구독

엔터테인먼트 엔터프라이즈의 모든 것

| 이전 | "흙수저에 남은건 아이돌뿐"…극한훈련 버티는 K팝 악바리 |
|---|---|
| 다음 | 마약·버닝썬에 사실상 4년 자숙…YG '빅뱅 컴백' 복잡한 속내 |

27                                                                      7

**kora****                                                      2022.04.05 14:51

`주식에서 손 떼고 음반 준비 중인 쥴리, 토착왜구 오빠들 환장 예정`^~^

2        6

**sang****                                                      2022.04.05 10:10

음악시장 규모를 조회수로만 보면 안되요. 나라를 봐야 되요. 일본이나 미국에서 한번 클릭하는 건 인도에서 100번 클릭하는 정도라고 해야 할까? 유튜부에서 지불하는 돈이 틀려요. 인도에서 1억번 클릭해도 미국에서 천만번 클릭한 것에도 비교가 안된다는 것. 경제수준에 따른 것이기 때문에 어쩔 수 없어요.

11        2

**ylim****                                                      2022.04.05 09:15

아이유 정말 이쁘고 노래도 잘하죠 ~ 단점 이라면 !....., 다리가 숏~ 오징어가 아닌 ~ 한치 라는것 이죠 ?

9        37

댓글 작성하기

∨

갑 제20호증

## The JoongAng

₩280,000

₩280,000  ₩210,000  ₩290,000  ₩215,000

● ● ●

---

## 함께 본 기사

### 쿠팡, 3370만건 정보 유출에도 "미국법 위반 아냐"…국내 영업정지 가능성은

2025.12.18 12:53

### "비트코인, 내년 4만달러까지 하락할 수도"…전문가 "승자는 금과 달러"

2025.12.17 14:04

### 비트코인 86.5조 가진 이 회사…주가 600% 치솟더니 지금은?

2025.12.17 15:29

---

## 당신을 위한 추천기사

갑 제20호증

# The JoongAng



**홍콩紙 "9년 '한한령' 완화 유망"…1월 K팝 콘서트 주목**

---

**Innovation Lab**

**2025년 홀리데이 에디션**

Posted by 더 하이엔드

✕

The JoongAng Plus

⌄

오피니언

정치

# The JoongAng

국제

문화

스포츠

라이프

피플

스페셜

로그인    전체 서비스

고객센터    이용약관    개인정보 처리방침    청소년 보호정책

주소 : 서울특별시 마포구 상암산로 48-6 (우) 03909      전화 : 02-751-5114      등록번호 : 서울 아 01013      등록일자 : 2009.11.2      발행인 : 박장희      편집인 : 고현곤

사업자명 : 중앙일보㈜      사업자등록번호 : 110-81-00999      대표자명 : 박장희

통신판매업신고번호 : 2020-서울마포-3802

Copyright by JoongAng Ilbo Co., Ltd. All Rights Reserved

갑 제20호증

홈　　**최강볼펜**　　**연예**　　야구　　축구　　스포츠종합　　라이프　　만화　　K-Culture

방송　　화보　　음악　　영화

# 아이유, 글로벌 팬덤과 첫 만남

입력 : 2025.05.13 14:31

**이선명 기자**



홈   **최강볼펜**   **연예**   야구   축구   스포츠종합   라이프   만화   K-Culture

방송   화보   음악   영화

가수 아이유가 글로벌 팬덤과 만난다.

카카오엔터테인먼트(대표 권기수 장윤중)는 13일 글로벌 K컬처 팬 플랫폼 '베리즈 (Berriz)'에 가수 아이유의 첫 공식 글로벌 팬 커뮤니티를 오픈했다고 이날 밝혔다. 지난해 대규모 월드투어와 넷플릭스 시리즈 '폭싹 속았수다'를 통해 전 세계 팬층을 확대한 아이유는 이번 커뮤니티 개설로 글로벌 '유애나(UAENA)'와 직접적인 소통 을 강화할 방침이다.

베리즈는 아티스트별 독점 IP 콘텐츠와 멤버십 기능을 결합한 플랫폼으로 2024 년 11월 베타 서비스를 시작한 이후 누적 가입자 50만 명을 넘어섰다. 아이유 커뮤 니티 개설을 기념해 기존 다음 공식 팬카페 'From. IU'의 게시물 사진 영상 등 모든 기록을 순차 이관한다. 팬들은 글로벌 팬클럽 '유애나 8기' 인증을 마친 뒤 디지털 멤 버십 카드를 발급받아 'UAENA ZONE'의 비하인드 영상 포토북 인터랙티브 챌린지 등 독점 콘텐츠를 이용할 수 있다.



아이유 글로벌 팬덤 커뮤니티. 카카오엔터테인먼트 제공

커뮤니티 오픈 이벤트로 5월 14일 오후 10시 30분 베리즈에서 '보이스 라이브'를 열어 실시간 채팅으로 근황을 공유한다. 이어 5월 15~18일 서울 성수 연남 용산 3개 지역에서 순차 운영하는 'IU HBD CAFE'에서는 공식 회원에게 기념 음료와 한정 굿즈를 증정한다. 현장에서는 멤버십 카드 스탬프 이벤트를 통해 추가 선물을 제공할 예정이다.



### 점점 커지는 흑자 '이렇게' 해결했어요
오래된 흑자 간단하게 해결

피부임상연구원 | Sponsored    더 알아보기

카카오엔터테인먼트 관계자는 "아이유가 베리즈를 통해 전 세계 팬과 더욱 밀착 소통할 것"이라며 "앞으로 다양한 아티스트 IP 콘텐츠를 글로벌 팬과 함께 즐길 수 있도록 플랫폼을 지속 강화하겠다"고 밝혔다.

아이유는 2008년 데뷔 이후 16년간 꾸준히 국내외 팬덤을 확장해 왔다. 특히 2024년 월드투어 'LILAC WORLD TOUR'에서는 유럽 북남미 아시아 등 20개 도시에서 연인원 50만 명을 동원했으며 넷플릭스 다큐 공개 연으로 스트리밍 1위 지역이 확인

발급·활용을 통해 팬 활동 참여도를 높이는 한편 차세대 메타버스 콘텐츠도 순차 공개할 계획이다.

## 주요 기사

유재석, '조폭연루설' 조세호에 일침…"스스로를 다시 돌아보길" (유퀴즈)

'9년 열애' 라도♥윤보미, 내년 5월 결혼…연예계 능력자 부부 한 쌍 추가요

"치명적 뒤태!" 심형탁 아들 하루, 기저귀 모델 꿰찼다

장영란, 결혼 후 전남친 만났었다…"♥한창 알면 난리 날 것" (A급)

'응팔 진주' 김설, 폭풍 성장 근황 "영재교육원 수료, 비결은…" (유퀴즈)

0

기사 댓글 보기

 이선명 기자

이경실 아들, 군법 위반 감찰…위법 시 '영창'

조세호 '조폭 연루' 폭로자 "법적대응? 연락해라"

## 오늘의 인기 뉴스





홈    **최강볼펜**    **연예**    야구    축구    스포츠종합    라이프    만화    K-Culture

방송    화보    음악    영화

"치명적 뒤태!" 심형탁 아들 하루, 기저귀 모델 꿰찼다



'9년 열애' 라도♥윤보미, 내년 5월 결혼…연예계 능력자 부부 한 쌍 추가요



## 실시간 뉴스

"무조건 하라! 거절하지마라! 뻔뻔해져라!" 은퇴 선수의 롤 모델, '직업부자' 김원일의 레슨 셋



블라, 신곡 'Falling for You' MV티저 공개



'혹시나' 하는 불안감, 하루 만에 털어낸 안세영… 2연승으로 '왕중왕전' 4강 확정



연예

야구

축구



25. 12. 18. 오후 4:44

홈    최강볼펜    연예    야구    축구    스포츠종합    라이프    만화    K-Culture

방송    화보    음악    영화

**최신기사**

**만화**

**갤러리**

**기사제보**

**디지털 지면 보기**

**옛날 신문 보기**

**지금 많이 본 기사**

**기획·연재**

**K-Culture**

**지면 구독신청**

**디지털 초판 보기**

**RSS**

회사소개    구독신청    온라인광고    사업제휴    채용    기사제보    회원약관    개인정보처리방침    사이트맵

문화·교육

family site

서울시 중구 정동길3 경향신문사    고객센터 : 02-3701-1114    등록번호 : 서울 아02037    등록일자 : 2012.03.22

발행인 : 김석종    편집인 : 이기수    청소년보호책임자 : 남지원

ⓒ 스포츠경향 All Rights Reserved. 무단 전재 및 재배포 금지

갑 제21호증

Case 5:26-mc-80211-SVK　　Document 1-1　　Filed 07/15/26　　Page 274 of 355

𝕏

← 게시물

**Netflix Korea | 넷플릭스 코리아** ✅ 　　　　　　　　…
@NetflixKR

글로벌 TOP10 비영어 부문,
시리즈 1위 <폭싹 속았수다> & 영화 1위 <계시록> 동시 석권! 🎉

전 세계가 빠져든 두 작품, 지금 오직 넷플릭스에서 만나보세요.

오후 12:00 · 2025년 3월 26일 · **19.5만** 조회수

💬 26　　　🔁 934　　　♡ 2.2천　　　🔖 73　　　↑

💬 답글 26개 읽기

X는 처음

지금 가입해서

G

가입하시려면
방침에 동의해

**무슨 일이**

대한민국에서
**폭발물 설치**

대한민국에서
**연예대상 동**

대한민국에서
**토탈패키지**
게시물 1,080

테크놀로지 · 실
**저속노화**
게시물 21,730

더 보기

이용약관 ｜ 개
광고 정보 ｜ 더

**최신 소식을 놓치지 마세요**
X 사용자들은 가장 먼저 새 소식을 듣습니다.

갑 제22호증

로그인

**X**

: 2026. 06. 25. 17:42
( )
: 2026. 06. 25. 17:39

X는 처음

지금 가입해서

가입하시려면
방침에 동의해야

## 무슨 일이

대한민국에서
**폭발물 설치**

대한민국에서
**연예대상 동**

대한민국에서
**토탈패키지**
게시물 1,080

테크놀로지 · 실
**저속노화**
게시물 21,730

더 보기

이용약관  |  개인
광고 정보  |  더

최신 소식을 놓치지 마세요
X 사용자들은 가장 먼저 새 소식을 듣습니다.

로그인

갑 제22호증

Case 5:26-mo-80211-SVK   Document 1-1   Filed 07/15/26   Page 276 of 355
:2026.06.25.17:42          (       )          :2026.06.25.17:39



### 스레드
조회 135회

**7hyejin** 2025-03-23

아이유는 딱 동남아 수준. 미국 유럽 일본 선진국에서는 인기가 전혀 없죠. 아이유 제제 소아성애 컨셉 논란도 엄청난건데...묻혀서는 안되요.

♡    💬    ⟲    ◁ 1

갑 제23호증

https://www.threads.com/@7hyejin/post/DHhttOYytKM?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7lqrMHhbO5YcGp94TA          1/2



 **bom_110011** > **폭삭속았수다** 2025-03-22

확실히 아이유가 등장할 때마다
뭔가 어정뜨구나.
자꾸 스킵하게 되네.

영화관에서 알바를 해도 고학생 느낌이 아니라 체험 나온 애 같고

7년 사귄 약혼자와 헤어지는데도 그냥 1차원적인 연기 밖에 안 보여.

노래는 여신인데
그냥 작품을 위해서
진짜 배우에게 양보하면 안 되나?
작품이 아까워서 그래....작품이

폭삭속았수다

 1천    155    2    28

**7hyejin** 2025-03-23

아이유 해외팬들 없어요. 해외 콘서트에는 주로 중국애들입니다. 미국 교포가 아이유 티켓 마트에 공짜표 뿌렸다는 글 올렸습니다. 폭싹 속았수다 드리마 미국 유럽 일본 순위에 못들고 남미도 낮아요. 동남아만 약간 반응있고 시청율 낮아요. 600억 들인 드라마 치고는 망한 드라마가 현실입니다. 아이유 연기 못한다는 네이트판 댓글 추천수 1000 넘었는데 삭제되더군요. 아이유 불리한 글은 모두 삭제하고 찬양글만 남겨둡니다. 바이럴 엄청 풀어요. 모두 사실입니다.

 4    1    1

**shxsp** 2025-03-24

님 진지하게 정신병원 가보세요... 왜요 아이유가 사실 간첩이라고도 하시지 ㅋㅋㅋ

    1

**7hyejin** 2025-03-24

사실 팩트 기반을 인정을 안하고 우기는게 아이유 팬들 특징이라고 다들 그러더군요. 님이 아이유 팬 수준 딱 증명하시네요. 잘 알았습니다. 팩트 기반 반박을 하던가. 폭삭 속았수다 넷플릭스 퍼트롤 200대. 600억 쓰고 역대급으로 망한 한국 드라마입니다.

 1    1    1

**shxsp** 2025-03-24

아이유 월드투어할때 표를 뿌린다고 하시는데 그건 타 아이돌이나 타 가수들도 월투돌면 표 많이 뿌립니다... 심지어 국내콘도 많이 뿌려요;; 그리고 콘서트 잘 안가보셔서 모르시나본데 해외콘이던 국내콘이던 중국인은 어떤 콘을 가던지 진짜 상상 이상으로 많아요... 좀 알아보고 말하세요... 아휴 팬수준 운운하시는데 본인이 아는게 전부인것마냥 구

갑 제24호증



25. 12. 18. 오후 1:48

### 스레드
조회 78회

겠어요?

♡ 1    💬 2

**7hyejin** 2025-03-24

제주도 초반에 나오고 주로 서울에서 아이유 연애 결혼 얘기던데요? 그래도 넷플릭스 시청률 낮으니 이건 진짜
망했다는 반응이에요. 저처럼 생각하는 사람들이 많다는게 사실입니다. 작품이 좋으면 제주도 충분히 어필되죠. 오히려 유채밭 배경은 충분히 매력적인데 그건 핑계입니다. 우리가 외국 드라마 시골 배경도 재미있게 보잖아요. 그리고 아이유 진짜 해외팬이 많다면 재미없어도 드라마 보겠죠. 해외에 아이유 찐팬이 없다는 반증입니다. 아이유는 중국 바이럴이 너무 많아요. 다들 알고 있는 사실이죠. 블랙핑크 제니 로제 방탄 같으면 스스로 외국토크쇼도 가잖아요? 아이유는 해외팬이 없으니 혼자 절대 못하죠. 그리고 아이유 못생긴 얼굴이 드라마 진입장벽이라고 많은 한국 사람들도 폭싹 보기를 포기하더군요.

♡    💬 1        ▷ 1

인기순 ⌄                                     활동 보기 >

**shxsp** 2025-03-24
네네네...

♡    💬

**shxsp님에게 응답한 다른 답글**

**7hyejin** 2025-03-24
아 그런가요? 아이유 콘서트에는 유난히 중국인들이 많다고 해서. 아이유가 바이럴 풀어대는게 유명해서 콘서트에도 바이럴 많다던데요. 아이유 진짜 해외팬이 많다면 왜 폭삭 속았수다 미국 유럽 일본 선진국에서는 순위안에 못들까요? 남미 순위도 떨어지고. 아이유 해외인기는 없다는 증거인거죠. 폭삭속았수다 퍼트롤 200대에요. 해외인기는 전혀 없다는걸 보여줍니다. 이건 조작이 안되니까. 동남아애들만 아이유 좀 좋아하던데 딱 아이유는 후진국에나 통하는거죠. 국내 커뮤는 아이유 댓글 부대 엄청 많은거 직접 봤어요. 아이유 못생기고 연기 못한다 하면 삭제 시키더군요. 모두 사실 기반입니다.

♡    💬 1        ▷ 1

갑 제24호증



**bom_110011** > 폭삭속았수다 2025-03-22

확실히 아이유가 등장할 때마다
뭔가 어정뜨구나.
자꾸 스킵하게 되네.

영화관에서 알바를 해도 고학생 느낌이 아니라 체험 나온 애 같고

7년 사귄 약혼자와 헤어지는데도 그냥 1차원적인 연기 밖에 안 보여.

노래는 여신인데
그냥 작품을 위해서
진짜 배우에게 양보하면 안 되나?
작품이 아까워서 그래....작품이

폭삭속았수다

♡ 1천    ◯ 155    ⟲ 2    ▽ 28

**zxcvbyt674** 2025-03-24

이렇게 공론화된곳에 본인 생각이 정답인듯 불만을 쓰실거라면 본인이 배우하시던지 아니면 감독이 되셔서 작품을 찍으세요. 저는 진짜 잘봐서 이글이 아쉬워서 하는 말이에요

♡ 7    ◯ 1    ⟲    ▽

**7hyejin** 2025-03-24

그건 님의 생각이고 아이유 연기 못하고 미스캐스팅이라는 네이트판 게시물에 추천수 1000명이 넘었는데 삭제되었어요. 아이유는 늘 이런 식으로 언론통제를 하는게 문제입니다. 비판글은 삭제하고 찬양글만 남겨둬요. 그럼 연예인 하지 말아야줘. 여기가 공산주의입니까? 아무리 카카오가 중국자본이라도 이건 잘못된겁니다. 그런 비판의식도 없는 사람은 문제가 있는 사람입니다.

