Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicant*
*Lee Ji-eun, a/k/a IU*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Ex Parte* Application of Lee Ji-eun, a/k/a IU,<br><br>Applicant. | CASE NO. 5:26-mc-80211-NW<br><br>Assigned to Hon. Noel Wise<br><br>**DECLARATION OF EUGENE KIM RE: STATUS OF UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AND REQUEST FOR RULING IN ADVANCE OF OCTOBER 30, 2026 DEADLINE IN KOREAN CIVIL PROCEEDING** |

I, Eugene Kim, declare that:

1. I am an attorney licensed to practice law before all courts of the State of California and before this Court. I am a Shareholder of Stream Kim Hicks Wrage & Alfaro, PC, counsel of record for Applicant Lee Ji-eun, a/k/a IU ("**Applicant**"), in this matter. I have personal knowledge of the matters stated herein, except as to those matters stated on information and belief, which I believe to be true. If called as a witness, I could and would competently testify thereto.

2. I submit this declaration to respectfully advise the Court that (a) Applicant's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding (the "**Application**") is fully briefed and unopposed, and (b) the Korean court presiding over the underlying civil action has set a hearing on October 30, 2026, to follow up on the status the identity of this user, which makes a ruling on this Application time-sensitive.



STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

3. On July 15, 2026, Applicant filed the Application, supported by the Declaration of Korean counsel Kyongtae Paek. (Dkt. 1.) The Application seeks leave to serve a subpoena on non-party Meta Platforms, Inc. ("**Meta**") for basic account-holder information sufficient to identify the anonymous user of the Threads account "@7hyejin," for use in Applicant's civil defamation action pending in Korea, Case No. 2026GaDan56171 (the "**Korean Action**").

4. On August 7, 2026, Meta filed its Response to the Application. (Dkt. 8.) Meta stated that it "takes no position on the issuance of the subpoena." Meta asked only that any order granting the Application recognize Meta's right to provide notice to the account holder and to raise objections after the subpoena issues.

5. On August 10, 2026, this matter was reassigned to the Honorable Noel Wise. (Dkt. 14.)

6. On August 14, 2026, Applicant filed its Reply. (Dkt. 16.) In the Reply, Applicant agreed to each of the accommodations Meta raised: Applicant does not object to a notice-and-challenge provision, provided Meta preserves the requested identifying information in the interim; Applicant does not seek the contents of any communications protected by the Stored Communications Act; and Applicant is willing to limit the subpoena to a reasonable time period, such as 2023 to the present.

7. Accordingly, no party or non-party opposes the Application, and the Application has been fully briefed and submitted since August 14, 2026.

8. As of the date of this declaration, the Court has not issued an order on the Application. Over the past three weeks, my office has contacted the Court each week to inquire about the status of the Application.

9. I am informed by Mr. Paek, Applicant's counsel of record in the Korean Action, and on that basis believe, that the Korean court has set a hearing for October 30, 2026, where the court in Korea set a the deadline by which Applicant must address the status of its efforts to identify the defendant in order to obtain a further extension of the Korean Action. As explained in Mr. Paek's declaration, Korean courts effect service of process based on identifying information supplied by the plaintiff. Without the account holder's identity, Applicant cannot serve the



STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

complaint, and the Korean Action is at risk of dismissal.

10. Even after the Court issues an order, additional time will be required to serve the subpoena on Meta, to allow any user-notice period to run, and for Meta to produce responsive information. In addition, IP address and log-in records of the type sought are transient and may be purged in the ordinary course. Each week of delay therefore increases the risk that the information Applicant needs will no longer be available.

11. For these reasons, Applicant respectfully requests that the Court rule on the unopposed Application at its earliest convenience and, if possible, before October 30, 2026, so that Applicant can advise the Korean court that discovery has been authorized and is underway.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed of October 16, 2026

Eugene Kim

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470