Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicant*
*Lee Ji-eun, a/k/a IU*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Ex Parte* Application of Lee Ji-eun, a/k/a IU,<br><br>Applicant. | CASE NO. 5:26-mc-80211-NW<br><br>Assigned to Hon. Noel Wise<br><br>**DECLARATION OF EUGENE KIM IN SUPPORT OF REQUEST FOR ISSUANCE OF SUBPOENA** |

I, Eugene Kim, declare that:

1. I am an attorney licensed to practice law before all courts of the State of California and before this Court. I am a Shareholder of Stream Kim Hicks Wrage & Alfaro, PC, counsel of record for Applicant Lee Ji-eun, a/k/a IU ("**Applicant**"), in this matter. I have personal knowledge of the matters stated herein, except as to those matters stated on information and belief, which I believe to be true. If called as a witness, I could and would competently testify thereto.

2. On November 2, 2026, I contacted the Court Clerk to inquire about the status of this subpoena, which has remained pending since July 2026. The Court Clerk also spoke with the Quality Assurance Clerk to investigate the status of this case. I was initially advised that, pursuant to Federal Rule 45, subpoenas generally do not require a judge's signature. However, I explained that because this matter involves an application under 28 U.S.C. § 1782, a court order is necessary





STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

to authorize discovery for use in a foreign proceeding.

3. During a subsequent conversation I had with the Court Clerk on November 2, 2026, the Court Clerk also indicated that the delay may be attributable to some procedural confusion arising from the reassignment of this matter. Specifically, on July 17, 2026, US. Magistrate Judge Susan Van Keulen issued a Scheduling Order on July 17, 2026. [Dkt. 3] However, on August 7, 2026, Meta declined to consent to magistrate judgment jurisdiction. [Dkt. 11]. Consequently, on August 10, 2026, the matter was reassigned to U.S. District Judge Noel Wise. [Dkt. 14] Given these developments, it is possible that the transition between judicial officers contributed to the delay in addressing the pending application.

4. In order to clarify any confusion, Applicant hereby requests that (1) this Court Grant this pending Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding (**Exhibit 1**); and (2) issue the subpoena attached hereto as **Exhibit 2**.

5. By way of background, this Application was originally filed on July 15, 2026. (Dkt. 1.) The Application seeks leave to serve a subpoena on non-party Meta Platforms, Inc. ("**Meta**") for basic account-holder information sufficient to identify the anonymous user of the Threads account "@7hyejin," for use in Applicant's civil defamation action pending in Korea, Case No. 2026GaDan56171 (the "**Korean Action**").

6. On August 7, 2026, Meta filed its Response to the Application. (Dkt. 8.) Meta stated that it "takes no position on the issuance of the subpoena." Meta asked only that any order granting the Application recognize Meta's right to provide notice to the account holder and to raise objections after the subpoena issues.

7. On August 10, 2026, this matter was reassigned to the Honorable Noel Wise. (Dkt. 14.)

8. On August 14, 2026, Applicant filed its Reply. (Dkt. 16.) In the Reply, Applicant agreed to each of the accommodations Meta raised: Applicant does not object to a notice-and-challenge provision, provided Meta preserves the requested identifying information in the interim; Applicant does not seek the contents of any communications protected by the Stored



STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

Communications Act; and Applicant is willing to limit the subpoena to a reasonable time period, such as 2023 to the present.

9. Accordingly, no party or non-party opposes the Application, and the Application has been fully briefed and submitted since August 14, 2026.

10. As of the date of this declaration, the Court has not issued an order on the Application and has not issued the subpoena.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2026

Eugene Kim

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470