Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicant*
*Lee Ji-eun, a/k/a IU*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Ex Parte* Application of Lee Ji-eun, a/k/a IU,<br><br>Applicant. | CASE NO.<br><br>**[PROPOSED] ORDER GRANTING APPLICANT'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28. U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN CIVIL PROCEEDING** |

**[PROPOSED] ORDER**

This matter comes before the Court on the Applicant's *Ex Parte* Application for an Order Pursuant to 28. U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Civil Proceeding ("**Application**"), which requests discovery from Meta Platforms, Inc. in connection with a pending civil matter in the Republic of Korea.

The Court, having fully considered the Application, and good cause appearing, **HEREBY GRANTS** the Application.

**IT IS HEREBY ORDERED** that:

1. The Applicant is authorized to issue and serve a subpoena on Meta Platforms, Inc. for the production of documents in the same form as the proposed subpoena attached as **Exhibit B**

to the Application.

2. This Order is limited to the Applicant's request for documents from Meta Platforms, Inc. in aid of its Korean civil proceeding.

3. The Applicant's counsel must serve Meta Platforms, Inc. a copy of this Order and all papers upon which it was based together with the subpoena.

4. Meta Platforms, Inc. shall respond to the subpoena for the production of documents within twenty-one (21) days of service of the subpoena and as required under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California. Meta Platforms, Inc. shall have thirty (30) days from the date of service of the subpoena to file a motion to quash or modify the subpoena.

5. Absent a motion filed by Meta Platforms, Inc., or an objection or motion for protective order filed prior to the expiration of Meta Platforms, Inc.'s 21-day notice period regarding the Application or subpoena served on Meta Platforms, Inc., in response to the subpoena, Meta Platforms, Inc. shall produce the information requested by the subpoena, to the extent it is available.

6. This Order does not require Meta Platforms, Inc. to disclose any information that would be inconsistent with its obligations under federal laws including, but not limited to, the Stored Communications Act.

7. The Court hereby retains jurisdiction over this matter.

**IT IS SO ORDERED.**

Dated: ___________________ ______________________________



**STREAM|KIM**
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470