♡    ◯ 2    ⟲    ▽ 1

**dong_10__** 2025-03-24

스레드
조회 29회

♡    ◯ 1    ⟲    ▽

**7hyejin** 2025-03-24

유튜브에도 아이유 못생겼다 쓰면 댓글 삭제됩니다. 아이유 팬과 바이럴이 하도 설쳐대서 아이유 안급금지된 커뮤게시판도 많아요. 악명이 높은 팬덤이더군요. 폭싹 속았수다 아이유 못생기고 연기못한다는 반응이 많은데 600억 제작비 다 바이럴에 썼냐는 말도 많더군요. 폭싹속았수다 넷플릭스 퍼트롤 200점대던데 폭망하고 아이유 영화 드림 브로커도 망했고 아이유 브랜드평판 지수도 100위가까이 추락했는데 여전히 바이럴 풀고 언론조작해도 대중





**bom_110011** › **폭삭속았수다** 2025-03-22 ···

확실히 아이유가 등장할 때마다
뭔가 어정뜨구나.
자꾸 스킵하게 되네.

영화관에서 알바를 해도 고학생 느낌이 아니라 체험 나온 애 같고

7년 사귄 약혼자와 헤어지는데도 그냥 1차원적인 연기 밖에 안 보여.

노래는 여신인데
그냥 작품을 위해서
진짜 배우에게 양보하면 안 되나?
작품이 아까워서 그래....작품이

폭삭속았수다

♡ 1천    💬 155    ⟲ 2    ▷ 28



**zxcvbyt674** 2025-03-24 ···

이렇게 공론화된곳에 본인 생각이 정답인듯 불만을 쓰실거라면 본인이 배우하시던지 아니면 감독이 되셔서 작품을 찍으세요. 저는 진짜 잘봐서 이글이 아쉬워서 하는 말이에요

♡ 7    💬 1    ⟲    ▷



**7hyejin** 2025-03-24 ···

그건 님의 생각이고 아이유 연기 뭣하고 미스캐스팅이라는 네이트판 게시물에 추천수 1000명이 넘었는데 삭제되었어요. 아이유는 늘 이런식으로 언론통제를 하는게 문제입니다. 비판글은 삭제하고 찬양글만 남겨둬요. 그럼 연예인 하지 말아야줘. 여기가 공산주의입니까? 아무리 카카오가 중국자본이라도 이건 잘못된겁니다. 그런 비판의식도 없는 사람은 문제가 있는 사람입니다.

♡    💬 2    ⟲    ▷ 1



**zxcvbyt674** 2025-03-24 ···

님은 우리나라 말 맞춤법이나 제대로 쓰고 중국이 어떻고, 공산주의가 어떻고 말 하세요..ㅋㅋ 그리고 다시 한 번 말하지만 전 잘 봤어요..ㅋㅋ

← **스레드** ···
조회 38회



오타난걸 맞춤법 지적하는 모자람은...아이유 바이럴들하고 똑같네요. 아이유나 그 팬이나 바이럴이나 후진국 수준인거죠. 보는눈 있는 사람은 절대 안봅니다.

♡    💬 1    ⟲

: 2026. 06. 25. 17:42
: 2026. 06. 25. 17:39



**zxcvbyt674** 2025-03-24

본인은 그 흔한 오타도 안고치고 글을 쓰면서 나라가 바뀌길 기대하십니까..저도 더이상 할 말이 없네요

♡　Q 1　⟳　▷

**7hyejin** 2025-03-24

오타랑 나라와 무슨 상관임? 아이유 드라마 보는 사람이라 역시 수준 떨어지는군. 폭싹 600억 쓰고 망한건 아시죠? 퍼트롤 200대...퍼트롤 모르나?

♡　Q 1　⟳　▷ 1

인기순 ⌄ 　　　　　　　　　　활동 보기 ›

**zxcvbyt674** 2025-03-24

님은 그 흔한 오타도 안고치면서 나라가 문제라고 얘기하냐고요ㅋㅋ진짜 알아듣지도 못하고 그냥 평생 남 미워하면서 사세요 팬이면 얻는거라도있지 님은 그냥 그렇게 사세요 다 제 잘못입니다 ㅇㅇ

♡　Q　⟳　▷



갑 제26호증

: 2026. 06. 25. 17:42    ( )     : 2026. 06. 25. 17:39

(주)포타엥 구라와 무슨 상관임? 에이뷰 프리미 보는 사람이라 택시 수준 떨어지든요. 폭싹 600원 쏘모 광인건 아냐죠? 퍼트롤 200…

열람용

갑 제26호증

https://www.threads.com/@7hyejin/post/DHjq5R5TaEX?xmt=AQF0zBKOYlCkoH_deBEjlAssi1rX7IqrMHhbO5YcGp94TA





**bom_110011** › 폭삭속았수다 2025-03-22

확실히 아이유가 등장할 때마다
뭔가 어정뜨구나.
자꾸 스킵하게 되네.

영화관에서 알바를 해도 고학생 느낌이 아니라 체험 나온 애 같고

7년 사귄 약혼자와 헤어지는데도 그냥 1차원적인 연기 밖에 안 보여.

노래는 여신인데
그냥 작품을 위해서
진짜 배우에게 양보하면 안 되나?
작품이 아까워서 그래....작품이

폭삭속았수다

♡ 1천   💬 155   ⟳ 2   ▷ 28

**스레드**
조회 24회

이 배우야신지 아니면 겸손이 되셔서 작품을 찍으세요. 저는 진짜 잘봐서 이글이 아쉬워서 하는 말이에요

♡ 7   💬 1   ⟳   ▷



**7hyejin** 2025-03-24

그건 님의 생각이고 아이유 연기 뭣하고 미스캐스팅이라는 네이트판 게시물에 추천수 1000명이 넘었는데 삭제되었어요. 아이유는 늘 이런 식으로 언론통제를 하는게 문제입니다. 비판글은 삭제하고 찬양글만 남겨둬요. 그럼 연예인 하지 말아야줘. 여기가 공산주의입니까? 아무리 카카오가 중국자본이라도 이건 잘못된겁니다. 그런 비판의식도 없는 사람은 문제가 있는 사람입니다.

♡   💬 2   ⟳   ▷ 1

**zxcvbyt674** 2025-03-24

님은 우리나라 말 맞춤법이나 제대로 쓰고 중국이 어떻고, 공산주의가 어떻고 말 하세요..ㅋㅋ 그리고 다시 한 번 말하지만 전 잘 봤어요..ㅋㅋ

♡ 1   💬 2   ⟳   ▷

**7hyejin** 2025-03-24

님 수준이 낮으니까 아이유 드라마를 보는거죠. 실제로 폭싹 드라마 동남아인들만 좀 보고 미국 유럽 일본은 관심도 없더군요. 아이유가 연기 너무 못하고 못생겨서. 웨딩드레스 입은 신부가 아이유처럼 못생긴거 처음 봤어요. 님이 딱 동남아 후진국 수준인증하는군요..

갑 제27호증

**zxcvbyt674님에게 응답한 다른 답글**

**7hyejin** 2025-03-24 · · ·

오타난걸 맞춤법 지적하는 모자람은…아이유 바이럴들하고 똑같네요. 아이유나 그 팬이나 바이럴이나 후진국 수준인거죠. 보는눈 있는 사람은 절대 안봅니다.

♡　💬 1　↻　✈ 1

열람용

갑 제27호증

스레드
조회 32회

**7hyejin** 2025-03-24 ···

아이유 연가못해요. 사람 보는눈 있으면 아이유 드라마 안봅니다. 팩트로 말해줘도 못알아 들으니 님은 그냥 아이유 수준처럼후진국형 마인드이네요. 저는 이유없이 까지 않아요. 아이유는 그동안 수많은 잘못을 하고 은폐하고 있고 알만한 사람 다 알아요. 님 수준은 그거밖에 안되니까 계속 보세요. 넷플릭스에서 망한 수준낮은 드라마. 폭싹 퍼트롤 270대.

♡  ◯  ⟳  ▽ 1

갑 제28호증



: 2026. 06. 25. 17:42

: ( )

: 2026. 06. 25. 17:39

(9+) 이이큐 연구했듯해요. 사람 보는눈 있으면 아이큐 드라마 안봅니다. 팩트로 꼽에쥐도 못알아들으니답은 모냥아이큐 수준처럼후...

열 람 용

갑 제28호증



← **스레드**
조회 77회 •••

 **7hyejin** 2025-03-24 •••

아이유 좋다는 사람들은 동남아 수준이라구요. 실제로 폭싹 속았수다 아이유 는 선진국에서 인기 전혀 없어요. 님도 아이유도 후진국 동남아 수준인증이 네요. 사람 보는 눈이 그것밖에 안되는걸 보니 딱하네요. 아이유 표절 소아성 애 바이럴 역바이랄 악플이 아니라 다 사실인데. 님 수준대로 사셔요. 아이유 연기 못하고 못생겼다는 사람도 많아요. 사람 보는 눈이 있는거죠. 폭싹 퍼트 롤 200대면 망한 드라마에요. 퍼트롤이 뭔지도 모르나? 객관적인 자료를 줘 도 악플 타령이네. 검색해보시던가. 동남아 사람들만 좀 보는 드라마이더군 요. 미국 유럽 일본 선진국은 아이유 관심없어요. 600억 쳐들이고 넷플릭스는 왜 가서 망하는지 원.

♡  💬  ↻  ✈ 1

열람용


갑 제29호증



25. 12. 18. 오후 2:30    (주)아이어규 올리는 사람들은 동남아 수준이라구요. 실제로 폭삭 꼭았구만 아이어규는 선진국에 사람이 진짜 없어요. 단또 아이유도 후…

: 2026. 06. 25. 17:42    :    (    )         : 2026. 06. 25. 17:39

열람용

갑 제29호증



:2026.06.25.17:42     : ( )     :2026.06.25.17:39

네이트 메인가기

로그인 메일 뉴스 판 TV 톡톡 만화 게임 쇼핑 더보기

전체

홈   **톡톡**   팬톡                                                              내가 쓴 글 보기

**9/15[월] 첫방송 신사장프로젝트**
협상과 협박은 한 끗 차이 고객 맞춤형 해결 서비스
tvN Drama

톡톡  엔터톡  채널보기                                      목록  이전글  다음글

# 오락가락 故 설리 친오빠, 아이유 저격→김수현 측 나체 강요 NO 알고 있었다[이슈와치]

쓰니  2025.04.03 07:33                                          조회 203



김수현(뉴스엔DB), 영화 '리얼' 속 고(故) 설리

[뉴스엔 이슬기 기자] 故 설리 친오빠가 또 다른 의혹을 제기하고 나섰다. 앞서 제기했던 故 설리의 '리얼' 노출신 강요 주장에 대해서는 입장을 바꿨다. 생전 고인이 겪었을 억울한 일들을 풀고 싶은 유족의 마음을 이해하지만, 무차별적인 실명 폭로와 근거 없는 주장은 역풍도 각오해야 하는 상황이다.

설리 친오빠는 4월 3일 소셜미디어에 "골든 메달리스트 편에서 올린 입장문 잘 봤습니다. 대역 배우가 아닌 스탠딩 배우였다고요"라고 입을 열었다.

이어 그는 "강요 의혹 제시 했었지만 여럿 증언에 따라 강요는 없었다라는거 입장문 올리시기 몇일전에.. 인지 했습니다. 콘티대로 진행도 하셨을거라 생각합니다"라고 달라진 입장을 전해 시선을 끌었다.

앞서 고인의 친오빠 A씨는 3월 28일 영화 '리얼' 촬영과 관련 김수현, 영화감독 이사랑(이로베) 형제에 대한 폭로를 해 파장을 불렀다. 고인은 과거 김수현이 주연을 맡고 이사랑 감독이 연출한 영화 '리얼'에 출연했다.

A씨는 고 설리와 김수현의 베드신이 당초 대본에 구체화되지 않았으며 당시 현장에 대역 배우가 있었지만 고 설리를 설득해 베드신과 나체신을 강요했다고 주장했다. 또 해당 신을 촬영할 당시 대역 배우가 건강상 이유로 현장에 오지 못했다고 했는데, 고 설리의 빈소를 찾은 이들이 대역 배우가 현장에 있었다고 증언했다며 두 사람의 입장을 요구했다.

## 다양한 톡톡 채널을 즐겨찾기에서 이용해 보세요!

 명예의 전당

| | |
|---|---|
| 사는얘기 | 남편 VS 아내 |
| 10대 이야기 | 남자들끼리만 |
| 20대 이야기 | 여자들끼리만 |
| 30대 이야기 | 결혼/시집/친정 |
| 40대 이야기 | 맞벌이 부부 이야기 |
| 50대 이야기 | 임신/출산/육아 |
| 싱글톡 | 남자들의 속깊은이야기 |
| | |
| 훈훈한 이야기 | 사랑과 이별 |
| 세상에 이런일이 | 해석 남/여 |
| 나 억울해요 | 사랑,고백해도 될까요? |
| 묻고 답하기 | 지금은 연애중 |
| 대한민국 이슈 | 헤어진 다음날 |
| 개념 상실한 사람들 | 군화와 고무신 |
| 믿음과 신앙 | 군대일기 |
| | |
| TV톡 | 회사생활 |
| **엔터톡** | 취업과 면접 |
| 스타/스포츠 | 알바 경험담 |
| 배꼽조심 유머 | 백수&백조이야기 |
| 웃기는 사진/동영상 | |
| 엽기&호러 | 동물 사랑방 |
| 웹툰&카툰 | 요리&레시피 |
| | 뷰티&스타일 |
| 야구야구 | 건강/다이어트 |
| 판춘문예 | 여행을 떠나요 |
| | 포토스토리 |
| | 생활/노하우 |


coupang 12시 전 주문, 내일도착!

nate 게임  확률형아이템 포함
조선이별 W
초선이
K-좀비 사냥 MMORPG
이제, 조선의 밤은 피로 물든다.
사전예약 진행중

**어마마마가 해주신 명란 파스타** (6)
[방탈죄송] 지역감정 및 종교 .. (76)
24살인데 지금 3400만 원 모았으면.. (21)
누가 독촉하는 것도 아닌데 나이에.. (8)
지금이라도 간호학과 진학을 포기.. (10)
**주말에도 회사 여직원과 연락을 주..** (255)

갑 제30호증

뿐만 아니라 "설리가 피오와 1년 정도 사귀었다" "김수현 이사랑 이진호 곽태영. 이정섭. 아이유 김선아 설리 구하라 김새론 한지은 수지 안소희. 골든메달리스트. 리얼" 등의 무차별 폭로를 이어갔다.

그는 "아이유-김수현과 친분. '리얼' 최초 여주연 제의 거절 후 설리에게 시나리오 던짐"이라고 부연하면서 故설리와 故구하라, 故김새론이 같은 정신과에서 치료를 받았다며, 해당 병원은 당초 故설리가 아이유로부터 소개 받은 곳이라는 주장도 덧붙였다.

그는 "'리얼' 촬영 현장에 대역 있었다. 콘티대로 진행했으나 개봉 이후 '이 정도로 편집할 거 같았으면 대역 써도 괜찮지 않았나'라고 당시 의문점 전달. 당시 설리는 육체적으로나 정신적으로나 힘든 상황이었다"고도 적었다. A씨는 "아이유가 '리얼'의 원래 여주인공이었다"고 주장하지만, 아이유는 '리얼'에 카메오로 출연했다. A씨가 이름을 언급한 수지, 안소희 역시 '리얼'에 카메오로 짧게 출연했다.

다만 해당 폭로는 관계 없는 스타들의 이름을 소환하고 고인의 과거 사생활까지 들춘다는 싸늘한 여론의 역풍을 맞이해야 했다. 아이유 측은 이와 같은 주장에 대해 "입장은 따로 없다"고 밝혔다. A씨는 결국 해당 글을 삭제했다.

이후 김수현 소속사 골드메달리스트 측은 4월 2일 공식 보도자료를 통해 "고 최진리 배우가 연기했던 여자 주인공 송유화 역할은 시나리오에서부터 베드신이 있었기 때문에 캐스팅할 때 '노출 연기가 가능한 배우'를 명시했다. 일반적인 구인 공고에서도 직무에 필수 조건이 붙는 것처럼 송유화 역할은 노출 연기가 필요한 설정이었으므로 사전에 고지돼야 하는 사항"이라고 밝혔다.

골드메달리스트 측은 "고 최진리 배우와 당시 소속사에게 전해진 시나리오에도 베드신이 있었으며 송유화 캐릭터를 설명하는 자료에는 노출 수위의 시안이 있었다. 또한 출연계약서를 작성할 때에도 노출 범위에 대한 조항을 별도로 기재했다. 고 최진리 배우와 당시 소속사는 모든 내용을 충분히 검토하고 출연을 결정한 것"이라며 "그럼에도 베드신은 배우들에게 큰 용기가 필요하다는 것을 알기에 제작진은 충분한 사전 준비 과정을 가졌고, 고 최진리 배우는 베드신에 대해 사전에 숙지하고 촬영에 임했다"고 해명했다. 이와 함께 골드메달리스트 측은 베드신 포함 모든 장면의 촬영을 진행했던 영화 '리얼' 김중옥 조감독, 이준현 스크립터의 사실확인서를 첨부했다.

김수현 측의 입장을 받아들였지만, A씨는 의혹 제기를 멈추지 않았다. 설리의 베드씬에 이어 문제를 제기한 건 이정섭 감독의 하차. 그는 "허먼 촬영 당시에 영화에 관련되어 아무런 문제가 없었다면 이정섭 감독의 도중 하차 관련 되어서도 투명하게 공개를 요청합니다"라는 목소리를 냈다. 그는 "제가 들은 내용으로써는 이정섭 감독님 께서 리얼 감독직에 있을때 이미 80프로 녹화가 진행이 되었었다라는것. 그만한 분량을 찍고서도 하차 하는것이 제 상식선에선 이해가 되지 않습니다. 이말에도 오류가 있다면 오류가 있는점도 알려주셨으면 감사하겠습니다"라고 전했다.

이슬기 reeskk@newsen.com

---

## 1    0

목록 | 인쇄 | 신고    이전글 다음글

갑 제30호증

아무리 이해해 보려 해도 이런 직.. (5)
시어머니 되실 분 때문에 파혼 고.. (26)
돈 안 갚는 대학 동기 진짜 어떻게.. (8)
자영업 3년 차, 인간의 욕심은 끝.. (8)

**1**/2

| 이 남돌 마린룩 변천사 넘 좋아.. (2)
이제서야 말하는 갓 더 비트 비.. (1)
필모에 넣어야 한다는 여배우의 .. (10)
여든이 되기 전에 꼭 이루겠다는.. (2)
먹깨비들에게 가장 무서운 재앙.. (2)
**VIVIZ 엄지가 간직하고 있는 팬..** (2)
임신 막달까지 아내 밥해줬다는 .. (6)
프듀가 끝난 지 거의 10년이 다 .. (21)
시간 되시면 저 결혼하니까 밥 .. (28)
박나래가 서장훈에게 감동한 이.. (12)

**2**/2

| 랭킹옵션

**남편이랑 다툼 막말하는 남편** (315)
시모하고 연 끊습니다. (95)
부산대 국민대 어디가더좋음? (189)
판 슬쿼가 먹은거 맞음 (137)
요즘 10대가 정상인이유 (69)
진짜 간지러움이랑 건선 때문에.. (79)
정국이 ㄹㅇ 사기캐다 (57)
에스파는 어케 미국가서 립싱크.. (51)
렉카들 에스파 안올림? 슴 돈먹.. (35)
피부에 돈 때려부어도 안되는 .. (59)
**에스파 GMA 댓글반응 최종본** (35)
톡선 에스파 글 보고 느낀건데 (30)
에스파 팬들 장난하나ㅋㅋㅋ (28)
아빠 vs 자식 죽음의 이지선다 (13)
각자 통장관리하며 사시는 부부.. (87)
모르는 번호로 전화왔는데 상대.. (4)
혼자 자취하는사람들 무조건 꼭.. (3)
시부모님이 1박 하고 가실 때 .. (239)
독립한게 후회되네요.. (136)
에스파 gma 영상 좌표찍힘? (41)

**1**/2



NEW 보행자사고 변호사자문비용 지원 특약!



**가난할수록 목숨 걸고...** (162)



**근데 에스파 gma 왜 ...** (143)
가뜩이나 소인조그룹인데ㅠ 실력...

**1**/5

**누가 봐도 불쾌한 행동** (61)
남동생 아빠한테 개후두러맞.. (59)
부정선거를 방치한 결과 (367)
요즘 판 들어오기 싫음 (208)
근데 왜 남자들은 (187)
**장원영 ㄹㅇ 한국인 피 안 ...** (219)
남편이랑 다툼 막말하는 남편 (315)
소봄이 기자 실존인물이였음 (90)
에스파 립싱크 (98)


nate 운세
[무료] 9월 열두띠별 무료운세

김수현   최진리   설리   이정섭   수지

**0**개의 댓글

### 댓글쓰기

글꾸미기   이미지 첨부

타인을 배려 하는 마음을 담아 댓글을 달아주세요.
내용에 따라 이용약관 및 관련 법률에 의해 임의 조치를 수행 할 수 있습니다.

댓글운영정책

| 최신순 | 추천순 | 반대순 | 예비베플 **0** | 찬반대결 **0** | 사진댓글 **0** | 작성자 찾기 |

해당 게시물에 댓글이 없습니다.

1

톡톡 홈으로 | 전체목록 | 맨위로

**달콤한 순정**


궁에는 개꽃이 ...
신지상


날것 : 공작가의 ...
로하


부부를 연기 중...
iQIYI Comics

**인기 드라마**


논논비요리 [단행]
앗토


은수저 [단행]
아라카와 히로무


먹짱! [단행]
Tsuchiyama Sigeru

**오늘의 판**   4/5


**10대 이야기** ○○
삼양대 불닭학과 26학번 나


**엔터톡** ○○
옛날 드라마 착장들, 진짜 패션은 돌고 도네

---

판 슴퀴가 먹은거 맞음 (135)

+ 더보기

전정국 진짜 사기캐지 그룹으로..
정국이 ㄹㅇ 사기캐다 (57)

실력은 물론 스타성까지 겸비한 ..
정국이 ㄹㅇ 사기캐다 (57)

20대에 이미 글로벌 대슈스됨 그..
정국이 ㄹㅇ 사기캐다 (57)

예쁘고 몸매도 좋고 걍 완벽함
카리나 몸매 미쳤다 (60)

안유진?? 목걸이...?? ㄴㅁ 예뻐
여자는 목길이가 진짜 중요한듯 (f.. (107)

애초어 백댄서랑 무대아우라 얘..
에스파 GMA 댓글반응 최종본 (35)

**1**/4

coupang
거품없는 가격
쿠팡 Only 상품
바로가기 >

coupang  주문하기

**1**/3

| 시사 | 스포츠 | 연예 |

**'패스트트랙 충돌' 나경원 징역 2.**
[단독]수감 생활 중 '성경 시편' ..   1
"사과하고 물러나야" vs "있을 수..   1
[단독]한살아들 폭행해 사망...부인..   1
[속보] 검찰 '패스트트랙 충돌' ..   1
"영웅 만들어야" 서장, 함구 지시..
빠루 등장한 '패스트트랙 충돌' ..
"헤어지자" 말에 분노, 여친 차로..
중국산 시멘트와 국산 비교 충격..
이재석 경사 당직 동료들 폭로..."..

최근 10분간의 데이터를 기준으로 합니다.

갑 제30호증

네이트 쇼핑추천

**쿠팡  뉴트리원  오늘의집**
물리안  헬렌  플로럴
미나그램  옷단지  로즈몽

2/7



+유니크해+    세련된가을    데님숄더백
+착한가격+    +best~1위+    지금특가로

꾸민듯만듯    +극찬예뻐+    위빙숄더백
상의SET    셔츠60%↓    지금 특가

핏극찬템    뭐~입을까?    만원대니까
레이스예뻐    세트룩sale    부담없어요

+자켓~1위+    올리브오일    플로럴치마
매일입어요    레몬즙1+1    하늘하늘~

게시물 게재규칙 | 판 이용약관 | **개인정보처리방침** | 청소년보호정책 | 광고문의 | 고객센터

정보통신망을 통하여 불법촬영물등, 음란, 저작권 침해 명예훼손, 청소년 유해물, 기타 위법 자료 등을 게시 또는 배포하면
해당 게시물은 경고 없이 삭제되며,
게시자는 법률에 따라 징역형 또는 벌금형에 처해질 수 있습니다.

© NATE Communications

갑 제30호증







**dannis_son** › **아이유** 2025-09-06

고해성사 하는 아이유

**스레드**

조회 5.9천회

**7hyejin** 2025-09-07

[youtu.be/s1lZs...](youtu.be/s1lZs...)

여가수 A의
고.인.마.케.팅

▶ youtube.com

여가수 A의 고인마케팅의 심각성을 알립니다. [한국연예인들이 사라지고 있다] 1부 '고인마케팅' 설리, 종현...

♡ 20     💬     ↻     ▷ 1

활동 보기 ›

갑 제33호증





← **스레드**
조회 72회

 **inside_summer** 2025-09-24

아이유 정치성향이나 성격을 떠나서 옛날엔 아이유노래 좋아했는데
언젠가부터 질림.. 목소리도 질리고.. 그래서 요즘은 랜덤플레이 재생
하다가 아이유노래나오면 넘김
참고로 콘서트도 가본적잇음
예전에 모던타임즈앨범 그시기엔 전곡다들었었는데
요즘은 걍 다 질림

♡ 1.8천    💬 204    ⟳ 2    ▷ 27

 **7hyejin** 2025-09-24

youtu.be/s1lZs...



송현/설리/구하라/문빈/이선균

# 여가수 A의
# 고.인.마.케.팅

**한국연예인이 사라지고있다 1부**

▶ youtube.com

여가수 A의 고인마케팅의 심각성을 알립니다. [한국연
예인들이 사라지고 있다] 1부 '고인마케팅' 설리, 종현...

♡    💬 1    ⟳    ▷ 1

**인기순** ⌄                              **활동 보기** ›

 **inside_summer** 2025-09-24 · 작성자

이거 댓글지우지마 글고 나도 아이유 성격 가치관 다싫어함 난 더군
다나 최애가 설리였거든
근데 걍 아까그글은 노래관해서만 쓴거

♡    💬    ⟳    ▷

**inside_summer님에게 응답한 다른 답글**

 **nazzang_0525** 2025-09-24

나는 연기하는거 오글거려서 못보겠음 엄마가 폭삭 보고 계셔서 잠깐
씩 봤는데 왜 찬양하는지.........


갑 제35호증

: 2026.06.25.17:42    ( )    : 2026.06.25.17:39



## 스레드
조회 9.9천회

 **7hyejin** 2025-04-04 ⋯

아이유 절친 종현이라면서 유서에 저 병원을 아이유가 몰랐다구요? 왜 하필 저 병원을 아이유가 설리한테 소개했나요? 리얼 대본도 원래 아이유한테 갔는데 거절하고 설리한테 던졌다라고 살리오빠가 말하던데. 그 동영상 ytn 뉴스나왔는데 삭제했어요. 왜 아이유는 동영상 댓글 삭제를 많이 하나요? 민주주의에서.

♡ 8    💬 1    ⟳    ▷ 2

인기순 ⌄    활동 보기 ›

 **7hyejin** 2025-04-04    ✎ ⋯
상식적으로 절친 종현이가 그 병원을 탓하는 유서까지 쓰고 죽었다면 우리는 친구를 그 병원에 절대 소개안하죠. 종현이가 공인이라 유서도 다 공개되었는데 아이유는 내용을 알았겠죠. 우리는 일부러 다른 병원을 찾아보는게 상식아닌가요? 내 친구 또 죽는거 원하는 사람 없잖아요. 한명도 큰 상처인데 아이유 주변은 너무 많이 죽었네요. 김수현 아이유 14년 소울메이트 기사도 작년에 났었는데 김수현 소속사 새론이도 같은 정신과 간거 보니 소개해준건지...왜 하필 또 같은병원을 가서...

♡ 3    💬    ⟳    ▷ 2

갑 제36호증

# 스레드
조회 291회

**7hyejin** 2025-04-04

님이 쓴거는 근거가 없고 제가 쓴거는 설리 오빠가 한말을 ytn에서 보도 했는데 동영상 삭제되었습니다. 아이유는 하도 동영상 삭제를 해서 더 이상합니다. 몇일전에 아이유 소속사가 뒷광고 해서 3억 9천만원 벌금형 받은기사 났어요. 직원 고용해서 노래좋아요 허위댓글 쓰게 한 혐의입니다. 아이유 바이럴 댓글부대 있다는 공식적인 기사입니다. 저는 사실 기반으로만 말합니다. 카카오산하 아이돌연구소에서 아이유만 칭찬하고 설리는 엄청 비난하는 댓글올렸다는 기사도 났었죠. 아이유 소속사에사 대체 왜 설리를 괴롭히는 댓글을 쓴걸까요? 전부 기사화된 내용입니다.

♡ 2    💬    ⟳    ◁ 1

활동 보기 ›

갑 제37호증

25. 12. 18. 오후 2:32



열람용

갑 제37호증

25. 12. 19. 오후 12:22 (아)모라민닷컴맞춤법 지적하는 모자람은...아이유 바이럴들하고 똑같네요. 아이유나 그 팬이나 바이럴이나 후진국 수준인거죠. 보는...

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 301 of 355



**bom_110011** ＞ **폭삭속았수다** 2025-03-22

확실히 아이유가 등장할 때마다
뭔가 어정뜨구나.
자꾸 스킵하게 되네.

영화관에서 알바를 해도 고학생 느낌이 아니라 체험 나온 애 같고

7년 사귄 약혼자와 헤어지는데도 그냥 1차원적인 연기 밖에 안 보여.

노래는 여신인데
그냥 작품을 위해서
진짜 배우에게 양보하면 안 되나?
작품이 아까워서 그래....작품이

폭삭속았수다

♡ 1천   💬 155   ⟲ 2   ▷ 28

**zxcvbyt674** 2025-03-24

이렇게 공론화된곳에 본인 생각이 정답인듯 불만을 쓰실거라면 본인이 배우하시던지 아니면 감독이 되셔서 작품을 찍으세요. 저는 진짜 잘봐서 이글이 아쉬워서 하는 말이에요

♡ 7   💬 1   ⟲   ▷

**7hyejin** 2025-03-24

그건 님의 생각이고 아이유 연기 못하고 미스캐스팅이라는 네이트판 게시물에 추천수 1000명이 넘었는데 삭제되었어요. 아이유는 늘 이런식으로 언론통제를 하는게 문제입니다. 비판글은 삭제하고 찬양글만 남겨둬요. 그럼 연예인 하지 말아야줘. 여기가 공산주의입니까? 아무리 카카오가 중국자본이라도 이건 잘못된겁니다. 그런 비판의식도 없는 사람은 문제가 있는 사람입니다.

♡   💬 2   ⟲   ▷ 1

← **스레드**
조회 46회   ⋯

요..ㅋㅋ

♡ 1   💬 2   ⟲   ▷

**7hyejin** 2025-03-24

오타난걸 맞춤법 지적하는 모자람은...아이유 바이럴들하고 똑같네요. 아이유나 그 팬이나 바이럴이나 후진국 수준인거죠. 보는눈 있는 사람은 절대 안봅니다.

**갑 제38호증**



스레드

조회 1.5천회

**7hyejin** 2025-05-03

님이 사람 보는눈 있는거에요. 이건 단순한 호불호 문제가 아니고 선과 악의 대결입니다. 로리타 표절 대중 고소 협박 언론통제 언론조작 이외에도 수많은 논란들을 덮는 방식. 바이럴 역바이럴. 이미 많은 대중들이 알고 있어요. 아이유 미담 언플에 제발 어리석게 속지 마세요. 아이유 좋아하는 사람은 보이는 대로 믿고 언플에 속는 단순 무지한 사람들이에요.

♡ 21    ◯    ⟳    ◁ 1

활동 보기 ›

갑 제39호증

https://www.threads.com/@7hyejin/post/DJMIaBAy4c9?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw    1/2



열람용

갑 제39호증





25. 12. 18. 오후 3:00                    (9+) 메이트 아이유 기사나 네이트판 게시물 댓글 잘 보세요. 아이유 노래 못한다 연기 못한다 못생겼다 댓글 엄청 많았는데 전부 삭제…



dannis_son › 아이유 2025-09-06 ···
고해성사 하는 아이유



### 스레드
조회 535회

**7hyejin** 2025-09-17 ···

네이트 아이유 기사나 네이트판 게시물 댓글 잘 보세요. 아이유 노래 못한다 연기 못한다 못생겼다 댓글 엄청 많았는데 전부 삭제하고 임시조치합니다. 그리고 아이유 인성마케팅 기사 올라와요. 패턴을 잘 보시길. 이렇게 언론조작하는 연예인을 처음 봤어요.

♡ 3   💬   ⟳   ◁ 1

활동 보기 >

**dannis_son님에게 응답한 다른 답글**

**1004pinklove** 2025-09-07 ✏ ···
설리 종현 구하라 그리고 같이연기했던 이선균배우
주로 기부하는 곳이 초록우산 광고는 우리은행 너무 소름끼침 가면쓴 얼굴 언젠가 너의 그 만행들이 만천하에 들어날거다

♡ 733   💬 4   ⟳   ◁ 1

**timing_ss1227** 2025-09-07 ···
그 포장지 이제 벗겨졌어 우파들한테


갑 제41호증

❤️ 285    💬    ↻    ▷ 2

---

**annekim1203** 2025-09-07    ❤️  ···

표정 소름돋음 무섭다

♡ 154    💬 1    ↻    ▷

---

**i_minnnnn0** 2025-09-07    ❤️  ···

보통 스스로 벌 받을생각을 하나....얼마나 악한짓을 했길래???

♡ 235    💬    ↻    ▷ 1

---

**kor_liberwin** 2025-09-07    ❤️  ···

벌 많이 받아라

🖼️No photo description available.

♡ 87    💬    ↻    ▷

---

**sktk672** 2025-09-07    ❤️  ···

여기 정상인들 넘무 많다❤️❤️❤️❤️
멸공
❤️KR❤️

♡ 125    💬    ↻    ▷

---

**lilyili** 2025-09-07    ❤️  ···

떳떳하면 저런말이 나오지 않아.

♡ 98    💬    ↻    ▷

---

**7hyejin** 2025-09-07    ❤️  ···

좋게 포장이 아니라 언론플레이가 너무 심하다. 지금도 아이유 나쁜 댓글에는 추천도 못하게 막아둔다. 나 이렇게 언론 조작 하는 연예인 을 처음 봤음.

♡ 91    💬    ↻ 3    제41호증

25. 12. 18. 오후 3:28 : 2026. 06. 25. 17:42 ( ) : 2026. 06. 25. 17:39





**yonhap_news** ✔ 2025-09-18 ···

가수 겸 배우 아이유가 데뷔 17주년 기념일인 18일 자신의 이름과 팬덤명 '유애나'를 합친 '아이유애나' 이름으로 총 2억원을 기부했습니다.

yna.co.kr/view...






🤍 661    💬 68    🔁 14    ⊽

**7hyejin** 2025-09-19 ···

아이유는 기부를 언플로 하니까 욕을 먹지. 네이트 기사에 아이유 연

---

← **스레드** ···
조회 86회

🤍 53    💬 5    🔁    ⊽ 1

 **dbdidksneoaa** 2025-09-19 ···

차라리 아이유가 대통령이라고 해라 악플러새끼야 댓글 삭제같은 소리하네 네이트판, 뉴스 들어가서 댓글좀 봐라 악플이 얼마나 쌓여있는지나 아세요? 기부하는거 알리면 팬들도 따라 릴레이 기부도 하고 선순환이 얼마나 많은데 방구석에서 언플웅앵 ㅇㅈㄹ떨고있네

🤍    💬 1    🔁    ⊽

**7hyejin** 2025-09-19 ✎ ···

댓글 삭제하는거 직접 여러번 목격함. 아이유 비판글 죄다 임시조치됨. 지켜보고 말해라. 아이유 찬양게시글만 남겨둔다. 이건 언론조작이다. 그래서 아이유는 기부를 해도 욕먹는거다. 비판글 삭제하지 마라. 한국은 민주주의 국가야. 아이유는 중국식 언론통제 그만해라.

🤍    💬 1    🔁    ⊽ 1

 **dbdidksneoaa** 2025-09-19 ✎ ···

지랄 노 언론통제같은 소리하네 그거 다 팬들이 니같은 것들이 쓰는 말도 안되는 악플들 신고넣는거야 병신아

🤍    💬 1    🔁    ⊽

갑 제42호증

25. 12. 18. 오후 3:28

**7hyejin** 2025-09-19

아이유 연기 못한다 리메이크 하지 마라 글도
삭제됨. 그게 왜 악플이야? 다양한 의견이지. 수용 못하면 중국으로 가라.

♡　　💬 1　　⟳　　✈ 1

인기순 ⌄　　　　　　　　　　　　활동 보기 ›

**dbdidksneoaa** 2025-09-19
그건 지들이 삭제한거겠지 그런 글 하나 싸지르면 댓글로 악플이 얼
마나 쌓이는지는 아셈? 아이유가 언론통제가 가능하면 니댓글은 왜
삭제안됨? 정신병자가 따로없노

♡　　💬　　⟳　　✈

열람용

갑 제42호증

25. 12. 19. 오후 12:26    (유+)아이유는 2억을 언플로 하나까 욕을 먹지. 네이트 기사에 아이유 연기 못인 4 댓글 싹 ... 네이트 판에 아이유 리메이크 ...

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 309 of 355

: 2026.06.25.17:42    : ( )    : 2026.06.25.17:39



 **yonhap_news** ✔ 2025-09-18 ···

가수 겸 배우 아이유가 데뷔 17주년 기념일인 18일 자신의 이름과 팬덤명 '유애나'를 합친 '아이유애나' 이름으로 총 2억원을 기부했습니다.

yna.co.kr/view...




← **스레드**
조회 2.1천회 ···

 661     68    ⟲ 14

 **7hyejin** 2025-09-19 ···

아이유는 기부를 언플로 하니까 욕을 먹지. 네이트 기사에 아이유 연기 못한다 댓글 싹 삭제시킴. 네이트 판에 아이유 리메이크 별로다 하는 게시물 임시조치 삭제 시킴. 아이유 찬양 바이럴만 남겨둠. 언론조작하는 아이유라 욕먹는거임. 아이유는 언플 그만해라.

♡ 53    💬 5    ⟲    ▷ 1

인기순 ⌄                                    활동 보기 ›

 **7hyejin** 2025-09-19 ···

아이유 연기 못한다 리메이크 히지마라 이건 의견이다. 악플이 아니고. 그거 임시조치하고 삭제 할꺼면 중국으로 가라. 민주주의 한국에서 연예인할 자격이 없다.

♡    💬    ⟲    ▷ 1

 **dmd._.dksla** 2025-09-19 ···

악플은 당연히 삭제하는게 맞지않냐? 병신이냐?

♡    💬    ⟲    ▷

 **ree.ream** 2025-09-19 ···

악플은 삭제시키는게 정상아님? 그리고 기부한거 알리면안됨? 너니 잘사시길 ㅎ

갑 제43호증





**inside_summer** 2025-09-24

아이유 정치성향이나 성격을 떠나서 옛날엔 아이유노래 좋아했는데 언젠가부터 질림.. 목소리도 질리고.. 그래서 요즘은 랜덤플레이 재생하다가 아이유노래나오면 넘김
참고로 콘서트도 가본적잇음
예전에 모던타임즈앨범 그시기엔 전곡다들었었는데
요즘은 걍 다 질림

♡ 1.8천     ◯ 204     ⟲ 2     ▽ 27

**7hyejin** 2025-09-25

아이유 언플이 너무 심하다. 네이트 아이유 기사나 네이트판 게시물 아이유 연기 못한다 노래 못한다 비판하면 죄다 삭제되고 추천 못하게 막아두고 임시조치해서 못보게 막아둔다. 그리고 기부 선행 미담 기사 쏟아냄. 고소협박하는 바이럴 엄청 풀고 잘 지켜보길. 이런식의 중국 공산당식 언론통제 언론조작 너무 싫다.

♡ 51     ◯     ⟲     ▽ 1

활동 보기 >

### inside_summer님에게 응답한 다른 답글

**nazzang_0525** 2025-09-24

---

스레드
조회 2.5천회

♡ 468     ◯ 1     ⟲     ▽ 3

**pinkygirl_ej** 2025-09-24

나도 그래 꽃갈피인가 그때까지는 종종 들었어 근데 어느순간부터 아이유의 모든 노래를 못 듣겠더라 최근에 네버엔딩스토리 우연히 들었는데 너무 실망했어 아 명곡을 이렇게 기계적으로 공허하게 부를 수 있구나 이 느낌 들었어.

♡ 177     ◯ 1     ⟲     ▽ 1

**suuupachat** 2025-09-24

3단고음 이후로 찾아 들은적없음....
굴고 연기도 존나못하고 솔직히 안이쁨....

♡ 188     ◯ 1     ⟲     ▽ 1

갑 제44호증



**inside_summer** 2025-09-24

아이유 정치성향이나 성격을 떠나서 옛날엔 아이유노래 좋아했는데
언젠가부터 질림.. 목소리도 질리고.. 그래서 요즘은 랜덤플레이 재생
하다가 아이유노래나오면 넘김
참고로 콘서트도 가본적잇음
예전에 모던타임즈앨범 그시기엔 전곡다들었었는데
요즘은 걍 다 질림

♡ 1.8천   ◯ 204   ↻ 2   ▽ 27

**miuuuuuuulee** 2025-09-25

아이유말고도 다른 가수들한테도 해당되지않나?ㅋㅋ 듣다안듣다 노
래가 계속들으면 질리고 오랜만에 들으면 좋고한거지 악플도 참 정성
스럽게 쓴다

♡ 2   ◯ 1   ↻   ▽

**inside_summer** 2025-09-25 · 작성자

이게 왜 악플임?? ㅋㅋ 여기가 아이유sns임 유애나 팬카페임 아이유
기사임??
그리고 다른가수얘기는 왜나오는데 ㅋㅋ 다른가수도 듣다가 질리면

---

### 스레드
조회 127회

ㄹ쓰ㅁㄹ쓰ㅁ ^^
검열하는거보소 공산국가가 따로없네
악플같으면 신고해 그러면 ㅋㅋㅋㅋㅋ

♡ 4   ◯ 2   ↻   ▽

**7hyejin** 2025-09-25

아이유 팬들하고 싸우자 마새요. 걔들은 말을 못알아 들어요. 공산주의식 통
제 심각합니다. 다씨인사이드에서 아이유 언급금지된적도 있어요. 폭싹 드라
마 하도 바이럴 많이 풀어서. 이제 대중들이 아이유 실체를 많이 알아서 다행
이에요. 싸우지 말고 님 글 절대 삭제하지 마세요. 님에게 찬성하는 상식적인
사람들이 훨씬 많아요.

♡ 2   ◯ 1   ↻   ▽ 1

인기순 ⌄                                           활동 보기 ›

갑 제45호증

25. 12. 18. 오후 3:37    (5+) 네이트 또는 네이트판에 아이유 기사 댓글 꼭 지켜보세요. 아이유 미담 기부 언플 엄창나요.아이유 비판 게시물은 전부 임시조치 ...



lylical_sjdaily  2025-07-26                                ···

### 스레드
조회 64회

으아아아ㅏ가가가가가ㅏ가각 왜 이쁜언니가 ㅠ 그럴까 ㅠ힝.. 아이유는 욕 못하겠음 ㅠ 그러고 보니 내방 시청자들 내가 우파인거 ㅈㄴ 싫어하고 제발 그만 하라는데 날 포기 하지않는거보면 같은 팬심일까 싶음 ㅠ

♡ 51    ◯ 125    ↻ 1    ▽ 5

**7hyejin** 2025-10-01                                    ···

네이트 또는 네이트판에 아이유 기사 댓글 꼭 지켜보세요. 아이유 미담 기부 언플 엄창나요. 아이유 비판 게시물은 전부 임시조치 시키고 나쁜댓글은 삭제시킵니다. 아이유 찬양글만 올리면서 하는 언론조작은 심각한 범죄입니다. 아이유 소비하면 안되요.

♡    ◯    ↻    ▽ 1

## lylical_sjdaily님에게 응답한 다른 답글

sanchess_28 2025-07-26                                   ···
아이유 주변에 왜 사망자가 많을까?
를 찾아본 이후 유애나 탈퇴함.

♡ 87    ◯ 3    ↻    ▽

wee.lor 2025-07-26                                        ···
데뷔 초때 스탭 옷 뺏으려는 영상, 은혁 사건, 우영 꽃등심 사건, 결정적으로 2019년(친구인 설리, 구하라가 사망한 해) 연말에 '바라던 게 모두 이루어진 해였다' ㅇㅈㄹ 하는 거 보고 소시오패스인 거 알게 됨.

♡ 47    ◯ 1    ↻    ▽ 2

achernar0926 2025-07-26                                   ···
난 좌이유 소비안하는데 ㅋㅋㅋ노래안듣기 너무 쉬움

♡ 32    ◯    ↻    ▽

_chamiin_ 2025-07-27                                      ···
근데 중요한건 님이 좋다는 그 노래 대부분이 훔쳐만든거란거. 찾아서 직접 들어보세요. 표절 중독입니다

♡ 12    ◯    ↻    ▽

갑 제46호증

: 2026.06.25.17:42    : ( )    : 2026.06.25.17:39

Case 5:26-mc-80211-SVK    Document 1-1    Filed 07/15/26    Page 313 of 355



시사오늘·시사ON

☰  아카이브   시대산책   인터뷰   기자룸   기획   비주얼뉴스   현장ON   뉴스   오피니언

2025-12-19 10:46 (금)   검색어를 입력해주세요.   🔍   상세검

아카이브 | 옛날신문보기 | 대통령이 본 정치史 | 정치역사 현장

HOME > 뉴스 > 사회

# 아이유, 세월호 참사 애도… 콘서트 수익금 '전액' 기부

👤 정주영 기자  |  🕐 승인 2014.05.02 16:40  |  💬 댓글 0



(시사오늘, 시사ON, 시사온=정주영 기자)



▲ ⓒ 뉴시스

가수 아이유가 세월호 참사를 애도하며 희생자들에게 콘서트 수익금을 전액 기부한다.

2일 아이유 소속사는 "아이유가 콘서트 수익금 전액을 세월호 실종자 가족들에게 전액 기부할 것"이라고 전했다.

세월호 참사로 국가 분위기가 침체된 터라 콘서트 개최를 두고 망설이던 아이유 측은 관객들과의 교감에 중점을 둔 감성적인 공연을 펼치는 동시에 이같은 결정을 한 것으로 알려졌다.

한편 아이유는 22일부터 다음달 1일까지 8회에 걸쳐 단독 콘서트 <딱 한발짝… 그만큼만 더>를 개최한다.

저작권자 © 시사오늘(시사ON) 무단전재 및 재배포 금지

**관련기사**

∟ 천안함 유족협의회 회장, "순수 자원봉사가 목적"
∟ 발라드 여왕 백지영, 1년 4개월 만에 '컴백'
∟ 朴·與 지지율 '동반 하락'…세월호 참사 여파

**댓글** 0

> 댓글입력

✓ **최신순**  추천순

## 인기기사

1  두산에너빌리티, 수주 급증 배경은?…박지원 회
2  운전자보험, 변호사 선임 보장 축소…KB손해보
3  5세대 실손보험 개편 재점화…삼성화재, DB손
4  발렌타인 한정판에서 '겨울 대표 케이크'로…특
5  분당 이매 삼성·삼환 통합재건축, '2차 선도지
6  미래에셋증권, '대한민국 100대 브랜드' 17위·
7  신한투자증권, 선제적 내부통제 직원 교육…한
8  서울 알짜 입지 '로또 분양' 내년에도 이어진다
9  케이뱅크, 업비트에 울고 웃고…네이버 합병·
10  '로보택시 앱'에 다급해진 현대차 [주간필담]

## 최신기사

지씨셀, HER2 CAR-NK 기반 임상연구 활성화
원사업 선정



르노코리아, 12월 연중 최대 할인 '개별소비세
블 혜택' 실시



롯데웰푸드, 하이브 아티스트 팝업 운영…국순
'테누타 산타 마리아' 와인 론칭 [식품오늘]



대우건설, 동래 푸르지오 에듀포레 19일 견본주
개관



갑 제47호증

GS건설 '수지자이 에디시온' 19일 견본주택 오





메리츠화재, 보험사기 적발 공로 인정…금감원
상 등 3관왕



보험사 GA 수수료 개편, 규제개혁위원회서 멈칫
다… 쟁점은?



| 신문사소개 | 회사위치 | 기사제보 | 광고문의 | 불편신고 | 개인정보취급방침 | 청소년보호정책 | 이메일무단수집거부 | RSS |

시사오늘 : 서울특별시 마포구 성암로 189 중소기업 DMC 타워 902호 ｜ 전화 02)335-7114 ｜ 팩스 02)335-7116
발행·편집인 정하균 ｜ 정기간행물 서울 다 07947 ｜ 등록일자 2008년3월17일

시사ON : 발행·편집인 정하균 ｜ 정기간행물 서울 아 01018 ｜ 등록일자 2009년 11월 6일 ｜ 청소년보호책임자 정하균

시사오늘(시사ON) 모든 콘텐츠(영상,기사, 사진)는 저작권법의 보호를 받은바, 무단 전재와 복사, 배포 등을 금합니다.
Copyright © 2025 시사오늘(시사ON). All rights reserved. mail to webmaster@sisaon.co.kr

갑 제47호증



 **inside_summer** 2025-09-24
아이유 정치성향이나 성격을 떠나서 옛날엔 아이유노래 좋아했는데
언젠가부터 질림.. 목소리도 질리고.. 그래서 요즘은 랜덤플레이 재생
하다가 아이유노래나오면 넘김
참고로 콘서트도 가본적잇음
예전에 모던타임즈앨범 그시기엔 전곡다들었었는데

← **스레드** ⋯
조회 1.4만회

 **7hyejin** 2025-09-25  ⋯

==아이유 스트로베리문 노래가사가 이태원 참사 내용이라네요. 아이유 노래 어
푸는 세월호 조롱한거고. 사실관계는 모르겠지만 노래가사 진짜 이상해요. 그
리고 호텔델루나는 설리 대수대명 드라마랍니다. 대사에 아이유가 아쁘고 행
복해보이는 사람은 너무 질투난다하고 김수현이 그럼 함께 작업하러 가자는
말 나와요. 쇼츠 있었는데. 아이유 김수현 14년 절친이란 기사도 났어요. 둘다
중국자본으로 컸어요. 대수대명 이런 이상한 말도 진짜 처음 들어봄. 음모론
은 모르겠는데 정황상 너무 이상하고.==

♡ 58     4     1     3

**인기순** ⌄                                          **활동 보기** >

 **lovedewhan** 2025-10-18
이게 극우평균이겠지 참담하다

♡

 **ivi._.yc** 2025-09-25
???? 뭐라는거에요 논란은 님이 만드는 거네요 생전 처음 듣는 내용
들임.
사실 관계는 모르겠지만 << 당연하죠 님이 지어낸거니^^

♡ 16            ▽

 **rhrltkfkd123** 2025-09-25
본인들이나 잘하세요 여기서 이런 이야기 하는것도 졸라 웃김 질리면
안듣고 안보면 될거 본인들은 아이유 만큼 성공하고 모든걸 잘해서
이런식으로 평가 하나 ? 괜히 반성들좀 하게

♡ 2


갑 제48호증

https://www.threads.com/@7hyejin/post/DO_s0CWEtD_?xmt=AQF0ILK_aPWqvtfylvnQQ54E4attioS-iFzdP7TwLDS7pw    1/5

25. 12. 18. 오후 3:26 (6+) 아이유의 논란 무대응 기부 고소협박 공산주의식 언론통제 대체 언제까지 먹힐까라 생각하냐? 아이유 표절 로리타 허혜선 설리 ...



## 스레드
조회 2.2천회

---

 **yonhap_news** ✔ 2025-09-18

가수 겸 배우 아이유가 데뷔 17주년 기념일인 18일 자신의 이름과 팬덤명 '유애나'를 합친 '아이유애나' 이름으로 총 2억원을 기부했습니다.

yna.co.kr/view...




♡ 661   💬 68   ⟳ 14   ➤

---

 **7hyejin** 2025-09-19

아이유의 논란 무대응 기부 고소협박 공산주의식 언론통제 대체 언제까지 먹힐꺼라 생각하냐? 아이유 표절 로리타 허혜선 설리 고인마케팅 이런 논란에 한번도 제대로 사과를 안하고 착한척을 하니까 대중들이 개빡치는 거임. 제제 소아성애 논란때도 앞에서는 아이유가 사과하는척 뒤에서는 자신이 가장 사랑하는 곡이라고 논란 한창일때 불러댐. 설리 장례식때 3일 내내 빈소 지켰다고 기사 언플 엄청 뿌렸는데 설리 오빠는 유족인데 아이유가 장례식에 안 왔다고 함. 아이유는 한순간이라도 진실되게 살기바람. 표절논란을 가수가 한번도 해명 안하는건 사기꾼임. 제시카혜전리 졸업작품을 아이유 앨범디자인에 표절하기도 하고. 이건 기부로 막을수 있는 논란이 아니야. 장애인까지 들먹이며 착한척 기사 뿌리지 마라. 위선이 역겹다.

♡ 60   💬 5   ⟳   ➤ 1

---

**인기순** ⌄                                        활동 보기 ›

---

**7hyejin** 2025-09-19

표절곡이 아이유 작사 작곡인데 노래만 불러서 책임이 없다 이렇게 각하시킨건 무책임한거지. 아이유가 직잡 작사 작곡 프로듀싱까지 했다고 언플하고 왜 이제와서 노래만 해서 책임없다고 빠져나감? 그리고 그건 표절아니다 라는 판결도 아닌데 왜 표절 아닌 판결처럼 언플 기사를 뿌려대냐? 그 위선에 대중이 개빡치는 거야. 정보를 제대로 파악 못하는 사람들이나 아이유 언플에 속는거고.

♡ 4   💬   ⟳   ➤ 1

갑 제49호증



**dbdidksneoaa** 2025-09-19

난 정말 이런 개만도 못한 악플러 새끼들은 좀 알아서 죽어줘도 괜찮다고 봄

**pumpkin.castle** 2025-09-19

보고 싶은 것만 보고 사니까 그렇지, 다 해결된 일 가지고 아직도 저러고 있네. 🙍 다 대응해주면 뭐해 안보고 그냥 이러는데 🤷

**virtuist_00** 2025-09-19

그동안 콘서트에서 휠체어 의식 안 하다가 갑자기 하게 된 게 작년에 이 미담이 떠서 아닌가? 좋은건 따라하는 것도 칭찬받아야지



youtube.com

임영웅 서울 콘서트 휠체어석 미담 목격

♡ 4    💬 1

**jjae8282** 2025-09-19

주민들선물돌리는것부터 장애인대우부터 팬덤이름기부까지 다 따라함 좋은건 따라해도 뭐 칭찬받을일이지만 그래도 너무 모방함

♡ 2

**7hyejin** 2025-09-19

정국이 10억 한번에 기부하고 기사도 몇개 안냄. 장나라 하춘화 100억 넘게 기부하고 기사 몇개 안냄. 아이유는 몇천만원 양평에 기부해도 기사 수십개 뿌려댐. 그 언플땜에 욕먹는거야. 초록어린이재단인가 아이유가 기부 많이 했는데 중국 단체 리며? 유난히 중국 관련 많네. 푸라닭 광고도 화교기업 에스띠로더 중국 기업. 아이유 광둥어는 왜케 잘함? 화교 맞음? 영어 일어는 못하던데.

♡ 16    💬 1    ▽ 2

갑 제49호증



**angelsugarplease** 2025-09-19

버닝썬 있던 자리에 설리 ㄷㅅㄷㅁ드라마 호텔 델루나 전시회 염.. 중국 앞잡이

♡ 7   💬 1   🔁   ↗

**7hyejin** 2025-09-19

버닝썬과 구하라 죽음이 관련있다던데. 폭싹 속았수다 장가계 가자 대사도 이상함. 생긴것도 중국 스럽고. 대수대명 같은 끔찍한 말도 아이유 땜에 차음 들어봄. 근데 칙한척 언플하는 꼬라지 너무 싫어요.

♡ 5   💬 1   🔁   ↗ 1

**angelsugarplease** 2025-09-19

이담엔터 텐센트 카카오 공산당간부라인이 뒷배.. 그래서 표절논란 다 묻히고 전 소속사 직원들 다 ㅈㅅ당함, 허혜선씨 실종되고 shh로 조롱. 스트로베리문은 서울 인신제사, 삐삐 뮤비, 어퓨 가사 세월호 조롱, 문빈 인스타 게시물이 민들레인데 홀씨 가사 쎄함.. 아근데 일루미나티에 너무 빠져서그런지 차은우도 좀 위험해보임. 미인 뮤비 마지막에 가면 벗고 아이유는 얼굴 밝아지고 은우는 어두워지면서 그대는 5월의 제비꽃을 닮은 me in. 하늘높이 나는것을 부끄럽지않게 여기리 이 가사 존나 불쾌함

♡ 6   💬   🔁   ↗

**yonhap_news님에게 응답한 다른 답글**

**chxxnyel** 2025-09-18

좋은 일해도 지랄인 댓글들 걍 개패고 싶음

♡ 81   💬 1   🔁   ↗

**y.jaz.z** 2025-09-18

또 더불어냐

♡ 70   💬 1   🔁   ↗

**angelsugarplease** 2025-09-18

좌이유

♡ 82   💬   🔁   ↗

**jiroot5678** 2025-09-18

그냥 꼬라지 보기 싫다 조용히 살아라

♡ 57   💬   🔁   ↗

**fufufuckcip** 2025-09-18

기부를 한건지 따로 뒷돈을 준건지 요즘은 알수가 없어



https://www.threads.com/@7hyejin/post/DPQoOlREjAT?xmt=AQF0lLK_aPWqvtfyIvnQQ54E4attioS-iFzdP7TwLDS7pw   1/4



**achernar0926** 2025-07-26
난 좌이유 소비안하는데 ㅋㅋㅋ노래안듣기 너무 쉬움
♡ 32

**saram_3040** 2025-07-26
아이유 좋아하는구나

♡ 1

**7hyejin** 2025-10-01
youtu.be/cop3f...

youtube.com
[문화연예 플러스] 아이유 '분홍신' 표절 논란 새 국면 (2023.06.22/뉴스투데이/MBC)

**francais.b2** 2025-07-26
남한 거주중인 그 인민여동생분 애초부터 못생겨서 나가리였는데 저는 아리아나 그란데 좋아했어서 그 마음은 뭔지 알거같으네요

하지만 미국쪽 민주당 아동관련 괴담 그리고 딥스 할리우드 등등 나오는거 보면 마음이 편할수가 없어서 팝을 자동으로 안듣고.. 아기를 고문한다는 이야기 들어보셨죠. 인민여동생분도 아산병원쪽이랑 커넥션 있는 정황 많습니다 (장기매매) 얼마전에 9세아이 산채로 뜯어먹은 중국인들 때문에 중국 우호적인 연예인 다 씨를 말리고 싶습니다

들을노래가없고 맨날 메말라 피폐해서
귀여운 아기사진같은거로 힐링하고있습니다.. 저도 알고싶습니다 우파노래

♡ 9

**_chamiin_** 2025-07-27
근데 중요한건 님이 좋다는 그 노래 대부분이 훔쳐만든거란거. 찾아서 직접 들어보세요. 표절 중독입니다
♡ 12

**daviskwon** 2025-07-26
나 좌이유 멜론 팔로잉 취소하고(93% 친밀도) 노래 안들음. 유애나도 탈퇴. 나 콘서트 3번 가보기도 했음
♡ 9

**dudal_23oy** 2025-07-27
전 전단지 보고 정나미 떨어짐 ㅋㅋ 😂 그리고 HHS 고인마케팅의 수법을 알고 그녀를 보내줌 ㅋ
♡ 2

**aufrhdwn** 2025-07-26
탄찬에 뭐 돌린 이후로 개 노래 손절함 좌진스도 그렇고 케이팝 자체가 듣기 싫음 ㅜ
♡ 8

계속하면 Threads 이용 약관, Meta 개인정보처리방침 및 Threads 추가 개인정보처리방침에 동의하게 됩니다.



mnunnnnuum 2025-07-27

난 팬까지는 아니어도 노래는 다 들었는데 실체 아니까 정떨어지던데

5

로그인하여 더 많은 답글을 확인해보세요.

로그인

로그인

mnunnnnuum 2025-07-27

난 팬까지는 아니어도 노래는 다 들었는데 실체 아니까 정떨어지던데

5

× 계속하면 Threads 이용 약관, Meta 개인정보처리방침 및 Threads 추가 개인정보처리방침에 동의하게 됩니다.





**11hanna9** › **폭삭 속앗수다** 2025-10-14

← **스레드**
조회 6.8천회

옛날이든 지금이든 한국 정서상 서로 엉키고 울고짜고 .. 미워하고 ..
그리워하고 이런게 너무 식상함..

♡ 1.6천   💬 251   ↻ 14   ▷ 10

**7hyejin** 2025-10-14

폭싹속앗수다 대사에 중국 장가계 가자 나옵니다. 폭싹 드라마 아역배우들
옷이 중국풍이라는 글 있었어요. 아이유 출연한 최고다 이순신 드라마에서
이순신 장군을 100원짜리 동전으로 비하했어요. 아이유 기부한 초록우산 중
국 관련단체이고 광고한 푸라닭은 중국 화교기업이에요. 의도적으로 중화사
상 심는다고 봅니다. 표절 소아성애 허혜샨 설리 죽음 고인마케팅 등등 논란
을 기부 미담으로 덮는 아이유에 속지 마세요. 네이트 아이유 기사에 비판댓
글이나 네이트판 비판 게시물은 전부 삭제하고 임시조치 됩니다. 아이유 언
론 조작 통제를 꼭 지켜보고 비판하시길. 기부 이미지에 멍청하게 속지 마세
요. 언론 바이럴 써서 만든 거품입니다. 태연 설리 제니 장원영등 잘나가는 연
예인 욕하는 역바이럴도 아이유가 엄청합니다. 실제로 아이유 소속사에서 아
이돌연구소 통해서 설리 욕하고 아이유 노래 나올때마다 직원들 허위댓글쓴
거는 뉴스 기사까지 나온 사실입니다. 더이상 대중들이 멍청하게 아이유 소
비하지 마세요.

♡ 149   💬 3   ↻ 2   ▷ 3

**인기순** ⌄                              활동 보기 >

**dbdidksneoaa** 2025-10-15
이런식으로 뇌피셜음모론싸지르는거 감당가능하세요? 선동 한줄로
사람을 범죄자를 만드시네 악의적인 음모론으로 회사에 메일보냈습니
다. 감당해보세요

♡ 3   💬   ↻   ▷

**eddy19990217** 2025-10-14
근데 그게 사실이면 증거 좀 제출하고 떠드시는게 님한테도 좋아요

♡ 5   💬   ↻   ▷

갑 제51호증



**cozyhuman777** 2025-10-18

노래 한때는 참 좋아했지.
이젠 바퀴벌레 구린내도 구분할 정도라,
가게로 오는 포스터는 전부 쓰레기통 직행이다.

 

## 스레드
조회 5.2만회



**7hyejin** 2025-10-18

아이유는 언론통제 심각해요. 네이트 아이유 기사나 네이트판에 비판 게시글은 전부 삭제하고 임시조치합니다. 아이유 기부 미담 게시글로 매일 도배를 해요. 네이트판 가보시길. 비판글에는 바이럴이 고소 고발 협박 엄청해요. 이렇게 중국 공산당 처럼 미디어 통제하는 연예인 처음 봅니다. 정치인도 이렇게 못해요. 네이트 꼭 지켜보시길. 유튜브에 아이유 고인마케팅 검색해보세요.

♡ 440   ○ 7   ⟳   ▽ 7

인기순 ⌄                                     활동 보기 ›



**eunoia0613heart** 2025-10-18

제가 그래서 아이유 싫어하게 됐어요

 ♡ 18   ○   ⟳   ▽



**ppogi_sani** 2025-10-18

네이버 뿜도 장난아니에요ㅋㅋㅋ
아닌 곳이 없음

 ♡ 7   ○   ⟳   ▽

갑 제52호증

**yourkitten_kelly** 2025-10-18

님 여초커뮤는 더해요 ㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋ

♡ 6

---

**kimbap_lober** 2025-10-18

네이트를 안하면 됨

♡ 5

---

**feathers_mcg1** 2025-10-19

음악 표절건도

♡ 1

---

**qudtlsrkxdmsrmfrdnzz** 2025-10-19

ㅋㅋㅋㅋ 이색기도 고발당하게 생겼네 ㅋㅋㅋ. 망상병 수준이 박사급ㅋㅋㅋ

♡ 3

---

**tntnrlfl664** 2025-10-18

너가 거기서 아이유 악풀 쓰고 다니는구나

♡ 2

---

### cozyhuman777님에게 응답한 다른 답글

**cozyhuman777** 2025-10-18 · 작성자

아이유는 토종 한국인 입니다.
(치파오를 입으며)



갑 제52호증



❤ 917    💬 9    🔁 14    ✈ 30

jangjs10 2025-10-18    •••
아이유 실체 알고 나서 걍 보기 싫음 유재석도

🤍 996    💬    🔁    ✈ 1

wowdadan 2025-10-18    •••
화교라는 말 있던데.

아이유
김고은
장원영

🤍 649    💬 9    🔁    ✈ 5

mioklphmvffd 2025-10-18    •••
폭삭 속았수다도 안봄

🤍 606    💬 3    🔁    ✈ 3

katsdogo86 2025-10-18    •••
난 예전부터 가창력은 괜찮다 생각해도 얘 얼굴 이쁘다는건 절대 동의 못 했음.
콧대 낮고 개평범한데다 신봉선 관상인데

🤍 355    💬 4    🔁    ✈

bibibon14 2025-10-18    💕  •••
아 구긴후 얼굴 개 웃기넼ㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋ어케 저리 잘 구겼담

🤍 284    💬 1    🔁    ✈

gahn7x3 2025-10-18    •••
항상 인생드라마 상위권에 달의연인 나의아저씨 있던데 친구가 옛날부터 제발 보라고 보라고 해도 안보고 했던말이 "이상하게 나한테 잘못한것도 없는데 아이유는 그냥 안보고싶다 이상해" 였는데 이유가 이거였구나아

🤍 256    💬    🔁    ✈ 2

sky_jhaneul 2025-10-18    •••

갑 제52호증

25. 12. 19. 오후 12:4...  (주)아이유는 언론통제 음악해요-네이트 이아뮤 기사+1 네이트판이비안 커뮤룰은 전부 삭제요고 읍사조치합니다-아이유 기부 미...

Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 327 of 355

: 2026.06.25.17:42 ( ) : 2026.06.25.17:39





♡ 193    💬 8    ⟲ 1    ◁ 2

---

 **lsoqhsudhqnxolx** 2025-10-18 ···

정치색 떠나서
브리트니 무단쌤플링 표절논란 이모 작곡가랑 쭉 작업. 십여년 로리타논쟁,제제논쟁때 살아남는 거 보고 소속사 대단하다 싶었어
빼박 컨셉에 앨범표지 표절에"제가 부족해서"한마디 인터뷰.그러곤 리메이크하고 뭐하면서 뜬근 싱어송 라이터 분갈이
표절논란때'이제 부를 오빠가 적어질 나이라 콘서트서 좋은날? 안부르겠다든가?그 소리가 더 웃겨
그즈음 유툽에 표절논란 영상 다 후드득 실시간 사라지드라는(레퍼런스라는 표절비교영상 올리는 채널도 살아있구만.쟤 것 올림 다 나가리)인스타에 표절해명요구 절정일때 바로 열애설터트림.검색창에'아이유 ㅍ'치면 뜬금'아이유 표정'떴음ㅋ
탄핵지지 선금 지불 논란때 아이유 치면 피부병만 기사도배ㅋ그때 찐으로 무섭드만.좌우떠나 오래전부터 불호.영악해보여.게다 음침(그래서 지안역은 잘 어울렸던듯)
중국화교 어쩌구 좀 억지다 했는데,지금처럼 뜨기 한참 전 영상서 중국어 하는 거 보고 의아하긴 했어

♡ 170    💬 1    ⟲ 1    ◁ 6

---

 **shinhyemin86** 2025-10-18 ···

나도 폭싹 속았수다 재밌다고 사람들이 보라고 했는데 아이유 꼴보기싫다고 안봄ㅋㅋ

♡ 177    💬 2    ⟲    ◁

---

 **swe.elm** 2025-10-18 ···

아이유 너무 싫어. 계엄이후로 풀린 팔 삭제



Case 5:26-mc-80211-SVK   Document 1-1   Filed 07/15/26   Page 328 of 355

♡ 151

---

**peitriot** 2025-10-18    ···

"유재석 좌이유 화교
화짱조 OUT

♡ 154

---

**ogi887** 2025-10-18    ···

멸공!! 나도 좌이유 노래 안들은지오래

♡ 122    ◯    ⟳    ▷ 1

---

**ilhpec2** 2025-10-18    ···

나도 아이유 나오는 드라마도 하나도 안 보고 음악플레이리스트에
다 뺌ㅋㅋㅋ+유재석 나오는거 다 채널 돌림

♡ 90    ◯    ⟳    ▷ 3

갑 제52호증

**EXHIBIT 56**





# 서 울 중 앙 지 방 법 원

## 판        결

| | | |
|---|---|---|
| 사      건 | 2023가단5342952 손해배상(기) |
| 원      고 | 이지은 |
| | 서울 서초구 남부순환로297나길 14, 1층(방배동) |
| | 소송대리인 법무법인(유한) 신원 |
| | 담당변호사 백경태 |
| 피      고 | 멍귀림 (LUNGU KIRIM) |
| | 최후주소   대구 달성군 현풍읍 테크노북로4길 11, 109동 503호 |
| | (남해오네뜨아파트) |
| 변 론 종 결 | 2024. 12. 4. |
| 판 결 선 고 | 2024. 12. 18. |

## 주        문

1. 피고는 원고에게 30,000,100원 및 이에 대하여 2023. 5. 10.부터 2024. 6. 25.까지는 연 5%의, 그다음 날부터 다 갚는 날까지는 연 12%의 각 비율로 계산한 돈을 지급하라.

2. 소송비용은 피고가 부담한다.

3. 제1항은 가집행할 수 있다.

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.







www.scourt.go.kr

용성출력용바코드

위변조 방지용 바코드 입니다.

## 청 구 취 지

주문과 같다.

## 이       유

1. 청구의 표시

별지 '청구원인' 기재와 같다.

2. 적용법조

공시송달에 의한 판결(민사소송법 제208조 제3항 제3호)

판사        이건희    이 건 희

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.

2024-0281715812-D7E46







www.scourt.go.kr

음성출력용바코드

위변조 방지용 바코드 입니다.

별지

# 청 구 원 인

## 1. 당사자의 지위 및 기초사실

### 가. 당사자의 지위

원고는 2008. 9. 18. '<u>아이유(IU)</u>'라는 예명의 가수로 데뷔한 이래 지금까지 국내외에서 '아이유', 'IU' 또는 본명인 '이지은'이라는 이름으로 가수, 배우, 각종 방송프로그램, 모델로 활발하게 활동해오고 있는 아티스트입니다. 특히 2010 년 발매된 '좋은 날'은 빌보드 기자단이 선정한 '2010 년대 최고의 노래' 1 위로 뽑혔을 정도로[1], '가수 아이유'는 2010 년대 '국민 여동생'으로 국내 가요계에서 폭발적인 인기를 얻었고, 이외에도 '잔소리', '너랑 나', '분홍신', '금요일에 만나요', '스물셋', '밤편지', '팔레트', '삐삐', 'love poem', 'Blueming', '에잇', 'Celebrity', '라일락'등의 곡을 가창하여 히트시킨 국내 최정상 가수입니다. 나아가 원고는 멜론 뮤직어워드, 엠넷 아시안뮤직 어워드, 골든디스크어워즈, 가온차트 뮤직 어워드, 한국대중음악상, 서울가요대상 등을 각종 상을 수상한데 이어, 2012 년 이래 매년 단독콘서트를 하는 등 국내 여자 솔로 가수로서는 독보적인 입지를 구축하고 있습니다. 뿐만 아니라, 원고는 '드림하이', '최고다 이순신', '프로듀사', '달의 연인 - 보보경심 려', '나의 아저씨', '호텔 델루나' 등 인기 드라마에서 주연을 맡아 배우로서도 최고의 인기를 구가하고 있습니다. 원고가 지금까지 발매한 음반/곡은 약 150 여 곡입니다(갑 제 1 호증 원고 음반 목록).

피고는 지난해부터 인터넷에서 지속적으로 원고가 '표절가수'라는 허위루머를 퍼뜨리다가, 급기야 2023. 5. 8.경 원고를 저작권법 위반혐의로 서울강남경찰서에 고발(이하 '이 사건 고발'이라고만 합니다)한 자입니다. 피고의 특정 방법은 아래 2. 항에서 다시 한번 자세히 말씀드리겠습니다.

---

[1] https://www.billboard.com/articles/news/list/8544710/best-k-pop-songs-2010s-top-100?utm_source=twitter&utm_medium=social

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.



위변조 방지용 바코드 입니다.





www.scourt.go.kr

음성출력용바코드

## 나. 기초사실

① 서울강남경찰서 경제 3 팀은 2023. 5. 8. 이 사건 고발을 '2023-7636 저작권법위반' 사건으로 접수하였습니다(갑 제 2 호증 고발장).

② 인터넷 뉴스를 비롯한 다수의 언론은 2023. 5. 10.경 원고가 '일반인(피고)으로부터 저작권법 위반 혐의로 고발되었다'라는 취지의 보도를 쏟아냈습니다(갑 제 3 호증).

③ 서울강남경찰서는 2023. 8. 24.경 피고의 고발내용은 '범죄를 구성하지 아니함'으로 판단하고, 불송치 각하 결정을 하였습니다(갑 제 4 호증의 1, 2 수사결과통지서, 불송치결정서).

④ 원고의 소송대리인은 2023. 9. 4.경 보도자료(갑 제 5 호증 보도자료)를 통해 이 사건 고발이 이유 없다는 점을 상세히 요약, 보도하였습니다. 이해를 돕기 위하여 이 사건 고발 사건의 내용을 요약한 보도자료의 내용은 다음과 같습니다.

### |갑 제 5 호증 보도자료 전문|

#### 1. 이 사건의 경위

아티스트는 지난 2023 년 5 월 10 일 언론 보도를 통해 자신이 6 개 음악 저작물의 저작권을 침해하였음을 이유로 저작권법 위반죄에 해당한다는 취지의 고발장이 서울 강남 경찰서에 접수되었다는 소식을 접하였습니다.

본 법무법인은 5 월 10 일 즉시 고발장 정보공개 청구를 진행하고, 5 월 12 일에 고발장 사본을 확보하여 고발의 취지와 그 내용을 파악할 수 있었습니다.

이후, 본 법무법인은 5 월 15 일 변호인 의견서를 제출한 것을 비롯하여 총 4 회에 걸쳐 의견서를 제출하며 이 사건 고발이 법률상 근거도 갖추지 못한 것임을 강력하게 주장하였고, 결국 수사기관은 8 월 24 일 고발 사실이 범죄를 구성하지 않음을 이유로, "각하" 결정을 내렸으며, 본 법무법인은 8 월 30 일 수사 결과 통지서를 정식으로 수령하였습니다.

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.



위변조 방지용 바코드 입니다.





www.scourt.go.kr

음성출력용바코드

## 2. 이미지 훼손만을 목적으로 한 악의적인 고발에 대한 규탄의 필요성

본 법무법인은 8 월 24 일 자 각하 결정에 맞추어, 아티스트와 함께 이 사건 고발의 문제점을 지적하고, 악의적인 고발 행태 및 아티스트를 향한 집단적이고 폭력적인 행위에 대하여 강력히 규탄하고자 합니다.

무엇보다 이 사건 고발인[2]은 아티스트가 6 개의 곡을 표절(저작권 침해)했다는 취지로 아티스트를 고발하였습니다. 그러나 이 사건은 고발인이 저작권법을 제대로 이해하지 못하였거나, 혹은 저작권법 규정을 이해하였음에도 단지 아티스트를 괴롭히기 위하여 악의적으로 강행한 사건에 불과합니다.

저작권법상 저작권 침해가 인정되기 위해서는, 어떤 저작자가 기존에 존재하는 다른 저작자의 창작물을 허락 없이 이용하여 그와 실질적으로 유사한 결과물을 창작해야 합니다. 즉, 고발인이 저작권 침해를 주장하는 것이라면, 무엇보다 최소한의 요건으로 6 개 곡의 창작 행위(작곡)에 아티스트가 참여했다는 사실이 전제되어야만 하는 것입니다.

누구나 간단한 인터넷 검색을 통해 고발 대상이 된 6 개 곡의 작곡가를 조회할 수 있으며, 이로써 그중 5 곡은 아티스트가 해당 곡을 창작한 작곡가가 아님을 명백하게 확인할 수 있습니다. 아티스트는 6 곡 가운데 1 곡의 작곡에만 참여하였는데, 해당 곡의 경우에도 고발인이 이 사건을 통해 저작권 침해를 문제 삼았던 부분은 아티스트가 참여한 파트가 아닙니다. 본 법무법인은 이러한 사실에 대한 증빙자료를 수사기관에 제출하였으며, 그에 따라 수사기관이 각하 결정을 내린 것임을 말씀드립니다.

고발인은 저작권법상 작곡자가 아닌 아티스트가 관련 저작권 침해 분쟁의 당사자가 될 수 없음에도 불구하고 악의적인 고발을 진행하였습니다. 그리고, 아티스트

---

[2] 이 사건 피고를 의미합니다.

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.





위변조 방지용 바코드 입니다.

가 이를 인지하기도 전에 언론을 통해 이 사건에 대한 내용이 먼저 유출, 보도되었고, 이후 '아이유 표절 의혹 고발'과 같은 제목으로 수백여 건의 언론 보도가 쏟아져 나오기에 이르렀습니다.

본 법무법인은 고발인의 이번 고발 행위가 최소한의 법률적인 요건과 근거도 갖추지 못한 채, 아티스트의 명예를 실추하고 정신적 고통을 주고자 한 행위 그 이상도 이하도 아니라고 판단합니다.

나아가 수사기관의 이번 각하 결정은 앞서 이 사건이 어떠한 법률적 요건도 갖추지 못한 채 악의적으로 이루어진 것임을 증명하는 것이며, 고발인을 비롯해 익명성을 이용하여 아티스트가 실제로 창작에 관여하지 않은 곡들에 대한 표절 혹은 저작권 침해 논란을 부추기는 주장들이 얼마나 터무니없고 악의적인 행위인지 명백하게 확인해 주는 결과라 할 것입니다.

**3. 이 사건 외에도 수년째 이어지는 특정 무리의 노골적이고 악랄한 사이버 불링 (Cyber Bullying)**

본 법무법인이 확보한 각종 제보 및 증빙자료 등에 의하면, 특정 무리들은 수년 전부터 아티스트를 조롱하고, 인격적 모욕을 가하며 피롭히기 위한 목적으로 여러 이슈를 생산 및 유포해 온 것으로 확인됩니다.

이들은 갖가지 억측을 통한 '간첩설', '대장동 주인'과 같은 허위 루머의 양산, 인신공격적 발언을 해왔으며, 지난해부터는 아티스트에게 가장 중요한 창작 영역에 대해서도 아티스트의 명예를 훼손하고자 이른바 '짜깁기 콘텐츠'를 생산하여 온라인상에 게시하는 등 표절 논란을 부추겨 왔습니다.

위와 같은 무리의 소행에 유튜브, SNS, 블로그 등에서 이른바 '사이버 렉카(Cyber Wrecker)'의 행위까지 더해지면서 진위 여부에 대한 확인이나 검증도 없이, 자극적인 내용의 허위 정보가 확대, 재생산되었으며, 이는 또다시 인터넷상에서 불특정 다수가 아티스트를 집단적으로 피롭히는, 이른바 '사이버 불링(Cyber Bullying)'

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.

2024-0281715812-D7E46







위변조 방지용 바코드 입니다.

www.scourt.go.kr

음성출력용바코드

으로 이어졌습니다.

그 결과, 아티스트 본인이 작곡하지 않은 곡까지 아티스트에게 해명을 요구하고, 심지어 아티스트의 곡 발표 이후에 나온 곡을 아티스트가 표절했다는 기묘한 주장까지 등장하였습니다.

이들은 악곡의 코드가 명백히 다른데도 불구하고 음의 길이나 키를 조작하여 비슷하게 들리는 몇 초 구간을 반복 편집하고, 자신들이 유사성을 제기한 곡의 작곡가에게 문의까지 하여 '억지 논란'을 부추기기도 하였습니다. 나아가 '표절로 보이지 않는다'는 작곡가의 답변을 받은 경우조차, 자신들이 악의적으로 편집하여 만들어 낸 '억지 논란'에 대해 아티스트가 해명해야 된다는 식의 주장을 이어 갔습니다.

앞서 설명드린 바와 같이, 어떠한 음악에 대한 이른바 '표절' 문제가 발생할 경우, 필연적으로 저작권을 침해당했다고 주장하는 작곡가 A 와 후속곡을 창작한 작곡가 B 사이에 실제로 B 가 A 의 곡을 베껴서 창작한 것인지에 대한 논쟁과 논의가 이루어지는 것이 논리적인 순서라고 할 것인데, 아티스트를 둘러싼 '표절 시비' 논란에서는 가창자인 아티스트에게만 비방 및 공격만이 이루어지고 있을 따름입니다.

최근까지도 지속적인 법적 조치를 토대로, 일부 악플러들에 대한 처벌이 계속 이루어지고 있으나, 이들 무리의 악랄한 괴롭힘은 '공익'이라는 미명 하에 더욱 교묘해지며 심각해지는 양상을 띠고 있습니다. 본 법무법인은 이 사건 고발 행위 역시 위와 같은 일련의 사태들과 무관하지 않은 것으로 판단하고 있으며, 이들에 대해 수집한 자료들을 수사기관에 전달하여, 다른 고소 사건과의 연관성 내지 공모 관계에 대해서도 적극 수사하여 줄 것을 요청하였습니다.

대중들을 현혹하고, 귀중한 언론 지면을 낭비하게 하는 이러한 행위는 최근 사회적으로도 심각성을 야기하고 있는 '사이버 불링'으로서, 아티스트에 대한 맹목적

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.

  

www.scourt.go.kr

인 괴롭힘에 해당함이 명백한바, 이러한 노골적이고, 잔인한 괴롭힘을 이제는 멈추어야 합니다.

**4. 귀중한 수사 인력의 낭비 등에 따른 책임 촉구**

본 법무법인은 단순히 누군가를 괴롭히기 위한 목적으로 사법제도를 악용하고 수사기관의 귀중한 수사 인력마저 낭비하게 한 이 사건에 대해 엄중한 책임이 뒤따라야 한다는 입장을 명확히 밝힙니다.

이에, 차후 이러한 무분별한 고발을 방지하기 위하여 수사기관에서는 이 사건 고발인의 무고죄 성립 여부에 대하여 적극적으로 인지수사를 진행하여 줄 것을 촉구하는 바입니다.

이와 함께 고발인이 이 사건으로 문제를 삼은 곡들의 작곡가들 역시 고발인의 몰지각한 행위로 인해 큰 충격을 받았으며, 고발인을 허위 사실 적시에 따른 명예훼손 혐의로 고발하는 등 법률적 조치를 취하기 위한 방법을 강구 중에 있다고 전해왔음을 알려드립니다.

본 법무법인은 현재 아티스트에 대한 악성 루머 및 게시글을 작성, 배포하고 있는 다수의 악플러를 대상으로 한 추가 형사 고소를 준비 및 진행 중에 있으며, 이 사건 고발과 관련한 민사 소송 및 형사 고소 역시 빠른 시일 내 접수 및 진행 예정입니다. 앞으로도 본 법무법인이 보유하고 확보한 제보 내용 및 자료들을 바탕으로 일련의 악의적인 괴롭힘의 근원이 되고 있는 '사이버 불링'과 같은 폭력적이고 불법적인 행위를 묵과하지 않을 예정임을 말씀드립니다.

감사합니다.

⑤ 원고는 피고를 2023. 3.경 정보통신망법위반(명예훼손) 혐의로 이미 고소하였으며(갑 제 6 호증 고소장), 서울강남경찰서(사이버 1 팀, 접수번호 2023-003526)에서

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.





www.scourt.go.kr

피고에 대한 수사망을 좁혀가는 중입니다. 위 고소 사건에서 원고가 주장하고 있는 피고의 사이버 명예훼손 범죄사실을 간략히 요약하면 다음과 같습니다.

**[원고 주장 피고의 사이버 명예훼손 범죄사실 요지]**

피고는 2023. 1. 17.경 주식회사 카카오가 운영하는 블로그 사이트 '브런치스토리'에 '아이유/이지은 표절'이라는 제목 하에, '(아이유는) 표절 논란에 한두 곡도 아니고 전체 커리어가 의심받는 와중에 기사 하나 나지 않는 가수다', '내가 내린 결과는 아이유는 표절이 맞다', '저작권에 대해 기본적인 경각심을 가지자는 내용을 적은 것 뿐인데 순식간에 유튜브에서 빛삭을 당한다. 순간 의도치 않게 북한 사회주의 체제 안의 간접 경험을 접한다', '거의 지드래곤 여자 버전으로 이미지 메이킹 되었다고 해도 과언이 아니다', '총 50 곡의 표절 작사/작곡/춤 다 시비가 붙었다', '앨범 콘셉트까지 표절이다', '진짜 가수였던 적이 있었냐?라고 묻고 싶다', '아이유의 <라스트 판타지>는 심지어 디즈니 알라딘, 라푼젤의 3 곡의 코드를 따와서 짜깁기로 만든 노래다', '도용과 짜깁기들로 얼룩진 걸로 모자라 거짓말들로 방송에서 인터뷰하고 보란 듯이 여론 조성에 댓글 알바, 바이럴 공격 꽉 풀고 부딪히기에는 자기 손실이 너무 클게 뻔하니 소속사 뒤에 숨는 모양새가 꼭 드라마 안나에서의 안나 역의 결말을 보는 듯 하다'와 같은 표현이 포함된 글을 게시하였습니다.

피고는 2023. 1. 27. 미디엄 사이트에서 Hanna Kim 이라는 아이디를 사용하여 "IU 분홍신 표절 그리고 원작자"라는 제목 하에, '아이유 가수 커리어의 80-90% 음원들이 표절시비가 이렇게 걸리고 아무 입장도 해명도 안하고있습니다. 시국이 이런데 어제 1/27 에는 표절 범죄 용의자 선상에선 대표적 인물 중 한명인 아이유 (이지은)에 관해 연예 뉴스가 떴습니다. 박보검 & 아이유 주연으로 사전제작 드라마 찍으신답니다. 기사는 알아서 찾아 보시길.'이라는 취지의 글을 게시하였습니다.

피고는 2023. 1. 27. 경부터 최근까지 트위터에서 닉네임 Kirin Ichiban (@KirinIchiban8)으로 활동하며 "I want to talk about plagiarism which is copied the same

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.





위변조 방지용 바코드 입니다.

as you, Alicia Keys, by the IU in South Korea. Please get in touch with me for more details about your song "unthinkable," stolen by IU - "flu" from South Korea. Hi, Reggie. Could you please give your spotlight into a Kpop IU plagiarism scandal?"("한국의 아이유가 앨리샤 키스를 똑같이 베낀 표절에 대해 이야기하고 싶습니다. 한국에서 아이유가 '독감' 을 표절한 당신의 노래 '상상도 못 할 일'에 대한 자세한 내용을 알고 싶으니 연락주세요. 안녕하세요, 레지. 아이유 표절 스캔들에 대해 자세히 설명해 주시겠어요?")과 같은 트윗을 해외 유명 연예인들에게 전송해왔던 자입니다.

또한 피고는 2023. 7. 28. 자신의 트위터에 원고를 비방하는 다음과 같은 글을 게시하기도 하였습니다(KirinIchiban8twitter 의 유튜브 채널은 그 아이디가 @hannakim4993 입니다).



@kirinichiban8twitter · 5시간 전(수정됨)
저는 고발 후, 아이유 측으로부터 명예훼손 어쩐 버려지 같은 고소 받은 적이 없습니다. 5월에 그들의 쌩소리 성명문이 줄줄이 터질 때 고소 준비했습니다. 왜 표절에 관해서 말하는데 간첩 피라시 건을 엮는지도 노이해 어이털리고요. 솔직히 제가 명예훼손 걸어도 무방하다고 해야죠? 거기다 저번주에 판권서도 대놓고 업데이트에 연락하기 편하시라고 트위터도 열어두었는데 연락 온 적 없습니다. 진실을 왜곡하여 대중문화를 향유하는 행동을 소비자의 역할을 할 때만 편 취급해주고 산넘갔고 체우처 바른 말하면 한다는게 명구체명 출입금지 조치에 당신들이 책임을 질 때는 개돼지 취급하는 입벌구가 과연 누구일까요?

👍 27   💬   🔁

나아가 피고는 아이디의 구성형태, 글의 내용 등을 종합하여 볼 때 지난 2023. 1. 경 미국의 청원사이트인 'The world's platform for change' (https://www.change.org/)에 처음 게시된 "!!!!! K-POP SINGER "IU" stole all the COPYRIGHTS from ARTISTS worldwide !!!!![1]"의 청원의 게시자인 Kirin Kirkland 과 동일인인 것으로 보입니다.

---

[1] https://www.change.Org/p/k-pop-singer-iu-stole-all-the-copyrights-from-artists-worldwide

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.





www.scourt.go.kr

음성출력용바코드

위변조 방지용 바코드 입니다.

한편, 위 Kirin Kirkland 는 2023. 7. 20.경 "아이유 표절 형사 사건 탄원서"라는 제목의 청원(증 제 19 호증)도 위 청원사이트에 게시하였는데, 그 내용 중 이 사건 고발 당사자가 아니면 알 수 없는 내용이 적시되어 있습니다.

피고는 인스타그램 아이디 Kirmcreama 와도 동일인으로 보입니다. Krimcreama 의 인스타그램 프로필에는, 피고소인 14 의 미디엄 블로그 주소인 'medium.com/@oliveeerim'이 기재되어 있습니다.

또한, 인스타그램 주소 https://www.instagram.com/p/Ct4AjTrSj8J 에서 지속적으로 원고를 비방하는 글을 게시하면서 '아이유가 광고하는 상품 불매운동'까지 벌이고 있는, 인스타그램 아이디 mainesever 또한 피고와 동일인일 것으로 추정됩니다.

이처럼 피고는 인스타그램, 유튜브, 트위터, 심지어 미국 청원사이트 등 인터넷 상의 수많은 곳에서 익명에 기대어 원고를 비방하고, 표절가수로 몰아가고 있으며, 위와 같이 '<u>불매운동</u>'을 주도하면서 <u>경제적 손실</u>까지 입히고 있습니다.

⑥ 피고는 이 사건 고발사건이 각하되었다는 보도가 나온 이후에도 자신의 트위터(https://twitter.com/Kirinichiban8)에서 원고를 비방하면서 표절가수로 몰아가는 행태를 반복하고 있습니다(갑 제 7 호증 피고 트위터, 이상의 ⑤, ⑥의 내용을 합하여 '이 사건 사이버명예훼손'이라 합니다).

## 2. 피고 특정방법

이 사건 피고는 이 사건 고발의 고발인입니다. 그리고 피고의 인적사항은 고발장에 상세히 기재되어 있습니다.

---

4 https://www.change.org/p/%EC%95%84%EC%9D%B4%EC%9C%A0-%ED%91%9C%EC%A0%88-
%ED%98%95%EC%82%AC%EC%82%AC%EA%B1%B4-
%ED%83%84%EC%9B%90%EC%84%9C?recruiter=1293722255&recruited_by_id=7c4d5d10-a00e-11ed-
8b46-
d18deda3662d&utm_source=share_petition&utm_campaign=share_for_starters_page&utm_medium=copylink

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.





원고는 이 사건 고발장에 기재된 고발인(피고) 정보를 확인하기 위하여 서울강남 경찰서에 **문서송부촉탁을 신청**하여 피고의 인적사항을 특정한 후, 보정하고자 합 니다.

[갑 제 2 호증 고발장 일부발췌]




고 발 장

피고발인   이지은(아이유, 女)
서울 강남구 테헤란로 103길 17

고 발 취 지

고발인은 피고발인을 저작권법위반죄의 혐의로 고발하오니 철저히 수사하시어 위법처리하여 주시기 바랍니다.

\* 위와 같이 개인정보가 삭제된 부분에 대한 공개를 요청하고자 하는 것입니다.

또한 원고는 피고의 정보통신망법위반 혐의에 대해 고소를 진행하여 곧 피고의 신원이 특정될 예정이고, 방송통신심의위원회를 통하여도 이용자 정보제공을 신 청하여 둔 상태입니다.

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법 원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변 조 여부를 확인하실 수 있습니다.







www.scourt.go.kr

음성출력용바코드

위변조 방지용 바코드 입니다.

원고는 이러한 방법으로 피고를 특정할 예정이므로, 보정을 명하시는 경우에도 위 문서송부촉탁 회신 또는 수사결과 확인을 위한 기간을 넉넉히 부여하여 주시기를 희망합니다.

### 3. 피고의 불법행위

### 가. 명예훼손 등에 대한 불법행위책임 인정 법리

### (1) 명예훼손

대법원은 "민사상 타인에 대한 명예훼손, 즉 사람의 품성, 덕행, 명성, 신용 등의 인격적 가치에 관하여 사회로부터 받는 객관적인 평가를 저하시키는 것은 사실을 적시하는 표현행위 뿐만 아니라 의견 또는 논평을 표명하는 표현행위에 의하여도 성립할 수 있을 것인 바, 어떤 사실을 기초로 하여 의견 또는 논평을 표명함으로써 타인의 명예를 훼손하는 경우에는 그 행위가 공공의 이해에 관한 사항에 관계되고, 그 목적이 공익을 도모하기 위한 것일 때에는 그와 같은 의견 또는 논평의 전제가 되는 사실이 중요한 부분에 있어서 진실이라는 증명이 있거나 그 전제가 되는 사실이 중요한 부분에 있어서 진실이라는 증명이 없더라도 표현행위를 한 사람이 그 전제가 되는 사실이 중요한 부분에 있어서 진실이라고 믿을 만한 상당한 이유가 있는 경우에는 위법성이 없다.

의견 또는 논평을 표명하는 표현행위로 인한 명예훼손에 있어서는 그 의견 또는 논평 자체가 진실인가 혹은 객관적으로 정당한 것인가 하는 것은 위법성 판단의 기준이 될 수 없고, 그 의견 또는 논평의 전제가 되는 사실이 중요한 부분에 있어서 진실이라는 증명이 있는가, 혹은 그러한 증명이 없다면 표현행위를 한 사람이 그 전제가 되는 사실이 중요한 부분에 있어서 진실이라고 믿을 만한 상당한 이유가 있는가 하는 것이 위법성 판단의 기준이 되는 것이므로, 어떠한 표현행위가 명예훼손과 관련하여 문제가 되는 경우 그 표현이 사실을 적시하는 것인가 아니면 의견 또는 논평을 표명하는 것인가, 또 의견 또는 논평을 표명하는 것이라면 그와 동시에 묵시적으로라도 그 전제가 되는 사실을 적시하고 있는 것인가 그렇지 아니한가를 구별할 필요가 있고, 신문 등 언론매체가 특정인에 대한 기사를

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.

  

위변조 방지용 바코드 입니다.

www.scourt.go.kr

용성흘력용바코드

게재한 경우 그 기사가 특정인의 명예를 훼손하는 내용인지 여부는 당해 기사의 객관적인 내용과 아울러 일반의 독자가 보통의 주의로 기사를 접하는 방법을 전제로 기사에 사용된 어휘의 통상적인 의미, 기사의 전체적인 흐름, 문구의 연결 방법 등을 기준으로 하여 판단하여야 할 것인데, 이는 사실 적시와 의견 또는 논평 표명의 구별, 의견 또는 논평 표명의 경우에 전제되는 사실을 적시하고 있는 것인지 여부의 판별에 있어서도 타당한 기준이 될 것이고, 아울러 사실 적시와 의견 또는 논평 표명의 구별, 의견 또는 논평 표명의 경우에 전제되는 사실을 적시하고 있는 것인지 여부의 판별에 있어서는 당해 기사가 게재된 보다 넓은 문맥이나 배경이 되는 사회적 흐름 등도 함께 고려하여야 할 것이므로, 신문기사 가운데 그로 인한 명예훼손의 불법행위책임 인정 여부가 문제로 된 부분에 대하여 거기서 사용된 어휘만을 통상의 의미에 좇아 이해하는 경우에는 그것이 증거에 의하여 그 진위를 결정하는 것이 가능한 타인에 관한 특정의 사항을 주장하고 있는 것이라고 바로 해석되지 아니하는 경우라도 당해 부분 전후의 문맥과 기사가 게재될 당시에 일반의 독자가 가지고 있는 지식 내지 경험 등을 고려하여 볼 때에 그 부분이 간접적으로 증거에 의하여 그 진위를 결정하는 것이 가능한 타인에 관한 특정의 사항을 주장하는 것이라고 이해된다면 그 부분은 사실을 적시하는 것으로 보아야 할 것이고, 이를 묵시적으로 주장하는 것이라고 이해된다면 의견 또는 논평의 표명과 함께 그 전제되는 사실을 적시하는 것으로 보아야 한다."고 판시하였습니다(대법원 1999. 2. 9. 선고 98 다 31356 판결).

또한, 사실을 적시함으로써 타인의 명예를 훼손하는 경우, 원고가 청구원인으로 그 적시된 사실이 허위사실이거나 허위평가라고 주장하며 손해배상을 구하는 때에는 그 허위성에 대한 증명책임은 원고에게 있고, 다만 <u>피고가 그 적시된 사실이 진실한 사실로서 오로지 공공의 이익에 관한 것이므로 위법성이 없다고 항변할 경우 그 위법성을 조각시키는 사유에 대한 증명책임은 피고에게 있습니다</u>(대법원 2014. 6. 12. 선고 2012 다 4138 판결 등 참조).

**(2) 인격권 침해**

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.

2024-0281715812-D7E46







위변조 방지용 바코드 입니다.

www.scourt.go.kr

음성출력용바코드

한편 대법원은, "표현행위자가 타인에 대하여 비판적인 의견을 표명하였다는 사유만으로 이를 위법하다고 볼 수는 없지만, 만일 표현행위의 형식 및 내용 등이 모욕적이고 경멸적인 인신공격에 해당하거나 혹은 타인의 신상에 관하여 다소간의 과장을 넘어서서 사실을 왜곡하는 공표행위를 함으로써 <u>그 인격권을 침해한다면, 이는 명예훼손과는 별개 유형의 불법행위를 구성할 수 있다</u>"고 판시합니다(대법원 2009. 4. 9. 선고 2005 다 65494 판결, 대법원 2015. 9. 10. 선고 2013 다 26432 판결 등 참조).

소송당사자가 참고서면 및 탄원서를 소송이 계속 중인 재판부에 제출하는 방법으로 상대방 소송대리인 변호사를 모욕하고, 담당 사건 판사에게 뇌물을 제공하였다는 등의 허위사실을 적시함으로써 명예를 훼손하였으며, 모욕적이고 경멸적인 인신공격을 하는 방법으로 그 인격권을 침해하고, 상대방 대리인을 수사기관에 부당하게 진정함으로써 수사를 받도록 무고하는 방법으로 상대방 소송대리인 법률사무소 업무 경영이 저해하는 행위를 한 것이 불법행위를 구성하는지 여부가 문제된 사안에서 법원은, '<u>인격권 침해</u>'와 상대방 소송대리인 변호사가 정신적 고통을 받았음을 경험칙상 충분히 인정할 수 있다고 판시하였습니다(수원지방법원 2020. 4. 21. 선고 2019 나 5632 판결).

**(3) 고소·고발권의 남용**

마지막으로, 대법원은 "피고소인이 고소인이 고소한 피의사실로 기소된 후 이에 대하여 무죄의 확정판결을 받은 사실이 있다 하더라도 그 고소가 권리의 남용이었다고 인정되는 고의 또는 중대한 과실에 의한 것이 아닌 이상 불법행위라고 할 수는 없다."고 판시합니다(대법원 1994. 1. 25. 선고 93 다 29556 판결). 위 판시취지를 반대 해석하면 '<u>고의 또는 중대한 과실에 의한 고소·고발권의 남용</u>'이 있는 경우에는 고소인의 불법행위를 인정할 수 있다는 것입니다.

**나. 피고의 명예훼손·인격권 침해·무고 등 불법행위**

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.







피고는 이 사건 고발을 진행하면 원고의 가수로서의 성망이 심각하게 훼손될 수 있다는 점을 잘 알면서도, 원고를 비방할 목적으로 이 사건 고발을 진행하였습니다. 게다가 피고는 트위터, 인스타그램, 유튜브, 미디엄 등 해외에 서버를 둔 정보통신망을 중심으로 활동하면서 원고에 대한 사이버 명예훼손 행위를 이어오고 있습니다.

이러한 피고의 일련의 행위는 모두 원고에게 해악을 가하려는 목적으로 이루어진 것들이므로, 다음과 같은 불법행위를 구성합니다.

**(1) 피고의 명예훼손**

피고는 원고에게 치명적인 내용의 허위사실을 공연히 적시하여 원고의 명예를 훼손하였고, 이는 불법행위를 구성합니다(민법 제750조).

원고는 타인의 저작물을 허락 없이 사용하는 등 저작권을 침해한 사실이 없고, 저작권자들로부터 저작권침해의 교소를 당한 적이 없습니다. 그럼에도 피고는 원고가 가창한 곡의 일부 마디가 다른 곡의 멜로디와 동형으로 진행되거나 화성이 유사하다는 점만으로 표절이라는 점을 주장하였습니다. 그런데 이 사건에서 원고가 '가창'한 곡은 '창작'한 곡과 구분되어야 하고, 애초에 '타인의 저작권을 침해하였다'는 평가에 해당하는 **'표절' 논란이 성립될 여지조차 없습니다.** 이에 서울강남경찰서는 이 사건 고발을 '범죄가 되지 아니함'으로 각하하였던 것입니다.

어떤 작곡가가 자신이 창작곡인 것처럼 가수에게 곡을 전달하여, 가수가 표절시비로 활동을 중단하고, 음반판매까지 급감하여 업무를 방해하였다는 공소사실로 기소된 사안에서 법원은 '가수는 표절가수로 낙인되어 상당한 정신적 고통을 받았을 것'이라는 양형이유를 밝힌 바 있습니다(서울서부지방법원 2010. 10. 21. 선고 2010 고단 1846 판결). 즉, 어떤 가수가 표절시비에 휘말리면 가수의 업무가 방해될 뿐 아니라 상당한 정신적 고통에 시달리게 된다는 점은 법원도 경험칙상 인정하고 있다는 점이 명백합니다.

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.

2024-0281715812-D7E46

16 / 23







원고는 '싱어-송라이터'로 유명해진 가수로, 유명 가수에 대한 표절시비는 파급력이 매우 큽니다. 따라서 <u>피고의 구체적인 주장사실과 관계없이 그 루머가 양산되는 것만으로도 원고가 입는 고통(실추되는 명예)의 정도는 매우 크다고 인정할 수 있습니다.</u> 또한 원고는 대중의 판심과 인기에 기대어 수익을 창출하여야 하는 연예인으로, 피고가 비롯한 다수가 퍼뜨린 허위루머로 인하여 측정이 어려운 손해를 입는 등 생업에 지장을 받고 있기까지 합니다.

**(2) 피고의 인격권 침해**

피고가 원고를 '표절가수'로 고발하여 언론플레이를 하고, 표절 의혹을 제기하는 단정적인 다수의 표현을 게시하면서 원고를 표절 가수로 낙인하는 것은 원고의 사회적 가치를 저해하기에 충분한 것이고, 비방목적이나 고의도 충분히 인정될 수 있을 것입니다. 피고의 이 사건 고발행위 및 이 사건 사이버명예훼손 행위는 <u>오로지 원고에게 고통을 줄 목적으로 다분히 악의적으로 이루어진 것으로서, 원고의 명예를 훼손하려는 고의가 존재하는 것이 명백합니다. 또한, 피고는 법무법인의 자문을 구하여 이 사건 고발을 진행한 것으로 알려져 있습니다. 즉, 피고는 원고에 대한 <u>죄의 성립 가능성이 전혀 없다는 것을 이미 알고 있었을 가능성이 매우 높으며,</u> 그럼에도 원고를 비방하기 위하여 이 사건 고발을 강행하였던 것입니다. 따라서 <u>피고의 이 사건 고발 행위는 그 자체로 원고의 인격권을 침해하는 행위</u>에 해당합니다.

**(3) 고소·고발권의 남용 (무고)**

나아가 피고는 2023. 5. 8. 이 사건 고발장 접수 당시 수사기관에게 이 사건 고발장의 모든 정보를 삭제하도록 요청을 하였는데, 삭제를 요청한 정보 중에는 <u>대리인인 법무법인의 정보도 포함</u>되어 있었습니다. 이는 피고 및 피고의 고발대리인 스스로도 혐의 인정 가능성이 거의 없다는 것을 안 상황에서, 익명의 그늘에 숨어 원고를 괴롭힐 목적으로 '고발'이라는 제도를 악용·남용하는 행태입니다. 피고는 이 사건 고발을 진행하면서 원고에 대한 부정적인 여론을 부추기고, '언론플레이'를 진행하면서 본인은 아무런 피해도 입지 않는 매우 비겁한 행동을 하고 있

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.





위변조 방지용 바코드 입니다.

www.scourt.go.kr

음성출력용바코드

는 것임을 알 수 있습니다. 이러한 익명의 무고 고발이 진행되는 경우, 원고와 같은 유명 연예인은 수사기관과 언론 대응에 많은 시간과 비용을 강제로 소요하여야 하며, 명예·성망에 중대한 타격을 입게 될 것임은 자명합니다. 가장 큰 문제는 **원고와 피고의 명성의 차이가 심각하게 비대칭적**이라는 것입니다. 피고가 누구인지도 모르는 원고와 같은 연예인의 입장에서는, 피고의 비방목적 고발 행위는 예상할 수도 없고, 반격도 불가능한 일방적인 폭력이나 다름이 없는 수준입니다. 그렇다면 피고의 이 사건 고발 행위는 고발권을 남용하는 행위로써 불법행위에 해당합니다.

원고에 대한 이 사건 고발이 대중들에게 큰 관심을 받았던 이유는, 비단 원고가 주목을 받는 연예인이기 때문이 아니었습니다. 이 사건 고발은 '고소·고발권의 행사'라는 미명 하에 완전한 익명으로 이루어지고 있고, 이 소장을 작성하는 지금까지 약 4 개월(피고의 사이버명예훼손의 고소시점을 생각하면 6 개월)이라는 시간이 소요되었음에도 수사기관이 피고의 인적사항을 공개하여 주지 않고 있거나, 특정하지 못하고 있습니다. 이처럼 누구나 그늘 속에서 가수의 근간이 되는 '표절' 문제를 아무런 제지 없이 제기할 수 있다는 것은 우리나라의 연예산업 전반에 큰 공포로 다가옵니다.

### (4) 소결

피고는 이상의 내용과 같이 원고에 대한 명예훼손, 인격권 침해, 무고로 인한 불법행위 책임을 부담합니다. 원고는 추후 입증자료를 확보하여 구체적인 손해발생 사실에 대해서 보완할 계획입니다.

### 다. 손해액의 산정

#### (1) 위자료 산정 근거

대법원은, "불법행위로 인한 위자료를 산정할 경우, 피해자의 연령, 직업, 사회적 지위, 재산 및 생활상태, 피해로 입은 고통의 정도, 피해자의 과실 정도 등 피해

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.







자 측의 사정과 아울러 가해자의 고의·과실의 정도, 가해행위의 동기와 원인, 불법행위 후의 가해자의 태도 등 가해자 측의 사정까지 함께 참작하는 것이 손해의 공평부담이라는 손해배상의 원칙에 부합하고, 법원은 이러한 여러 사정을 참작하여 그 직권에 속하는 재량에 의하여 위자료 액수를 확정할 수 있다"고 판시합니다(대법원 2013. 12. 12. 선고 2013 다 201844 판결 참조).

한편, 법원은 2016. 10. 20. "불법행위 유형별 적정한 위자료 산정방안"을 공표하였으며, 2017. 2. 17.경 법원 홈페이지 대국민서비스-사법부간행물[5] 페이지에서 그 주요 내용을 게시하였습니다(참고자료 1). 이를 발췌하면 다음과 같습니다.

> 명예훼손과 신용훼손의 경우 피해자는 인격권 침해로 정상적인 개인생활·사회생활·경제활동을 할 수 없고 회복이 불가능할 정도로 심각한 피해를 입게 되나, 이를 산술적·경제적·재산적 수치로 계량화하여 배상하기는 어려워 충분한 재산상 손해와 전보가 사실상 곤란한 점을 위자료 산정에 적극적으로 반영하여야 한다. 즉, 명예·신용훼손으로 피해자의 기존 생활과 경제적·사회적 활동이 회복 불가능한 상태에 이른 중대한 피해가 발생한 경우 피해자는 일반 과실에 의한 불법행위로 사망한 것 이상으로 정신적으로 크나큰 고통을 겪을 수 있는 만큼, 이를 전제로 한 위자료 기준금액의 설정이 필요하다. 다만, 피해가 경미한 정도를 넘어 상당한 정도에 이르렀지만 위와 같은 중대한 피해에 이르지 아니한 경우에는 위자료의 기준금액을 구분하여 설정하는 것을 고려할 필요가 있다.
>
> 명예훼손 및 신용훼손 행위 가운데 ① 허위사실에 기한 행위, ② 특정인을 모함하여 그 직업이나 사회적 지위를 유지하지 못하도록 하는 행위 또는 경쟁자에게 영업상 타격 등을 입히거나 그의 이익을 가로채기 위한 행위 등 악의적·모해적·영리적 행위, ③ 전파성·인지도·신뢰도 등을 고려할 때 영향력이 상당한 정도에 이르는 사람이나 단체의 행위 또는 이를 수단으로 하는 행위를 행위불법이 중하다고 보아 이를 특별가중사유로 구성한다.

---

[5] https://www.scourt.go.kr/portal/news/NewsViewAction.work?seqnum=25&gubun=713

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.







또한, 명예훼손행위는 가해행위의 태양과 이에 따른 피해의 정도가 매우 다양하고, 이에 따라 훼손된 명예·신용의 가치가 매우 커서 1단계의 기준금액과 2단계의 가중금액만으로 손해를 전보하기 어려운 경우가 생길 수 있다. 이에 명예훼손의 경우 다른 불법행위 유형과 마찬가지로 가중금액을 기준금액의 2배로 하되, 그 훼손된 가치에 상응하는 실질적인 배상을 위하여 필요한 경우 기준금액의 2배를 초과하는 가중금액을 인정할 수 있도록 하고, 아울러 이와 같은 경우 그 가중의 한도를 설정하여 배상액 범위를 미리 한정하는 것은 적절하지 아니하므로, 법관이 구체적인 사건에 존재하는 개별·특수성을 참작하여 정하는 것을 전제로 산정방안에 가중금액의 초과가중이 가능함을 명시하되, 그 가중의 한도는 설정하지 아니하였다.

이상에서 살핀 바를 종합한 불법행위 유형별 가중금액 설정 결과를 정리하면, 아래와 같다.

| 불법행위유형 | 기준금액 | | 가중금액 | |
|---|---|---|---|---|
| 명예훼손 | 일반 피해 | 2억 원 | 1억 원 | 피해가 매우 중대한 경우 훼손된 가치에 상응하도록 초과 가능 |
| | 중대 피해 | 1억 원 | 2억 원 | |

산정방안이 제시하는 일반증액·감액사유는 앞서 본 바와 같이 예시적인 것이므로, 개별 사건의 구체적 특수성을 반영하여 적정한 위자료 액수를 정하는 데에 필요한 경우 위자료의 액수를 증액 또는 감액하는 것도 가능하다. 이에 따라 1단계 기준금액과 2단계 특별가중을 거쳐 산정된 위자료 액수를 ±1/2 범위 내에서 증액하거나 감액하여 해당 사건의 구체적인 위자료 액수를 정한다. 이러한 최종적인 위자료 결정 단계에서는 피해의 정도, 특별가중사유, 일반증액·감액사유 등을 비롯하여 개별 사건에 존재하는 위자료 산정에 참작할 구체적이고 개별적인 사유를 종합적으로 고려한다.

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.






www.scourt.go.kr

음성출력용바코드

위변조 방지용 바코드 입니다.

**(2) 이 사건의 경우**

원고는 공직자 등 공인은 아니지만, 국내에서 널리 알려져 있고 인기가 높은 연예인으로 공인에 준하는 명예·신용을 가지고 있습니다. 게다가 피고의 이 사건 고발 내용은 원고의 사생활 문제와 다르게, 원고가 그동안 싱어-송라이터로서 15 년간 쌓아 온 명예의 근간이 되는 '저작권' 문제를 겨냥하고 있었습니다. 피고발인의 고발에 따라 언론들은 일제히 원고가 고발을 당하였다는 사실을 보도하였으며, 원고는 매우 부당하게 여론으로부터 표절가수라는 의심을 받는 것을 감내하여야 하였습니다. 이에 따라 원고의 사회적 지위나 연예인으로써의 활동은 상당부분 위축되었습니다. 즉, 피고의 명예훼손행위는 그 **행위불법의 정도가 매우 중대**하다고 보아야 합니다.

원고는 이상의 위자료 산정 기준에 따라, 피고의 명예훼손 행위에 대한 **위자료**로 30,000,100 원을 **일부청구**합니다. 원고는 추후 피고의 행위에 따른 법률비용, 광고모델로써의 이미지 손해, 연예인으로서 이미지 훼손 등 비용을 산정하여, 적극손해와 일실이익을 추가적 청구원인으로 구성하고, 위자료에 대해서도 청구취지를 확장할 계획입니다.

한편, 지연손해금 발생의 기산점은 피고의 이 사건 고발행위가 다수의 언론에 보도됨으로써 인터넷에서 잠재적으로 존재하던 원고의 이미지 훼손이 본격적으로 현실화 된 2023. 5. 10.입니다.

따라서 피고는 원고에게 명예훼손 등 불법행위에 기한 손해배상금으로 위자료 30,000,100 원(명시적 일부청구) 및 이에 대하여 2023. 5. 10.부터 이 사건 소장부본 송달일까지는 민법 소정의 연 5%로 계산한 지연손해금 및 그 다음날부터 다 갚는 날까지는 소송촉진 등에 관한 특례법 소정의 연 12%로 계산한 지연손해금을 지급할 의무가 있습니다.

**4. 결론**

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.







이상에서 살펴본 바와 같이, 원고는 우선 현재 파악된 피고의 불법행위에 대하여 손해배상을 청구하며, 소송진행 과정에서 피고의 불법행위가 추가로 발견된다면 추후 청구취지를 확장하도록 하겠습니다.

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.







www.scourt.go.kr

음성출력용바코드

위변조 방지용 바코드 입니다.

# 정본입니다.

2024. 12. 18.

서울중앙지방법원

법원주사보  김해산

판결에 불복이 있을 때에는 이 정본을 송달받은 날(발송송달의 경우에는 발송한 날)부터 2주 이내에 상소장을 민사소송법 등 관계 법령에 따라 원심법원인 이 법원(서울중앙지방법원)에 제출하여야 합니다(민사소송법 제71조의 보조참가인의 경우에는 피참가인을 기준으로 상소기간을 계산함에 유의).

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.

# EXHIBIT 57



대한민국 경찰
KOREAN NATIONAL POLICE

# 서 울 강 남 경 찰 서

2023. 8. 24.

사건번호    2023-007636

제    목    불송치 결정서

아래와 같이 불송치 결정합니다.


Ⅰ. 피의자

　　이지은


Ⅱ. 죄명

　　저작권법위반


Ⅲ. 주문

　　피의자에 대한 고발을 각하한다.


Ⅳ. 피의사실과 불송치 이유

　[피의사실의 요지]

　　피의자는 2009. 4. 23.부터 2021. 1. 27.까지 곡명 'Boo'(데이킵슨 'only in my areams'), '가여워'(넬 '기억을 걷는 시간'), '좋은날'(페트릭 주배 'lady night'), '분홍신'(넥타 'here's us'), '삐삐'(말루 트레베호 'en my mente'), 'Celebrity'(이상은 'something in the air')의 리듬, 멜로디, 코드 등을 영리 목적으로 표절 저작권을 침해하였다.

[불송치 이유]

o 저작권법 침해가 성립되기 위해서는 타인의 저작물을 무단으로 이용한 뒤, 그에 따라 피침해 저작물과 실질적으로 유사한 저작물을 창작해야만 하며, 특히 음악저작물에 대한 저작권침해 문제는 음악저작물을 창작하는 작곡·작사·편곡 하는 경우에 발생하는데,

피의자는 위 곡들을 가창한 실연자에 불가할 뿐 고발 대상 곡의 창작행위를 실행한 사실이 없다.

o 공연권 침해 관련하여 이미 제작이 완료된 음악저작물을 저작자의 허락 없이 재생 등 방식으로 사용하는 경우 발생할 수 있을 뿐 음악저작물이 만들어지는 과정에서 일어날 수 없으며, 영리 목적 내지, 상습적으로 저작권을 침해한 사실 또한 없다.

o 피의자는 가수로서 영리를 목적으로 활동한 사실은 있으나, 고발 침해 곡들 의'원곡'을 상대로 공연한 것은 아니라 타 작곡가들이 작곡한 곡들을 가창 및 공 연한 것이다.

o 피의자는 해당 곡들의 실제 작곡가가 아니며 노래를 부른 실연자일 뿐이므로 침해 사실을 발견할 수 없다.

o 고발인이 제출하는 자료 등으로 보아 현재 피의사실이 범죄를 구성하지 않 고, 더 이상 수사를 진행할 필요가 없어 불송치(각하)의견으로 결정함.

사법경찰관    경위    김창기